UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 99-10371-RGS

UNITED STATES

v.

JAMES J. BULGER

ORDER REGARDING PRETRIAL PROCEEDINGS

June 27, 2011

STEARNS, D.J.

In the above matter, the court hereby appoints Magistrate Judge Marianne B. Bowler to handle all future pretrial matters in this case that fall within her concurrent authority, including the appointment of counsel.

SO ORDERED.

s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE