UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 99-10371-RGS

**UNITED STATES OF AMERICA**

**v.**

**JAMES J. BULGER**
**a/k/a Jimmy**
**a/k/a Whitey**
**a/k/a Jim**

**<u>ORDER OF VOLUNTARY DETENTION</u>**

**JUNE 27, 2011**

**BOWLER, U.S.M.J.**

On June 24, 2011, defense counsel stated in open court that his client would enter into a period of voluntary detention without prejudice.  This court will reopen the issue of detention upon motion.

It is therefore **ORDERED** that the defendant be detained. This court orders the defendant's detention subject to the following conditions:

(1)   The defendant be, and he hereby is, committed
to the custody of the Attorney General for confinement
in a corrections facility, separate, to the extent
practicable, from persons awaiting or serving sentences
or being held in custody pending appeal;

(2)   The defendant be afforded reasonable opportunity
for private consultation with his counsel; and

(3)   On Order of a court of the United States or on
request of an attorney for the government, the person
in charge of the corrections facility in which the
defendant is confined shall deliver the defendant to
an authorized Deputy U.S. Marshal for the purpose of
any appearance in connection with a court proceeding.

   /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge