UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | Crim. No. 99-10371-RGS |
| JAMES J. BULGER | ) ) | |

**DEFENDANT'S STATUS REPORT**

The defendant, James J. Bulger, submits this Status Report in advance of the April 18 hearing.

Over the past months, the defense has culled through thousands of documents and dozens of files in an attempt to organize the Government's discovery. In the absence of a uniform Bates number, coupled with an index accounting for only a portion of the documents, the defense was left to the task of organizing the discovery in a manner that would allow efficient and accurate review.

The Court, Bowler, J., entered an order on March 19, 2012, endorsing the proposal that the defense would electronically assign a number to each document, and henceforth, these numbers would be used by both parties to identify documents in the discovery. That task has been completed, and the defense has provided the prosecution with an external hard drive with all of the numbered discovery.

1

The prosecution requested that the discovery be put into an optical character recognition (OCR) format, and this has been done. This will save the parties time as searchable text within documents will be more easily accessible.

Prior to completing the uniform Bates numbering system and formatting the documents, the defense was unable to know the precise amount of the discovery. The computer forensic service employed by the defense determined that the discovery produced was approximately 27 gigabytes in size. Using an industry conversion standard to convert gigabytes to pages, the forensic service estimated that each GB of information was between 20,000 to 25,000 pages of information. With that guide the computer forensic service estimated that the discovery was approximately 580,000 pages in size.

The prosecution itself had no idea how many pages it had provided. In its March 13, 2012 Status Report, the prosecution indicated that the discovery they produced to the defense was over 500,000 pages in quantity. On the day of the most recent Status Hearing, March 19, 2012, the Government informed the defense for the first time that their production included 317,000 pages of documents rather than 500,000 pages.

The forensic numbering process has confirmed that the 27 gigabytes of discovery includes 317,000 pages of documents, with the remainder taking up videos and photographs. It does not

include the 1,038 audio recordings nor transcripts of any of those tapes. The defense is reviewing and analyzing the discovery in a systematic way, made much easier by the Bates numbering. However, the defense is still burdened with the enormous task of creating its own complete index, given the numerous deficiencies in the government's index, including the approximately 189,150 pages omitted from the index provided by the government. A similar process must be used for the audiotapes, photographs, and videotapes.

**Outstanding discovery requests**

The defense has made discovery requests to the government, including all trial and plea transcripts the government possesses in other related cases that have not previously been provided. Additionally, some of the cassette tapes were of such poor quality that the defense could not understand or hear what was being spoken, much less by whom. The defense requested the government to produce this evidence digitally, noise-reduced and voice-enhanced. Further, the defense also requested a preliminary list of all evidence the government intends to use as exhibits. Finally, the defense has requested 205 pages of missing discovery.

JAMES J. BULGER
By His Attorneys,

CARNEY & BASSIL

/s/ *J. W. Carney, Jr.*

J. W. Carney, Jr.
B.B.O. # 074760

/s/ *Henry B. Brennan*

Henry B. Brennan
B.B.O. # 634036

Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

Dated: April 13, 2012

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

/s/ *J. W. Carney, Jr.*
J. W. Carney, Jr.

4