```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

```
                                    )
UNITED STATES OF AMERICA            )
                                    )
V.                                  )     Crim. No. 99-10371-RGS
                                    )
JAMES J. BULGER                     )
                                    )
```

**DEFENDANT'S STATUS REPORT**

The defendant, James J. Bulger, submits this Status Report in advance of the May 29 hearing before the Honorable Marianne B. Bowler, M.J.

In the time since the last Status Hearing, the defense has continued reviewing the discovery. It is a painstaking process given the size, complexity, issues involved, number of alleged crimes, decades spanning the discovery, and all of the individuals referenced within it (law enforcement, victims, co-conspirators, witnesses, etc.). The review is made more difficult by multiple copies of the same documents, and by the fact that tens of thousands of documents are heavily redacted. This arduous review has stunted the defense's progress in readying itself for a trial in November, a date that the defense continues to maintain is untenable. Regardless, the defense will continue to make its best efforts to be prepared for trial, and will inform the Court when it believes the task is absolutely

impossible, a position which admittedly becomes clearer with each passing day.

On May 17, 2012, the government produced another batch of discovery of several thousand pages, including approximately 1,700 pages of requested missing discovery and over one hundred audio recordings. The defense will apply a higher level of optical character recognition (OCR) to the discovery and return it to the government, with the uniform Bates-numbering previously ordered by the Court.

There are several outstanding discovery requests to the government. They include all trial and plea transcripts that the government possesses in related cases that have not previously been provided. The defense also is awaiting a response to the request that the government produce the cassette tapes digitally, noise-reduced and voice-enhanced, since a number of them are of very poor quality. Finally, the defense has requested a preliminary list of all evidence the government intends to use as exhibits.

Until the defense has accounted for and reviewed the entire discovery produced, further discovery requests are difficult to make. In addition, the defense is filing Defendant's Motion To Lift the Protective Order. One reason cited in the motion is the impact that the Order has had on the preparation of substantive motions. The defendant requests expeditious resolution of that

motion, and if it is allowed, the defendant expects to file the first substantive motions in June, along with motions seeking further discovery.

                                        JAMES J. BULGER
                                        By His Attorneys,

                                        CARNEY & BASSIL

                                        /s/ *J. W. Carney, Jr.*

                                        J. W. Carney, Jr.
                                        B.B.O. # 074760

                                        /s/ *Henry B. Brennan*

                                        Henry B. Brennan
                                        B.B.O. # 634036

                                        Carney & Bassil
                                        20 Park Plaza, Suite 1405
                                        Boston, MA 02116
                                        617-338-5566

Dated: May 24, 2012

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

                                        /s/ *J. W. Carney, Jr.*
                                        J. W. Carney, Jr.