GOOSE PRINTING, INC. d/b/a



Color Copy Center
Boston

# INVOICE

TERMS: 30 DAYS FROM DATE LISTED. PAY FROM INVOICE.

31 SAINT JAMES AVENUE
BOSTON, MA 02116
617.391.0030   FAX 617.350.3112

INVOICE NUMBER: 4181    DATE: 10.18.12

| QTY. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 5689 | pages scanned | .12 | 682.68 |
| 5689 | B&W copies | .08 | 455.12 |
| 1 | cd | | 10.00 |

JOB NAME:
ORDERED BY: Bulger
PURCHASE ORDER:
ORDER RECEIVED BY:

CLIENT / ACCOUNT NAME / BILL TO: Carney & Bassil

SUB TOTAL: 1147.80
TAX: 0
TOTAL: 1147.80

WHITE - CUSTOMER'S COPY     YELLOW & PINK - STORE COPY