# United States Court of Appeals
## For the First Circuit

_____

No. 12-2488

In re: JAMES J. BULGER

Petitioner

_____

**ORDER OF COURT**

Entered: December 19, 2012

      The government is directed to file a response to the petition for a writ of mandamus so that an electronic version (through CM/ECF) and four paper copies are received by the Clerk's Office on or before 4 p.m. on Thursday, December 27, 2012. The trial court judge is invited to submit a response to the petition by that date if he so wishes, but need not do so. See Fed. R. App. P. 21(b)(4). Any reply from petitioner should be filed so that an electronic version (through CM/ECF) and four paper copies are received by the Clerk's Office on or before 4 p.m. on Thursday, January 3, 2013. No extensions should be expected. Oral argument is scheduled for January 8, 2013.

      Petitioner's motion to waive filing fee associated with his petition is denied.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Honorable Richard Stearns
Sarah A. Thornton, Clerk of Court for the District of MA
Henry B. Brennan
J. W. Carney, Jr.
Dina M. Chaitowitz
Zachary R. Hafer
Brian T. Kelly
Fred M. Wyshak, Jr.