UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 99-10371-RGS |
| ) | |
| JAMES J. BULGER ) | |

**DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE THE FILING DATE OF THE DEFENDANT'S MOTION FOR DISCOVERY**

The defendant, James J. Bulger, moves that the filing date for defendant's motion for discovery be continued from March 14, 2013 to March 25, 2013. As grounds for this motion, the defendant states the following:

1. The parties have followed Local Rule 116.3 in that the defendant made discovery requests in writing. The government responded to the defendant's discovery requests in writing on February 21, 2013 and March 14, 2013. The government also produced a draft discovery letter on March 14, 2013 which responds to the defendant's outstanding requests. They require further time to obtain and review some of the documents.

2. Pursuant to Local Rule 116.3(e), the defendant has fourteen days from the government's response to file any discovery motions. The original filing date was March 7, 2013,

1

but the defendant, through an assented-to motion, was allowed until March 14, 2013 to file his motion.

3. The parties continue to confer pursuant to Local Rule 116.3(f). Since the government is making further inquiry and giving further consideration to some of the defendant's requests, the defendant requests additional time to resolve the issues prior to the filing of a motion.

4. The government, through Assistant U.S. Attorney Brian Kelly, has assented to this motion.

WHEREFORE, the defendant moves that the filing date for defendant's motion for discovery be continued from March 14, 2013 to March 25, 2013.

                                    JAMES J. BULGER
                                    By His Attorneys,

                                    CARNEY & BASSIL

                                    */s/ J. W. Carney, Jr.*
                                    J. W. Carney, Jr.
                                    B.B.O. # 074760

                                    */s/ Henry B. Brennan*
                                    Henry B. Brennan
                                    B.B.O. # 634036

                                    Carney & Bassil
                                    20 Park Plaza, Suite 1405
                                    Boston, MA 02116
                                    617-338-5566

Dated: March 14, 2013

<u>Certificate of Service</u>

I hereby certify that this document filed under seal, will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ J. W. Carney, Jr.*
J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 99-10371-RGS |
| ) | |
| JAMES J. BULGER ) | |

**AFFIDAVIT SUPPORTING
DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE THE FILING DATE OF
THE DEFENDANT'S MOTION FOR DISCOVERY**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

Dated: March 14, 2013

4