# United States Court of Appeals
## For the First Circuit

No. 12-2488

IN RE JAMES J. BULGER,

Petitioner.

**JUDGMENT**

Entered: March 14, 2013

This cause came on to be heard on petition for a writ of mandamus to the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The petition is granted, and the case shall be reassigned to a judge consistent with the opinion issued this day.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. Richard G. Stearns, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Mr. Albano, Mr. Brennan, Mr. Carney, Ms. Chaitowitz, Ms. El-Mallawany Mr. Kelley, Mr. Meier, Mr. Quinlivan, Mr. Wyshak & Mr. Hafer.