UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
UNITED STATES OF AMERICA        )
                                )
      v.                        )          Crim. No. 99-10371-DJC
                                )
JAMES J. BULGER                 )
_____)

GOVERNMENT'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION
TO SEQUESTER MEMBERS OF PRESS AND GOVERNMENT CASE AGENTS

    The defendant has made an additional filing this morning in

an effort to sequester people that he claims to be calling as

witnesses at trial. See ECF Dkt. No. 970.  Without specifying

any anticipated material inconsistencies, he simply speculates

that their trial testimony will need to be impeached.  This

unsubstantiated, nonspecific speculation is not a basis to bar

these people from attending trial.  See, United States v. Cruz-

Rodriguez, 541 F.3d 19, 29-30 (1st Cir. 2008)(testimony of agents

was inadmissible because where a party is seeking to impeach by

prior inconsistent statement or by contradiction, the collateral

matter rule remains applicable in that a party may not present

extrinsic evidence to impeach a witness by contradiction on

collateral matter.); United States v. Lipscomb, 539 F.3d  32, 39

(1st Cir. 2008)(Proffered testimony of three witnesses, with

regard to the license plate on the car the defendant was driving

on day of his arrest, offered for purpose of impeaching

detectives' testimony, was properly excluded as not material to

defendant's guilt or innocence; testimony regarding the license

plate was a collateral issue.)


Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Dated: June 5, 2013      By:      /s/ Brian T. Kelly
BRIAN T. KELLY
FRED M. WYSHAK, JR.
ZACHARY R. HAFER
Assistant U.S. Attorneys


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF
system will be sent electronically to the registered
participants as identified on the notice of Electronic Filing.

/s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney


Dated: June 5, 2013