UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
                                 )
UNITED STATES                    )
                                 )
V.                               )   Crim. No. 99-10371-DJC
                                 )
JAMES J. BULGER                  )
_____ )

## DEFENDANT'S SUPPLEMENTAL RESPONSE TO GLOBE NEWSPAPER COMPANY, INC.'S MOTION FOR EXEMPTION FROM SEQUESTRATION ORDER

The First Amendment to the United States Constitution is one of the cornerstones of the freedoms we enjoy as citizens of the United States of America. It gives the media the opportunity to report on the news and offer commentary without interference by the government. But with this freedom comes a responsibility that a newspaper not abuse this protection by trampling on other rights of our citizens.

It is a particularly sensitive period in the trial of James Bulger as the Court oversees the selection of an impartial jury. Potential jurors are vulnerable to inflammatory statements in the media, especially where they are not accustomed to avoiding material in their daily newspaper that references the upcoming trial. This makes the publication today by the Boston Globe of a column by Kevin Cullen especially troubling. He is not content to report news; instead, he launches a scathing attack not just

on the defendant, but on the defendant's family. He uses his
position to arouse the passions of the reader against the
defendant in an effort to prejudice anyone who reads so much as
the first paragraph. It is not an exaggeration to assert that
anyone who reads that column will be disqualified as a juror,
and risks others will inevitably convey the sentiments to those
who are selected as jurors.

The defendant has not sought sequestration of the jury
because of the hardship on the jurors and the cost to the
taxpayers. The defendant will have to reconsider this position
if the editors of the Globe do not show better judgment in the
publication of columns that are designed to sell newspapers and
for-profit books written by this columnist.

The Court should not make an exception to the rule of
sequestration for all fact witnesses in a trial. Shelley Murphy
and Kevin Cullen should be treated like every other person
testifying in this trial.

JAMES J. BULGER
By His Attorneys,


CARNEY & BASSIL


*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

2

*Henry B. Brennan*

Henry B. Brennan
B.B.O. # 634036

Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

Dated: June 7, 2013

Certificate of Service

I hereby certify that this document filed through the ECF system will
be sent electronically to the registered participants as identified on the
Notice of Electronic Filing (NEF) and paper copies will be sent to those
indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.