UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA        )
                                )
V.                              )          Crim. No. 99-10371-DJC
                                )
JAMES J. BULGER                 )
                                )
_____)
```

## DEFENDANT'S MOTION FOR A CAUTIONARY INSTRUCTION

The defendant, James J. Bulger, moves that the Court give a cautionary instruction to the jury before the government witness, John Martorano, resumes his testimony. John Martorano has indicated that he has entered into a plea agreement with the government. The following instruction from the First Circuit Pattern Jury Instructions should be given to prevent the jury from assigning improper weight to the contents of the agreement. The instruction aims to properly caution the jury to view the testimony with "greater care and caution than the testimony of ordinary witnesses." First Circuit Pattern Jury Instruction 2.08; United States v. Angiulo, 897 F.2d 1169, 1208 (1st Cir. 1990).

> You have heard the testimony of John Martorano. He
> provided evidence under an agreement with the
> government. Some people in this position are entirely
> truthful when testifying. Still, you should consider

the testimony of these individuals with particular
caution. They may have had reason to make up stories
or exaggerate what others did because they wanted to
help themselves. You may consider their guilty pleas
in assessing their credibility, but you are not to
consider their guilty pleas as evidence against James
J. Bulger in any way.

First Circuit Pattern Jury Instruction 2.08.


                          James J. Bulger,
                          By His Attorneys

                          CARNEY & BASSIL

                          *J. W. Carney, Jr.*
                          J. W. Carney, Jr.
                          B.B.O. # 074760

                          *Henry B. Brennan*
                          Henry B. Brennan
                          B.B.O. #634036

                          Carney & Bassil
                          20 Park Plaza, Suite 1405
                          Boston, MA 02116
                          617-338-5566

Dated: June 17, 2013


                  Certificate of Service

     I hereby certify that this document filed through the ECF system will
be sent electronically to the registered participants as identified on the
Notice of Electronic Filing (NEF) and paper copies will be sent to those
indicated as non-registered participants on or before the above date.

                          *J. W. Carney, Jr.*
                          J. W. Carney, Jr.