UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | NO.  99-CR-10371-DJC |
| JAMES J. BULGER | ) ) | |

**DEFENDANT'S MOTION TO EXCLUDE PREJUDICIAL PHOTOGRAPHS**

The defendant, James J. Bulger, moves to exclude photographs identified on the government's pretrial exhibit list as Exhibit #182 (Edward Connors) and Exhibit #192 (Francis Leonard). The defendant objects to the admission of these photographs pursuant to Rule 403 of the Federal Rules of Evidence ("Rule 403") because their probative value is substantially outweighed by the danger of unfair prejudice. The defendant also may object to other photographs based on a lack of authentication.

**Argument**

This Court has wide latitude in admitting or excluding evidence under Rule 403. United States v. Munoz, 36 F.3d 1229, 1232 (1st Cir. 1994). Rule 403 permits the Court to "exclude relevant evidence if its probative value is substantially outweighed by a danger of . . . unfair prejudice . . ." Fed. R. Evid. 403. Evidence should be excluded under Rule 403 where there is a "genuine risk that the emotions of the jury will be

1

excited to irrational behavior, and this risk is disproportionate to the probative value of the offered evidence." United States v. Mount, 896 F.2d 612, 623 (1st Cir. 1990)(quoting United States v. Fields, 871 F.2d 188, 198 (1st Cir. 1989)).

The government has indicated that it intends to introduce photographs depicting the body of murder victim Edward Connors. The government has identified three photographs depicting Connors's body in the phone booth where he was shot dead (Exhibits 181, 182, 183[1]). The defendant objects to the most gruesome of these photographs, Exhibit 182, which is a close-up of Connors's body crumpled at the bottom of the phone booth. This photograph is highly graphic yet offers nothing of evidentiary value that is not provided by Exhibit 181. While the government is entitled to present some evidence depicting the crime scene, it should not be permitted to introduce such highly inflammatory material when it is duplicative of other exhibits. It is sufficient that the government be permitted to introduce one such photograph.

The government has also indicated that it intends to introduce a photograph of the nude, bloody body of Francis Leonard (Exhibit 192). This photograph is highly graphic yet has little evidentiary value. The photograph depicts what appear to

---

[1] 183 depicts Connors's legs protruding from the phone booth.

be bullet holes but offers little other insight into the manner or circumstances of his death. Conversely, the nature of the photograph is so jarring that it is likely to provoke an emotional response from the jury that may have an undue impact on their deliberations.

    The defendant also may object to other photographs based on a lack of authentication.

                                          James J. Bulger,
                                          By His Attorneys

                                          CARNEY & BASSIL

                                          */s/ J. W. Carney, Jr.*
                                          J. W. Carney, Jr.
                                          B.B.O. # 074760

                                          */s/ Henry B. Brennan*
                                          Henry B. Brennan
                                          B.B.O. #634036

                                          Carney & Bassil
                                          20 Park Plaza, Suite 1405
                                          Boston, MA 02116
                                          617-338-5566

Dated: June 18, 2013

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

                                          */s/ J. W. Carney, Jr.*
                                          J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 99-10371-DJC |
| ) | |
| JAMES J. BULGER ) | |

**AFFIDAVIT SUPPORTING**
**DEFENDANT'S MOTION TO EXCLUDE PREJUDICIAL PHOTOGRAPHS**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

Dated: June 18, 2013