UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES J. BULGER,<br><br>Defendant. | )<br>)<br>)<br>) Crim. No. 99-10371-DJC<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on the Application of Camen M. Ortiz, United States Attorney for the District of Massachusetts, for an Order requiring Francis G. Capizzi to give testimony or provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Upon consideration of the Application of the United States Attorney and it appearing to the satisfaction of this Court that:

1. Francis G. Capizzi has been called to testify or provide other information at trial in the above captioned case;

2. It is likely that Francis G. Capizzi will refuse to testify or provide other information at a trial on the basis of Francis G. Capizzi's privilege against self-incrimination;

3. In the judgment of the United States Attorney, the testimony or other information from Francis G. Capizzi may be necessary to the public interest; and

4. The Application filed herein has been made with the approval of Paul O'Brien, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant

to the authority vested by Title 18, United States Code, Section 6003(b) and Title 28, Code of Federal Regulations, Section 0.175(a).

NOW, THEREFORE, if Francis G. Capizzi shall refuse, on the basis of Francis G. Capizzi's privilege against self-incrimination, to testify or provide other information at trial in the above captioned case,

IT IS ORDERED, pursuant to Title 18, United States Code, Sections 6002 and 6003, that Francis G. Capizzi shall give testimony or provide other information as to all matters about which Francis G. Capizzi may be interrogated at trial in the above captioned case.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Francis G. Capizzi in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.

_____
DENISE J. CASPER
UNITED STATES DISTRICT JUDGE

DATE:_____