UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 99-10371-DJC |
| ) | |
| JAMES J. BULGER, ) | |
| ) | |
| Defendant. ) | |

## APPLICATION

Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby applies to this Court, pursuant to Title 18, United States Code, Section 6003, for an Order requiring Ralph DeMasi, Sr. to testify or provide other information at trial in the above captioned case. In support of this application, the Government respectfully alleges as follows:

1. The government has called Ralph DeMasi, Sr. as a witness at trial in the above captioned case.

2. It is likely that Ralph DeMasi, Sr. will refuse to testify or provide other information on the basis of Ralph DeMasi, Sr.'s privilege against self-incrimination.

3. In the judgment of the United States Attorney, the testimony of Ralph DeMasi, Sr. may be necessary to the public interest.

4. This Application is made with the approval of Paul O'Brien, Deputy Assistant Attorney General of the Criminal Division of the United States Department of Justice, pursuant to the authority vested by Title 18, United States Code, Section 6003(b) and Title 28, Code of Federal Regulations, Section 0.175(a). A copy of the letter from the Deputy Assistant Attorney General

expressing such approval is attached hereto, and incorporated herein.

WHEREFORE, the United States Attorney requests that this Court issue an Order pursuant to Sections 6002 and 6003 of Title 18, United States Code, requiring Ralph DeMasi, Sr. to give testimony and provide other information relating to all matters about which Ralph DeMasi, Sr. may be examined at trial in the above captioned case.

Respectfully submitted,

/s/ Carmen M. Ortiz
CARMEN M. ORTIZ
United States Attorney

Date: 6/19/13

## CERTIFICATE OF SERVICE

I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, was filed on the above date through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney



**U.S. Department of Justice**

Criminal Division

Office of the Assistant Attorney GeneralWashington, D.C. 20530

June 19, 2013

The Honorable Carmen M. Ortiz
United States Attorney
District of Massachusetts
United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Attention: 	Brian T. Kelly
	Assistant United States Attorney

Re:	*United States v. James J. Bulger*

Dear Ms. Ortiz:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Ralph DeMasi, Sr. to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Mythili Raman
Acting Assistant Attorney General

PAUL O'BRIEN
DEPUTY ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION