1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS
2

3    _____

4    UNITED STATES OF AMERICA,

5                      Plaintiff,        Criminal Action
                                         No. 99-10371-DJC
6    V.
                                         June 18, 2013
7    JAMES J. BULGER,

8    Defendant.
     _____
9


10


11          TRANSCRIPT OF TESTIMONY OF JOHN MARTORANO

12                    JURY TRIAL DAY 5

13          BEFORE THE HONORABLE DENISE J. CASPER

14              UNITED STATES DISTRICT COURT

15            JOHN J. MOAKLEY U.S. COURTHOUSE

16                  1 COURTHOUSE WAY

17                 BOSTON, MA  02210

18

19

20

21
                    DEBRA M. JOYCE, RMR, CRR
22              VALERIE A. O'HARA, RMR, CRR
                    Official Court Reporters
23           John J. Moakley U.S. Courthouse
             1 Courthouse Way, Room 5204
24                 Boston, MA  02210
                    617-737-4410
25

```
 1   APPEARANCES:

 2   FOR THE GOVERNMENT:

 3   BRIAN T. KELLY, ESQ.
     FRED M. WYSHAK, JR., ESQ.
 4   ZACHARY R. HAFER, ESQ.
     United States Attorney's Office
 5   John Joseph Moakley Federal Courthouse
     1 Courthouse Way
 6   Suite 9200
     Boston, MA 02210
 7   617-748-3197

 8   FOR THE DEFENDANT:

 9   J.W. CARNEY, JR., ESQ.
     HENRY B. BRENNAN, ESQ.
10   Carney & Bassil
     20 Park Plaza
11   Suite 1405
     Boston, MA 02116
12   617-338-5566

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S

 2              (The following proceedings were held in open

 3    court before the Honorable Denise J. Casper, United States

 4    District Judge, United States District Court, District of

 5    Massachusetts, at the John J. Moakley United States Courthouse,

 6    1 Courthouse Way, Boston, Massachusetts, on June 18, 2013.)

 7              *    *    *    *    *    *    *    *

 8              JOHN MARTORANO, having been previously duly sworn by

 9    the Clerk, was further examined and testified as follows:

10                    CONTINUED DIRECT EXAMINATION

11    BY MR. WYSHAK:

12    Q.   Mr. Martorano, good morning.

13    A.   Good morning.

14    Q.   When we broke yesterday, we were talking about this

15    individual, John Connolly?

16    A.   Yes.

17    Q.   Do you remember those questions?

18         Did he have a nickname?

19    A.   Yes, "Zip."

20    Q.   And who used that nickname, "Zip"?

21    A.   "Whitey."

22    Q.   You also testified yesterday that Mr. Bulger was godfather

23    to your youngest son?

24    A.   Correct.

25              MR. WYSHAK:  May I approach, your Honor?
```

09:05 (line 10)

09:05 (line 20)

```
 1              THE COURT:  You may.
 2    BY MR. WYSHAK:
 3    Q.   If I could show you a photograph that's been marked
 4    Government Exhibit 83.
 5              Do you recognize the persons depicted in the
 6    photograph?
 7    A.   Yes.
 8    Q.   And who are they?
 9    A.   It's "Whitey" and my son.
09:06 10              MR. WYSHAK:  I offer it, your Honor.
11              THE COURT:  Any objection?
12              MR. BRENNAN:  None, thank you.
13              THE COURT:  It may be admitted.
14              (Exhibit 83 received into evidence.)
15              MR. WYSHAK:  May we publish it, your Honor?
16              THE COURT:  You may.
17    BY MR. WYSHAK:
18    Q.   Do you know where this photo was taken?
19    A.   Somewhere in Boston.
09:06 20    Q.   Do you know what the event was?
21    A.   His christening.
22    Q.   Okay.
23              Did you know a man named Eddie Connors?
24    A.   Yes.
25    Q.   And was he the man that you previously testified about who
```

1    owned a bar?

2    A.    Yes.

3    Q.    And where was the bar located?

4    A.    In Dorchester.

5    Q.    Did you testify he had some involvement in the homicide of

6    this fellow, O'Toole?

7    A.    Yes.

8    Q.    And what was his involvement in that?

9    A.    He reported to us, to Winter Hill, that O'Toole was

09:07 10    hanging around his bar, drinking heavy, and talking about

11    retaliation.

12    Q.    Did he do anything else in connection with the murder of

13    James O'Toole?

14    A.    He was going to tell us when he come in.

15    Q.    And did he do that?

16    A.    Yes.

17    Q.    Did there come a time when you received information about

18    Mr. Connors that disturbed you and other members of the Winter

19    Hill Gang?

09:07 20    A.    Yes.

21    Q.    And what was that information?

22    A.    That Eddie Connors was talking about, bragging about how

23    he set up O'Toole.

24    Q.    Okay.

25          And as a result of learning that information, did you

1    have a meeting with other members of Winter Hill?

2              MR. BRENNAN:  Your Honor, I'd object to the leading.

3              MR. WYSHAK:  I'll withdraw it and rephrase.

4              THE COURT:  You may rephrase.

5    BY MR. WYSHAK:

6    Q.   What did you do after learning that information?

7    A.   We had a meeting and we talked about what we should do

8    about it.

9    Q.   When you say "we," who do you mean?

09:08 10    A.   Winter Hill.

11    Q.   Okay.

12              MR. WYSHAK:  At this time, I'd like to, if I could,

13    your Honor, show the witness the chart that's been admitted in

14    evidence, I think it's 96.

15              THE COURT:  You may.

16    BY MR. WYSHAK:

17    Q.   Showing you what's been admitted into evidence as Exhibit

18    96 -- can the Court see it?

19              THE COURT:  I have it on the screen, counsel.

09:09 20              MR. WYSHAK:  Oh, okay.

21    BY MR. WYSHAK:

22    Q.   Who are those people, Mr. Martorano?

23    A.   That's the leaders of the Winter Hill.

24    Q.   Those are the six partners?

25    A.   Yes.

1    Q.   And can you tell us how you went about making decisions

2    about what to do regarding Winter Hill's business?

3    A.   The six of us would discuss it and make a decision.

4    Q.   Was it a democracy, so to speak?

5    A.   So to speak, yeah.

6    Q.   Was there anybody who was perceived as the boss?

7    A.   Not really.

8    Q.   So when you discussed what to do about Eddie Connors, did

9    the six of you engage in that discussion?

09:10 10   A.   Yes.

11   Q.   What did you decide to do?

12   A.   We decided to shoot him.

13   Q.   Can you tell us how you went about doing that?

14   A.   Well, "Whitey" devised a plan to go to South Boston and

15   for us to -- or this is a different one.

16        We arranged a phone call from -- Eddie Connors to give

17   us a phone number again and a time to call.

18   Q.   Okay.

19        And how did you arrange that?

09:10 20   A.   Somebody got in touch with Eddie and told him that Howie

21   wanted to speak to him, and give us a number and a time he'd be

22   there.

23   Q.   Okay.

24        And did you receive the telephone number?

25   A.   Yes.

1    Q.    And what did you do regarding that telephone number?

2    A.    Same thing I did with the other phone.

3    Q.    And you were able to locate that phone?

4    A.    We were able to locate the address, yeah.

5    Q.    Do you recall where it was?

6    A.    It was in Dorchester, off -- in -- it was at a gas station

7    up there.

8    Q.    Okay.

9          And at the time that the phone call was supposed to be

09:11 10   made, what did you do?

11   A.    I went over to Southie and I went in the main car this

12   time with "Whitey" and Stevie Flemmi.

13   Q.    And what were you -- what was your role?

14   A.    I was driving at the time.

15   Q.    And was there a plan regarding what Mr. Flemmi and

16   Mr. Bulger would do?

17   A.    Yeah.  After we found out where the address was, they were

18   going to go -- he was in a phone booth, and they took him out

19   in the phone booth.

09:11 20   Q.    Okay.

21         So they were going to be the shooters on this one?

22   A.    Yes.

23   Q.    Were they armed?

24   A.    Yes.

25   Q.    Did you drive to the location of the phone booth?

1    A.    Yes.

2    Q.    What happened at that location?

3    A.    Then I let them out, they went up the hill and walked to

4    the phone booth and shot Eddie.

5    Q.    Did there come a time when they returned to the vehicle?

6    A.    Yeah, I heard the shots, and then they come a back few

7    minutes or a few seconds later.

8    Q.    And what was said when they returned to the vehicle?

9    A.    "He's gone."

09:12 10   Q.    Did you actually see the shooting?

11   A.    No, it was way up to over the hill.

12   Q.    Did you drive the vehicle away?

13   A.    A little bit, a few yards away.  "Whitey" wanted me -- he

14   wanted to drive, so I got out, let him drive.  He knew the area

15   better.

16   Q.    All right.

17         Now --

18         MR. WYSHAK:  May I approach the witness, your Honor?

19         THE COURT:  You may.

09:13 20   BY MR. WYSHAK:

21   Q.    I'd like to show you what's been marked Government Exhibit

22   94 for identification.

23         Do you recognize that chart?

24   A.    Yes.

25   Q.    And what is it?

```
 1    A.    It's a chart of Winter Hill and associates.

 2    Q.    Okay.

 3          Is it a fair and accurate depiction of people who were

 4    part of Winter Hill and their associates during this time

 5    period, 1975?

 6    A.    Yes.

 7          MR. WYSHAK:  I offer the chart at this time, your

 8    Honor.

 9          THE COURT:  Any objection?

09:13 10  MR. BRENNAN:  No, your Honor.

11          THE COURT:  It may be admitted.

12          Was this 94, counsel?

13          MR. WYSHAK:  Yes, your Honor.

14          (Exhibit 94 received into evidence.)

15          MR. WYSHAK:  Can we publish it on the screen, your

16    Honor?

17          THE COURT:  You may.

18    BY MR. WYSHAK:

19    Q.    Starting with the top row across, Mr. Martorano, could you

09:14 20  tell us who those individuals are?

21    A.    "Whitey" Bulger, Stevie Flemmi, myself, George Kaufman a

22    little lower, Howard Winter, Joe McDonald, and Jimmy Sims.

23          THE COURT:  Mr. Martorano, I'm going to ask you to

24    move the microphone a little closer so we can hear you.

25          Counsel?
```

```
         1   BY MR. WYSHAK:

         2   Q.   Who was that individual, George Kaufman?  What was his

         3   role?

         4   A.   Just like I said, communications, he worked between

         5   everybody.

         6   Q.   Okay.

         7        And on the far left, that row of individuals, who were

         8   they?

         9   A.   That was the South Boston gang.

09:15   10   Q.   And what was their association with Mr. Bulger?

        11   A.   They were partners with him in crime, and one of them was

        12   a bookmaker that I know.

        13   Q.   Okay.

        14        The next row of people there under Mr. Bulger.

        15   A.   Those were associates or bookmakers of "Whitey's."  I

        16   didn't know them.

        17   Q.   Did you know of them?

        18   A.   I knew of them.  I don't think I ever met them, but it's

        19   possible.

09:15   20   Q.   All right.

        21        And the next row?

        22   A.   Those were associates of Stevie Flemmi.

        23   Q.   Okay.

        24        And the next group of individuals.

        25   A.   They were bookmakers that I worked with.
```

```
 1    Q.   Okay.

 2         Can you identify those people?

 3    A.   Yeah, from top to bottom, Charlie Raso, Tommy Ryan, Dick

 4    O'Brien, Joe Yerardi.

 5    Q.   And the next row down?

 6    A.   That was my brother and John Callahan.

 7    Q.   Okay.

 8         Now, who was John Callahan?

 9    A.   John Callahan was -- he was a Boston guy.  He was the, I

10    guess, the ex-president of World Jai Alai in Miami, and a

11    friend of my brother's at the time.

12    Q.   Approximately when did you meet him?

13    A.   The mid '70s.

14    Q.   Did you become friends with him at some point?

15    A.   Yes.

16    Q.   And directing your attention to the time you told us you

17    became a fugitive, was he helpful to you during that period?

18    A.   Yes, he was.

19    Q.   And how was he helpful?

20    A.   Well, he'd help me when I was in Miami, the Miami area.

21    Q.   How?

22    A.   He would bring money back and forth sometimes, he would --

23    he let me have his car, access to his car and an apartment if I

24    needed them.

25    Q.   He had an apartment in Florida?
```

| | | |
|---|---|---|
| 1 | A. | Yeah, he had a condo in Plantation. |
| 2 | Q. | And he maintained a car there? |
| 3 | A. | Yes. |
| 4 | Q. | And you had access to those? |
| 5 | A. | Yes. |
| 6 | | MR. WYSHAK:  Can we put up the next row down? |
| 7 | Q. | Who are these three individuals? |
| 8 | A. | Just associates of Somerville. |
| 9 | Q. | All right. |

09:17 10        The first man, Tony Ciulla, was he the fellow you told

11   us about regarding the race fix case?

12   A.   Yes, he is.

13   Q.   Also the Sousa murder?

14   A.   Yes.

15   Q.   Who was Brian Halloran?

16   A.   He was a Somerville-Charlestown guy that hung around

17   Somerville, an associate of ours.

18   Q.   And that fellow, John Hurley?

19   A.   The same, the same, Charlestown-Somerville guy.

09:18 20   Q.   Is he the individual you testified about who fingered

21   Mr. Milano as Al Notarangeli?

22   A.   Yeah, he's the one that made the mistake.

23   Q.   And then identified Joe Notarangeli at the Pewter Pot?

24   A.   Correct.

25        MR. WYSHAK:  Can we have the next row down?

|    |    |                                                              |
|----|----|--------------------------------------------------------------|
| 1  | Q. | Who's that fellow at the top, Sal Sperlinga?                |
| 2  | A. | Associate of Howie's, Somerville guy.                       |
| 3  | Q. | Was he involved in illegal activities?                      |
| 4  | A. | Yes, he ran the number business.                            |
| 5  | Q. | And then that next individual, Anthony Rais?                |
| 6  | A. | Yes, he worked with him.                                     |
| 7  | Q. | Did he have a nickname?                                       |
| 8  | A. | "Nettie."                                                    |
| 9  | Q. | Did he at some point work for you?                           |
| 09:19 10 | A. | Yes.                                                   |
| 11 | Q. | In what capacity?                                            |
| 12 | A. | He ran a bookmaking operation, sports.                      |
| 13 | Q. | And the fellow at the bottom?                               |
| 14 | A. | Bob Gallinaro.                                              |
| 15 | Q. | Who was he?                                                 |
| 16 | A. | Associate of Howie Winter's.                                |
| 17 | Q. | Engaged in illegal activities?                              |
| 18 | A. | Yes, gambling.                                              |
| 19 |    | MR. WYSHAK:  Can we have the next two individuals?          |
| 09:19 20 | Q. | Who -- go ahead.                                       |
| 21 | A. | That's Joe McDonald's brother, Leo, and that's Billy,       |
| 22 |    | associate of Somerville.                                    |
| 23 | Q. | Billy Barnoski?                                             |
| 24 | A. | Yes.                                                        |
| 25 | Q. | Was he, you told us before, Tony Ciulla's brother?         |

```
 1   A.   Yes.

 2   Q.   Was he involved in the Sousa murder?

 3   A.   Yes.

 4        MR. WYSHAK:  And the next individual.

 5   Q.   Do you know that individual?

 6   A.   Yes.

 7   Q.   Who was he?

 8   A.   Jimmy Flynn.  He was an associate of Jimmy Sims.

 9        MR. WYSHAK:  And the last row there.

09:20 10  Q.   Who's that first person on the top?

11   A.   Frank Salemme.

12   Q.   And you told us that Frank Salemme had been partners with

13   Mr. Bennett and Mr. Flemmi in that Roxbury group?

14   A.   Yeah, years before.

15   Q.   And what was his relationship with Somerville?

16   A.   He was involved in the gang war with Charlestown, also.

17   Q.   At the time -- at some point in time, he becomes a

18   fugitive?

19   A.   Yes.

09:20 20  Q.   That was with Mr. Flemmi?

21   A.   Correct.

22   Q.   And I think you told us he was captured and convicted?

23        MR. BRENNAN:  Objection, your Honor.

24        THE COURT:  Sustained as to form.

25   BY MR. WYSHAK:
```

```
 1    Q.    At some point, was he captured?

 2    A.    Yes, in New York.

 3    Q.    What happened to him after that?

 4    A.    He got arrested and faced the charges.

 5    Q.    While he was incarcerated, did he continue to have a

 6    relationship with Winter Hill?

 7    A.    Somewhat, yeah.

 8    Q.    The individual underneath him, who's that?

 9    A.    "Sonny" Mercurio.

09:21 10    Q.    And who was "Sonny" Mercurio?

11    A.    A Mafia guy.

12    Q.    And what was his connection to Winter Hill?

13    A.    He was like the liaison between Gerry Angiulo and Winter

14    Hill.

15    Q.    What does that mean, "liaison"?

16    A.    He would bring messages back and forth.

17    Q.    Did he collect money?

18    A.    Yes.

19    Q.    And why would he collect money?

09:22 20    A.    At one point we owed Gerry Angiulo $250,000 at a point a

21    week.

22    Q.    When you say "a point a week," that's one percent?

23    A.    Correct.

24    Q.    That's like 52 percent a year?

25    A.    Yes.
```

1    Q.   And why did you owe Gerry Angiulo $250,000?

2    A.   We used it for sports.

3    Q.   So he loaned you the money?

4    A.   Yes.

5    Q.   Other than "Sonny" Mercurio, was there anybody else who

6    acted as a liaison from Winter Hill with the Mafia?

7    A.   There was another guy, I can't think of his name right

8    now.

9    Q.   Okay.

09:22 10    A.   "Skinny" Kazonis.

11    Q.   "Skinny" Kazonis?

12    A.   Yeah.

13    Q.   All right.

14         Now, one of the men on this chart is named Tommy King,

15    is he not?

16    A.   Yes.

17    Q.   And he's in that far left-hand column?

18    A.   Correct, on the bottom.

19    Q.   You told us at some point in time there was a settlement

09:23 20    of the gang war in South Boston?

21    A.   Yes.

22    Q.   And which side of that gang war was Tommy King on?

23    A.   The Mullins.

24    Q.   So he was on the opposite side from Mr. Bulger?

25    A.   Correct.

1  Q.  Did there come a time when Mr. Bulger raised issues

2  regarding Mr. King?

3  A.  Yes.

4  Q.  And can you tell us what that -- what happened, what that

5  was about?

6  A.  Well, I guess him and Tommy couldn't get over the year --

7  or over the period of time, they always were butting heads

8  together.

9  Q.  And as a result of that, did he make a request of the

09:24 10  members of Winter Hill?

11  A.  Yes.

12  Q.  What was that request?

13  A.  He wanted to get rid of Tommy, at one point.

14  Q.  What did he say about that?

15  A.  He said, Tommy's uncontrollable and he's going to kill

16  some police detective and he's just not controllable.

17  Q.  What did he ask you to do?

18  A.  To kill Tommy, take him out.

19  Q.  Did you want to kill Tommy King?

09:24 20  A.  No.

21  Q.  Was this a subject of discussion among the six of you?

22  A.  Yes, eventually, yeah.

23  Q.  And ultimately what did you agree to do?

24  A.  To go along with Mr. Bulger's request.

25  Q.  And how did you go about killing Tommy King?

1    A.    Well, once we all decided that we should do this -- I'm

2    not sure if we were all around at that time, but basically the

3    whole group, "Whitey" come up with an idea, what he wanted to

4    do.

5    Q.    And what was his plan?

6    A.    He was going to tell Tommy he needed help to kill a guy.

7    Eddie Connors' partner, "Suitcase."  So he needed -- we needed

8    Tommy's help.

9    Q.    Now, this individual, "Suitcase," did he have a last name,

09:25  10   do you remember it?

11   A.    I don't remember it.

12   Q.    Fidler?

13   A.    Fidler, yeah.

14   Q.    Who was "Suitcase" Fidler?

15   A.    He was a bookmaker.  He was partners with Eddie Connors in

16   Dorchester, and he was also a guy that used to be in the

17   Charlestown-Somerville associations.

18   Q.    So what was the ruse that you were using with Mr. King?

19   A.    That he was running his mouth about Eddie Connors getting

09:25  20   killed, saying Winter Hill did it, and that we needed Tommy to

21   go in because he recognized everybody else.

22   Q.    And did Mr. King agree to --

23   A.    Yeah, he agreed.  He agreed to go in, try to kill Fidler.

24   Q.    And so what happened next in regard to this plan?

25   A.    So myself and Howie Winters met "Whitey" on Carson Beach

1    somewhere, South Boston beach anyway, and we were in the car

2    and Tommy came and got in the car.  Tommy was wearing a

3    bulletproof vest because he was going to walk in the bar and

4    shoot Fidler.

5    Q.    Okay.

6          So you said you were with Mr. Winter?

7    A.    Yeah, I believe it was him.

8    Q.    And where did you meet Mr. Winter that day?

9    A.    I met him in Somerville.  I drove over to South Boston

10   with him.

11   Q.    So did you and Mr. Winter drive to South Boston?

12   A.    Yes.

13   Q.    And when you get to -- you said it was at a beach?

14   A.    Yeah, on the beach, yeah.

15   Q.    Carson Beach?

16   A.    Yeah.

17   Q.    What happened at that location?

18   A.    When we were all in the car, Stevie came to the car with a

19   bag of guns, and "Whitey" passed them out.

20   Q.    All right.

21         So you said when you "were all in the car," whose car

22   was this?

23   A.    It was a boiler, a stolen car, that "Whitey" had.

24   Q.    So Mr. Bulger is in a car and you and Mr. Winter get in

25   the car?

1    A.    We got in the back seat, yeah.

2    Q.    And who else got in that car?

3    A.    Then Tommy got in the car.

4    Q.    Where was Mr. King sitting?

5    A.    Passenger seat in front.

6    Q.    And then Mr. Flemmi did something?

7    A.    Stevie came over to the car with a bag of guns.

8    Q.    Who did he give the guns to?

9    A.    "Whitey."

09:27 10    Q.    And what did Mr. Bulger do with the guns?

11    A.    He passed them out to the four of us.

12    Q.    Was there anything special about these guns?

13    A.    Tommy's had blanks in it.

14    Q.    Then what happened?

15    A.    Then we were supposed to drive over and shoot Fidler, and

16    on the way, pretty much after we pulled out, I shot Tommy.

17    Q.    Where did you shoot him?

18    A.    Where did I shoot him?

19    Q.    Yeah.

09:28 20    A.    In the head.

21    Q.    What happened after that?

22    A.    After that, I got out of the car with Howie, and we drove

23    back to Somerville.

24    Q.    What happened to Mr. King's body?

25    A.    The South Boston guys took him away and buried him.

1    Q.    Did you learn afterwards where he was buried?

2    A.    Yes, at some point.

3    Q.    And how did that come about?

4    A.    I was driving across Neponset Bridge one day and "Whitey"

5    said, Tip your hat to Tommy.

6    Q.    So you were with Mr. Bulger in a car?

7    A.    At another time, yeah.

8    Q.    And the Neponset Bridge, what waterway does that go over?

9    A.    Neponset River.

09:29 10   Q.    And what did Mr. Bulger say to you about Mr. King?

11   A.    Tip your hat, Tommy's over -- to Tommy, he's over there.

12   Q.    Now, did you learn that same night another individual was

13   murdered?

14   A.    Yes, another guy.

15   Q.    Did you have a conversation with Mr. Bulger about that?

16   A.    Yeah.  It was part of his second -- plan B for that night.

17   He was going to kill this other guy, "Buddy" Leonard, who --

18   they were going to make it look like Tommy King killed him.

19   Q.    And how were they going to make it look like Tommy King

09:29 20   killed him?

21   A.    They left him in Tommy's car.

22   Q.    They left Mr. Leonard in Tommy King's car?

23   A.    Yes.

24   Q.    Did Mr. Bulger tell you what happened regarding

25   Mr. Leonard?

1    A.   Yeah, he told me that they shot him and left him in the

2    car.

3    Q.   Okay.

4         In addition to the people on the chart, I'd like to

5    show you a few other pictures.

6         MR. WYSHAK:  Can we put Exhibit Number 15 up on the

7    screen?

8    Q.   Do you recognize the men in that photo, Mr. Martorano?

9    A.   Yeah, "Whitey" Bulger, Kenny Schiavo and -- I forget the

09:30 10   other guy's name.

11   Q.   Who was Kenny Schiavo?

12   A.   He was a guy from the Somerville area.  I think he was

13   into drugs later on, but he was a bank robber earlier.

14   Q.   Okay.

15        MR. WYSHAK:  Put number 19 up.

16   Q.   Who is that individual?

17   A.   I'm not sure, it might be Joey Y.

18   Q.   When you say "Joey Y.," who do you mean?

19   A.   Joe Yerardi.

09:31 20   Q.   Did you sometime later have a relationship with Joe

21   Yerardi?

22   A.   Yes, we became in business together.

23        MR. WYSHAK:  Can we put number 22 up?

24   Q.   Do you recognize that person?

25   A.   Yes.

```
 1    Q.    Who's that?

 2    A.    Larry Ayers.

 3    Q.    And who was Larry Ayers?

 4    A.    He worked for me at Chandler's at the door, and he also

 5    was my courier to go back and forth to New York to pay and

 6    collect bills, debts or whatever we had, the gambling week.

 7          MR. WYSHAK:  Can we put number 23 up?

 8    Q.    Do you recognize the individuals in that photo?

 9    A.    Two of them.

10    Q.    Which --

11    A.    George Kaufman in the top right, Louis Belmonte on the

12    left.

13    Q.    And who was Louis Belmonte?

14    A.    He used to be a pickup guy for me.

15    Q.    What does that mean, a "pickup guy"?

16    A.    Collect and pay money out for bookmaking.

17    Q.    Okay.

18          Now, you had told us that when you were arrested in

19    Florida in 1995, you were arrested on race fixing charges; is

20    that correct?

21    A.    Correct.

22    Q.    And can you tell us what the case was about?  How did you

23    fix horse races?

24    A.    There was a couple of ways, one was at the track that they

25    would tie up the quinella, or the trifecta, if there was -- for
```

         1   example, if there was six horses running, they would pay --

         2   Tony Ciulla would pay three of them to stay out of the money,

         3   and the other three, we would wheel.

         4   Q.   Okay.

         5        So let's drill down on this a little bit.

         6        Tony Ciulla was involved in this scheme?

         7   A.   Yes.

         8   Q.   What was his role?

         9   A.   He was to fix the race.

09:33   10   Q.   And how could he fix a horse race?

        11   A.   By paying the jockeys to lose.

        12   Q.   And how does a jockey lose a horse race?

        13   A.   He pulls it.

        14   Q.   Pulls what?

        15   A.   He pulls the reins so the horse don't run fast.

        16   Q.   Okay.

        17        And where was Mr. Ciulla paying these jockeys off?

        18   A.   At the track mostly.

        19   Q.   Where were the tracks?

09:33   20   A.   They were all over.

        21   Q.   Massachusetts?

        22   A.   Massachusetts, New Jersey.

        23   Q.   New York?

        24   A.   New York.

        25   Q.   Any other states?

A.   Not sure.  I'm sure there was, though.

Q.   Mainly racetracks in and outside of Massachusetts; is that fair to say?

A.   Yes.

Q.   Now, how do you make money by Mr. Ciulla paying off these jockeys?

A.   Well, he would pay them to stay out of the money and he would pay the favorites, so the long shots would win, and he'd probably end up cleaning out the whole pool with a ticket.

Q.   All right.  So you -- he placed bets at the track?

A.   Just on the quinellas and stuff like that.

Q.   Just for us who don't understand betting on horse races, what's a quinella?

A.   Three horses, they run together, one, two, three.

Q.   So you'd bet on the three horses --

A.   He would have people at windows bet the whole combination and it wouldn't miss -- whatever one came, he would hit it.

Q.   Okay.

     Other than betting at the track, was there any other way to make money on these fixed horse races?

A.   Yeah, he owned some horses, Tony Ciulla with Howie, and he -- for example, one of the horses was Spread the Word, and he was a $30,000 horse.  They changed the numbers on him and put him in $10,000 races, so he could win any time.

Q.   Okay.

1        And what does that mean, he's a $30,000 horse?

2   A.   He was a lot better than a $10,000 horse.

3   Q.   Okay.

4        And are $30,000 horses not allowed to run in a race

5   with a $10,000 horse?

6   A.   Correct.

7   Q.   And who controls that?

8   A.   I don't know, the commission, whatever it is.  But they

9   had changed the numbers, I think, the tattoo numbers under the

09:35 10  lip.

11  Q.   Okay.

12       So horses have, what, a number on their lip?

13  A.   Yes, they have a number.

14  Q.   So was there other paperwork connected to the horse?

15  A.   Yeah, they probably phonied some of the paperwork, too.

16  Q.   So they put a very good horse in a race with horses who --

17  A.   Inferior horses, yeah.

18  Q.   And how do you make money on that?

19  A.   Well, that was Winter Hill's part, was to bet the horses

09:36 20  off track.  We would bet the horses in New York and anywhere we

21  could.

22  Q.   Is there a name for that kind of a horse?

23  A.   It would be a hot horse.

24  Q.   A hot horse?

25  A.   Yeah.

1  Q.  Any other terminology for that kind of a horse?

2  A.  Some people call it a boat race because it's going to win.

3  Q.  How about -- have you heard the term "order horse"?

4  A.  Be stronger than an order horse.

5  Q.  What's an "order horse"?

6  A.  Expected to be up there.

7  Q.  So these are basically hot horses?

8  A.  Yes.

9  Q.  Now, what was your role in this scheme?

09:37 10  A.  To bet with bookmakers.

11  Q.  Did you bet with the bookmakers who were part of your

12  organization?

13  A.  No, we tried to bet with other places.

14  Q.  If you bet with bookmakers who were part of your

15  organization, what would happen?

16  A.  We hit ourself.

17  Q.  So you couldn't make money by betting against yourself?

18  A.  No.

19  Q.  So how did you find bookmakers to bet with?

09:37 20  A.  We had people running around looking for independent

21  bookmakers or people that would take the bet, and we found one

22  in New York.

23  Q.  Okay.

24      And who was the individual that you found in New York?

25  A.  Found a guy named Jack Mace through Richie Castucci.

```
 1   Q.   Who was Richie Castucci?

 2   A.   A gambler, he was into the horses a lot and he had

 3   nightclubs and we did some business was him.

 4   Q.   All right.

 5        So he was what was known as an "out"?

 6   A.   Yeah, an out for horses.

 7   Q.   And that's -- what does that mean, an "out"?

 8   A.   Somebody who could move money and put it on the horse.

 9   Q.   Did you make money on this scheme?

10   A.   Yes.

11   Q.   And who received the proceeds of this scheme?

12   A.   The six guys in the chart.

13   Q.   Was it split evenly?

14   A.   Well, we split it with Tony Ciulla and Billy Barnoski

15   first, and then we split it amongst ourselves.

16   Q.   So were you 50/50 partners with Ciulla and Barnoski?

17   A.   Yeah.

18   Q.   And then the other 50 percent was shared among the six of

19   you?

20   A.   I believe that's the way it went, yeah.

21   Q.   And what happened to this fellow, Tony Ciulla?

22   A.   Tony Ciulla, he got arrested.

23   Q.   Do you recall where he got arrested?

24   A.   I'm not sure, maybe New Jersey or Pennsylvania.  I'm not

25   sure.
```

```
 1   Q.   And what did he get arrested for?

 2   A.   Fixing races.

 3   Q.   Did he cooperate with the authorities?

 4   A.   Yes.

 5   Q.   Did you become the target of an investigation?

 6   A.   Yes.

 7   Q.   And how many other people, other than yourself, were

 8   involved in this scheme?

 9   A.   Oh, there was, I don't know, 10, 15 maybe, I don't know.

10   Q.   Did you try to monitor the progress of the investigation?

11   A.   Yeah, we were always hearing things.

12   Q.   And who were you hearing things from?

13   A.   "Whitey" would hear things from his friend "Zip," and we'd

14   hear things everywhere.  People would be going to the grand

15   jury.

16   Q.   And when you say "'Whitey' would hear things from his

17   friend 'Zip,'" you mean John Connolly?

18   A.   Yes.

19   Q.   All right.

20        Now, you mentioned this fellow Richard Castucci, and

21   you mentioned that he had connected you with this individual,

22   Jack Mace, in New York.

23   A.   Yes.

24   Q.   Did you start doing business with Jack Mace?

25   A.   Yes.
```

```
 1    Q.   What kind of business?

 2    A.   Sports and horses.

 3    Q.   What kind of volume was involved?

 4    A.   A lot of volume, yeah, a lot of money.

 5    Q.   How much money?

 6    A.   Probably go back and forth, 100,000 either week.

 7    Q.   100,000 a week?

 8    A.   Yeah, either way.

 9    Q.   When you say, "either way," what does that mean?

10    A.   Well, if we owed it to him, I'd send the guy to bring it

11    to him, because we bet sports, also.

12    Q.   Okay.

13         And this guy that you would send to New York, who was

14    that?

15    A.   Larry Ayers.

16    Q.   He's the individual that you earlier identified in a

17    photograph?

18    A.   Correct.

19    Q.   Other than being involved in this gambling activity with

20    Jack Mace, did you have any other relationship with Mr. Mace?

21    A.   I rented an apartment one time.

22    Q.   Okay.

23         And where did you rent an apartment?

24    A.   I told him I needed an apartment in New York, he got me

25    one in the Village.
```

| | |
|---|---|
| 1 | Q.   And why would you need an apartment in New York? |
| 2 | A.   Well, Joe McDonald was on the lam at the time, and I was |
| 3 | getting a place for him. |
| 4 | Q.   So this was a place where Joe McDonald could hide out? |
| 5 | A.   Yes. |
| 6 | Q.   And how did you go about obtaining this apartment in New |
| 7 | York? |
| 8 | A.   Once he said he could get me one, I told him not to tell |
| 9 | anybody, just it's for some friend or whatever.  I never told |
| 09:42 10 | him the exact reason for it, but I paid him $14,000 in advance |
| 11 | for the year so that nobody would come by knocking on the door. |
| 12 | Q.   Did you pay it to Mr. Mace? |
| 13 | A.   Yes. |
| 14 | Q.   Cash? |
| 15 | A.   Yes. |
| 16 | Q.   You paid a whole year's rent up front? |
| 17 | A.   Yes, it took care of the electricity, the telephone, |
| 18 | everything. |
| 19 | Q.   All right. |
| 09:42 20 |      Now, you said that Richard Castucci had some |
| 21 | relationship with this fellow, Jack Mace? |
| 22 | A.   Yeah, he used to bet with him, also. |
| 23 | Q.   Did you also have some financial relationship with Richard |
| 24 | Castucci regarding Jack Mace? |
| 25 | A.   Not really.  Sometimes he would pay and collect for us or |

1    be in the middle, make an exchange.

2    Q.    When you say "make an exchange," what does that mean?

3    A.    Well, we might have won, he might have lost, and we'd make

4    the exchange instead of sending somebody to New York.   We'd

5    make a transfer with each other.

6    Q.    Okay.

7          So let's give an example.

8          If you owed Jack Mace $100,000 and Jack Mace owed

9    Richard Castucci $60,000 --

09:43 10   A.    I would pay Richie.

11   Q.    And then you would only owe Mr. Mace 40?

12   A.    Right.   But I try to save the trip.

13   Q.    How often would that happen?

14   A.    Once in a while.

15   Q.    Now, you told us that at or about this time Joe McDonald

16   was on the lam?   What do you mean "on the lam"?

17   A.    A fugitive.

18   Q.    Was he a fugitive with anybody else?

19   A.    I don't follow you.

09:44 20   Q.    Well, what was he a fugitive on?   Why did he run away?

21   A.    He had an arrest warrant on him.

22   Q.    For what?

23   A.    I think it was a million-dollar stamp robbery, and some

24   gambling stuff.

25   Q.    So he had robbed a stamp dealer?

1    A.    Something like that.

2    Q.    Was somebody else involved with him in that robbery?

3    A.    Jimmy Sims.

4    Q.    Did they both run away?

5    A.    Yes.

6    Q.    During this period of time when he was a fugitive, were

7    you in contact with him?

8    A.    Yes.

9    Q.    And how would you be in contact with him if he ran away?

09:44 10    A.    Phone booths.

11    Q.    Did you tell him about the apartment that you rented in

12    Greenwich Village?

13    A.    Did I tell him about it?  Yeah, I gave him the keys.

14          THE COURT:  Counsel, are we talking about

15    Mr. McDonald?

16          MR. WYSHAK:  Yes, I'm sorry.

17    BY MR. WYSHAK:

18    Q.    Who did you give the keys to?

19    A.    I think I got them to Joe somehow.

09:45 20    Q.    Do you know if he was using the apartment, Mr. McDonald?

21    A.    Yeah, he was.

22    Q.    And did there come a time when you learned that the

23    location of the apartment had been compromised?

24    A.    Yes.

25    Q.    How did you learn that?

A.   "Whitey" came in and told us that "Zip" told him that

Richard Castucci went to the FBI and told them where Joe

McDonald was.

Q.   Did that upset you?

A.   Sure.

Q.   And what did you decide to do about that?

A.   Decided to take Richie out.

Q.   Was -- did you have a meeting among --

A.   Yeah, we all decided it.

09:45  Q.   All right.

So at that time Mr. McDonald and Mr. Sims are not

around; is that fair to say?

A.   Correct.

Q.   So when you say "we," who do you mean?

A.   The remaining four.

Q.   And that would be you --

A.   Me, "Whitey," Howie, and who is the other one -- and

Stevie, I guess, yeah.

Q.   Okay.

09:46  And you decided to murder Mr. Castucci?

A.   Yeah.

Q.   How did you go about doing that?

A.   Once we made the decision that -- I called Richie up and

had him come over, told him I got some money for him that I

owed Jack.

1    Q.    And did he arrive at Winter Hill?

2    A.    Yes.

3    Q.    And where were you at that time?

4    A.    In the garage.

5    Q.    In Somerville?

6    A.    Yes.

7    Q.    And what happened when Mr. Castucci got to the garage in

8    Somerville?

9    A.    I told him I didn't have all the money together.  I gave

09:47 10    him a bag of money and said, Go down to the apartment we had

11    down the street, count this up, and I'll give you the

12    difference when I get there.

13    Q.    Did anybody accompany Mr. Castucci?

14    A.    Yeah, I told "Whitey" to take him down there.

15    Q.    And what did you do?

16    A.    What did I do?  I waited for them to get down there and

17    start counting the money.

18    Q.    And then what happened?

19    A.    Then I walked down there and shot Mr. Castucci.

09:47 20    Q.    Okay.

21          So you walked into the apartment.  Where was

22    Mr. Castucci at the time?

23    A.    He was sitting at the kitchen table counting the money

24    with "Whitey."

25    Q.    Was Mr. Bulger at the table, also?

```
 1    A.   Yes.

 2    Q.   And what did you do?

 3    A.   I walked around to the side of Castucci and shot him.

 4    Q.   Where?

 5    A.   In the temple, here.

 6    Q.   What happened after that?

 7    A.   After that, we had to clean it up.

 8    Q.   And who cleaned it up?

 9    A.   Stevie came in, and I think Stevie and "Whitey" cleaned it

09:47 10  up.  And then we -- Leo McDonald came over, and we had him get

11    a sleeping bag to put Richie Castucci in the bag and then went

12    up the street and got his car and brought his car down to the

13    apartment.

14    Q.   All right.

15         So you put Mr. Castucci in a sleeping bag?

16    A.   Yeah.

17    Q.   And what did you do with his body?

18    A.   Put it in the trunk of his car.

19    Q.   What did you do with his car?

09:48 20  A.   Took it to Revere.

21    Q.   And when you say -- who did that?  Who took it to Revere?

22    A.   Myself and a few other guys, I'm not sure.

23    Q.   Okay.

24         And where in Revere?  Do you remember?

25    A.   Behind some apartment building.
```

```
 1    Q.    And what did you do with the car in Revere?

 2    A.    Nothing, we just left it there.

 3    Q.    And how did you get back to Somerville?

 4    A.    Somebody followed.

 5    Q.    Do you remember who that was?

 6    A.    I'm not sure, I think it was maybe Leo McDonald.  It could

 7    have been any one of the guys over there.

 8          MR. WYSHAK:  May I have --

 9          May I approach the witness, your Honor?

09:49 10          THE COURT:  You may.

11    BY MR. WYSHAK:

12    Q.   Mr. Martorano, I'm going to show you what's been marked

13    for identification as Exhibit 202, 204, and 218.

14          I ask you if you recognize those -- what's depicted in

15    those photographs?

16    A.    Yes.

17    Q.    And the first one, 202, what is that a photo of?

18    A.    The car.

19    Q.    Who's car?

09:49 20    A.    Richie Castucci's car.

21          MR. WYSHAK:  I offer it, your Honor.

22          THE COURT:  Any objection?

23          MR. BRENNAN:  Nothing, thank you.

24          THE COURT:  It may be admitted and published.

25          (Exhibit 202 received into evidence.)
```

1          MR. WYSHAK:  May we publish it?

2          THE COURT:  You may.

3     BY MR. WYSHAK:

4     Q.   Is that the area where you dumped the car?

5     A.   Yes.

6     Q.   All right.

7          That next photograph, 204, what is that a photograph

8     of?

9     A.   Richie Castucci.

09:50 10    Q.   And that's after he was murdered and put in the trunk of

11    his car?

12    A.   Yes.

13         MR. WYSHAK:  I offer it, your Honor.

14         THE COURT:  Objection?

15         MR. BRENNAN:  No, your Honor.

16         THE COURT:  It may be admitted, 204, and published.

17         (Exhibit 204 received into evidence.)

18    BY MR. WYSHAK:

19    Q.   That's the sleeping bag that Mr. McDonald bought?

09:50 20    A.   Yes.

21    Q.   And that's Leo McDonald, correct?

22    A.   Yeah, I believe so, yeah.

23    Q.   And that's Mr. Castucci in the trunk of his car?

24    A.   Yeah.

25    Q.   And finally, photo of 218.  Do you recognize that photo?

```
 1    A.    Yes.

 2    Q.    And what is that a photo of?

 3    A.    Richie Castucci.

 4          MR. WYSHAK:  May we put it up, your Honor?

 5          I offer it.

 6          THE COURT:  Any objection to 218?

 7          MR. BRENNAN:  No, your Honor.

 8          THE COURT:  It may be admitted and published.

 9          (Exhibit 218 received into evidence.)

10    BY MR. WYSHAK:

11    Q.    Is that Mr. Castucci?

12    A.    Yes.

13    Q.    Is that the bullet wound in the side of his head, there?

14    A.    Yes.

15    Q.    All right.

16          Now, is it fair to say that the murder of

17    Mr. Castucci -- it was wintertime, right?

18    A.    Yes.

19    Q.    Snow on the ground.  Is that approximately in December of

20    1976?

21    A.    Correct.

22    Q.    Directing your attention to that next year, 1977, did you

23    get arrested?

24    A.    Yes.

25    Q.    What did you get arrested for?
```

```
 1   A.   Gambling.

 2   Q.   And gambling in connection with what?  What was the case?

 3   That --

 4   A.   A case down in Plymouth County with Dick O'Brien.

 5   Q.   All right.

 6             So it was a state prosecution?

 7   A.   Yes.

 8   Q.   For illegal gambling?

 9   A.   Yes.

09:52 10   Q.   Was there a wiretap?

11   A.   Yes.

12   Q.   Were you intercepted on the wiretap?

13   A.   Yes.

14   Q.   Did this involve Mr. O'Brien's gambling business?

15   A.   Yes.

16   Q.   That he was under your umbrella, so to speak?

17   A.   Yes.

18   Q.   Did there come a time when you pled guilty to that case?

19   A.   Yes.

09:53 20   Q.   And were you incarcerated?

21   A.   Yes.

22   Q.   For how long?

23   A.   Four months.

24   Q.   Was there any other penalty?

25   A.   Thirty-thousand dollar fine.
```

```
 1   Q.    How many other people were prosecuted in that case?  Do

 2   you recall?

 3   A.    Six or seven.

 4   Q.    Was Mr. O'Brien prosecuted in that case?

 5   A.    Yes.

 6   Q.    Did you serve time together?

 7   A.    Yes.

 8   Q.    When were you released from prison on that case?

 9   A.    Four months after I went in.

10   Q.    Was it --

11   A.    I'm not sure the dates.  I'm not sure.

12   Q.    Shortly after that, did you learn what was happening with

13   this race fix investigation?

14   A.    Yeah, it was ongoing while we were in.

15   Q.    Did you have a conversation with Mr. Bulger about that

16   when you got out of jail?

17   A.    That the case is going on and there's going to be

18   indictments.

19   Q.    What did Mr. Bulger say to you about that?

20   A.    He said that "Zip" was able to keep him and Stevie out of

21   it.

22   Q.    And what would happen to you?

23   A.    Get indicted.

24   Q.    Were other people going to get indicted, as well?

25   A.    Yeah, there was several people who got indicted.
```

1   Q.   Did your brother, Jimmy, get indicted in that case?

2   A.   Yes.

3   Q.   So as a result of receiving that information from

4   Mr. Bulger about the impending indictments in the race fix

5   case, what did you do?

6   A.   I prepared to go on the lam as a fugitive before an

7   indictment.

8   Q.   Okay.

9        And why would you leave before?

09:55 10   A.   Because I'm not jumping -- not going to get bailed and

11   jump bail.

12   Q.   Did you have a conversation with Mr. Bulger about going on

13   the lam?

14   A.   Yeah, he knew I was going on the lam.

15   Q.   What was the plan at that time?

16   A.   At that time, we planned to go away for six months and

17   have a vacation and come back after the trial is over, and then

18   it would be a lot easier.

19   Q.   Was anybody else part of that discussion?

09:55 20   A.   Probably Stevie.

21   Q.   Do you recall where Mr. Winter was at this time in late

22   1978?

23   A.   He may have been arrested by that time.

24   Q.   What happened to the Winter Hill gambling business?

25   A.   Just dissolved, they split it up.

```
 1   Q.   And can you explain to the members of the jury what that
 2   means?  How did you split it up?
 3   A.   We owed X amount of dollars and we chopped it up so that
 4   it came out even.
 5   Q.   When you say "we owed X amount of dollars," how much money
 6   did you owe?
 7   A.   I think Winter Hill owed a little more than a million at
 8   the time.
 9   Q.   Did that include the $250,000 to Gerry Angiulo?
10   A.   Correct.
11   Q.   And who did you owe a million to?
12   A.   Well, there was $500,000 owed to the old Winter Hill
13   Group, Howie, "Whitey," and Joe; there was money owed to me,
14   "Whitey," Stevie, and we split it up.
15   Q.   So when you say --
16   A.   And Gerry was owed $250.
17   Q.   Why would there be money owed to you, for example?
18   A.   That I put back in, we put money into the business.
19   Q.   So you would invest money in the business?
20   A.   In our own business, yeah.
21   Q.   Would you earn anything --
22   A.   Everybody would collect a point a week on it.
23   Q.   If you loaned money to the business, you'd take one
24   percent a week back.
25   A.   Correct.
```

Q.   Were you able to pay off all the debts --

A.   Some of them.

Q.   How about the debt to Gerry Angiulo?

A.   We absorbed it on our end, "Whitey," Stevie, and myself.

Q.   And when you say, "Whitey," Stevie, and yourself, did you three become partners at that point?

A.   Yes.

Q.   What happened to Joe McDonald, Jimmy Sims, and Howie Winter?

A.   Well, they had their own businesses before that.

Q.   And where were they when you left for Florida?

A.   Two were fugitives, I think, at that time, and one was in jail.

Q.   So the only three left were you and Mr. Bulger and Mr. Flemmi?

A.   Before I went on the lam.

Q.   All right.

     So, again, when you say that you and Mr. Flemmi and Mr. Bulger absorbed the debt to Gerry Angiulo, what did that mean?

A.   That was part of our obligation, to pay that debt.

Q.   So you still owed the money to Gerry Angiulo?

A.   Most of it, yeah.

Q.   And who was going to be responsible for paying that?

A.   The three of us.

1    Q.    Well, how could you be responsible if you were taking off

2    and being on the lam?

3    A.    There was still business going on.

4    Q.    Did you have a conversation with Mr. Bulger and Mr. Flemmi

5    about what to do with all these bookmakers who had worked for

6    you?

7    A.    I think they were going to switch things around.

8    Q.    How?

9    A.    Go to the rent business.

09:59 10   Q.    And what was the "rent business"?

11   A.    Charging the rent to stay in business.

12   Q.    And when you use the word "rent," what does that mean?

13   A.    Charging a guy so much to stay in business, extortion.

14   Q.    Money.

15   A.    Money.

16   Q.    They had to pay money to stay in business?

17   A.    Yes.

18   Q.    What happened if they didn't pay?

19   A.    They'd have to get out of business or they get hurt,

09:59 20   maybe.

21   Q.    Did you have a conversation with Dickie O'Brien about

22   that?

23   A.    Possibly, in jail.

24   Q.    Now, when you left Boston at the end of 1978, did you

25   leave any money here?

1    A.    Yeah, there was money here, yeah.

2    Q.    How much?

3    A.    It could have been a couple hundred thousand, two or

4    three, I don't know.

5    Q.    Who did you leave that with?

6    A.    At one time it was George Kaufman, another time it was

7    Stevie.

8    Q.    And why did you leave several hundred thousand dollars in

9    Boston?

10:00 10    A.    Because I was still running a business.

11    Q.    And what kind of business were you still running?

12    A.    Still running some sports.

13    Q.    Gambling business?

14    A.    Yeah.  This is later on, yeah.

15    Q.    What else was that money used for --

16    A.    I used it for shylock business.

17    Q.    Anything else?

18    A.    Not that I remember.

19    Q.    Did you give money to your family?

10:00 20    A.    Oh, yeah.

21    Q.    And how did you do that?

22    A.    Every week George would take money to them all.

23    Q.    When you say "George," you mean George Kaufman?

24    A.    Yeah.

25    Q.    So you still continued to run a gambling business.  Who

```
     1    handled the day-to-day settle-ups and --

     2    A.    At different times it was different people.  I had

     3    different pick-up guys in different offices.  Over the years it

     4    was different.

     5    Q.    Do you remember who any of those individuals were?

     6    A.    Well, I basically tried to do most of it through Joey

     7    Yerardi, that was later on, but I did some with 'Nettie" Rais

     8    and his partner, Nicky Montalto.

     9    Q.    Nick Montalto?

10:01 10    A.    Yeah.  I did some with Bob G.

    11    Q.    When you say "Bob G.," you mean Bob Gallinaro?

    12    A.    Yeah, he helped me run the business one time, he just ran

    13    it with me.

    14    Q.    Did you have any business with Tommy Ryan?

    15    A.    Tommy Ryan, I ended up loaning Tommy some money.

    16    Q.    When you loan a bookmaker money, do you collect interest

    17    on that loan?

    18    A.    Yeah, I gave it to him for a point.

    19    Q.    One percent?  A week, correct?

10:02 20    A.    Yes.

    21    Q.    Did you know a woman named Ellen Feldstein?

    22    A.    Yeah, she ran one of the businesses in the office one

    23    time.

    24    Q.    So how did you stay in contact with these individuals?

    25    A.    Pay phones, the phones.
```

1   Q.   Who -- how did they get the money to you?

2   A.   I'd have different people come into Florida.  I'd have

3   them leave it.  Sometimes I'd leave it at Patty mother's house.

4   Sometimes Stevie would -- or George would make deliveries.

5   Q.   All right.

6            And when you say Stevie or George would make

7   deliveries, how would they make deliveries?

8   A.   They would just take it out of what they were holding.

9   That was the bank.

10:02 10   Q.   So when you say "that was the bank," that was the money

11   that you left up here?

12   A.   Right.  And then he would add or subtract from it,

13   depending on how I went for the week.

14   Q.   When you say "he" --

15   A.   Stevie, Stevie and George, both of them.

16   Q.   So they basically handled your financial affairs?

17   A.   Correct.

18   Q.   How did you live down in Florida?

19   A.   If I needed something, I'd have it sent out of there.

10:03 20   Q.   How?

21   A.   Well, there was different guys.  Richie Shea brought money

22   down, Patty went back and forth.  Different ways, different

23   friends came down.

24   Q.   Did they ever send money in the mail?

25   A.   Got money in the mail.  They put it inside -- inside a

1  magazine and put it in a Federal Express.

2  Q.   Cash.

3  A.   Cash.

4  Q.   And approximately how much cash would you receive on a

5  monthly basis while you were on the lam in Florida?

6  A.   It could be around $10,000.

7  Q.   Were you still partners with -- well, withdrawn.

8        You told us were you still partners with Flemmi and

9  Mr. Bulger?

10:04 10  A.   Yes, when I left.

11  Q.   So exactly what was it that you were partners with them

12  in?

13  A.   Whatever they were doing.

14  Q.   So whatever criminal activities they were doing --

15  A.   Supposedly, supposed to be, yeah.

16        MR. BRENNAN:   Objection, leading.

17        THE COURT:   Sustained as to form.

18        But, counsel, you can rephrase.

19  BY MR. WYSHAK:

10:04 20  Q.   When you say "whatever they were doing," what do you mean?

21  A.   Well, if they made a score, they would send me a piece of

22  it.

23  Q.   And what's a "score"?

24  A.   They could rob somebody, they could shake somebody down,

25  you know --

```
 1    Q.   And did you learn that they were shaking people down?

 2    A.   Yes.

 3    Q.   Did you get money from these scores?

 4    A.   Some, yeah.

 5    Q.   Did you get money from the rent collection business?

 6    A.   Probably.

 7    Q.   Who kept tabs on that?  How did you know you were getting

 8    it --

 9    A.   Just whatever I got, I accepted.  I was on the lam, I was

10    happy to get whatever it was.

11    Q.   Did there come a time when you learned that they were

12    extorting drug dealers?

13    A.   Yes.

14    Q.   And how did you learn that?

15    A.   They told me.  Stevie said that he'd send me something, I

16    had a score coming.

17    Q.   Did you talk to Stevie during this period of time when you

18    were on the lam?

19    A.   Yes.

20    Q.   How?

21    A.   Pay phone to pay phone.

22    Q.   How would Mr. Flemmi know that you wanted to talk to him?

23    A.   For a while he had a beeper, and I would leave a code in

24    it or a number.

25    Q.   You had a code you put in the beeper --
```

A.   I had codes I would give him over the phone.  I had beeper
numbers that I would put in, and would -- different codes.

Q.   Other than Mr. Flemmi, who did you regularly speak with
back here in Boston?

A.   My family, George Kaufman.

Q.   Did you regularly speak with Mr. Bulger when you were on
the lam?

A.   No.

Q.   Did you have a conversation with him about that?

A.   A few, yeah.

Q.   And what did he say to you about that?

A.   Well, when I left in '78, he said, I'm not going to be on
the phone much.  He was one that never cared for the phone,
didn't trust them.  Then he said, When you are talking to
Stevie, it's like talking to me.  And he reiterated that in '80
when I talked to him when my father died.  Then he reiterated
again in '82 when I saw him.

Q.   Was that the last time you saw Mr. Bulger, in 1982?

A.   '82, yeah.

Q.   Now, when you were on the lam in Florida, did you use your
name, John Martorano?

A.   No.

Q.   What names did you use?

A.   Richard Aucoin first; Peter Connolly; Vincent Rancourt.

Q.   Now, you told us that at some point in time you began a

1    business with Joe Yerardi?

2    A.    Yes.

3    Q.    What kind of business did you get involved with Joe

4    Yerardi in?

5    A.    At first I loaned him money to finance his business.

6    Q.    And what kind of business was that?

7    A.    Sports and some shylock.

8    Q.    And how long did you continue financing his sports and

9    shylock business?

10:07 10   A.    Until I got arrested.

11   Q.    In 1995?

12   A.    More or less, yeah.

13   Q.    At or about that time in 1995, how much had you loaned to

14   Joe Yerardi to finance his businesses?

15   A.    Approximately $350,000.

16   Q.    Now, did you learn that he had been indicted sometime

17   prior to 1995?

18   A.    Yes.

19   Q.    As a result of his indictment, what did he do?

10:08 20   A.    He went on the lam.

21   Q.    Did he go on the lam with you?

22   A.    He came to Florida.  I said, If you decide, I'll help you

23   if you get here.

24   Q.    Do you recall about how many years he was in Florida with

25   you?

1    A.   I don't think he lasted a year.

2    Q.   Eventually he got arrested; is that fair to say?

3    A.   Yes.

4    Q.   And what happened to his business after he went on the lam

5    and then got arrested?

6    A.   I don't know.  Some of it I was still running.  He had a

7    piece of it.

8    Q.   Did you try to salvage --

9    A.   Yeah, I tried to salvage it with some kid, Arthur Gianelli

10:09 10  was his buddy.

11   Q.   Anybody else who was trying to help you collect money that

12   was owed to Joe Yerardi?

13   A.   I don't remember.

14   Q.   Charlie Raso --

15   A.   Yes.

16   Q.   -- helped you in that period?

17   A.   Yeah, he was -- he was paying and collecting the agents.

18   It was a job.

19   Q.   All right.

10:09 20       And other than earning money from the illegal

21   businesses in Boston, did you also engage in illegal activities

22   in Florida?

23   A.   I had some customers there, probably.

24   Q.   What kind of customers?

25   A.   Sports, if anything.

1   Q.   Were you doing some bookmaking business in Florida?

2   A.   Yeah, I combined it, yeah.

3   Q.   All right.  Now, I want to take you back to 1980, 1981.

4       Did you learn about a man named Roger Wheeler?

5   A.   Yes.

6   Q.   And who was Roger Wheeler?

7   A.   He was the president of Telex, I think it was, some kind

8   of corporation in Tulsa.

9   Q.   Okay.

10:10 10       Was he affiliated with any business in Florida?

11   A.   Yes, he was the owner of the Jai Alai, World Jai Alai.

12   Q.   And what was World Jai Alai?

13   A.   Jai alai, it was a game they throw a racket around, a ball

14   around; a Spanish game, I believe.

15   Q.   Okay.

16       Did that game involve gambling?

17   A.   Yes.

18   Q.   How did it involve gambling?

19   A.   You could go bet on the players at the frontons.

10:11 20   Q.   How many frontons did World Jai Alai own in Florida?  Do

21   you know?

22   A.   Two or three.

23   Q.   And I think you told us before that Mr. Callahan was at

24   one time president of World Jai Alai?

25   A.   Yes.

1    Q.   And what happened with him and World Jai Alai?

2    A.   I guess he got fired.

3    Q.   Did he have some concerns about this individual, Roger

4    Wheeler?

5    A.   Yes.

6    Q.   And what was his concern?

7    A.   He was concerned he was going to get arrested by him.  He

8    was having an investigation in the company.  Evidently, money

9    was missing.

10:11 10   Q.   And who was conducting the investigation into the company?

11   A.   Mr. Wheeler had some company, agency.

12   Q.   Did Mr. Callahan have a plan to avoid getting indicted?

13   A.   Yes, he was -- he had a plan.

14   Q.   And what was the plan?

15   A.   Originally, he was going to try to buy World Jai Alai.

16   Q.   Okay.

17        And how was he going to go about doing that?

18   A.   He was going to make an offer to Wheeler, I don't know,

19   60, 80 million, I don't know how much, but he had the financing

10:12 20   for it, and he figured that would stop the investigation.

21   Q.   At or about this time, did you learn about a man named

22   Richard Donovan, Dick Donovan?

23   A.   He was the new president of Jai Alai.

24   Q.   Was he associated with Mr. Callahan in any fashion?

25   A.   I believe they were friends and partners in certain

```
 1  things.
 2  Q.   How about a man named Paul Rico?
 3  A.   Head of security at World Jai Alai.
 4  Q.   Did you know anything else about Paul Rico at that time?
 5  A.   He was an ex-FBI agent.
 6  Q.   And did he have any relationship with members of Winter
 7  Hill?
 8  A.   Evidently, he had one with Stevie Flemmi.
 9  Q.   Anybody else?
10  A.   Not that I know of.
11  Q.   Did Joe McDonald know Paul Rico?
12            MR. BRENNAN:  Objection.  Leading, your Honor.
13            THE COURT:  Sustained as to form.
14  BY MR. WYSHAK:
15  Q.   Other than Mr. Flemmi, did anybody else in Winter Hill
16  have a relationship with Mr. Rico?
17            MR. BRENNAN:  Objection.  Asked and answered, your
18  Honor.
19            THE COURT:  I don't know that he's answered this
20  question.
21            I'll allow the question.
22  A.   Could you repeat that?
23  Q.   I said, other than Mr. Flemmi, did any other member of
24  Winter Hill have a relationship with Mr. Rico?
25  A.   Well, I knew "Buddy" McLean knew him from before that, and
```

1    Howie Winters knew him.

2    Q.   All right.

3         And now he was working at World Jai Alai?

4    A.   Correct.

5    Q.   So did Mr. Callahan describe to you what was happening

6    with his attempt to purchase World Jai Alai?

7    A.   He said that Roger Wheeler refused the offer.

8    Q.   And who had made the offer?

9    A.   I'm not sure.  Him or Donovan or however it got there, it

10:14 10   got refused.

11   Q.   And how long did this go on for, that Mr. Callahan was

12   trying to purchase World Jai Alai?

13   A.   He was trying it for a while.

14   Q.   Did there come a point where he asked you to do something?

15   A.   Well, in the beginning he was -- when he was going to try

16   to buy World Jai Alai, he offered myself with Winter Hill an

17   offer to back him up, he was -- he offered us $10,000 a week if

18   he bought the place to back him so nobody would bother him once

19   he got in.

10:14 20   Q.   Okay.

21        And how was he going to pay you $10,000 a week?

22   A.   Out of the jai alai, out of the parking lot, the sale

23   of -- what do you call those -- schedules and the vending

24   machines and stuff in there.

25   Q.   The cash businesses?

```
     1    A.    Cash businesses in the jai alai.

     2    Q.    And why would he need Winter Hill to protect him?

     3    A.    He didn't -- he didn't think that the Mafia would bother

     4    him if we were with him.

     5    Q.    And taking you back to the '70s, can you describe what

     6    kind of fellow John Callahan was?

     7    A.    Well, he was a high-price accountant days and put on a

     8    leather jacket and wanted to hang out with the rogues at night.

     9    Q.    Did he have a relationship with Brian Halloran?

10:15 10   A.    Yes.

    11    Q.    What kind of relationship?

    12    A.    Drinking.

    13    Q.    Did you ever hear the phrase, "wanna-be gangster"?

    14    A.    That's what he was.

    15    Q.    Did you discuss with Mr. Flemmi or Mr. Bulger this

    16    proposition that Mr. Callahan offered this $10,000 a week

    17    payment if you provided protection for him?

    18    A.    Yes, I did.

    19    Q.    And who did you discuss that with?

10:16 20          MR. BRENNAN:  Objection.  The question was vague, I

    21    object to the answer.

    22          THE COURT:  The question was -- what was it,

    23    vagueness?

    24          MR. BRENNAN:  Did you speak to Mr. Bulger or

    25    Mr. Flemmi?  And the answer was, Yes.
```

1           THE COURT:  Okay.

2           Well, you can ask him which one he spoke with.

3    BY MR. WYSHAK:

4    Q.   Who did you speak with, Mr. Martorano?

5    A.   Mr. Flemmi.

6    Q.   Okay.

7           And tell us what you said to him and what he said to

8    you.

9    A.   I told him about it, he thought it was good.  He said he

10:16 10   would talk to "Whitey" about it and let me know.  And they were

11   happy it was happening like that.  They were hoping he had the

12   financing and could get in.

13   Q.   Did Mr. Flemmi tell you that he had spoken with Mr. Bulger

14   about Mr. Callahan's proposition?

15   A.   Yeah.

16   Q.   And what did he say Mr. Bulger said?

17   A.   They were on board.

18   Q.   All right.

19          Now, you told us that the effort to purchase World Jai

10:17 20   Alai by Mr. Callahan and his associates fell through; is that

21   fair to say?

22   A.   Yes, it failed.

23   Q.   And at that time, did Mr. Callahan present a new

24   proposition to you?

25   A.   Yes.

```
 1  Q.   And what was that?
 2  A.   He offered to -- he wanted to get Mr. Wheeler killed so he
 3  wouldn't get in trouble.  And I guess -- he said he discussed
 4  it with Paul Rico, that even if Roger Wheeler wasn't in the
 5  scene, that they could put the proposal to buy the place to his
 6  wife, and they thought they had a good chance of buying it.
 7  Q.   And what did they ask you to do?
 8  A.   He asked me to take out Roger Wheeler, if I would do that.
 9  Q.   And when you say "he," who do you mean?
10  A.   Callahan.
11  Q.   What was your reaction to that?
12  A.   I told him I couldn't.  I says, I got partners, and I
13  couldn't.  This guy is a legitimate guy, I couldn't do that
14  without everybody else on board.
15  Q.   And when you said you had to get "everybody else on
16  board," who did you mean?
17  A.   "Whitey" and Stevie.
18  Q.   And did you have a conversation with Mr. Flemmi about
19  Mr. Callahan's new proposition?
20  A.   Not right then.  Eventually, I guess Callahan went to
21  Stevie and said to get back -- and had everything okayed with
22  him, that it was all right with them if I did, and he told
23  Callahan to have Johnny call me.  I called him, and he said,
24  We're on board.
25  Q.   When you say you "called him," you mean you called
```

```
 1   Mr. Flemmi.

 2   A.    Flemmi, again.

 3   Q.    That's because Mr. Callahan --

 4   A.    It was all Mr. Flemmi.

 5   Q.    Okay.

 6         Mr. Callahan told you to call Mr. Flemmi?

 7   A.    Yes.

 8   Q.    And what did Mr. Flemmi tell you?

 9   A.    Said they were on board, whatever they could do to help,

10   they'd help.

11         At one point, after we got into it, he says, I'll come

12   to Oklahoma to help you if you need it.  I said, I don't need

13   it.

14   Q.    And why didn't you need Mr. Flemmi's help?

15   A.    Because Paul Rico had asked, also, if I would ask Joe to

16   help, once he knew that we were going to do it.

17   Q.    That's -- when you say "Joe," who do you mean?

18   A.    Joe McDonald.  He was in Florida at the time.

19   Q.    How did you know Joe McDonald was in Florida?

20   A.    I was in touch with him.

21   Q.    So he was a fugitive in Florida as well --

22   A.    Yes.

23   Q.    -- at the same time that you were?

24   A.    Yes.

25   Q.    And did you contact Joe McDonald?
```

         1    A.    Yes.

         2    Q.    What did you ask him to do?

         3    A.    I told him Paul asked if he would help on this situation.

         4    He didn't know about it at first, and then I brought him up to

         5    par on the $10,000 and all that stuff.  And he said that he

         6    owed him a favor.

         7    Q.    He owed who a favor?

         8    A.    I think he owed Rico a favor.

         9    Q.    Do you know why?

10:20   10    A.    I believe Joe intimated -- you know, said that he had

        11    helped "Buddy" one time.

        12    Q.    Rico had helped "Buddy"?

        13    A.    Rico, so he owed because of that.

        14    Q.    And who was "Buddy" McLean?

        15    A.    He was one of the leaders of Winter Hill that got killed

        16    by the McLaughlins.

        17    Q.    And approximately when did that happen?

        18    A.    Oh, I don't know, early '60s.

        19    Q.    During the gang war?

10:20   20    A.    During the gang war.

        21    Q.    All right.

        22          So what steps did you take to murder Roger Wheeler?

        23    A.    Once everybody was on board, I worked it out with Joe,

        24    figured out how to do it.

        25          The next thing, Callahan came in to me, and he had a

1    written piece of paper that Rico had wrote to him.  He gave me

2    all the descriptions, the addresses, and everything of Roger

3    Wheeler in Oklahoma.

4    Q.   Okay.

5         So when you say he gave him the addresses, what

6    addresses did he give you?

7    A.   His business, his home, his car.

8    Q.   Did he give you a physical description?

9    A.   Yeah, gave his height and weight, like a ruddy

10:21 10   description, a ruddy face.

11   Q.   Was there something unusual about that word, "ruddy"?

12   A.   I never heard it before, except as an FBI term, I guess.

13   Q.   Where did Mr. Callahan tell you he got this information

14   from?

15   A.   Paul Rico.

16   Q.   Other than getting the details about Mr. Wheeler, did you

17   make any other arrangements before you killed Mr. Wheeler?

18   A.   Yeah, we arranged for Stevie to send me a package of

19   equipment.

10:22 20   Q.   Okay.

21        And what does that mean, "a package of equipment"?

22   A.   A suitcase full of equipment.

23   Q.   And is this, like, equipment to fix your car?

24   A.   Yeah -- he sent a machine gun, a carbine, a couple of

25   pistols, masks.

|  | | |
|---|---|---|
| 1 | Q. | So equipment to murder someone? |
| 2 | A. | And a dent puller to steal cars and stuff. |
| 3 | Q. | And how did Mr. Flemmi get this suitcase of equipment to |
| 4 | you? | |
| 5 | A. | He sent it to me in Oklahoma by Trailways or Greyhound, |
| 6 | I'm not sure which one. | |
| 7 | Q. | On a bus? |
| 8 | A. | On a bus. |
| 9 | Q. | Isn't that kind of risky, to put a suitcase full of guns |
| 10 | on a bus? | |
| 11 | A. | Not then. |
| 12 | Q. | Why do you say, "not then"? |
| 13 | A. | There was no checking, they just put them on. |
| 14 | Q. | And where did he send that suitcase to? |
| 15 | A. | Tulsa. |
| 16 | Q. | Did there come a time when you went to Tulsa? |
| 17 | A. | Yes. |
| 18 | Q. | And did you go there alone? |
| 19 | A. | No. |
| 20 | Q. | Who did you go with? |
| 21 | A. | Joe McDonald. |
| 22 | Q. | How did you get there? |
| 23 | A. | We flew to Oklahoma City, rented a car, and drove up. |
| 24 | Q. | Drove to Tulsa? |
| 25 | | Did you get the suitcase? |

10:23 (line 10)
10:23 (line 20)

```
 1    A.    Yes.

 2    Q.    Where did you get the suitcase?

 3    A.    The bus station.

 4    Q.    Was it -- how did you know what to ask for?

 5    A.    I just asked for it.  There was a name on it, I guess.

 6    Q.    Did you know the name?

 7    A.    I don't know.  It might have been Phil Costa, at the time,

 8    I'm not sure.

 9    Q.    But there was -- the suitcase sent in somebody's name?

10    A.    Yes.

11    Q.    You asked for it?

12    A.    Right.

13    Q.    And it was there?

14    A.    Yes.

15    Q.    What did you do after you received the suitcase?

16    A.    Took it to the hotel.

17    Q.    You stayed in a hotel?

18    A.    Motel.

19    Q.    What other preparations did you make prior to murdering

20    Roger Wheeler?

21    A.    Well, we checked all the addresses and places out, wanted

22    to get a look at him; and then we had to steal a car, put it

23    away.

24    Q.    Who stole the car?

25    A.    Joe and myself.
```

```
 1    Q.   And why did you need to steal a car?

 2    A.   So when we went to get Wheeler, we had a car.

 3    Q.   Did you have another car?

 4    A.   Yeah, rent-a-cars.

 5    Q.   How long did you spend in Tulsa planning the murder?

 6    A.   Four to six days, something like that.

 7    Q.   What did you do during that period, for four to six days?

 8    A.   Kept going around and around, circling, to see what we --

 9    to find him.

10:25 10  Q.   Were you able to find him?

11    A.   Yeah, we found his car at the house a few times, car at

12    his office a few times, but they were under cameras.

13    Q.   Under what?

14    A.   Cameras.

15    Q.   Cameras?

16         Did there come a time when you received information

17    about Mr. Wheeler's whereabouts?

18    A.   Yes.

19    Q.   And what information was that?

10:25 20  A.   John Callahan told me that Rico told him the tee time when

21    Wheeler was going to play golf.

22    Q.   Did you learn where Mr. Wheeler was playing golf?

23    A.   Yes, Southern Hills Country Club.

24    Q.   And that was a golf course in --

25    A.   -- Tulsa.
```

```
 1   Q.    Tulsa.
 2         Did you go to the country club?
 3   A.    Yeah, we went there a few times and looked at it.
 4   Q.    Did there come a time when you went there and Mr. Wheeler
 5   was there?
 6   A.    Yes.
 7   Q.    What did you do when you spotted his car?
 8   A.    Well, he was playing golf, and we were waiting for him to
 9   finish.
10   Q.    How were you dressed at the time?
11   A.    I don't know, sunglasses, beard, baseball cap, maybe,
12   and --
13   Q.    You were disguised?
14   A.    Yes.
15   Q.    Were you in the stolen car?
16   A.    Yes.
17   Q.    And you observed his car?
18   A.    Correct.
19   Q.    And how long did you wait until he arrived?
20   A.    I'm not sure, a half hour, maybe.
21   Q.    At some point, did you see somebody walking towards that
22   car?
23   A.    I saw a guy come over the hill, carrying a briefcase, and
24   it looked like his description, and he was heading towards that
25   car, so I headed towards the car, also.
```

```
 1   Q.   All right.
 2            And how could you be sure that was Mr. Wheeler?
 3   A.   Once he opened the door and got in.
 4   Q.   Did he do that?
 5   A.   Yes.
 6   Q.   And once he did that, what did you do?
 7   A.   I opened the door and shot him.
 8   Q.   Where did you shoot him?
 9   A.   Between the eyes.
10   Q.   What happened to the gun at that time?
11   A.   It exploded.
12   Q.   What do you mean, "it exploded"?
13   A.   It blew open.  It was a revolver, and it blew open and the
14   shells flew out.
15   Q.   What did you do next?
16   A.   Nothing.  Went back to the car that Joe was in and drove
17   off.
18   Q.   Did you go back to the motel?
19   A.   No.  We had to get rid of the boiler and get the other
20   car.
21   Q.   So what did you do with the stolen car?
22   A.   We left it in a housing development.
23   Q.   And how did you get from the housing development back to
24   your motel?
25   A.   We walked around to the back of it, where we had our
```

1    regular car.

2    Q.   All right.

3         Once you got back to the motel, what did you do?

4    A.   Cut up my clothes, cut up the beard, cut up the gun, threw

5    it away.

6    Q.   What did you do with the rest of the kit that Mr. Flemmi

7    had sent --

8    A.   Sent it back to Florida.

9    Q.   How?

10:28 10  A.   Bus.

11   Q.   Put it back on a bus?

12   A.   Mm-hmm.

13   Q.   Sent it to Florida?

14   A.   Yup.

15   Q.   And then what did you do?

16   A.   Got out of Oklahoma.

17   Q.   How?

18   A.   We flew.

19   Q.   Flew back to Florida?

10:28 20  A.   Yes.

21        (Pause.)

22        MR. WYSHAK:  Your Honor, at this time I'd like to

23   approach the witness and show him what's been marked Exhibits

24   251, 252, and 236 for identification.

25        THE COURT:  You may.

```
 1              (Pause.)
 2    BY MR. WYSHAK:
 3    Q.   Showing you, first, Mr. Martorano, Exhibit 252 for
 4    identification, do you recognize what's depicted in that
 5    photograph?
 6    A.   Yes.
 7    Q.   What's depicted in that picture?
 8    A.   That's Mr. Wheeler's car.
 9    Q.   Is that the way it looked the day that you shot
10:30 10   Mr. Wheeler?
11    A.   Yes.
12              MR. WYSHAK:  I offer it, your Honor.
13              THE COURT:  Any objection?
14              MR. BRENNAN:  No, your Honor, I have no objection to
15    251, 252, or 236.
16              THE COURT:  It may be admitted, counsel.
17              (Exhibit 236, 251, 252 received into evidence.)
18              MR. WYSHAK:  Can we put 252 up?
19    BY MR. WYSHAK:
10:30 20   Q.   That's Mr. Wheeler's car?
21    A.   Correct.
22    Q.   And that's in the parking lot at the country club?
23    A.   Yes.
24    Q.   All right.
25              And can we put 252 up -- I'm sorry, 251 up?
```

```
 1    Q.   Is that Mr. Wheeler?

 2    A.   Yes.

 3    Q.   That's how he looked after you shot him?

 4    A.   Yeah.

 5              MR. WYSHAK:  Can we put 236 up?

 6    Q.   Is that also Mr. Wheeler?

 7    A.   Yes.

 8    Q.   Okay.

 9         After you got back to Florida, did you meet with

10    Mr. Callahan?

11    A.   Yeah, at some point, yeah.

12    Q.   And can you tell us what happened when you returned and

13    met with Mr. Callahan?

14    A.   He was very happy.  He thought he was going to -- that

15    would solve the problem he might have with the Jai Alai.

16    Q.   Did he give you anything?

17    A.   Yeah, he was very happy, you know, he was a friend of

18    mine, I would do it for nothing, but he came up with $50,000.

19    He said, Here, throw this in the pot for your guys.

20    Q.   And what did you do with that $50,000?

21    A.   I gave Joe 25.

22    Q.   Joe McDonald?

23    A.   Yes.

24    Q.   And what happened to the other 25?

25    A.   I split it with "Whitey" and Stevie.
```

```
 1    Q.   And when you say you "split it" with them, did you
 2    actually send them the money?
 3    A.   I probably had them take it out of my money withholding.
 4    Q.   So they didn't have to send you that much money the next
 5    month?
 6              MR. BRENNAN:  Objection.
 7              THE COURT:  Sustained as to form.
 8    BY MR. WYSHAK:
 9    Q.   So can you tell us how physically you would split the
10    money with them?  How mechanically --
11    A.   Well, it went three ways.  Eight, 16, 24, so I gave them
12    16.  I would tell them -- if he was holding money at the time,
13    Take it out of that, if not, get it from somebody who is
14    holding it.
15    Q.   Okay.
16              You didn't actually physically deliver the money that
17    Mr. Callahan gave you to Mr. Bulger and Mr. Flemmi.
18    A.   No, no.
19    Q.   Did you talk to Mr. Flemmi about the gun?
20    A.   Yeah, I told him it blew up.
21    Q.   Were you not pleased with that?
22    A.   Yeah, I said it could have been a problem, did somebody
23    check?  He said somebody checked it.
24    Q.   And who did he say checked it?
25    A.   I'm not sure at the time.
```

```
 1   Q.   Was Mr. Callahan successful in acquiring World Jai Alai
 2   after the murder of Roger Wheeler?
 3   A.   No.  After a time went by, they tried to get it -- to buy
 4   it from the wife, and she refused.
 5   Q.   Okay.
 6        I'd like to direct your attention to approximately a
 7   year later, in May or June of 1982.  Did you learn that this
 8   individual, Brian Halloran, had been murdered?
 9   A.   Yes, I had heard that, yeah.
10   Q.   How did you hear that?
11   A.   I'm not sure.  I spoke to someone in Boston and heard it,
12   probably Stevie.
13   Q.   Shortly after that, did you get a message from Mr. Bulger
14   and Mr. Flemmi?
15   A.   From Mr. Flemmi, yeah.
16   Q.   What was the message?
17   A.   That he wanted to see me, and "Whitey" wanted to speak
18   with me, also.
19   Q.   And where?
20   A.   So we arranged a meeting in New York.
21   Q.   Where in New York?
22   A.   LaGuardia Airport, the Marriott Hotel.
23   Q.   And did Mr. Bulger and Mr. Flemmi come to New York City --
24   A.   Yes, they did.
25   Q.   -- and meet with you --
```

```
 1    A.   Yes.

 2    Q.   -- at the hotel?

 3    A.   Yes.

 4    Q.   And what happened when they got there?

 5    A.   Well, we went up to the room -- I either met them in the

 6    lobby or upstairs, because they knew what name I had.  And they

 7    come in, we said hello, and started talking about everything

 8    that's -- bringing me up to date.

 9    Q.   Okay.

10         And who was doing most of the talking at this meeting?

11    A.   "Whitey" was, at this meeting.

12    Q.   What did he say?

13    A.   Well, he first wanted to explain the situation about

14    Halloran.

15    Q.   What did he tell you about Halloran?

16    A.   He said that Halloran went to the FBI and told them that I

17    killed Wheeler and he had heard it from John Callahan.  And

18    subsequently, after that, he killed Halloran.

19    Q.   You say, "he killed Halloran" --

20    A.   He said -- "Whitey" said he killed Halloran.

21    Q.   Did he tell you how he knew that Brian Halloran had gone

22    to the FBI?

23    A.   Yeah, his friend "Zip" told him.

24    Q.   Okay.

25         And what did that have to do with you?
```

```
 1  A.   He said he told the FBI that I killed Wheeler, and that

 2  would have -- so he did it for me.

 3  Q.   Is that what Mr. Bulger told you?

 4  A.   Yeah.

 5  Q.   He killed Brian Halloran for you?

 6  A.   Because of him going to the FBI.

 7  Q.   What else did he tell you?

 8  A.   He said that -- because of that, you know, they were going

 9  to have a big investigation and they're going to call Callahan
```
10:36 10  in, and I guess Callahan is already out of the country, he's
```
11  hiding.  But he said that they're going to put so much pressure

12  on Callahan.  He said that "Zip" told him that Callahan is

13  going to get so much pressure on him, he's going to fold, in

14  their opinion, he'd fold, or if he does fold, we're all going

15  to go to jail for the rest of our life.

16       So --

17  Q.   Mr. Bulger said that to you?

18  A.   Yes.  Bulger did all the talking, Stevie just agreed on

19  everything.
```
10:37 20  Q.   So he told you they were worried about Mr. Callahan?
```
21  A.   Yes.

22  Q.   What else did he tell you?

23  A.   That they thought that he wouldn't hold up; they wanted to

24  take him out.  And I objected.  You know, Callahan was a friend

25  of mine, and, you know, I just killed a guy for him, risked my
```

```
 1    life.  I didn't want to kill Callahan.
 2          So they're saying, Well, he ratted on you by telling
 3    Brian Halloran you killed Wheeler, and he's going -- can I
 4    guarantee that he's going to not fold?  I said, I can't
 5    guarantee he's going to not fold.  He said, Well, we're all
 6    here, we're going to all go way.
 7          So, eventually, they convinced, okay, if that's case,
 8    it was two against one, and that was the three of us.
 9    Q.   Did you agree to --
10:38 10   A.   So I finally agreed, yeah, okay, if it has to be done, it
11    has to be done.
12    Q.   Okay.  And who did you think was going to kill
13    Mr. Callahan?
14    A.   Well, they had had so much heat on them from the Halloran
15    murder that they said now that we're going do it, they'd rather
16    have me do it in Florida.  And I didn't want to do that, but I,
17    you know, I finally agreed to -- I'll do it.
18    Q.   At this period of time, did you feel like you had control
19    of the situation?
10:38 20        MR. BRENNAN:  Objection.
21        THE COURT:  Sustained.
22    BY MR. WYSHAK:
23    Q.   Did you have a conversation about Cubans?
24    A.   Correct.
25    Q.   And what was discussed about the Cubans?
```

A.   Well, they wanted it to happen in Florida so they could

have an alibi where they were when it happened.  And we were

going to throw it off, you know, mislead anybody we could

investigating the murder, so we were going to try to blame it

on the Cubans for drugs.  I believe we went through that and I

think they already had set something up with "Zip" putting

reports in about Halloran into drugs.  So we were going to try

to make it like they were together on it.

Q.   All right.

     Was that the end of the meeting?

A.   No, I don't think so.

     Then they wanted me to have him found down there.  I

thought it would be better for me if he wasn't found because I

had to move and go away if he was found.  So I think that's the

rest of it, that I agreed to leave him down there.

Q.   How long did the meeting in New York last?

A.   Half hour, hour, the most.

Q.   And how did you feel after that?

A.   I felt lousy, but, you know, these were my partners, you

know, it sort of dictated.  We were up to our necks in murders

already, this is -- this is what they wanted, I have to do it.

They just convinced me they just saved my life.

Q.   And when you say they just saved your life, what do you

mean?

A.   By killing Halloran.

```
 1    Q.   So did you go about devising a plan to murder John
 2    Callahan?
 3    A.   Yes.
 4    Q.   What did you do?
 5    A.   I went back to Florida, I met with Joe McDonald, and I
 6    brought him up to date on everything.
 7    Q.   And why did you meet with Joe McDonald about this?
 8    A.   Because he was in with Wheeler.
 9    Q.   Okay.
10         As a result of meeting with Joe McDonald, did he agree
11    to do anything?
12    A.   Yeah, he agreed to help me do it.
13    Q.   And how did you plan to do it?
14    A.   Well, when he came down to Florida the next time, we were
15    going to set something up so we could take him out at that
16    time.
17    Q.   And did you have problems reaching Mr. Callahan?
18    A.   Yeah.  Usually I have to wait for him to call me, and I
19    didn't want to seem too anxious, he'd call -- I think he was
20    nervous because of Halloran being killed, and -- but he finally
21    came -- said, I'm coming down next week, next Friday, and this
22    was two or three weeks went by.
23    Q.   Okay.
24         And when he said he was coming down, what did you do?
25    A.   Well, I said, I'll pick you up at the airport.
```

1          So he usually takes the last flight in on Fort

2     Lauderdale Airport.

3     Q.    And did you meet him at Fort Lauderdale Airport?

4     A.    Yeah, I met him at Fort Lauderdale airport.

5     Q.    And was that somewhere around the end of July, beginning

6     of August of 1982?

7     A.    Correct.

8     Q.    When you met him at the airport, what vehicle were you in?

9     A.    I had a conversion van with the captain's chairs in the

10:42 10    front.

11    Q.    Was Joe McDonald in the car with you?

12    A.    He was in another car, his own car, a couple of rows

13    behind me.  I was in the parking lot across from the airlines.

14    Q.    And why was he in a separate car?

15    A.    To follow me.

16    Q.    Why?

17    A.    Because he knew what I was going to do.

18    Q.    So he was the crash car again?

19    A.    If need to be, but more so to do with the rest of the

10:43 20    stuff we had to do.

21    Q.    Can you explain that for to us, again, why you needed

22    multiple cars?

23    A.    When Winter Hill was doing those things, it was like a

24    military maneuver.  Every car had a responsibility.  Some cars

25    had walkie-talkies, they were just surveillance; some cars were

1    crash cars, meaning that if a police car was chasing the number

2    one car, that they could get in between and slow it down or

3    bump them, instead of having a shootout with the police.

4    Q.   And was that the ordinary practice that Winter Hill used

5    when --

6    A.   Yes.

7    Q.   -- you were involved in these murders?

8    A.   Yes.

9    Q.   So now Mr. McDonald is in a second car at Fort Lauderdale

10:44 10   Airport?

11   A.   Yes.

12   Q.   Does Mr. Callahan arrive?

13   A.   Yes.

14   Q.   And when he arrived, what happened?

15   A.   He crossed the street where I was and we were in the

16   parking lot right there, and I took his briefcase and threw it

17   in the back of the van, he jumped in the front.  I got in the

18   back and had -- I had a pistol underneath the towel, and I shot

19   him.

10:44 20   Q.   Where did you shoot him?

21   A.   In the head.

22   Q.   Back of the head?

23   A.   Yeah.

24   Q.   What did you do with his body then?

25   A.   Put it between the two captain chairs and we drove off.

1    Q.    Where did you drive to?

2    A.    I had a garage where his -- his own automobile was hidden

3    in the garage, and I was going to transfer him from my vehicle

4    to his trunk.

5    Q.    And when you said that you had a garage, what does that

6    mean, a "garage"?

7    A.    A garage, where I could put two cars in it to transfer --

8    to transfer him for this.

9    Q.    And how did you have Mr. Callahan's car?

10:45 10   A.    I had access to his car and his apartment.

11   Q.    So did you go to the garage?

12   A.    Yes.

13   Q.    Was it open at the time?

14   A.    No.

15   Q.    What did "Joe Mac" do, Joe McDonald?

16   A.    What did he do?  We went to the -- across the street from

17   where the garage was.  It was an Albertsons 24-hour store.  So

18   we parked it there, I left him in the car.  I locked the car up

19   with John in it and walked over to Joe's car and we waited

10:45 20   until the garage opened up at 7:00 in the morning.

21   Q.    Okay.

22         MR. WYSHAK:  At this time, your Honor, I'd like to

23   show the witness Exhibits 337 through 339.

24         THE COURT:  Counsel, if you've had a chance to review

25   these?  Any objection?

 1          MR. BRENNAN:  I have.  I have no objection to those

 2    exhibits, your Honor.

 3          THE COURT:  Okay.  They may be admitted and published.

 4          (Exhibits 337-339 received into evidence.)

 5    BY MR. WYSHAK:

 6    Q.   Showing you 337 through 339, can you tell us,

 7    Mr. Martorano, what's depicted in those photographs?

 8    A.   That's the garage in Florida.

 9    Q.   Okay.

10:46 10          It's sort of a -- one of those storage facilities?

11    A.   Yes.

12          MR. WYSHAK:  Can we put 337 up, your Honor?

13          THE COURT:  You may.

14    BY MR. WYSHAK:

15    Q.   So that's the facility that you were waiting to open up?

16    A.   Correct.

17          MR. WYSHAK:  Can we see the next photograph?

18    Q.   Is that what the garage is, the storage facilities look

19    like?

10:47 20    A.   Yup, it would be one of those.

21          MR. WYSHAK:  Last one.

22    Q.   Okay.

23          So did there come a time that morning when this

24    storage center opened up?

25    A.   Yes.

```
 1   Q.   And what did you do then?

 2   A.   We drove -- I got back in my van and drove it over to the

 3   garage door, opened the garage and pulled my van in, backed it

 4   in.

 5   Q.   All right.

 6        And where was Mr. Callahan's vehicle at that time?

 7   A.   Inside the garage.

 8   Q.   So this garage had enough space for two vehicles?

 9   A.   Yeah, they're extra long.

10   Q.   Extra long?

11   A.   Mm-hmm.

12   Q.   And when you drove your van into the storage facility, was

13   Mr. McDonald with you?

14   A.   Yes, he parked his car outside.

15   Q.   What did you do inside the storage facility?

16   A.   Took John out of van and put him into the trunk of his

17   car.

18        First we emptied his pockets, his briefcase, all those

19   things, his watch, stuff like that.

20   Q.   And why did you take his personal items?

21   A.   We were going to spread them around the Cuban section,

22   hopefully somebody found them and it would be a throw-off.

23   Q.   And when you say "a throw-off" --

24   A.   A throw-off for the investigation to go a different way.

25   Q.   So people would think, what?
```

```
 1   A.    It was -- it was something to do with the Cuban section.

 2   Q.    Did anything happen when you moved Mr. Callahan's body

 3   from your van into the trunk of his car?

 4   A.    Yeah, Joe heard a moan, thought he was still alive, he

 5   shot it a couple more times.

 6   Q.    After you transferred his body into the trunk of his car,

 7   what did you do?

 8   A.    I drove his car to the Miami International Airport.

 9   Q.    And did what with it?

10   A.    Left it there.

11   Q.    How did you get away from Miami International --

12   A.    Joe followed me.

13   Q.    And he drove you away?

14   A.    Yes.

15   Q.    What happened to Mr. Callahan's personal items?

16   A.    Joe spread them around certain bars down around the

17   airport, the Miami airport.

18   Q.    I'd like to show these photographs, 324 and 325.

19         THE COURT:   324?

20         MR. WYSHAK:   Yes, 324 and 325.

21         THE COURT:   Thank you.

22   BY MR. WYSHAK:

23   Q.    Do you recognize those photos?

24   A.    Yes.

25   Q.    And what do they depict?
```

```
 1    A.    That's John Callahan's car parked at the airport.

 2              MR. WYSHAK:  I offer them.

 3              THE COURT:  Any objection?

 4              MR. BRENNAN:  No objection to either, your Honor.

 5              THE COURT:  They may be admitted and published.

 6              (Exhibits 324, 325 received into evidence.)

 7              MR. WYSHAK:  324.

 8    BY MR. WYSHAK:

 9    Q.    What is that, Mr. Martorano?

10:50 10   A.    Pardon me?

11    Q.    What's depicted on the screen?

12    A.    John Callahan's car at the Miami airport.

13    Q.    Is that where you left it?

14    A.    Yes.

15    Q.    The next photo.

16              Is that his plate?

17    A.    Yes.

18    Q.    Now, after the murder of Mr. Callahan, did you meet with

19    Paul Rico?

10:51 20   A.    Yes, at some point, yeah.

21    Q.    Why?

22    A.    Joe -- a few months later, because the deal of buying the

23    Jai Alai was still in the air, it still wasn't dead yet.  So

24    Joe wanted me to ask Paul Rico if anything happened with the

25    deal.  And I said, okay, because he just wanted me to do it,
```

1    not Stevie -- he said, Don't leave it up to Stevie, you do it.

2    Q.    All right.

3          Well, did you know Paul Rico?

4    A.    No.

5    Q.    So how did you arrange to meet with him?

6    A.    I told Stevie, I said, I want to see Paul Rico and ask him

7    what's going on for Joe, because he wanted to know.

8    Q.    And what did Stevie say?

9    A.    Okay.  He set up the meet.

10:52 10   Q.    When you say "Stevie," you mean Stephen Flemmi?

11   A.    Yes.

12   Q.    And where did Mr. Flemmi set up a meet with Mr. Rico?

13   A.    At the Miami Jai Alai.

14   Q.    Who attended that meeting?

15   A.    Stevie and myself and Paul Rico.

16   Q.    Did Joe McDonald go?

17   A.    No.

18   Q.    And did you have a conversation with Mr. Flemmi and

19   Mr. Rico at that time?

10:52 20   A.    Just a few words, yeah.

21   Q.    What did you say?  What did he say?

22   A.    He introduced me to Paul.  I said, Hello.  I said, Joe --

23   Joe asked me to ask you if there's anything happening with the

24   sale?  He said, Nothing happening.  I says, That's good for me,

25   I'll see you later.

```
 1    Q.   At that time, you were a fugitive, correct?

 2    A.   Correct.

 3    Q.   Well-known to be a fugitive?

 4    A.   I think so.

 5    Q.   Mr. Rico was a retired FBI agent?

 6    A.   Yes.

 7    Q.   Did he try to arrest you?

 8    A.   No.

 9    Q.   All right.

10:53 10         Now, you told us that you were arrested in 1995,

11    correct?

12    A.   Correct.

13    Q.   Where were you arrested?

14    A.   Delray Beach, Florida.

15    Q.   At some point were you brought back to Massachusetts?

16    A.   Yes.

17    Q.   Were you released on bail?

18    A.   No.

19    Q.   You were incarcerated?

10:54 20    A.   Yes.

21    Q.   Where were you incarcerated?

22    A.   Plymouth House of Correction.

23    Q.   Were there other co-defendants with you on that case?

24    A.   Yes.

25    Q.   And who were they?
```

A.    Well, once I was in -- put into their case, it was my

brother, Frank Salemme, Stevie Flemmi, and Bobby DeLuca.

Q.    Did you meet a man named Kevin Weeks during this period

when you were incarcerated at Plymouth?

A.    At some point, yes.

Q.    And how did you meet Kevin Weeks?

A.    Well, he was in the visiting room visiting Stevie on the

other side of the glass, and I come in and said hello.

Q.    All right.

      Now, did there come a time after you were arrested

when you needed money?

A.    Yes.

Q.    And would that have been sometime in 1996?

A.    Yes.

Q.    Do you remember approximately when it was?

A.    No.

Q.    As a result of needing money, did you ask this individual,

Kevin Weeks, to do anything for you?

A.    Yeah, I told him to ask "Whitey" that I needed some money.

Q.    And what did he say?

A.    How much?  And I told him, ten.

Q.    And did you at some point later receive a response to your

request ?

A.    Yes.

Q.    And what was the response?

1    A.   The money was left at my ex-girlfriend's house.

2    Q.   And whose house was that?

3    A.   Her mother.

4    Q.   What's her name?

5    A.   Loretta.

6    Q.   And who told you that?

7    A.   Stevie.

8    Q.   So can you lay -- flesh that out a little bit for us?

9         Mr. Flemmi has a conversation with you about the money

10:56 10  you requested?

11   A.   Yeah, he said that it will get there.  He told me -- then

12   when -- he told me, It's gonna be there, but then he told me

13   when it got there.

14   Q.   Did he tell you how it got there?

15   A.   I guess his guy, one of those guys there, were going to

16   bring it.

17   Q.   Phil Costa?

18   A.   Yeah.

19   Q.   Brought it to Loretta's house?

10:56 20  A.   Yes.

21   Q.   And that's Loretta Lytle?

22   A.   Yes.

23   Q.   And that was your girlfriend's mother?

24   A.   Yes.

25   Q.   And what happened to that money?

1    A.    She picked it up.

2    Q.    And did she give it to anybody?

3    A.    Who?

4    Q.    Loretta?

5    A.    She gave it to her daughter.

6    Q.    And what's her name?

7    A.    Patty.

8    Q.    And that was the woman you had been living with when you

9    were in Florida; is that fair to say?

10:56 10   A.    Yes.

11   Q.    That's the mother of your youngest child --

12   A.    Yes.

13   Q.    -- Jimmy?

14         Was this the first time that Patty had picked up money

15   from her mother's house?

16   A.    No, she was probably picking up when I was in Plymouth.  I

17   was in there three years, so she picked up money occasionally

18   there.

19   Q.    In addition to this $10,000 we've just discussed, how

10:57 20   would other money get to Loretta Lytle's house?

21   A.    Just some bookmakers, friends of mine, would bring it

22   over.

23   Q.    So while you were incarcerated, you still had people

24   collecting money for you?

25   A.    Somewhat, yeah.

```
 1   Q.   But by the time you requested money from Mr. Bulger, you
 2   had run out?
 3   A.   Yes.
 4   Q.   Mr. Martorano, do you regret your life of crime?
 5   A.   Who wouldn't?
 6   Q.   How did you feel after you murdered John Callahan?
 7   A.   Very bad, very bad.  I just killed a guy, risked my life
 8   to go to Oklahoma for him because of my friendship with him, I
 9   don't want to see him get arrested; and then have to kill him,
10   just didn't -- that was the last thing I did, just stopped
11   there.
12   Q.   Since that murder in 1982, you've never killed anybody?
13   A.   No, no.
14        MR. WYSHAK:  I think this might be a good time for the
15   break, your Honor.  I think I'm done.
16        THE COURT:  Okay.
17                          *   *   *   *   *   *   *
18        (Recess taken.)
19        THE CLERK:  All rise for the jury.
20        (JURORS ENTERED THE COURTROOM.)
21        THE CLERK:  Court is in session.  Please be seated.
22        THE COURT:  Mr. Wyshak.
23        MR. WYSHAK:  No further questions.
24        THE COURT:  Cross-examination, Mr. Brennan.
25        MR. BRENNAN:  Thank you.
```

<u>CROSS-EXAMINATION</u>

BY MR. BRENNAN:

Q.   Mr. Martorano, you are a mass murderer, are you not?

A.   I don't think so.

Q.   You've killed for friends, right?

A.   Correct.

Q.   You've killed for family?

A.   Correct.

Q.   You've killed young, haven't you?

A.   It was an accident.

Q.   Have you killed young, Mr. Martorano?

A.   Yes.

Q.   You've killed people that you've known, true?

A.   Correct.

Q.   You've killed friends?  Yes?

A.   Correct.

Q.   You've killed strangers?

A.   Correct.

Q.   You've killed innocent people, haven't you?

A.   Correct.

Q.   You don't like the term "hit man," do you, Mr. Martorano?

A.   Not especially.

Q.   Mr. Callahan gave you $50,000 after you killed Mr. Wheeler
for him, didn't he?

A.   Correct.

| | |
|---|---|
| 1 | Q.   You don't like the term "hit man" because you think in |
| 2 | some way it undermines your credibility, sir? |
| 3 | A.   No, I wouldn't accept money to kill somebody. |
| 4 | Q.   So there's a difference between what you did and someone |
| 5 | who's a hit man? |
| 6 | A.   I would think so. |
| 7 | Q.   Do you think what you did by not taking money makes you |
| 8 | any better? |
| 9 | A.   I didn't say that. |
| 11:28 10 | Q.   Well, I'm asking you. |
| 11 | A.   No. |
| 12 | Q.   It just makes you different? |
| 13 | A.   Maybe. |
| 14 | Q.   Well, how do you see the difference? |
| 15 | A.   As far as Mr. Callahan, there was no money for killing |
| 16 | somebody, he just didn't it out of appreciation for not going |
| 17 | to jail, it wasn't for killing somebody. |
| 18 | Q.   When you killed all these people, Mr. Martorano, rather |
| 19 | than call yourself a mass murderer or rather than call yourself |
| 11:29 20 | a hit man, how would you describe your conduct? |
| 21 | A.   I don't know how to answer that. |
| 22 | Q.   Were you a serial killer? |
| 23 | A.   No. |
| 24 | Q.   You don't like that word? |
| 25 | A.   Serial killers kill until they get caught or stopped, and |

1   I didn't -- I wasn't a serial killer.  I could stop to confess
2   my problems.
3   Q.   You confessed your problems after you got caught, didn't
4   you?
5   A.   Not for murder.
6   Q.   I see.  After you got caught and arrested, you confessed
7   your problems, didn't you?
8   A.   Not for murder.
9   Q.   After you got caught and arrested, you then confessed your
11:29 10   problems, didn't you?
11   A.   At some point, yeah.
12   Q.   But you're different than a serial killer how?
13   A.   Well, depends how you would think it.
14   Q.   Well, you've said it.
15   A.   I don't think so.  Maybe you do.
16   Q.   You went on *60 Minutes* and you didn't like the term
17   "serial murder" either, did you?
18   A.   No.
19   Q.   Okay.  Well, explain to the jury why you're not a serial
11:30 20   murderer.
21   A.   Because I don't consider myself one, that's why.
22   Q.   Well, what is a serial murderer to you?
23   A.   I don't know what you would think a serial murderer is.  A
24   serial murderer kills for fun, they like it.  I don't like it.
25   I never did like it.

1    Q.    The 20 murders you admitted to, you didn't like any of

2    them, sir?

3    A.    No, I didn't like doing any of it.  I don't like risking

4    my life either.

5    Q.    Well, put aside risking your life right now, let's talk

6    about the joy that you had.

7    A.    I never had any joy.  I never had any joy at all.

8    Q.    No satisfaction, sir?

9    A.    None.

11:30 10    Q.    When you were out killing people, you knew that your

11    reputation preceded you, didn't you?

12    A.    No, I didn't go out bragging about what I was doing.

13    Q.    You told a lot of people about what you did.

14    A.    I don't recall.

15    Q.    You're bragging about it now.

16    A.    I'm in court, I'm answering you.

17    Q.    Well, you're bragging about it in your books.

18    A.    I'm not bragging about it.

19    Q.    You're bragging about it in your hopeful movie?

11:31 20    A.    No, I'm not.

21    Q.    That's not bragging?

22    A.    No.

23    Q.    That's just capitalizing on an opportunity?

24    A.    It's legal.  I pay taxes on it.  I had to do something.

25    Somebody offered me money to do it, and I did it.

1    Q.    Because you're the kind of guy who will pretty much do

2    anything for money, right, Mr. Martorano?

3    A.    I don't think so.

4    Q.    Other than kill people and brag about it, what limits do

5    you have on doing things for money?

6    A.    I don't follow you.

7    Q.    Well, we know that you'll brag about what you've done for

8    money, right?

9    A.    I don't know about that.

11:31 10    Q.    And although you say to this jury you're not a hit man,

11    you got $50,000 from Mr. Callahan for killing Mr. Wheeler,

12    right?

13    A.    No, he gave me that money in appreciation for me risking

14    my life for him so he wouldn't go to jail.  There was no talk

15    about money for murder ever.

16    Q.    And you took that appreciative gift?

17    A.    And I gave it to everybody else.

18    Q.    I'm asking if you took it, sir.

19    A.    Sure.

11:32 20    Q.    When you say sure, there was no hesitation?

21    A.    I said you didn't have to do this.

22    Q.    Well, did you say I'd do it for free, so why don't you

23    just take the money back because I'm not a hit man?

24    A.    No, I didn't say anything like that.

25    Q.    No, you took the money and you put it in your pocket?

1    A.    I gave it to everybody else, too.

2    Q.    Did you take the money?

3    A.    Yes.

4    Q.    You put it in your pocket?

5    A.    Yeah.

6    Q.    Yeah.  Now, sir, you were saying earlier that it's not

7    about the money, you would have killed Mr. Wheeler for free to

8    help out Mr. Callahan, right?

9    A.    No, not without my partner's okay.

11:32 10   Q.    Let's stop trying to blame everybody else for your killing

11   and answer my question.

12         MR. WYSHAK:  Objection.

13         THE COURT:  Sustained.

14         MR. BRENNAN:  Thank you.

15   Q.    Didn't you say on direct examination, you would have done

16   it for nothing?  Were those your words?

17   A.    I said that he was a friend of mine.  Yeah, I would like

18   to help him.

19   Q.    Did you say you would have done it for nothing?

11:33 20   A.    Just now with you, yes.

21   Q.    Would you have done it for nothing, sir?

22   A.    Pardon me.

23   Q.    Would you have killed Mr. Wheeler for nothing?

24   A.    If everybody was on board for the -- as it was, everybody

25   was on board for it.  Many things we did to save somebody

1    else's life.

2    Q.   Do you have a problem accepting responsibility for what

3    you've done?

4    A.   Yes, sometimes.

5    Q.   Do you have a problem acknowledging things you've done,

6    sir?

7    A.   No, I've confessed to everything in my life.

8    Q.   Well, let's start a confession here.  Let's talk about

9    whether or not you said you would have killed Mr. Wheeler for

11:33 10   nothing.  Did you say that today?

11   A.   Yes, I went there to do it for nothing to save my friend

12   because everybody else was on board for it.  There was a

13   potential of a business deal that might have still happened,

14   but that was in the wind.

15   Q.   I'm asking you the simple question, sir, did you testify

16   in front of this jury this morning when Mr. Wyshak was asking

17   you questions about the fact that Mr. Callahan didn't have to

18   give you money because you "would have done it for nothing"?

19              MR. WYSHAK:   Objection.  It's been asked and answered

11:34 20   several times.

21              THE COURT:   I'll allow this question.

22   Q.   Would you like me to repeat that?

23   A.   Yes.

24   Q.   Did you, Mr. Martorano, testify in front of this jury this

25   morning after Mr. Wyshak asked you questions about when you

1   killed Mr. Wheeler when you were asked about the money

2   Mr. Callahan gave you and you said, "You would have done it for

3   nothing"?  Were those your words this morning?

4   A.   Maybe.  I don't recall.

5   Q.   So, is it accurate to say that you would have done it for

6   nothing?

7   A.   To help a friend, yes.

8   Q.   And Mr. Callahan was your friend?

9   A.   Yes.

11:34 10   Q.   Now, you've said before that there was always a good

11   reason when you would kill somebody; is that true?

12   A.   I used to think that, yeah.

13   Q.   So, although you're now saying you took no satisfaction in

14   it, you're saying that when you killed these people, they were

15   justified killings?

16   A.   I didn't enjoy killing anybody, I enjoyed helping a friend

17   if I could.

18   Q.   And so when you would help a friend, you felt as though

19   what you were doing had some honor to it?

11:35 20   A.   Well, you'd have to specify which situation.  Every

21   situation is different.

22   Q.   Is there any killing you did, any murder that wasn't

23   justified, sir?

24   A.   Ask me specifically, will you?

25   Q.   Well, I'm going to get to them, but I'm asking you, is

1    there any that stand out in your mind?

2    A.    Repeat that.

3    Q.    Are there any murders that you did that stand out in your

4    mind, sir, that weren't justified?

5    A.    Yes, the two people, that guy Smith, Herbert Smith.

6    Q.    Who else?

7    A.    Who else?

8    Q.    Yes.

9    A.    Milano, but I was told that was the other guy, it wasn't

11:36 10   my mistake, it was somebody else's mistake.

11    Q.    Well, that mistake caused an innocent person to be killed,

12    didn't it?

13    A.    Not my mistake.

14    Q.    Who pulled the trigger?

15    A.    I did.

16    Q.    Who killed him?

17    A.    I did.

18    Q.    But it's not your fault because someone else told you to

19    do it, sir?

11:36 20   A.    It was somebody else who told me that that was the wrong

21    party.

22    Q.    So whose fault was that murder, sir?

23    A.    Indirectly both of ours.

24    Q.    Let's talk about directly.

25    A.    Directly, mine.

```
 1    Q.   Because you're the one who shot and killed him, right?

 2    A.   Correct.

 3    Q.   Now, when you were younger before you murdered anybody,

 4    sir, you were part of a number of people in the criminal

 5    element, weren't you, friends and associates with them?

 6    A.   Yes.

 7    Q.   And you knew Mr. Joseph Barboza, didn't you?

 8    A.   Correct.

 9    Q.   He had quite a reputation?

11:36 10    A.   Correct.

11    Q.   The most feared hit man or killer in Boston?

12    A.   Maybe.

13    Q.   Well, that's what everybody talked about, didn't they?

14    A.   Well, I didn't feel that way.

15    Q.   Well, you respected him, didn't you?

16    A.   At one point I liked him, at one point I hated him.

17    Q.   You hung with people in his gang?

18    A.   Yes.

19    Q.   Bratsos?

11:37 20    A.   Yes.

21    Q.   The Kearns?

22    A.   Yes.

23    Q.   And you did crimes with them?

24    A.   Yes.

25    Q.   And when you did crimes with other people, you learned
```

1  from their crimes, didn't you?

2  A.   Not necessarily.

3  Q.   Well, did you wake up learning how to kill somebody when

4  you were a kid?  Is it something you learned?

5  A.   None of those guys you mentioned taught me.

6  Q.   Who taught you?

7  A.   Nobody taught me, it just happened.

8  Q.   You just woke up one day and started killing people?

9  A.   No, I always taught to take care of my family and my

11:37 10  friends.  The first situation that I had was somebody was going

11  to hurt my brother, and I defended it.

12  Q.   So someone taught you that if it comes down to your family

13  or friends, you can do anything, including murder somebody?

14  A.   Family and friends come first.

15  Q.   Who told you that if it comes down to family and friends,

16  you can murder somebody?

17  A.   I don't know who told me that.  I told myself that.

18  Q.   So you had your own code?

19  A.   My family, my father always taught me that, the priest and

11:38 20  the nuns that I grew up with taught me that.

21  Q.   The priest and nuns taught you that?

22  A.   They always talked about Judas and stuff like that, and I

23  always believed that, that Judas is the worst person in the

24  world.

25  Q.   And Judas caused you to kill Mr. Palladino when you were

1   24 years old?

2   A.   That's what started me, yes.

3   Q.   And Judas caused you to kill Mr. Jackson?

4   A.   Yes.

5   Q.   And Judas caused you to kill Mr. Hicks?

6   A.   Yes.

7   Q.   Did Judas come to you and tell you to do these things,

8   sir?

9   A.   Did Judas come to me, I just thought of Judas.  He

11:38 10   represented Judas to me.

11   Q.   I see.  So when you saw these people before you took their

12   lives, when you looked at them, you saw Judas?

13   A.   I saw my family in trouble and a guy trying to hurt him.

14   Q.   And that was for Mr. Jackson?

15   A.   Mr. Jackson and Mr. Palladino.

16   Q.   It wasn't for Ms. Dickson, was it?

17   A.   Who?

18   Q.   The girl that you killed, Ms. Dickson?

19   A.   No, I didn't know it was a girl.  I didn't know -- I

11:39 20   thought it was three guys in the car.

21   Q.   She didn't look like Judas, did she?

22   A.   I couldn't see her.  They had hoods on.  I couldn't see

23   anybody in the car.

24   Q.   Well, since you couldn't see them, did you think maybe it

25   was Judas?

1   A.   I didn't think it was any young woman at that time of the

2   morning.  He was supposed to be alone.  I thought it was three

3   guys waiting for me.

4   Q.   When you weren't bragging on *60 Minutes* about all the

5   people that you killed and murdered, you said that you would

6   consider yourself a vigilante?

7           MR. WYSHAK:  Objection.

8           THE COURT:  Sustained as to the characterization at

9   the beginning of the question, counsel.

11:39 10   Q.   Did you go on *60 Minutes* after you got out of jail, sir?

11   A.   Yes.

12   Q.   And *60 Minutes* is a television news show on at night?

13   A.   Correct.

14   Q.   And you would have had an extraordinary large audience?

15   A.   Correct.

16   Q.   You knew that if you spoke on that show, many, many people

17   would hear what you had to say?

18   A.   Correct.

19   Q.   And you went on that show so you could get your message

11:40 20   out, didn't you?

21   A.   I guess so.

22   Q.   Well, don't guess.  Isn't that why you went on?

23   A.   I think so.

24   Q.   Okay.  And when you went on there and someone asked you if

25   you were a serial murderer, you didn't like that term, right?

```
 1   A.   Correct.

 2   Q.   So the term that you wanted to use to characterize

 3   yourself at that time was you were a "vigilante"?

 4   A.   In comparison to something else.

 5   Q.   Well, could you tell us, the jury, what you were comparing

 6   it to.

 7   A.   I don't remember the tape.

 8   Q.   We'll show that for you tomorrow, maybe you can remember.

 9   Is there a reason why you chose the word "vigilante" to

11:40 10   describe your murders?

11   A.   No.

12   Q.   What did "vigilante" mean to you?

13   A.   It's somebody that would hurt somebody that was doing

14   wrong.

15   Q.   Okay.  So what you're saying is that all the murders were

16   because you hurt somebody who was doing something wrong to

17   somebody else?

18   A.   Well, a large part of it, like Notorangeli, he killed

19   somebody.

11:41 20   Q.   And so it was your job to come in and cleanse Mr. --

21   A.   No, I just agreed to help.

22   Q.   And that makes you a vigilante like Batman, sir?

23   A.   I don't know about Batman.

24   Q.   It makes you something different than a murderer?

25   A.   I didn't say that.
```

1    Q.   As a vigilante, you were saying that you were a murderer,

2    but that's the type of murderer you were?

3    A.   No, I didn't say that either.  I said I would rather be

4    considered a vigilante than a serial killer.

5    Q.   Okay.  And explain to the jury how you wanted to be

6    perceived as a vigilante.

7    A.   As a person who would -- somebody who did wrong.

8    Q.   And everybody you murdered did something wrong?

9    A.   You'll have to specify.

11:41 10   Q.   Let's start with Mr. Wheeler.  Did he ever do anything

11   wrong to you that you had to be a vigilante and murder him?

12   A.   No, he didn't.

13   Q.   So, when you say you wanted to be a vigilante, that

14   doesn't really apply to all the killings that you did?

15   A.   No, and that's because in that case he was trying to put a

16   friend of mine in jail.

17   Q.   And in your mind --

18   A.   In my mind, I helped my friend.

19   Q.   And as a vigilante, it was okay to murder him?

11:42 20   A.   I would say in comparison to a serial killer.

21   Q.   And that's how your mind works, if somebody does that,

22   talks about a friend or is going to indict a friend from

23   stealing money from them, you justify as a vigilante you should

24   murder them?

25   A.   Sometimes it happened that way, yeah.

```
 1    Q.    Is there any honor, integrity in what you did?

 2    A.    I thought so.

 3    Q.    Which one, honor, integrity?

 4    A.    I don't know which one.  I thought both.  I thought both.

 5    I didn't like risking my life, but if I thought the reason was

 6    right, I would try.

 7    Q.    Did you have a lot of honor when you killed Mr. Veranis?

 8    A.    Mr. Veranis was self-defense.

 9    Q.    Now, you're not actually sure how many people you killed,

11:42 10    right?

11    A.    I better be.

12    Q.    There are people who you didn't know the names of that

13    you've killed, haven't you?

14    A.    Who's that?

15    Q.    I'm asking you.

16    A.    I don't know what you're talking about.

17    Q.    So you're saying that other than the people that you pled

18    guilty to, you've never murdered anybody else?

19    A.    Other than I pleaded in this case, I never murdered

11:43 20    anybody else, no.

21    Q.    You're sure about that?

22    A.    I'm positive.

23    Q.    Is there any reason why you would say on national TV that

24    you're not sure how many people you killed?

25    A.    I don't remember saying that.
```

```
 1   Q.   Now, when you were doing the right thing killing these
 2   people, why was it that you would run from the scene and hide
 3   if you were doing the right thing?
 4   A.   Because I didn't want to get caught.
 5   Q.   Well, if you got caught, couldn't you just explain that
 6   you were doing the right thing?
 7            MR. WYSHAK:  Objection.  This is tough work.
 8            THE COURT:  Counsel, objection is fine.  Sustained as
 9   to the form of the question but no commentary from either side.
 10  Mr. Brennan.
 11           MR. BRENNAN:  You haven't heard any commentary from
 12  me, your Honor.
 13           THE COURT:  Counsel, you can rephrase.
 14  Q.   You tell this jury today that you're "remorseful;" is that
 15  the word you used?
 16  A.   I wish none of it happened.
 17  Q.   You used the word "remorseful" today, didn't you?
 18  A.   Well, that's what I meant by "remorseful," I wish it never
 19  happened.
 20  Q.   And you said you wished it never happened, you came to
 21  this enlightenment after you murdered your friend Callahan,
 22  right?
 23  A.   No, it was always that way.
 24  Q.   I see.  When you were in Florida, you were visited by a
 25  friend of yours, Teddy Berenson, weren't you?
```

1    A.    I think so.

2    Q.    And he had a wife that would come down and visit you as

3    well?

4    A.    They did once or twice.

5    Q.    When you were in jail doing your so-called sentence in

6    this case, you made phone calls to people like Teddy Berenson,

7    didn't you?

8    A.    Possibly.

9    Q.    Do you remember telling Teddy Berenson that you had made

11:44 10   peace with yourself concerning 19 of the 20 murder victims that

11   you were involved in because the 19 of the ones that you made

12   peace with, they were dirty?

13   A.    I don't remember anything like that.

14   Q.    Well, when you say you don't remember, are you saying you

15   didn't say that?

16   A.    I say I don't remember it.  I probably didn't say it, but

17   I don't remember it because I got a pretty good memory.

18   Q.    Okay.  So, do you remember you were calling Teddy Berenson

19   when you were in jail?

11:45 20   A.    I don't remember when.

21   Q.    And you're saying, as you sit there today under oath, that

22   you never told Mr. Berenson that you made peace with killing 19

23   of the 20 people because they were dirty?

24   A.    No.

25   Q.    That didn't happen?

```
 1   A.   That didn't happen.

 2   Q.   And you're certain about that?

 3   A.   Pretty certain.

 4   Q.   When you say pretty certain, how certain are you?

 5   A.   I'm pretty certain I didn't say it.

 6   Q.   Let's talk about some of your murders.  You murdered

 7   John Banno didn't you?

 8   A.   Yes.

 9   Q.   And his nickname was "Touch"?

10   A.   Touch.

11   Q.   Do you know why his name was Touch?

12   A.   No.

13   Q.   Did you know him before the day you murdered him?

14   A.   I seen him around.

15   Q.   Did you know him?

16   A.   Might have said hello.

17   Q.   There was something about him that you were upset with,

18   wasn't there?

19   A.   I don't recall what you're talking about.

20   Q.   Well, when you went up to him, it wasn't because you were

21   trying to be a vigilante for a friend, you went up to him

22   because you were mad at him, weren't you?

23   A.   No, I didn't go up to him, he approached me.

24   Q.   Didn't you have an issue regarding other friends with

25   Mr. Banno?
```

```
 1   A.   He did.

 2   Q.   What was the issue?

 3   A.   He had shot a friend of mine, at a friend of mine.

 4   Q.   So after he shot at a friend of yours, he came out of a

 5   bar and just approached you?

 6   A.   No, he was just staring at me at the bar, I was with a

 7   girl on a date, and he was staring at me, and he made an

 8   approach at me, you know, when I came out of the bar.

 9   Q.   When you were in the bar and he was staring at you and you

10   were on a date, that offended you, didn't it?

11   A.   No.

12   Q.   Well, you made note of it?

13   A.   I didn't care for the guy.

14   Q.   Well, when he was staring at you, did you go over and ask

15   him what he was staring at?

16   A.   No, I didn't.

17   Q.   Did you run away?

18   A.   No, I didn't.

19   Q.   But you thought it was important enough to remember it?

20   A.   I remember him staring at me, then he came out of the

21   alleyway when I came out.

22   Q.   And you, Mr. Martorano, didn't care that he was staring at

23   you when you were on a date?

24   A.   Didn't bother me that much.

25   Q.   I see.  He came over to you, and without any provocation,
```

1    you say he pulled a knife?

2    A.   Yeah, we started talking about some bullshit, who knows,

3    and then he pulled a knife.

4    Q.   Well, tell us.

5    A.   It looked like he was just trying to stab me, that's all.

6    Q.   What was he talking about before he tried to stab you?

7    A.   Friends, got the wrong friends, I got better friends than

8    you and stuff like that.

9    Q.   So here's a guy who is inside a bar during a date is

11:47 10   staring you down, when you come outside, he approaches you, and

11   he's talking about your friends, and you weren't upset at all?

12   A.   Yeah, I was upset.

13   Q.   What did you say to him?

14   A.   I don't remember.

15   Q.   Well, were you speaking nicely to him?

16   A.   I don't remember what I said.

17   Q.   What was your voice like, your tone?

18   A.   I have no idea.

19   Q.   Were you yelling?

11:48 20   A.   I don't know.

21   Q.   So when he came to you, how close to you did he get?

22   A.   He got close.  He was in the alley.

23   Q.   Where was your date at this point, sir?

24   A.   She was nearby or heading to the car, one way or the

25   other.

```
 1   Q.   Do you know?

 2   A.   No.

 3   Q.   When he, you say, tried to stab you, did he stab you?

 4   A.   No.

 5   Q.   Did you have any stab wounds to your body?

 6   A.   No.

 7   Q.   Did you have any marks or scratches?

 8   A.   No.

 9   Q.   In fact, that knife of his never stabbed you, did it?

10   A.   No.

11   Q.   And what did you do?

12   A.   Stabbed him.

13   Q.   Did you take his knife, or did you --

14   A.   I had a knife, and I took his knife also.

15   Q.   What did you do first?

16   A.   I think I took his knife.

17   Q.   What knife did you stab him with?

18   A.   Maybe his at that time and maybe mine later.

19   Q.   You don't remember?

20   A.   No.

21   Q.   Was there two different types of stab wounds on his body

22   you later found out?

23   A.   No, probably one knife.

24   Q.   Did you later find out through records and speaking to the

25   State Police that there were two different types?
```

```
 1    A.    No.

 2    Q.    I see.  And when you had his knife out of his hand, he no

 3    longer had a knife in his hand, did he?

 4    A.    No.

 5    Q.    You had two knives?

 6    A.    Yeah, but I'm not sure I took mine out yet.

 7    Q.    So you had one knife maybe in your pocket, right?

 8    A.    Correct.

 9    Q.    Had another knife in your hand?

11:49 10    A.    Correct.

11    Q.    No wounds to you?

12    A.    No.

13    Q.    Hadn't been stabbed?

14    A.    Right.

15    Q.    Right.  Was he bigger than you?

16    A.    No.

17    Q.    Was he scary?

18    A.    I don't know.

19    Q.    Okay.  And after you took his knife away from him, you

11:49 20    didn't walk away?

21    A.    No.

22    Q.    You didn't call for help?

23    A.    No.

24    Q.    You stabbed him?

25    A.    Yes.
```

1    Q.   Tell the jury where you first stabbed him when you began

2    stabbing him.

3    A.   In the chest area.

4    Q.   And you knew that's where the heart is, didn't you?

5    A.   Yeah.

6    Q.   So this man who hadn't touched you, just threatened you at

7    that point, you thought that it was appropriate to stab him in

8    the heart?

9    A.   What happened, I was drinking, he was drinking, it was the

11:50 10  heat of the night.

11   Q.   Is the drinking part supposedly an excuse now?

12   A.   No, no.

13   Q.   Because you don't need to have alcohol or drugs in your

14   body to kill people, do you?

15   A.   No.

16   Q.   You do it when you're sober?

17   A.   Correct.

18   Q.   So when you say he was drinking, that really has nothing

19   to do with it, does it?

11:50 20  A.   With him drinking maybe.

21   Q.   How about you?

22   A.   No.

23   Q.   You saw this man who stared you down with a girlfriend in

24   the bar, right?

25   A.   Correct.

1    Q.   Had the audacity to approach you outside in an alley?

2    A.   Correct.

3    Q.   Hadn't touched you physically?  Yes?

4    A.   Correct.

5    Q.   Was unarmed?

6    A.   No, he was armed, I was unarmed at the time.

7    Q.   After you took the knife away from him, he was unarmed?

8    A.   Pardon me.

9    Q.   After you took his knife supposedly away from him, he was

11:50 10   unarmed?

11   A.   I didn't know that for sure.  I know I took the knife.

12   Q.   So now when you stabbed him in the heart, when you didn't

13   see any knife, were you concerned that maybe he was going to

14   pull out a second knife, sir?

15   A.   I don't know if it was the heart.  It was in the chest

16   area.

17   Q.   When you stabbed him in the chest area, did you think you

18   needed to do that in self-defense, sir?

19   A.   It was just a reaction, I guess.

11:51 20   Q.   That's a natural reaction for you is when somebody gives

21   you a hard time, you kill them?

22   A.   I had never stabbed anybody, but I did that night.

23   Q.   Well, what was going through your mind?  Tell the jury

24   what was going through your mind when you saw this unarmed man

25   after you took his knife away standing in front of you?

```
   1   A.   I also thought about my other friends that he had shot at
   2   were his friends, but I don't think it had anything to do with
   3   it.
   4   Q.   So you're intimating this is a vigilante thing, too?
   5   A.   No.
   6   Q.   So, tell us, you still haven't told us, tell the jury
   7   what's going through your mind when you stabbed this unarmed
   8   man in the chest.
   9   A.   I didn't know if he was still unarmed.
11:51 10   Q.   Well, did you look at him?
  11   A.   I picked him up and put him in my car.
  12   Q.   Before you stabbed him in the chest, did you look at him
  13   as you were standing there?
  14   A.   Yeah, he looked wild.
  15   Q.   Did he have a gun in his hands?
  16   A.   No, he didn't have a gun.
  17   Q.   Did he have a knife in his hands?
  18   A.   He had a knife in his hands.
  19   Q.   After you took it away, sir?
11:52 20   A.   No, he didn't after I took it away.
  21   Q.   Did you see any other weapon in his hands whatever?
  22   A.   No.
  23   Q.   Like you said Mr. Veranis and everybody else who put you
  24   in this position, did you see him make a motion that made you
  25   think self-defense?
```

```
 1   A.   Yes.

 2   Q.   What did he do?

 3   A.   Well, he was coming at me and he was yelling.

 4   Q.   And you took the knife away?

 5   A.   Yes.

 6   Q.   So that means you --

 7   A.   It was just a quick reaction.

 8   Q.   So it was just an automatic reaction for you to stab?

 9   A.   It was automatic then, that night, yes.

11:52 10   Q.   So you weren't really thinking at all, you just took the

11   knife and stabbed him?

12   A.   I wasn't intending on killing him.  I didn't go looking

13   for him.  I was just trying to leave.

14   Q.   He brought the fight to you?

15   A.   Yes.

16   Q.   And you ended it?

17   A.   Yes.

18   Q.   For good?

19   A.   Yeah.

11:52 20   Q.   And you didn't just stab him in the chest once, sir, did

21   you?

22   A.   A few times later.

23   Q.   Well, what do you say a few is?  Give us a number.

24   A.   I don't know.

25   Q.   You said a few.  What do you think?
```

1    A.    It could have been multiple amount of times.  You know, I

2    don't know.  I read a report that had a lot more times than I

3    stabbed him, I thought.

4    Q.    Before we get to the report, let's talk about what you

5    meant by a few.  How many times are you telling this jury you

6    stabbed him?

7    A.    I thought I stabbed him two, three or four at the most.

8    Q.    After the first stab wound in the chest, there was indeed

9    more stabbing?

11:53 10   A.    No, I put him in the car.  I was trying to drive him

11   someplace where he can go to a hotel -- a hospital.

12   Q.    Your story today is that when you were outside, you only

13   stabbed him once in the chest?

14   A.    Yeah.

15   Q.    Before you got him into the car, you hadn't stabbed him a

16   second time; is that what your story is?

17   A.    I don't believe so.

18   Q.    You say you don't believe so.  You were there.  What do

19   you remember?

11:53 20   A.    I don't think so.

21   Q.    Okay.  So you think you only stabbed him once, and then

22   you drag him to your car?

23   A.    Yeah.  It was two o'clock in the morning.  I had been

24   drinking, so that's my best recollection.

25   Q.    Was he asking you for help after you stabbed him in the

1  chest?

2  A.   Not that I remember.

3  Q.   Was he saying, Mr. Martorano, you just stabbed me in the

4  chest, please take me to a hospital?

5  A.   No, he was more calling me an "MF" and stuff like that and

6  arguing and looking to fight.

7  Q.   So this person that wanted to fight that you just stabbed

8  him in the chest, you didn't let him leave, you dragged him to

9  your car?

11:54 10  A.   Correct.

11  Q.   You were forcing help on him with the hospital, right?

12  A.   I wanted to drop him off someplace away from where we

13  were.

14  Q.   Because you didn't want people to find his dead body there

15  and know that you were the one that killed him, right?

16  A.   I wasn't going to kill him.

17  Q.   He was bleeding from the chest, wasn't he?

18  A.   I'm sure he was, but I didn't see the blood.

19  Q.   I see.  You knew that he could die after you stabbed him

11:54 20  in the chest, didn't you?

21  A.   It's possible.

22  Q.   And you were most concerned not with hiding him or his

23  body, but you were most concerned with medical attention for

24  Mr. Banno?

25  A.   I didn't want to kill him, I didn't want to get in trouble

1    for killing him, I just took him to try to put him someplace

2    he'd get his way to the hospital.

3    Q.    About a hospital, sir?

4    A.    Pardon me.

5    Q.    Did you bring him to a hospital?

6    A.    No, I didn't.

7    Q.    So when you were dragging him to the car after you stabbed

8    him in the chest, are you saying that your motive for putting

9    him in the car was you wanted to get him first aid?

11:55 10   A.    I wanted to get him out of there, slow him down, that's

11   all.

12   Q.    Right.  You wanted to get him away from the scene so you

13   wouldn't get in trouble for stabbing him?

14   A.    Probably.

15   Q.    So when you said on direct examination that you were

16   getting him in the car so you could give him medical attention,

17   that wasn't very candid, was it, Mr. Martorano?

18   A.    I don't remember saying that on direct.

19   Q.    You didn't say on direct that you were trying to get him

11:55 20   to a hospital?

21   A.    I don't recall.

22   Q.    Because if you said something like that, that would make

23   no sense, would it?

24   A.    Yes, it would, to me.

25   Q.    So if you said something like you were trying to get him

1    to a hospital, would that be a lie?

2    A.    No.

3    Q.    So you were trying to get him to a hospital?

4    A.    I was trying to get him to get into a position so he could

5    get to a hospital.

6    Q.    Didn't you just say a second ago that you were trying to

7    get him away from the scene so you wouldn't get in trouble?

8    A.    That's possible.

9    Q.    So, which was it, Mr. Martorano, were you trying to get

11:56 10    him away from the scene to cover up your crime, or were you

11    trying to get him to a hospital to render first aid?

12    A.    I was trying to do both probably.

13    Q.    Don't say probably.  You said two different things.  Which

14    one was it?

15    A.    I don't know.  I was trying to get him away from the scene

16    and to a place where he could get to a hospital.  I didn't

17    think it would go further than that.

18    Q.    Let's start over.  Forget about the earlier testimony and

19    my questions.  Why were you taking him to the scene?

11:56 20              MR. WYSHAK:  Objection.  It's been asked and answered.

21              THE COURT:  Sustained as to this area, counsel.

22    Q.    And so you say you stabbed Mr. Banno once, you have him in

23    the car, right?

24    A.    It happened what?

25    Q.    After you stabbed him once, this unarmed man, you grabbed

 1    him to your car?

 2    A.    Yes.

 3    Q.    Was he screaming when you were dragging him to the car?

 4    A.    In the car.

 5    Q.    But we're not talking about the stabbings in the car, I

 6    want to talk about on the way to the car first.

 7    A.    I don't think so.

 8    Q.    Okay.  So you're dragging him to the car.  Is he yelling

 9    to leave him alone?

11:57 10    A.    No, he was fighting and arguing.

 11    Q.    How did you get him in the car if he was fighting and

 12    arguing?

 13    A.    Just pushed him in the car.  He got in.

 14    Q.    How?

 15    A.    Just opened the door, and he jumped him.  I might have

 16    told him I was taking him to the hospital.  I don't know.  He

 17    got in.

 18    Q.    Well, you said he was fighting.  Did he voluntarily get in

 19    your car, or did he fight you on the way in the car?

11:57 20    A.    Probably half and half.

 21    Q.    Have you ever tried to get a fighting person in the car,

 22    Mr. Martorano --

 23    A.    I don't know.

 24    Q.    -- other than Mr. Banno?

 25    A.    I don't know, maybe.

```
 1  Q.   Well, how did you force him in the car when he was
 2  fighting you?
 3  A.   I opened the door and he got in.
 4  Q.   Was your girlfriend still in the car?
 5  A.   She was driving.
 6  Q.   And you were in the passenger's seat?
 7  A.   And I was in the passenger's seat in front.
 8  Q.   Which hand was the knife in, sir?
 9  A.   I don't know, probably my right hand.
11:58 10  Q.   When you got in the car after Mr. Banno jumped in, did he
11  say something to you that offended you?
12  A.   I don't remember.
13  Q.   Well, you told Mr. Wyshak that he was "mouthing off."
14  A.   I told you that, too, I said he's making a lot of noise,
15  yelling and screaming.
16  Q.   You used the term "mouthing off," didn't you?
17  A.   I don't remember.
18  Q.   Mouthing off is different than yelling and screaming,
19  isn't it?
11:58 20          MR. WYSHAK:  Objection.  This is argumentative.
21          THE COURT:  Counsel, overruled.
22          MR. BRENNAN:  Credibility, your Honor.
23          THE COURT:  I said overruled.
24          MR. BRENNAN:  Thank you.
25  Q.   You used the term "mouthing off," didn't you,
```

1    Mr. Martorano?

2    A.    I don't recall.

3    Q.    Okay.  When someone is mouthing off, does that mean

4    they're talking to you negatively?

5    A.    It could be.

6    Q.    Was he crying?

7    A.    I don't think so, no.

8    Q.    When he was screaming, was he screaming in pain?

9    A.    No, he was screaming in madness.

11:59  10    Q.    In madness.  And this is the same person you wanted to get

11    into your car?

12    A.    Who what?

13    Q.    This is the same person that you forced to get into your

14    car?

15    A.    I opened the door, he got in.

16    Q.    When he was in the back seat in madness, he didn't pull

17    out a weapon, did he?

18    A.    No, I may have said to get in, I'll drive you to the

19    hospital, I'll drop you off or get you someplace, get you some

11:59  20    help.  I don't recall the whole scene that night.  It's 40

21    years ago.

22    Q.    When you say you don't recall, why are you saying that you

23    may have done good things like take him to the hospital or

24    tried to help him?

25    A.    I intended to take him to a place where he could get his

```
 1   way to the hospital.
 2   Q.    Couldn't he get his way to the hospital --
 3   A.    I didn't want to take him to the hospital because I had
 4   stabbed him.  I didn't want to get arrested with that.
 5   Q.    Couldn't he get his way from the hospital at the Sugar
 6   Shack?
 7   A.    I don't recall.
 8   Q.    Isn't there hospitals around that area?
 9   A.    I don't know.
10   Q.    If you left him after you stabbed him once, he could have
11   made his way to the hospital without you, couldn't he?
12   A.    Possibly.
13   Q.    So you weren't really concerned about getting him to the
14   hospital?
15   A.    I didn't have the intention to take him someplace else and
16   kill him at that point.
17   Q.    That's not my question.
18   A.    I don't know what your question is.  Repeat it.
19   Q.    I will.  My point is you were not trying to take him to
20   the hospital, were you?
21   A.    I had that intention.
22   Q.    I see.  And so instead of taking him to the hospital when
23   he was in the back seat of the car, you turned around and you
24   stabbed him again?
25   A.    At some point, yeah.
```

1  Q.   What was it that provoked you to stab him the second time,

2  sir?

3  A.   I'm not sure at this point.

4  Q.   Well, if you give it some thought, could you tell us what

5  it was?

6  A.   It's too long ago.  It's 40 years.  I don't remember.

7  Q.   You remember a lot of details from 40 years?

8  A.   I remember a lot of details.  Back there, I don't remember

9  everything.

12:00 10  Q.   Well, you remember that he pulled a knife on you?

11  A.   Yes.

12  Q.   You remember he was mouthing off to you?

13  A.   Yes.

14  Q.   You remember when you supposedly let him out of the car he

15  was still alive?

16  A.   He was.

17  Q.   And so how many times would you say when he was in the

18  back seat of your car you thought it was appropriate to stab

19  him?

12:01 20  A.   Maybe once more.  I don't know.

21  Q.   Okay.  So when you said you stabbed him a few times,

22  you're saying two or three?

23  A.   I say two, three, four.  Later maybe a couple more.  I

24  don't know.

25  Q.   Well, why would you stab him again a couple more times?

```
 1   A.   Because he wouldn't shut up.

 2   Q.   And if somebody doesn't shut up near Johnny Martorano, it

 3   equates to a stabbing?

 4   A.   This is the only person that I remember stabbing.

 5   Q.   And so when people don't shut up, that gets you angry

 6   enough to stab them?

 7            MR. WYSHAK:  Objection.

 8            THE COURT:  Sustained.

 9   Q.   Did anybody else stab him in that car other than you?

10   A.   No.

11   Q.   Would you call it a savage attack by you?

12   A.   I don't know.

13   Q.   How many stab wounds did you learn were on Mr. Banno's

14   body?  Could you tell the jury, please.

15   A.   Somebody told me 20.

16   Q.   That's more than a few, isn't it?

17   A.   I don't think I did that.

18   Q.   Did you see anybody else in the car stabbing him?

19   A.   No.

20   Q.   Was your date stabbing him?

21   A.   No.

22   Q.   When you threw him on the side of the road, did you see

23   anybody run up and stab him, sir?

24   A.   No.

25   Q.   So you're saying you didn't cause those 20 stab wounds?
```

12:01 (line 10)

12:02 (line 20)

```
 1   A.   I didn't what?

 2   Q.   You didn't cause those 20 stab wounds?

 3   A.   I don't believe so, no.  I didn't think there was that

 4   many.

 5   Q.   Where is it that you threw Mr. Banno's body?

 6   A.   In an alley.

 7   Q.   Was that alley anywhere near a hospital?

 8   A.   It was in the south end.  I don't think it was too close

 9   to a hospital, a mile.

12:02 10   Q.   Do you anonymously call an ambulance to the hospital to

11   let them know that the man --

12   A.   No.

13   Q.   -- who was stabbed 20 times was waiting for them?

14   A.   No.

15   Q.   Did you do anything to render the first aid that you

16   sought when you first got him in the car?

17   A.   No.  At that point I stabbed him a few more times, and

18   then I don't think he could get to a hospital.  I thought it

19   was too late then.

12:03 20   Q.   You knew you had just taken his life?

21   A.   Yes.

22   Q.   Yesterday you were describing some of your emotion, and

23   you talked about the fact that at one point your heart was

24   "broken" was the word you used, right?

25   A.   Yes, at some point yesterday with these guys.
```

1    Q.   Suggesting you had this capacity for deep emotion, right?

2         MR. WYSHAK:   Objection.

3    A.   I think I do.

4         THE COURT:   Overruled.

5    Q.   Was your heartbroken when you killed Elizabeth Dickson?

6    A.   Yes, it was.

7    Q.   And Douglas Barrett?

8    A.   Yes, when I found out who was in the car.  I thought it

9    was three guys, like I said.

12:03 10   Q.   When you killed that girl and that boy, did you think

11   about their family?

12   A.   Of course.

13   Q.   Did you think about their mother?

14   A.   Of course.

15   Q.   Did you read the reports about the mother going down to

16   the morgue?

17   A.   No.

18   Q.   Giving repose for her daughter's soul?

19   A.   No.

12:04 20   Q.   Did you think about the family suffering when you put the

21   gun to Ms. Dickson's head?

22   A.   Sure.

23   Q.   Before or after?

24   A.   I didn't know who it was at the time, I thought it was

25   three guys, like I told you.

Q.   So if it was a guy, you wouldn't have thought about the
suffering of the family?

A.   Not the same.

Q.   I see.  So if it's a man rather than a woman, then you
have a different feeling about it, right?

A.   Yes.

Q.   How about the 17 year-old boy, Mr. Barrett?

A.   I didn't think -- I thought it was a guy who had a big
hood on.  I thought it was three guys.  I didn't know he was 17
or 18 or whatever.

Q.   Did you feel less bad since he wasn't a woman?

A.   No, I felt bad about him.

Q.   You claim that you read about the murders.  Where did you
read about the murders?

A.   I heard about it.

Q.   Who did you hear it from?

A.   I heard it in the morning.  I don't know where I heard it.
I heard it on the radio, I think.  I heard it somewhere in the
morning.  I'm not sure if it was somebody I talked to or what.

Q.   Well, if you heard it on the radio, how do you know this
was your murders because you didn't know that you killed a boy
and a girl?

A.   Three in Roxbury, I thought that it was me.

Q.   People were getting killed all the time in Roxbury,
weren't they?

1   A.   Well, I didn't kill people all the time in Roxbury, this I

2   did.

3   Q.   And you were certain that this was your killing when you

4   heard about it?

5   A.   I was hoping it wasn't.  I would have thought it was mine.

6   Q.   Did you go look into it?

7   A.   Yeah, I looked into it, and I found out it was true.

8   Q.   How did you look into it?

9   A.   I don't recall.

12:05 10   Q.   Well, how did you learn?

11   A.   I don't recall.

12   Q.   Did you find out that she was just 19 years old?

13   A.   I didn't find out that until later at some point.

14   Q.   At some point did you find out that the boy was just 17?

15   A.   At some point later.

16   Q.   Did you learn anything about her, her schooling, her

17   hobbies?

18   A.   No, I had read the papers and stuff, that's all I know.

19   Q.   You had felt so bad, did you look in to see a little bit

12:06 20   about the person you just murdered?

21   A.   There was nothing I could do about it.

22   Q.   You said you felt bad?

23   A.   I did feel bad.  I still feel bad.  It's the worst thing I

24   did, but I can't change it.

25   Q.   Before you shot these two kids and Mr. Smith, you were

1    planning on murdering that night, weren't you?

2    A.    Mr. Smith.

3    Q.    And the reason why is you heard that Mr. Smith had beaten

4    up your friend, Stephen Flemmi?

5    A.    Correct.

6    Q.    And it wasn't just Mr. Smith who had beaten up Mr. Flemmi,

7    was it?

8    A.    Correct.

9    Q.    It was Mr. Smith and Mr. Lammata?

12:06 10    A.    LaMattina.

11    Q.    LaMattina.  And who else?

12    A.    There was another guy with him.

13    Q.    Cincotti?

14    A.    I think so.

15    Q.    And Mr. LaMattina, you knew that he was a capable man,

16    didn't you?

17    A.    Yes.

18    Q.    You know that he was a made man?

19    A.    I don't know if he was a made man, it was a career.

12:07 20    Q.    He affiliated with the mafia?

21    A.    I didn't know if he was.

22    Q.    And you knew that he could defend himself, didn't you?

23    A.    Yeah.

24    Q.    Well, you knew that he, being a member of the mafia,

25    wasn't opposed to violence, right?

```
 1   A.   Right.

 2   Q.   Wasn't opposed to fighting back?

 3   A.   Right.   Neither was Smith.

 4   Q.   Thank you.  So when you, Mr. Martorano, learned that

 5   Mr. Smith, Mr. LaMattina and Mr. Cincotti had beat up

 6   Stephen Flemmi, you decided that you weren't going to target

 7   Mr. LaMattina, the capable man, you instead decided to target

 8   Mr. Smith?

 9   A.   No, I went down there to find out what happened.  Smith

10   was there, they weren't there.  This is what happened.

11   Q.   Did you go looking for the other two men who beat up

12   Stephen Flemmi?

13   A.   I found Smith.  I didn't go looking for them.

14   Q.   After did you go find the other people who had done this?

15   A.   No, I didn't.

16   Q.   Because as a vigilante, didn't you want to avenge

17   Stephen Flemmi?

18   A.   I think I did.

19   Q.   By killing one of the three men?

20   A.   Yes.

21   Q.   The weakest of the three?

22   A.   I don't know if he was the weakest of the three.

23   Q.   Is there any reason why you wouldn't go to somebody who

24   was in the mafia and kill them?

25   A.   No.
```

1    Q.    You were afraid of repercussions?

2    A.    No.

3    Q.    Afraid someone would fight back?

4    A.    No.

5    Q.    Afraid maybe you couldn't sneak up on him?

6    A.    No.

7    Q.    And so what you did is you waited until Mr. Smith and his

8    two passengers were in a secluded area, didn't you?

9    A.    Yeah.  Where I was supposed to meet them, yeah.

12:08 10   Q.    Now, you don't want to admit that you killed a young

11   woman, do you, on purpose?

12              MR. WYSHAK:  Objection.  "You don't want to admit?"

13              THE COURT:  Well, sustained as to the form, counsel.

14   Q.    Do you have any hesitation admitting that you knew this

15   was a young girl before you killed her?

16   A.    If that's what I knew before I killed her, I would have

17   said that.

18   Q.    And so what you've said is that you couldn't tell if they

19   were young children or adults, adult men because they had hoods

12:09 20   on?

21   A.    They were full grown with hoods on, yes.

22   Q.    And at some point the State Police obtained the file from

23   Boston Police Department, didn't they?

24   A.    I guess so.  I don't know.

25   Q.    When you talked to the State Police and they did all these

1  interviews, and we'll talk about them later, they shared with

2  you some of the facts and details of these murders when you

3  talked to them, didn't they?

4  A.   I read some reports.  I don't remember reading anything

5  there.

6  Q.   You'd tell them a little bit about something you had done,

7  they'd get the case file, and then you would discuss it, right?

8  A.   I don't remember.

9  Q.   You don't remember sitting down discussing the case?

12:09 10  A.   Not that incident.

11  Q.   Okay.  Generally, when you're discussing your 20 murders

12  with the State Police, do you remember, as you would talk about

13  the murders, they would get the documents to see if you were

14  accurate?

15  A.   At some point, yeah.

16  Q.   And at some point they would show you some of the stuff?

17  A.   Correct, to see if I was on the money.

18  Q.   Not to belabor this because we're going to come back to

19  it, when you say there was hoods, you know that there were the

12:10 20  autopsy report and crime scene reports in that file from

21  Ms. Dickson, don't you?

22  A.   Correct.

23  Q.   And you know that none of those three people in any of the

24  property were wearing hoods on their clothes; you know that,

25  right?

A.   Okay.  But from where I was, it looked like three people
with hoods on because it was the silhouette that I saw.

Q.   And you're telling everybody that you didn't know it was a
girl because they were wearing a hood, the truth is you know
they didn't have hoods on, right?

A.   I didn't see anybody.  When I got in the car, I just
started shooting.  I didn't see anybody except coming into the
car.

Q.   You saw well enough to put the gun to the back hair of Ms.
Dickson and shoot her through the head, right?

A.   I didn't put it to the head, I just shot at a silhouette.
After I shot Smith, everything went blind after the first shot
in the car.  If you try that sometime, you'll see, and I just
saw silhouettes, and that's it, and it took about three
seconds.

Q.   And your three accurate shots hit all three silhouettes
behind the ear?

A.   That's it.  Where they hit, I don't know where they hit.

Q.   Have you had a lot of practice shooting at silhouettes,
sir?

A.   No.

Q.   You've tried to suggest for decades, Mr. Martorano, that
you didn't know before you shot the girl that she was a girl,
didn't you?

A.   Correct.

```
 1   Q.   And you've put that in your book, right?

 2   A.   I don't know if it's in the book.

 3   Q.   You've told that to the police, you've told it to the

 4   State Police, right?

 5   A.   Uh-hum.

 6   Q.   You've told it to the federal authorities, Mr. Wyshak?

 7   A.   Correct.

 8   Q.   Right?  That's been your story for decades, right?

 9   A.   Correct.

12:11 10  Q.   And you're telling us now that you know they were not

11   wearing hoods?

12   A.   No, I don't know that if they were wearing hoods or not.

13   I saw silhouettes.  It appeared to me that there was hoods, but

14   that's all I know.

15   Q.   You didn't say to the State Police or the federal

16   authorities it appeared that it may have been a hood, it was

17   just a silhouette, you said they were wearing hoods?

18   A.   Well, I also said it was silhouettes or hoods.  All I saw

19   was three shadows.  It was a blizzard, and there was three

12:12 20  shadows.  I saw it through the window.

21   Q.   You saw silhouettes when you were outside of the window

22   until you got in the car?

23   A.   Right, then I couldn't see anything after I got in.

24   Q.   You said when you got in the car, Mr. Martorano, you

25   didn't know it was a girl because they were wearing hoods,
```

1   that's what you said for decades?

2   A.   It appeared to be hoods, it appeared to be -- it was dark.

3   Q.   You didn't say it was dark, you said they were hoods,

4   didn't you?

5   A.   They appeared to be wearing hoods.

6   Q.   That's not true --

7   A.   That's true.

8         MR. WYSHAK:  Objection.

9         THE COURT:  Sustained.

12:12 10         MR. BRENNAN:  I didn't finish the question.

11         THE COURT:  Oh, you can reframe a question, counsel.

12   Q.   Mr. Martorano, that's not true --

13   A.   Yes, it is.

14   Q.   Can I finish the question, please -- you knew they weren't

15   wearing hoods, and you always knew that, didn't you?

16         MR. WYSHAK:  Objection.  This has been asked and

17   answered.

18         THE COURT:  Sustained as to asked and answered,

19   counsel.

12:13 20   Q.   Let's talk about Tony Veranis.  Did you know Mr. Veranis

21   before you murdered him?

22   A.   No.

23   Q.   You knew about him, didn't you?

24   A.   I knew that he had an incident the night before with my

25   brother.

1    Q.    He wasn't going to testify in court against your brother,

2    was he?

3    A.    No.

4    Q.    He wasn't threatening to kill your brother, right?

5    A.    He what?

6    Q.    He wasn't threatening to kill your brother?

7    A.    Not that I know of.

8    Q.    Okay.  And so when you decided that you were going to have

9    this confrontation with Mr. Veranis, you knew that he had

12:13 10   embarrassed your brother?

11   A.    I didn't decide to have a confrontation with Veranis,

12   Veranis approached me at the bar and introduced himself.

13   Q.    Before Mr. Veranis came to the bar and introduced himself,

14   you knew he embarrassed your brother, didn't you?

15   A.    Yeah.

16   Q.    And your brother told you he was embarrassed?

17   A.    Yeah.

18   Q.    And that made you angry, didn't you?

19   A.    Yeah, but I wasn't going looking for Veranis.

12:14 20   Q.    I didn't ask that.  And so when you saw Mr. Veranis that

21   night, you saw him as the person who had embarrassed your

22   brother, didn't you?

23   A.    No, I didn't.  I didn't even have a chance to think that.

24   He walked up, approached me.

25   Q.    And that you say when he walked up and approached you, you

1   had no intention of having a fight with him?

2   A.    None.

3   Q.    You claim he pulled out a gun?

4   A.    He reached for it.  He started yelling and screaming that,

5   You, mother -- You, MF this, You, MF that, and I gave your

6   brother a beaten the night before, and, FU, then he went to

7   grab a gun.  He was drunk.

8   Q.    He was drunk, too?

9   A.    I would think he's drunk, he's there at three in the

12:15 10   morning, and it's an after-hour joint.

11   Q.    Were you drunk?

12   A.    I was drinking.

13   Q.    Were you drunk?

14   A.    No, I wasn't drunk I don't think.

15   Q.    Then why was he drunk because he was there at that time?

16   A.    It appeared to be the way he was acting.

17   Q.    He was out of control, too?

18   A.    He seemed to be.

19   Q.    I see.  Like Banno?

12:15 20   A.    Yeah, he seemed to be.

21   Q.    Were they very similar in the way they were out of control

22   towards you?

23   A.    I don't know.  Maybe.

24   Q.    Well, describe what he was doing other than swearing?

25   A.    He was coming at me, and he's a tough kid.  I knew his

1    reputation from the night before, and then I heard a little bit

2    about him, and when he got close to me, he went to pull a gun,

3    and I shot him.

4    Q.    You saw this gun that he went to pull?

5    A.    Yeah.

6    Q.    Where was it?

7    A.    It was in his waist.

8    Q.    Well, what did it look like?

9    A.    I didn't see what it looked like, I just knew he had a gun

12:15 10   in his waist.

11   Q.    Did you see what it looked like after you took it with

12   you?

13   A.    I didn't take it with me.

14   Q.    You didn't say in other testimony that you took the gun

15   with you?

16   A.    Maybe "Tash" took it with him, I don't know.

17   Q.    Did you say that you took it with you?

18   A.    I don't recall saying that.

19   Q.    So, you say you have no memory of what the gun looked like

12:16 20   that he supposedly was going to shoot you with?

21   A.    I don't remember.

22   Q.    You shot him?

23   A.    I shot him, yeah.

24   Q.    Tell the jury where you shot him.

25   A.    In the head.

```
 1    Q.   How many times did you shoot him?

 2    A.   Once.

 3    Q.   Did you beat him up before you shot him?

 4    A.   No.

 5    Q.   You know that the government got the medical records for

 6    that case as well?

 7    A.   Correct.

 8    Q.   And that he had seven pistol whippings on him?

 9    A.   No, I didn't hit him.  I might have hit him with the gun

12:16 10    when I shot him, but that's it.

11    Q.   Where did you shoot him?

12    A.   In the head.

13    Q.   Okay.  Did someone pistol whip him after you shot him?

14    A.   Not that I know of.

15    Q.   After you shot him, he was dead, wasn't he?

16    A.   Yeah.

17    Q.   Did you see anybody come up to the body and pistol whip

18    it?

19    A.   No.

12:16 20    Q.   Well, you were looking at the body because you took it

21    with you, didn't you?

22    A.   Yes, I did.

23    Q.   Did he have pistol whippings on his head before he came up

24    to you; is that what he was mad about?

25    A.   I don't know.
```

Q.   Did you notice anything about his head that would show
those type of wounds?

A.   I didn't notice anything about his head.

Q.   So, are you saying that you didn't shoot him because he
embarrassed your brother?

A.   I shot him because he was pulling a gun on me.

Q.   What kind of gun were you using?

A.   I think it was like a .38.

Q.   Is that a typical gun that you would carry, or did you
carry --

A.   Snubnose .38, yeah.

Q.   Did you carry the same gun all the time or different ones?

A.   A lot of times I carried a Snubnose .38 because I always
kept it in my pocket.

Q.   Did you take it in case you wanted to shoot somebody?

A.   Yes, and I always took it in after-hours joints, too.

Q.   You put bullets in it?

A.   Of course.

Q.   And you always had a gun with you, didn't you?

A.   In after-hour joints, yeah.

Q.   There was a bar full of people when you shot and killed
him?

A.   Correct.

Q.   And everybody saw you or many people saw you, you would
imagine?

1   A.   I don't know.

2   Q.   Certainly helped your reputation, didn't it, sir, that you

3   shot him in a bar?

4   A.   I wasn't thinking of reputation.

5   Q.   Didn't you say on *60 Minutes* that you liked to be

6   respected?

7   A.   Who doesn't?

8   Q.   Other than murdering all these people, what did you do to

9   get respected, sir?

12:18 10   A.   I always tried to help people, too.

11   Q.   I see.  So the respect that everybody would have for you

12   is because you murder people to help people?

13   A.   No, I always try to be a nice guy.

14   Q.   I see.  Well, you weren't a nice guy to Mr. Veranis that

15   night, were you?

16   A.   And other times also.

17   Q.   What were the nice things that you were doing for people

18   that --

19   A.   If somebody was in trouble, I would try to help them,

12:19 20   financially, whatever.

21   Q.   Give us an example.

22   A.   Many people I helped with money.

23   Q.   Give us an example.

24   A.   I don't know any offhand.

25   Q.   Not only did you kill people that you had words with, you

1    killed one of your best friends, didn't you, Mr. Callahan?

2    A.   Unfortunately, yes.

3    Q.   And before you killed Mr. Callahan, you made the decision

4    in your mind that you were going to kill him, didn't you?

5    A.   Yes, after we -- after we -- like there was two people

6    wanted him dead, and I didn't, but Mr. Bulger insisted on it,

7    so that's why we did it.

8    Q.   Let's talk about you right now.

9    A.   Yeah.  Well, that's part of what you're talking about.

12:19 10   Q.   No, I'm talking about you.

11        MR. WYSHAK:  Objection.

12   Q.   You made a decision, sir, that you were going to kill him,

13   didn't you?

14   A.   I made the decision, they sort of made the decision --

15        THE COURT:  Mr. Martorano, when there's an objection,

16   just stop talking so I can make a ruling.  Counsel, there's an

17   objection.  I've overruled it.  You can reframe the question,

18   Mr. Brennan.

19   Q.   You decided that you were going to kill Mr. Callahan,

12:20 20   didn't you, Mr. Martorano?

21   A.   I went along with Mr. Bulger and Mr. Flemmi from New York,

22   and I said I agreed to do it, I agreed to go along with it

23   because they were my partners, and I couldn't vouch for him,

24   not getting everybody in trouble, so I went along with it, yes.

25   Q.   So your answer is yes, you did decide you were going to

1  kill him?

2  A.    Yes.

3  Q.    And when you decided you were going to kill him, you

4  selected a gun to do that, didn't you?

5  A.    Pardon me.

6  Q.    You selected a gun that you were going to use to kill your

7  friend, didn't you?

8  A.    I don't recall.  I think Joe had a few guns down there.

9  Q.    So you were going to borrow one of your friend's guns?

12:21 10  A.    Yeah, I don't think I had any.  He had some down there.  I

11  think it was a .22 actually.

12  Q.    What kind of .22 did you use to murder your friend?

13  A.    I'm not sure.  I'm not sure of the gun.  I think it was a

14  .22.  I'm not positive.

15  Q.    And before you had a chance to murder your friend, you had

16  to get him down to Florida, didn't you?

17  A.    Yes.  Again, with the gun.  I'm not positive what the gun

18  was.

19  Q.    You didn't want to put him on alert that you were going to

12:21 20  kill him because then he would never come down, right?

21  A.    No.

22  Q.    So you had to lie to your friend?

23  A.    Yes, I did.

24  Q.    And in your past experience and training for yourself, you

25  got pretty good at lying, didn't you?

```
 1    A.   I think anybody that kills somebody has to lie to get it
 2    done.
 3    Q.   I'm asking about you.
 4    A.   Yes, I lied.
 5    Q.   And you were getting pretty good at lying, weren't you?
 6    A.   I don't know what you mean.
 7    Q.   Well, when he called you on the phone, you had to disguise
 8    in your voice what your intentions were, didn't you?
 9    A.   Yes.
10    Q.   You had to lure him calmly down to Florida so he would
11    have his guard down, right?
12    A.   Correct.
13    Q.   And you lied about why he was coming down to Florida, you
14    said to him to come down to Florida because you had some
15    business, correct?
16    A.   I wanted to bring him up to date on what I had heard.
17    Q.   Right.  You didn't him that he was coming down to die?
18    A.   No, I didn't.
19    Q.   And when he got down to Florida and got off the plane,
20    when you walked up to him, you had a smile on your face, didn't
21    you?
22    A.   I don't recall.
23    Q.   Do you recall that you were trying to mislead him into
24    knowing what's going to happen to him in a few minutes?
25    A.   No, I just wanted to put him in the car and get it over
```

```
  1   with.
  2   Q.   When you saw him get off the plane, you went and took his
  3   luggage for him, didn't you?
  4   A.   I grabbed his bag and said hi, that's it.
  5   Q.   When you said hi to your friend before you murdered him,
  6   did you look him in the eye?
  7   A.   Yes, I did.
  8   Q.   And then you walked him to the car where you were going to
  9   kill him?
 10   A.   Yes.
 11   Q.   When you put him in the car, you had him take the front
 12   seat, sir?
 13   A.   Yes.
 14   Q.   And where you were going to murder your friend, you wanted
 15   to do it from behind, didn't you?
 16   A.   Well, I put the gun in the back seat, so that's the way I
 17   arranged it.
 18   Q.   And part of your planning was that if you were behind him,
 19   he couldn't fight back, right?
 20   A.   Maybe.
 21   Q.   So you were successful lying to him to get him down to
 22   Florida, weren't you?
 23   A.   Correct.
 24   Q.   You were a convincing liar, sir?
 25   A.   I guess so that night.
```

1    Q.    Even to somebody who was a close friend of yours who knew

2    you well?

3    A.    Correct.

4    Q.    Someone who knew your mannerisms?

5    A.    Correct.

6    Q.    Someone who knew your voice?

7    A.    Yes.

8    Q.    Someone who knew your tendencies?

9    A.    Yeah.

12:23 10   Q.    When you got into the back seat of the car that you killed

11   your friend in, did you have any idle conversation with him

12   before you killed him?

13   A.    No, not that I recall.

14   Q.    You made a number of preparations before you killed your

15   friend, didn't you, as far as trying to limit the mess?

16   A.    Correct.

17   Q.    What did you do?

18   A.    I covered the floors and the seats with plastic and

19   towels.

12:24 20   Q.    And why did you do that, Mr. Martorano?

21   A.    So it wouldn't make a mess in the car.

22   Q.    Whose car was it?

23   A.    It was mine.

24   Q.    Were you going to keep the car after you murdered your

25   friend in it?

```
 1   A.    Yes.

 2   Q.    And you wanted it to be clean, didn't you?

 3   A.    I didn't want it to cause an arrest.

 4   Q.    What was Joe MacDonald doing before you shot your friend

 5   in the back of the head?

 6   A.    Sitting in his car waiting.

 7   Q.    So it was just you and Mr. Callahan alone?

 8   A.    Uh-hum.

 9   Q.    His final moments, right?

10   A.    Correct.

11   Q.    After you shot Mr. Callahan, by the way, did you shoot him

12   once or twice in the back of the head the first time?

13   A.    I believe it was once.

14   Q.    Okay.  Then you and Mr. MacDonald stuffed him in the back

15   of the trunk?

16   A.    We transported him from the van to his car, yeah.

17   Q.    And who did that, you and Mr. MacDonald?

18   A.    Yeah.

19   Q.    When you put him in the trunk, you went for a cup of

20   coffee after?

21   A.    I don't remember that.

22   Q.    You waited and watched the car?

23   A.    When he was in the car before the place opened, we went

24   for a coffee to kill some time.

25   Q.    When you opened the trunk, Mr. Callahan, there was some
```

12:24 (line 10)
12:25 (line 20)

1   moaning?

2   A.    When we picked him up and put him in the trunk of his car,

3   there was a groan came out.

4   Q.    And when the groan came out, did you have any second

5   thoughts about your friend that you had just shot?

6   A.    No, Joe said he thought he was alive and shot him a couple

7   more times.

8   Q.    Before Joe shot him a couple more times, when you heard

9   your friend groan, when you were moving him to the trunk of

12:26 10  your car, his car, rather, did you have any second thoughts

11   that maybe you would take him out of the wrapper and try to

12   help your friend?

13   A.    I didn't think he was alive.

14   Q.    Did you hear the groan?

15   A.    Yeah, but I didn't think he was alive.

16   Q.    Was there anybody else in the trunk other than

17   Mr. Callahan?

18   A.    No, but bodies can make noise and be dead.

19   Q.    Did you look?

12:26 20  A.    Yeah.  I didn't think he was alive, Joe did.

21   Q.    And what did you look and see to see if he was alive?

22   A.    I just looked at him, and there was no movement.  There

23   was no breathing.

24   Q.    Let's go back to your first murder, sir.  You were just 24

25   years old when you committed your first murder, weren't you?

```
 1    A.    I'm not sure what age I was.

 2    Q.    Well, Mr. Palladino?

 3    A.    Yeah.

 4    Q.    Was he the first man you killed?

 5    A.    Yeah.

 6    Q.    Now, at the time you killed Mr. Palladino, you were

 7  involved in a number of different types of illegal activity,

 8  weren't you?

 9    A.    Yeah.

10    Q.    You were into stealing?

11    A.    No stealing.

12    Q.    Drugs?

13    A.    I did drugs.  I never sold drugs.

14    Q.    What kind of drugs did you do?

15    A.    I did marijuana, cocaine.

16    Q.    You did cocaine a lot, didn't you?

17    A.    Once in a while.

18    Q.    Would you consider yourself a drug addict at that time?

19    A.    Never.

20    Q.    And, sir, when you were with your friends -- well, let me

21  strike that.  Your family had a bar over at Chandler's?

22    A.    Correct.

23    Q.    And at some point --

24    A.    That wasn't my family.

25    Q.    That was your partners?
```

1    A.    Yes.

2    Q.    Including your brother?

3    A.    Correct.

4    Q.    All right.  Your family had a restaurant before that where

5    Ms. Sylvester was?

6    A.    Correct.

7    Q.    And that's where this all started, didn't it?

8    A.    Correct.

9    Q.    Ms. Sylvester was killed by one of your friends or your

12:27 10   brother?

11   A.    Correct.

12   Q.    And since she was killed, there were people at the bar you

13   were worried about for witnesses, right?

14   A.    Well, I heard they were going to say something against my

15   brother.

16   Q.    Who said they were going to say something against your

17   brother?

18   A.    Stevie Flemmi and Wimpy, I think it was, yeah.

19   Q.    So, Stevie said that Mr. Palladino was going to phone to

12:28 20   say something against your brother?

21   A.    Yeah, my brother was getting indicted or got indicted for

22   accessory after the fact, and these guys were supposed to be

23   testifying against them or going in to get them indicted, I'm

24   not sure.

25   Q.    And that worried you, didn't you?

```
 1    A.    Yes.

 2    Q.    Because you didn't want your brother to get in trouble?

 3    A.    No.

 4    Q.    And you would do anything for your brother, wouldn't you?

 5    A.    Correct, and he also said he had nothing to do with it.

 6    Q.    You'd do anything for your brother?

 7    A.    Yeah.

 8    Q.    And when you thought your brother, your family member,

 9          might be in trouble, you thought you should do something to

12:28 10    help him out, right?

11    A.    Correct.

12    Q.    So you went and you found Mr. Palladino?

13    A.    Correct.

14    Q.    All right.  Now, at that point Mr. Palladino hadn't gone

15          to court, had he?

16    A.    I don't know.

17    Q.    Did you ever ask anybody if he had been to court?

18    A.    I was trying to get him to come out and talk to me to find

19          out what's going on from what I had heard from Flemmi and

12:29 20    Bennett.

21    Q.    Because you wanted to know if he was going to hurt your

22          brother or not?

23    A.    I wanted to find out what was going on and get a reaction,

24          and I did.

25    Q.    And if he was going to hurt your brother, you were going
```

1    to kill him, weren't you?

2    A.    Positively, yeah.

3    Q.    And so knowing that you were going to kill him if he was

4    hurting your brother, you brought a gun with you?

5    A.    Correct.

6    Q.    What kind?

7    A.    .38.   No, I'm not sure of that.   I'm not sure today.

8    You'd have to show me a report, and I'll look at it.

9    Q.    When you saw Mr. Palladino, you asked him to get into the

12:29 10   car?

11   A.    He was upstairs playing cards.   I asked him to come down,

12   I wanted to talk to him.

13   Q.    And he came down?

14   A.    He came down.

15   Q.    You had a number of friends with you?

16   A.    My brother with me.

17   Q.    Just you and your brother?

18   A.    Yes.

19   Q.    Because it was your brother's problem, right?

12:29 20   A.    Yes, he came with me to look for him.

21   Q.    Since it was your brother's problem, that made it your

22   problem, didn't it, Mr. Martorano?

23   A.    Yes, if it was a problem.

24   Q.    You asked Mr. Palladino to get into the car?

25   A.    He got in the car, yeah.

1    Q.   Did you tell him before he got into the car that you were

2    thinking of murdering him?

3    A.   No.

4    Q.   You went for a ride with Mr. Palladino, didn't you?

5    A.   No.  We went to pull out of the parking space and pull off

6    the street.  That's when he pulled a gun.  He got a little

7    scared when we started driving off.

8    Q.   You shot him?

9    A.   He shot first, I shot him.

12:30 10    Q.   How many times did you shoot Mr. Palladino?

11    A.   Once, I believe.

12    Q.   In the head?

13    A.   Yes.

14    Q.   And that was your first murder?

15    A.   Yes.

16    Q.   How did you feel after your first murder, Mr. Martorano?

17    A.   Not good.  He was sort of a friend.  We hung around

18    together, didn't feel good about it.

19    Q.   Well, did you feel like a vigilante?

12:30 20    A.   No.

21    Q.   Did you feel justified?

22    A.   No, I felt that I was -- I felt that he was wrong or he

23    wouldn't have pulled the gun and started shooting.

24    Q.   So this was his fault?

25    A.   Yeah.

```
 1    Q.    Self-defense?

 2    A.    In a sense, yeah.

 3    Q.    What do you mean in a sense?

 4    A.    He got the first shot off.  He almost hit my brother.

 5    Q.    And so after you killed Mr. Palladino, you didn't swear

 6    off killing at that point, did you?

 7    A.    I didn't swear on or off, things just happened.

 8    Q.    Things like that just happened to you, murdering people?

 9    A.    Well, I started looking for the other guy.

10    Q.    Right.  So after you killed Mr. Palladino, you dumped his

11    body in the North End?

12    A.    Yes.

13    Q.    Down near the Boston garden?

14    A.    Behind it.

15    Q.    You threw him in the middle of the street, right?

16    A.    Somewhere.

17    Q.    You don't remember where you threw your first body?

18    A.    Well, it was against the girder.

19    Q.    So at that point, you didn't swear on or off killing, but

20    you went for your next victim, did you?

21    A.    Yes.

22    Q.    You kind of swore on killing, didn't you?

23    A.    No.

24    Q.    No.  You knew when you were going to find Mr. Jackson, you

25    weren't going to have a conversation with him?
```

```
 1   A.   Correct.

 2   Q.   You were going to kill him?

 3   A.   Correct, because now I believe what I was told.

 4   Q.   You believe what you were told simply because

 5   Mr. Palladino pulled out a gun?

 6   A.   No, because Stevie and Wimpy had heard from good advice of

 7   theirs that they both were saying something, and it looked like

 8   they were telling the truth.

 9   Q.   So after you killed Mr. Palladino, you decided you were

12:32 10  going to kill immediately, right?

11   A.   Kill --

12   Q.   You were going to kill somebody, Mr. Jackson?

13   A.   Yeah, I was looking for him.

14   Q.   You went looking for Mr. Jackson so you could kill him as

15   well because he was a threat to your brother?

16   A.   Correct.

17   Q.   And you believed that it was justifiable to kill on your

18   brother's behalf if you were helping your brother, right?

19   A.   Correct.

12:32 20  Q.   So if you would kill for your brother, sir, certainly you

21   would lie for your brother, wouldn't you?

22   A.   Probably.

23   Q.   What do you mean probably?  Wouldn't you?

24   A.   Probably.

25   Q.   Well, isn't killing worse than lying?
```

1    A.    Sure.

2    Q.    And so if you would kill for your brother, the best that

3    you can come to is that you would probably lie for your

4    brother?

5    A.    I guess I would lie for my brother if I had to.

6    Q.    I don't want you to guess, aren't you certain that you

7    would?

8    A.    Probably.

9    Q.    You found Mr. Jackson, and there was no conversation

12:33 10   needed when you found him, was there?

11   A.    No.

12   Q.    Explain to the jury how you killed him.

13   A.    Waited for him to pull up in his parking lot behind the

14   house, shot him with a shotgun through the other side of the

15   fence I was on.

16   Q.    Did you have some help with that one?

17   A.    Yes.

18   Q.    Who helped you?

19   A.    Tommy Deprisco, "Tash" Bratsos and Jimmy Kearns.

12:33 20   Q.    Members of Joe Barboza's gang?

21   A.    They were friendly with Joe Barboza's gang, you could call

22   them associates.

23   Q.    You called them associates when Mr. Wyshak asked you

24   questions, right?

25   A.    Associates or members close to me.

1   Q.   Let me ask you just a couple questions about Mr. Hicks.

2   We'll get back to him later.  Mr. Hicks was somebody you hadn't

3   even met yet, right?

4   A.   Correct.

5   Q.   So you would kill people for your brother at that point

6   and justified it because you were trying to help somebody,

7   right?

8   A.   Correct.

9   Q.   And you would kill people by mistake who were silhouettes,

12:34 10   right?

11   A.   Correct.

12   Q.   And then you decided that you would kill somebody for

13   somebody you didn't even know yet?

14   A.   Correct.

15   Q.   You were doing a favor for Alvin Campbell?

16   A.   I was doing a favor for his wife.

17   Q.   You weren't killing for Alvin Campbell really?

18   A.   I didn't know Alvin Campbell.

19   Q.   So his wife asked you to kill somebody, and --

12:34 20   A.   No, she didn't ask me to kill somebody, she asked me for

21   some help for some attorney.

22   Q.   I see.  She asked you for help for the attorney.  Did you

23   think maybe you could give her some money?

24   A.   Yeah, I did.  I thought I would give her some money.  I

25   thought that I would try to talk the witness out of testifying.

```
 1   Q.   Well, did you give her money?

 2   A.   Yeah.

 3   Q.   And then you figured you would talk to the witness and

 4   keep the witness from testifying, right?

 5   A.   And try to convince him not to testify.

 6   Q.   Did you talk to the witness and try to keep him from

 7   testifying?

 8   A.   I talked to him, and I couldn't -- I knew I couldn't get

 9   to the point.  He wouldn't do it.

10   Q.   So are you saying today in this trial that you were trying

11   to talk him out of testifying?

12   A.   Yes.  I was intending to try to talk him out of

13   testifying, so when we were having drinks, I never saw the

14   opening because he was so adamant about testifying.

15   Q.   So you didn't try to talk him out of testifying, you were

16   just feeling --

17   A.   I intended to try to talk him out, I never had the

18   opportunity.

19   Q.   I see.  You had drinks with the guy, and you didn't like

20   him?

21   A.   He was a drug dealer, I didn't like him.

22   Q.   Because he dealt drugs, was his life worth less than the

23   other people you killed?

24   A.   No.

25   Q.   So what does him being a dealing dealer have to do with
```

1    it?

2    A.    I just didn't care for the guy.

3    Q.    Did you make it easier for you to kill him because he was

4    a drug dealer?

5    A.    No, it made it easier for me to kill him because he was

6    testifying against somebody.  I always thought that maybe I

7    could be the guy in jail, somebody would help me if I'm in

8    jail.

9    Q.    So it really wasn't about helping other people, it was

12:36 10    kind of getting some chips together so that when you were in

11    trouble, someone else would help you?

12    A.    No, it was basically trying to help her and him and them.

13    Q.    Didn't you just say that you were hoping that if you were

14    in jail, somebody would do it for you?

15    A.    Yeah, not them.  Anybody.  I said I could be in that

16    position myself, and I would hope if I was in that position,

17    that maybe somebody would help me.

18    Q.    And help you by killing somebody?

19    A.    Helping me by getting me out of there.

12:36 20    Q.    Getting you out of there how?

21    A.    Any way they can.

22    Q.    What are the options?  How would they get you out of there

23    other than killing somebody?

24          MR. WYSHAK:  Objection.  Speculation.

25          THE COURT:  Overruled.  He can have the end of this

```
 1   question.
 2   Q.   How are they going to get you out of there other than
 3   breaking out of jail?
 4   A.   That's one option they could do it.
 5   Q.   What's the other one, killing the person, right?
 6   A.   That's one option.
 7   Q.   So, Mr. Hicks, you didn't know, but when you did sit down
 8   with him and met him, you didn't care for him because he was a
 9   drug dealer?
12:37 10   A.   And he was testifying against people that I heard were
11   decent people.
12   Q.   But you didn't even know those people?
13   A.   But I heard they were decent people from the wife that I
14   liked, she was a nice person.
15   Q.   So, you just hear that someone is a good person, that
16   justifies the killing?
17   A.   No.
18   Q.   You heard they were good people that you didn't even know
19   of, and that was enough to kill Mr. Hicks?
12:37 20   A.   Plus I didn't like him when I met him.
21   Q.   There was a combination of you heard something on the
22   street that he wasn't a bad guy, Mr. Campbell, and then when
23   you met this guy for drinks, you didn't care for him?
24   A.   Right.
25   Q.   And that in your mind, Mr. Martorano, was enough to kill
```

1    somebody?

2    A.    Plus the fact that Bird asked me to help her husband.

3    Q.    But she never asked you to kill anybody?

4    A.    She asked me for help.

5    Q.    I asked you did she ask you to kill anybody, and you said

6    no, she never asked me to kill anybody?

7    A.    No.

8    Q.    So she never asked you to kill anybody?

9    A.    No.

12:37 10    Q.    So when she asked for help, you decided the way you were

11    going to help her is you'd kill this guy you didn't know?

12    A.    Correct.

13    Q.    All right.  That's not part of being a vigilante, is it?

14    A.    I don't know how you would call it.

15    Q.    What would you like to call it?

16    A.    I don't know what you want to call it.  I don't know what

17    to say it is.  It's helping a person who comes to you for help.

18    That's what I took it as.

19    Q.    You tried to help someone who came to you for help by

12:38 20    murdering somebody?

21    A.    I helped them.

22    Q.    And so it's justified in your mind what you did?

23    A.    Well, I did help them.

24    Q.    Is that the honor that you say you talk about, that's the

25    honor in what you did in these murders, sir?

```
 1   A.    That's the way I felt then.

 2   Q.    And the integrity of the murders, that's what you mean by

 3   that?

 4   A.    That's what I felt then.

 5   Q.    Because you would take somebody else's life when you chose

 6   to as long as in your mind it would help somebody in some way?

 7   A.    That's the way I feel.

 8   Q.    Even if that person that you're helping didn't even ask

 9   for you to do it, if you felt there was like a little bit of

10   help there, it was okay?

11   A.    Correct.

12   Q.    And so what you did is you did shoot him, right?

13   A.    Correct.

14   Q.    And you killed him?

15   A.    Correct.

16   Q.    You've talked over the last day about a bunch of other

17   murders that you committed, right?

18   A.    Correct.

19   Q.    Mr. Milano?

20   A.    Correct.

21   Q.    And you just told us all that you're the one who pulled

22   the trigger and shot and killed him?

23   A.    Correct.

24   Q.    Nobody else shot him, you did?

25   A.    Correct.
```

```
 1   Q.   Mr. Plummer?

 2   A.   Correct.

 3   Q.   You shot and killed him?

 4   A.   Correct.

 5   Q.   Nobody else?

 6   A.   Correct.

 7   Q.   Mr. O'Brien?

 8   A.   I think my bullets hit him.  Other bullets were shot, but

 9   I think mine hit him.

12:39 10   Q.   The bullets were shot by Mr. Winter?

11   A.   Yeah, I think I did it.

12   Q.   How about Mr. O'Brien?

13   A.   O'Brien, I think I did that, yeah.

14   Q.   When you say you think you did, did you shoot at

15   Mr. O'Brien?

16   A.   Yes.

17   Q.   Who else was shooting at him?

18   A.   I'm not sure that day, must have been Mr. Winter also.

19   Q.   Whose bullets hit him?

12:39 20   A.   I think mine did.

21   Q.   Could you see the bullets when you were shooting them out

22   of the gun?

23   A.   No, but I was aiming at the driver.

24   Q.   Who was Mr. Winter aiming at?

25   A.   Probably the passenger.
```

1   Q.   When you say probably, were you looking at the driver, or

2   were you looking at Mr. Winter?

3   A.   I was shooting at one, and I think he was shooting at the

4   other.

5   Q.   Are you saying that you're the one who killed everybody in

6   your bullets because you don't want to get Mr. Winter in

7   trouble?

8   A.   Whether it's true or not.

9   Q.   Because you're the one who got the deal from the

12:40 10   government that protects you, so you don't want to expose --

11   A.   I wouldn't say he was there if I was trying to protect

12   him.   I said he's here.

13   Q.   And so you're the one who shot the bullets that killed

14   him?

15   A.   I think -- ask the people who are forensic.

16   Q.   I'm asking you.   You were there.

17   A.   I'm not a forensic.   My bullets hit him, I believe.

18   Q.   Okay.   Joseph Notorangeli?

19   A.   Correct.

12:40 20   Q.   Did you kill him?

21   A.   Yes.

22   Q.   Now, when you killed him, you walked right into the middle

23   of a restaurant, didn't you?

24   A.   Yes.

25   Q.   And you had a disguise on?

1    A.    Yes.

2    Q.    People everywhere?

3    A.    Yes.

4    Q.    Did you think about the people around before you shot and

5    killed him in front of them?

6    A.    I thought maybe he had a couple of guys in there with him

7    maybe.

8    Q.    Not that you were going to be attacked, did you ever think

9    about the welfare of everybody else, the risk you were putting

12:41 10   them in?

11   A.    I wasn't putting anybody at risk.  Nobody else was going

12   to get hurt.

13   Q.    Did you care that anybody else had to witness your murders

14   firsthand?

15   A.    No.

16   Q.    Did you care about the damage you left behind the families

17   and all those people who had to suffer from your murders?

18   A.    Sure, but you can't change it, if that's the way it's

19   going to be.

12:41 20   Q.    You can't change it, but you're in the middle of doing

21   these killings?

22   A.    Correct.

23   Q.    You could have stopped at Number 4, couldn't you?

24         MR. WYSHAK:  Objection.  This is simply argumentative.

25         THE COURT:  Overruled.

```
 1    Q.    You could have stopped after the fourth one, couldn't you?

 2    A.    Well, there's still risks, somebody could have got hurt on

 3    our side.

 4    Q.    Could you have stopped after the fourth one?

 5    A.    Could have stopped any time, I guess.

 6    Q.    Right.  So you never cared at that time about the

 7    suffering that you put people through who were related to these

 8    victims, did you?

 9    A.    Yes, I did, but, you know, it just didn't change it.

10    Q.    So when you thought about the suffering, it didn't affect

11    you enough to stop making more suffering?

12    A.    No.

13    Q.    James O'Toole, were those your bullets as well that killed

14    him?

15    A.    I believe so.

16    Q.    And --

17    A.    Well, Joe jumped out and put two in his head, so, I don't

18    know.

19    Q.    James Souza?

20    A.    Mine.  Everybody else planned this together.  We were all

21    in the same boat.  These are all decisions by the Winter Hill,

22    the upper guys.

23    Q.    Right.

24    A.    It isn't like "Whitey" and Stevie didn't get a part of it.

25    Q.    Who pulled the trigger, sir?
```

1    A.    I pulled the trigger.

2    Q.    Tommy King?

3    A.    Tommy King, "Whitey" was with me.

4    Q.    And when you killed Al Notorangeli?

5    A.    I pulled the trigger, "Whitey" was with me.

6    Q.    You not only killed people who are threatening your

7 brother and people who are somehow attacking you or in

8 self-defense, when you killed Mr. Wheeler, that was different,

9 wasn't it?

12:43 10    A.    How so?

11    Q.    Well, Mr. Wheeler never did anything to you, did he?

12    A.    He was trying to put a friend of mine in jail.

13    Q.    Did he ever do anything to you?

14    A.    Not to me, no.

15    Q.    Did he ever do anything to your brother?

16    A.    No.

17    Q.    He didn't threaten you?

18    A.    Callahan was a friend.

19    Q.    He didn't threaten you?

12:43 20    A.    Didn't threaten me.

21    Q.    You weren't defending yourself?

22    A.    No.

23    Q.    And because Mr. Callahan was going to potentially get

24 charged with a crime, you thought it would be okay to kill him?

25    A.    I wanted to help.

```
  1   Q.   And Mr. Callahan was your friend, right?

  2   A.   Yes.

  3   Q.   Now, after you had murdered these 20 people, sir, you

  4   spent some time in Florida, didn't you?

  5   A.   Correct.

  6   Q.   And, in Florida, you were doing other illegal activity

  7   other than murder, weren't you?

  8   A.   Gambling.

  9   Q.   You were gambling and still doing drugs?

 10   A.   Not much, no.

 11   Q.   You were loan sharking?

 12   A.   Yeah, to people in the sport business, yeah.

 13   Q.   Were you loan sharking?

 14   A.   Yeah.

 15   Q.   You had money on the street?

 16   A.   Yeah.

 17   Q.   You had criminals working for you?

 18   A.   Yeah.

 19   Q.   In Florida?

 20   A.   In Florida -- who do you mean?

 21   Q.   Did you have people working for you in Florida?

 22   A.   They were calling, I'll say yeah.

 23   Q.   Don't say yeah, either you did or you didn't?

 24   A.   It would be agents.  They're from all different areas.

 25   Q.   Did you have people in Florida working for you?
```

1    A.    Possibly, yeah.

2    Q.    And you had people in Boston working for you?

3    A.    Yeah.

4    Q.    Making illegal money?

5    A.    Yeah.

6    Q.    And that was supporting your lifestyle at that time,

7    wasn't it, Mr. Martorano?

8    A.    Sometimes, yeah.

9    Q.    Well, other than the illegal activities, you weren't out

12:45 10    getting a real job, were you?

11    A.    No, I couldn't.

12    Q.    You didn't work 9 to 5?

13    A.    No, I was a fugitive.  I didn't have the papers to do

14    that.

15    Q.    And that's the reason why you didn't get a real job?

16    A.    Partly.

17    Q.    Well, before you were a fugitive in Boston, when you were

18    running around the city killing people, you didn't have a real

19    job, did you?

12:45 20    A.    I was always paying taxes.

21    Q.    Did you have a real job?

22    A.    Yeah.

23    Q.    What was your real job?

24    A.    I had a job at Chandler's Restaurant, at Luigi's, at

25    Duffy's, at Basie Street. (ph)

1    Q.   Those are all parts you had ownership interests in, right?

2    A.   Yes.

3    Q.   It's pretty easy to pay taxes when you have paperwork done

4    by your friends, isn't it?

5    A.   I don't follow you.

6    Q.   What were you doing at Chandler's that you were working

7    hard?

8    A.   I was one of the managers there.

9    Q.   What were you doing to manage there?

12:45 10    A.   Hanging around.

11    Q.   Hanging around.  Hanging around.  So when you were in

12    Florida, you weren't working for that long period of time, what

13    was that 17 years?

14    A.   Sixteen.

15    Q.   Sixteen years without a job, but you had plenty of money?

16    A.   I don't know what you mean "plenty" is.

17    Q.   Well, did you buy a house?

18    A.   Yes.

19    Q.   Did you have cars?

12:46 20    A.   Yeah.

21    Q.   Did you have a boat?

22    A.   Yes, once.

23    Q.   You had a Winnebago you drove around and traveled?

24    A.   Yeah.

25    Q.   Supported a kid?

1    A.    Correct.

2    Q.    Supported a girlfriend or a wife?

3    A.    Correct.

4    Q.    All kinds of money back home for your family at home?

5    A.    Yeah.

6    Q.    So, without a job for 17 years, you had plenty of money?

7    A.    Correct.

8    Q.    You weren't struggling for money, right?

9    A.    Correct.

12:46 10    Q.    And all the money that you had coming in all those years

11    was illegal money, wasn't it?

12    A.    Correct.

13    Q.    And everything that you bought with that illegal money or

14    everything that you bought was with illegal money, wasn't it?

15    A.    Basically, yeah.

16    Q.    Well, the boat you didn't have legitimate money for, it

17    was illegal money?

18    A.    While I was on the lam, it was all illegal money.

19    Q.    The property at Garden View Terrace, that was all illegal

12:47 20    money?

21    A.    Correct.

22    Q.    And the Winnebago, illegal money?

23    A.    Yes.

24    Q.    The house, all of it, you didn't have anything legal money

25    whatsoever in your life, did you?

1    A.    Before I went on the lam, yeah.

2    Q.    I'm talking about when you were down there for 17 years?

3    A.    No.

4    Q.    And so at some point, the State Police come down in 1995,

5    and they arrest you?

6    A.    Correct.

7    Q.    And when they arrest you, they bring you back to Boston?

8    A.    Correct.

9    Q.    You're charged, Mr. Martorano, with a number of RICO

12:47 10   offenses?

11   A.    Yeah, at that time I was just charged with horse race

12   fixing.

13   Q.    Well, they indicted you on the indictment that you fled

14   on, which was the horse race fix case?

15   A.    Correct.

16   Q.    When you came back to Boston after 17 years, you knew that

17   Howie Winter had gone to jail for that case?

18   A.    Correct.

19   Q.    And Howie Winter was charged with the same race case that

20   you were charged with, correct?

21   A.    Correct.

22   Q.    And, according to the government, anyways, you and

23   Howie Winter played essentially the same role in that case?

24   A.    Well, there was different roles.  He was a leadership

25   role, yeah.

```
 1    Q.    He got ten years in jail?

 2    A.    He got seven.

 3    Q.    So when you were coming back on the race fix case, in your

 4    mind, you were facing a case in which your friend,

 5    Howie Winter, had just done seven years for?

 6    A.    I was facing six or seven.

 7    Q.    You were facing six or seven on the race fix?

 8    A.    That would be two years.

 9    Q.    You were facing six or seven on the race fix?

12:48 10    A.    At the high limit, yeah.  I think I was offered two years

11    one time.

12    Q.    Okay.  And while you were in jail on the race fix, then

13    the Federal Government charged you with RICO indictments,

14    didn't they?

15    A.    They charged me after I was dismissed, then I got

16    rearrested and then charged.

17    Q.    Well, it was a procedural error, they dismissed the race

18    fix case but then re-indicted you on that, didn't they?

19    A.    Right.

12:48 20    Q.    So the race fix case was separate from the RICO charges

21    you were charged with, weren't they?

22    A.    I think it was put back into the RICO charge.

23    Q.    You had the race fix dismissed, and then you had the RICO

24    charge?

25    A.    Altogether I think they put it.
```

```
 1    Q.   And as you were waiting on the RICO charges, you were

 2    being held without bail?

 3    A.   Correct.

 4    Q.   As you were held, sir, you wanted to get out of jail,

 5    didn't you?

 6    A.   What do you mean?

 7    Q.   Well, you didn't want to do a sentence or plead guilty if

 8    you didn't have to?

 9    A.   Who would want to stay in jail if they could get out?

12:49 10    Q.   I'm asking you.

11    A.   I don't follow the question.

12    Q.   Okay.  Did you want to stay in jail?

13    A.   At what point are you talking?

14    Q.   When you were arrested, brought back to Massachusetts,

15    indicted for RICO and you were being held in jail, did you want

16    to stay in jail?

17    A.   I went for bail and I got refused.

18    Q.   Did you want to stay in jail?

19    A.   Nobody wants to stay in jail.

12:49 20         MR. WYSHAK:  Objection.  Asked and answered.

21         THE COURT:  I'm not sure that it's been asked by this

22    witness -- answered as to this witness, Mr. Brennan.

23    Q.   Did you want to stay in jail?

24    A.   No.

25    Q.   And you knew that the Federal Government had spoken to
```

1    your girlfriend or wife, Patricia Liddell, didn't you?

2    A.    At some point.

3    Q.    At some point they were going to bring her to the grand

4    jury?

5    A.    Yeah.

6    Q.    And you instructed her to lie?

7    A.    Probably, yeah.

8    Q.    When you say probably, didn't you tell her to lie, sir?

9    A.    Yeah, probably.

12:50 10    Q.    Okay.  And you told her to lie about things that she knew

11    about you?

12    A.    Yeah.

13    Q.    Because you didn't want to have her be a witness against

14    you and get you in more trouble, right?

15    A.    Basically I didn't want to see her get in trouble.

16    Q.    So, you didn't mind that she said things about you, that

17    wasn't why you told her to lie?

18    A.    I really don't know what the questions and answers were in

19    the grand jury.

12:50 20    Q.    Well, before she went into the grand jury, didn't you

21    educate her on how to lie?

22    A.    Possibly.  I don't remember.

23    Q.    Well, didn't you explain to her what some of her lies

24    should be?

25    A.    Possibly.

1    Q.   And teaching somebody or instructing somebody else to lie,

2    is that any different than you lying yourself?

3    A.   Possibly.

4    Q.   How is it different?

5    A.   I don't know.  Maybe it's the same.

6    Q.   So you sat in the Plymouth jail for some time, didn't you?

7    A.   Three years, I think.

8    Q.   And you were charged with a number of other people?

9    A.   Correct.

12:51 10   Q.   You were charged with Stephen Flemmi?

11   A.   Correct.

12   Q.   You were charged with Mr. Bulger?

13   A.   Correct.

14   Q.   You were charged with Mr. DiDuca?

15   A.   DeLuca.

16   Q.   Pardon me, DeLuca, and Mr. Salemme?

17   A.   Correct.  I think my brother, too.

18   Q.   Thank you.  Also your brother.  And as you were down in

19   jail waiting, sir, for your case, you and a number of your

12:51 20   co-defendants got a chance to share cells and speak and have

21   conversations, didn't you?

22   A.   Correct.

23   Q.   And during that time, you were trying to develop strategy

24   to keep witnesses from the grand jury?

25   A.   Probably.

Q.   Well, didn't you consort with your confederates on how

people could lie to the grand jury?

A.   I think I did with Dick O'Brien.  Stevie wanted him to lie

in the grand jury.

Q.   Well, it wasn't just that Stevie wanted him to lie, you

wanted him to lie, too, didn't you?

A.   I didn't know what he would have lied about with me.

Q.   Well, he had met you before?

A.   Yeah.

Q.   He was giving you money for his bookie operation?

A.   I don't know at this point what he was doing.

Q.   You didn't know that he was giving you --

A.   I used to do years before with him.

Q.   You didn't know that he was part of your operation?

A.   I'm not sure if he was recently at that time.

Q.   Well, you had met him?

A.   Oh, yeah, that's right, he was with them on rent, yeah.

Q.   So, when Stephen Flemmi wanted him to lie, it wasn't just

the self-interest of Stephen Flemmi, you wanted him to lie,

too?

A.   Possibly, too.

Q.   So you helped coordinate some of those lies so witnesses

would go to the grand jury under oath and lie?

A.   Correct.

Q.   And as you waited down in prison for a long time, at some

1  point, you went to court and started having hearings, didn't

2  you?

3  A.   Yes.

4  Q.   And at those hearings, there were a number of motions that

5  the defense presented to the Court, weren't there?

6  A.   Correct.

7  Q.   And some of the motions that they presented were motions

8  to try to dismiss the case?

9  A.   Correct.

12:53 10  Q.   And you had a good lawyer?

11  A.   I had a great lawyer.

12  Q.   You had one of the best lawyers, didn't you?

13  A.   Yeah.

14  Q.   And what was his name?

15  A.   Marty Weinberg.

16  Q.   And he's one of the best in the state, isn't he?

17  A.   I think so.

18  Q.   And Mr. Weinberg was trying to help fight your case to see

19  if he could get your case dismissed, too?

12:53 20  A.   Correct.

21  Q.   And you patiently waited in jail hoping that you could

22  beat the charges?

23  A.   Correct.

24  Q.   And as time passed and litigation continued, at some point

25  Stephen Flemmi disclosed that he was an informant, didn't he?

1    A.    No, the Judge disclosed him as an informant.

2    Q.    Before the Judge disclosed it, didn't Stephen Flemmi tell

3    you down in the jail that he was an informant?

4    A.    No.

5    Q.    So the first time you learned is when you were in court

6    and the Judge said it out loud?

7    A.    Yes.

8    Q.    And Stephen Flemmi didn't come up to you before that and

9    let you know?

12:54 10   A.    No, he denied it even after that.

11   Q.    And you were shocked that Stephen Flemmi was an informant?

12   A.    Stephen Flemmi, "Whitey" and some other guy.

13   Q.    Well, let's talk about Stephen Flemmi right now.

14   A.    Well, he was designated as an informant also.

15   Q.    I appreciate that, Mr. Martorano.  We're going to talk

16   about that, but I'm talking about Stephen Flemmi right now.

17   Let's focus on him, okay, Mr. Martorano.  So Stephen Flemmi at

18   some point told you he was an informant, didn't he?

19   A.    At some point?

12:54 20   Q.    Yes.

21   A.    Later down the road, yeah, after he was disclosed in

22   court.

23   Q.    When you learned he was an informant, you were surprised?

24   A.    In court.

25   Q.    When you learned that he was an informant, you were

1    surprised?

2    A.    When he was disclosed in court, I was surprised, when they

3    were both disclosed, I was surprised.

4    Q.    Stephen Flemmi is somebody that you knew well?

5    A.    Correct.

6    Q.    He's somebody that you worked with closely?

7    A.    Correct.

8    Q.    Somebody that you stayed in touch with constantly?

9    A.    Correct.

12:55 10    Q.    Somebody that you had shared phone calls regularly on your

11    17 years on the run?

12    A.    Correct.

13    Q.    Somebody that you were hand-in-hand in with crimes before

14    you left on the run?

15    A.    Yes, other than informing, yeah, everything else.

16    Q.    Despite knowing him so well and so closely, you were

17    surprised that he was an informant?

18    A.    Correct.

19    Q.    And so despite the fact that you were so close to him,

12:55 20    despite the fact that you knew him so well, despite the fact

21    that you worked with him, there was no indication to you that

22    he was an informant before it was disclosed, was there?

23    A.    No.

24    Q.    And after you learned that he was an informant and you

25    were down in jail, you started thinking about all of those

1   crimes that you had done with Stephen Flemmi, didn't you?

2   A.   Of course.

3   Q.   Because after you learned that he was an informant, you

4   didn't trust him anymore?

5   A.   Once there was a common knowledge and he admitted it, how

6   could you trust him?

7   Q.   Right.  So you were worried about him.  You didn't look at

8   him like a friend anymore?

9   A.   No.

12:56 10   Q.   You looked at him like potentially he was a danger?

11   A.   Not a friend.

12   Q.   You didn't think that he would be looking out for your

13   best interests, did you?

14   A.   Not anymore.

15   Q.   You were worried that he could hurt you?

16   A.   Sure.

17   Q.   And so as you sat in your cell night after night thinking

18   about your friend, Stephen Flemmi, who was an informant, you

19   worried that he would do something to benefit him but to hurt

12:56 20   you, right?

21   A.   Correct.

22   Q.   You were worried that Stephen Flemmi would be the first

23   one to jump in the boat over to the government's side?

24   A.   Well, I believe the possibility was there, but we had

25   convinced him that he could go to court and win the motion, the

1    case to be dismissed, and that's what he believed, but after

2    they were disclosed as informants, I knew he could go in first

3    and try to go in first, but I wanted to make sure that I got

4    the correct story across, not his story.  I wanted to get in

5    and tell the truth before him, because with him, it might not

6    have been the truth.

7    Q.   There's a little bit more than wanting to tell the truth,

8    you wanted a deal, didn't you, Mr. Martorano?

9    A.   I wanted to stop him from him getting in and telling his

12:57 10   side of the story.

11   Q.   You didn't just walk in the court and say let me make a

12   statement under oath and I want the truth to come out, that's

13   not the way it happened?

14   A.   No, I tried to work out an agreement with the government.

15   Q.   You wanted to make a deal?

16   A.   Correct.

17   Q.   You knew if Stephen Flemmi went to the government before

18   you did, you might not get a chance to make that deal?

19   A.   Correct.

12:57 20   Q.   And as you sat down there in that jail knowing

21   Stephen Flemmi was a threat to you, all the things that you had

22   done that he knew about were going through your mind, weren't

23   they?

24   A.   Correct.

25   Q.   You knew that Stephen Flemmi could come in and testify

 1  about a number of murders you committed?

 2  A.   Probably would.

 3  Q.   And you knew that he could come in and he could talk about

 4  a lot of crimes and the violence you were engaged in over

 5  decades, right?

 6  A.   Correct.

 7  Q.   You knew he could implicate you in Mr. Wheeler's death?

 8  A.   Correct.

 9  Q.   Mr. Callahan's death?

12:58 10  A.   Correct.

11  Q.   A number of killings before you even met him that you

12  confided in him that you did?

13  A.   Probably, yeah.

14  Q.   And so instead of facing a RICO charge or a horse race

15  charge of five or six years, you knew the future wasn't very

16  bright for you if Stephen Flemmi beat you to the government,

17  right?

18  A.   Possibly, yeah.

19  Q.   That crossed your mind, didn't it?

12:58 20  A.   It could have crossed my mind.

21  Q.   Don't say could have, did it?

22  A.   Sure, it did.  It crossed everybody's mind in the case.

23  Q.   And so you thought the best way to prevent Stephen Flemmi

24  from hurting you is to go help the government?

25  A.   And everybody else thought the same thing, too.

```
 1   Q.   So what you thought when you were sitting there in that
 2   jail is what's my out?
 3   A.   Well, ultimately I reached out to the government to try to
 4   sit down with them and work out a deal.
 5   Q.   Before we get to that, I'm going to ask you what your
 6   thought process was leading up to it?
 7            THE COURT:  Mr. Brennan, given the time, is this a
 8   good place?
 9            MR. BRENNAN:  Sure.  Thank you.
10            THE COURT:  Jurors, we're going to break for the day,
11   given the time.  As always, keep all my cautionary instructions
12   in mind, keep an open mind, don't discuss the case, and we'll
13   see you in the morning.  Thank you very much.
14            THE CLERK:  All rise.
15            (JURORS EXITED THE COURTROOM.)
16            THE COURT:  Counsel, anything before we break?
17   Counsel, can I see you at the sidebar for a moment.
18            (SIDEBAR CONFERENCE WAS HELD AS FOLLOWS:)
19            THE COURT:  I just wanted to talk briefly about
20   scheduling.  I know you probably have some more ground to
21   cover.
22            MR. BRENNAN:  I do.
23            THE COURT:  Where is the case going in terms of
24   witnesses?
25            MR. BRENNAN:  Mr. Hafer asked me how long I'd be going
```

1    tomorrow.  I told him as soon as I got back to the office, I

2    originally thought I'd need at least three hours tomorrow, and

3    that might be the case.  I think I'll have a better idea in an

4    hour or two.  If I had to guess right now, I'd say about three

5    hours, but I don't want to be committed until I look through

6    everything.

7         MR. HAFER:  In light of that, our plan -- they'll be

8    both redirect and recross.  Our plan would be to have one other

9    witness today.  He's from BPD.  William Duggan is his, name and

01:01 10  he's essentially the witness who will put in a number of the

11   crime scene photos from the BPD crime scenes.  He's probably,

12   because it takes a bit of foundation, 30 to 40 minutes direct,

13   which in light of Mr. Brennan's representation, I think should

14   cover us through tomorrow.  I see Mr. Carney nodding, so that

15   would be our plan.

16        THE COURT:  Who's after that?

17        MR. KELLY:  I have a lot of smaller witnesses.  We

18   start juggling fairly quickly.  We'll coordinate.  Simply for

19   Friday, so I think I'd like to go back and reflect upon it,

01:01 20  too, and get a game plan for Thursday and Friday.  What I'm

21   hearing, that Wednesday we'd be covered with this witness and

22   the next one.

23        MR. CARNEY:  I'm pleased to tell your Honor that

24   Mr. Kelly has been very forthcoming in identifying who the

25   witnesses who will be coming up in the ensuing days as well as

1    the exhibits that will be introduced through that, and he's

2    been completely a man of his word, that he said he would be

3    able to let the defense know, and I want to let you know he's

4    carrying that out.

5         THE COURT:  Thank you.  And, counsel, I know you had

6    one issue outstanding with regards to Mr. Weeks.  Any sense,

7    and I won't hold you to an exact date, but in an order of

8    magnitude when you think you might be getting to him?

9         MR. KELLY:  I still think he's a post-July 4th

01:03 10   witness.  We might juggle some things around, but I still think

11   he's a post-July 4th witness.

12        THE COURT:  Anything else about scheduling that we

13   should discuss?

14        MR. BRENNAN:  No, your Honor.

15        THE COURT:  Thank you, counsel.  We'll see you in the

16   morning.

17        (Whereupon, the hearing was adjourned at 1:03 p.m.)

18                    - - - - - - - - - -

19

20

21

22

23

24

25

```
 1                        CERTIFICATION

 2          We certify that the foregoing is a correct transcript

 3     of the record of proceedings in the above-entitled matter to

 4     the best of our skill and ability.

 5

 6     /s/Debra M. Joyce              June 18, 2013
       Debra M. Joyce, RMR, CRR       Date
 7     Official Court Reporter

 8

 9

10     /s/Valerie A. O'Hara           June 18, 2013
       James P. Gibbons, RPR, CRR     Date
11     Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                                    INDEX

2

3      WITNESS                                                    PAGE

4

       JOHN MARTORANO
5
         Continued Direct Examination                            3
6        By Mr. Wyshak

7        Cross-Examination                                      93
         By Mr. Brennan
8

9

10                              E X H I B I T S

11
       Exhibit No.          Description              Received
12

13       83            Photograph of James Bulger and        4
                       Mr. Martorano's son
14
         94            Chart of Winter Hill organization     10
15                     1975

16       202           Photograph of Richard Castucci's car  38

17       204           Photograph of Richard Castucci's body 39

18       218           Photograph of Richard Castucci's body 40

19       236, 251, 252 Photograph of Mr. Wheeler's car       71

20       337-339       Photographs of garage in Florida      83

21       324, 325      Photographs of John Callahan's car    86

22

23

24

25