1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
2

3    _____

4    UNITED STATES OF AMERICA,

5                    Plaintiff,          Criminal Action
                                         No. 99-10371-DJC
6    V.
                                         August 5, 2013
7    JAMES J. BULGER,                    8:44 a.m.

8                    Defendant.
     _____
9

10

11              TRANSCRIPT OF JURY TRIAL DAY 36

12                   CLOSING ARGUMENTS

13        BEFORE THE HONORABLE DENISE J. CASPER

14             UNITED STATES DISTRICT COURT

15          JOHN J. MOAKLEY U.S. COURTHOUSE

16                  1 COURTHOUSE WAY

17                 BOSTON, MA  02210

18

19

20

21
                    DEBRA M. JOYCE, RMR, CRR
22                  LEE A. MARZILLI, RMR, CRR
                    Official Court Reporters
23            John J. Moakley U.S. Courthouse
                1 Courthouse Way, Room 5204
24                 Boston, MA  02210
                     617-737-4410
25

1    APPEARANCES:

2    FOR THE GOVERNMENT:

3    BRIAN T. KELLY, ESQ.
     FRED M. WYSHAK, JR., ESQ.
4    ZACHARY R. HAFER, ESQ.
     MARY B. MURRANE, ESQ.
5    United States Attorney's Office
     John Joseph Moakley Federal Courthouse
6    1 Courthouse Way
     Suite 9200
7    Boston, MA 02210
     617-748-3197
8
     FOR THE DEFENDANT:
9
     J.W. CARNEY, JR., ESQ.
10   HENRY B. BRENNAN, ESQ.
     Carney & Bassil
11   20 Park Plaza
     Suite 1405
12   Boston, MA 02116
     617-338-5566
13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              P R O C E E D I N G S

 2              (The following proceedings were held in open

 3   court before the Honorable Denise J. Casper, United States

 4   District Judge, United States District Court, District of

 5   Massachusetts, at the John J. Moakley United States Courthouse,

 6   1 Courthouse Way, Boston, Massachusetts, on August 5, 2013.)

 7              THE COURT:  Good morning, counsel.

 8              ALL:  Good morning.

 9              THE COURT:  Good morning, Mr. Bulger.

10              THE DEFENDANT:  Good morning.

11              THE COURT:  Counsel, before we check on the jurors

12   this morning, just a few matters related to the charge and a

13   few other things.

14              First, I have had handed to you a final copy of the

15   charge, the elements chart, and the verdict form, along with

16   the forfeiture -- separate forfeiture charge and separate

17   special verdict forms for the forfeiture matter.

18              Just a few things on the charge itself, that is, the

19   criminal charge, there were a few minor tweaks I needed to

20   make.

21              The first is on page 17, the bottom of page 17, three

22   lines from the bottom, "and information, the usefulness of

23   which could not reasonably have been anticipated," should be

24   "or information, the usefulness of which could not reasonably

25   have been anticipated."  So I've changed the "and" to an "or"
```

1  consistent with Rule 35.

2       On page 57, in regards to the elements for the state

3  extortion charge against Mr. Bulger arising out of the alleged

4  extortion of Mr. Slinger, between the first and second element,

5  it was implicit, but I added the word "and" to make clear that

6  both elements are required.

7       Page 77, given that we've now bifurcated this matter

8  between the criminal charges and the forfeiture, on the bottom

9  of page 77 where I talk about the return of a verdict, I've

08:46 10  added the following sentence, "After you reach a verdict, there

11  may be an additional proceeding."

12       And page 79 in regards to my direction to you about

13  the firearms and ammunition and the cash found in the

14  California apartment, in the third paragraph I've just made a

15  notation that the exhibits, except the firearms, ammo, and cash

16  themselves will be sent back with you, but those are otherwise

17  available upon request for inspection.

18       Last thing, counsel, because I don't think I mentioned

19  this before, after I read the charge to the jury, when I get to

08:47 20  page 79, I'll see you at sidebar to address any issues before I

21  read the submitting the case to the jury piece and we send them

22  into the deliberation room.

23       In regards to the forfeiture allegations, as I said,

24  I've given you hard copies of both of those documents.  For the

25  most part, counsel, they track what was proposed by the

```
 1    government.  I've added and revised a few things just to make
 2    it consistent with the charge on the criminal counts.
 3            Just a few things about the forfeiture allegations.
 4            Mr. Kelly, I don't know if you know the answer to
 5    this, but in terms of the indictment that's going back to the
 6    jury room with the criminal counts, I'm thinking it makes sense
 7    to take out the forfeiture allegations from that indictment,
 8    and people behind you are shaking their heads.
 9            MR. KELLY:  I have to make sure which people are
10    shaking their heads.
11            (Pause.)
12            MR. KELLY:  The right one, yes, your Honor.
13            THE COURT:  So I'm going to take those pages out but
14    leave the signature page.
15            I also -- perhaps this is directed to counsel behind
16    you -- I understand you're not pursuing the money laundering
17    forfeiture allegations.
18            MS. MURRANE:  That's right, your Honor.  So we are
19    arguing these are related to the main offense.
20            THE COURT:  If we get to the second part, the
21    forfeiture, where I'm charging them on forfeiture, we could
22    send back the racketeering forfeiture allegations but not the
23    money laundering.
24            MS. MURRANE:  That's right, your Honor.
25            THE COURT:  In regards to the elements chart, counsel,
```

08:48  (line 10)
08:49  (line 20)

there was one change I made to, I think it's page -- to Count

One, the Racketeering Act 21 and 24, this was just to be

consistent with the charge, and that was that as to the

conspiracy, the defendant willfully joined in this agreement.

There were those three places where it said "knowingly and

willfully," which was not consistent with the charge, so that's

been changed.

And lastly, counsel, when I made Houlihan findings on

the record on Friday, I made reference to certain statements

that were introduced as to Mr. Halloran, Mr. McIntyre,

Mr. Castucci.  When I went back over the docket this weekend,

the government made a motion to the admission of statements

made by Mr. Callahan --

MR. HAFER:  Yes, your Honor.

THE COURT:  -- under Houlihan on Docket 1064, I just

wanted to make sure that my findings on Friday included those

statements as well.  Those were statements that were proffered,

if I recall correctly, through Mr. Solimando.

MR. HAFER:  That's correct, your Honor.

THE COURT:  And, counsel, I find that those -- the

findings in terms of forfeiture by wrongdoing are appropriately

made as to those statements as well.  I think there was

sufficient non-hearsay evidence presented at trial regarding

Mr. Callahan's role and the concern about him cooperating.  So

for all of those reasons, the findings that I alluded to on

```
 1    June 25, 2013 and made conditional I make final on this record

 2    now.  Again, that's a reference to Docket 1064.

 3           Counsel, anything else before we check on the jury?

 4           MR. WYSHAK:  Just so we're clear, your Honor, we're

 5    bifurcating the forfeiture proceedings, so I assume you

 6    contemplate a second summation on the forfeiture?

 7           THE COURT:  I had not contemplated that, but do you

 8    want to be heard?

 9           MR. WYSHAK:  Well, I think that -- yes.  I think that
08:51 10   the rule provides for and allows for --

11           THE COURT:  Well, both additional discovery and

12    argument, counsel?

13           MR. WYSHAK:  Yes.

14           THE COURT:  But you're not anticipating additional

15    evidence.

16           MR. WYSHAK:  Right.  But I don't intend to argue

17    forfeiture in this first summation.  I think I'd rather have

18    Mr. Kelly do the forfeiture argument.

19           THE COURT:  That seems like a surprise to Mr. Kelly,
08:52 20   but, okay.

21           MR. KELLY:  I'll be ready, your Honor.

22           THE COURT:  Okay.

23           And, counsel -- well, I guess we'll get to that.

24           Mr. Carney, do you have a different position?

25           MR. CARNEY:  No, your Honor, thank you.
```

1           THE COURT:  Well, counsel, we can talk about that at

2    that juncture after we've sent them on their way for the

3    criminal counts, but I imagine you wouldn't want much time on

4    that, counsel.

5           MR. KELLY:  Certainly less than three hours.

6           THE COURT:  Okay.

7           Counsel, anything else?

8           Mr. Wyshak?

9           MR. WYSHAK:  No, your Honor.

08:52 10           THE COURT:  Mr. Carney?

11           MR. CARNEY:  No, your Honor, thank you.

12           THE COURT:  Once we get the jurors and bring them in,

13    I'll just give them a brief overview of what the schedule will

14    be today because it will be a little bit different than our

15    other days.

16           Mr. Wyshak, as I said, we'll take about a ten-minute

17    break, I think you had suggested around 10:30, which sounds

18    about right.  I'll also let them know that once you finish,

19    we'll take an early lunch break for an hour, and then

08:53 20    Mr. Carney and Mr. Brennan will have the defense closing.  I'll

21    also take about a ten-minute break somewhere in there.

22           Counsel, does it make sense to take that when you're

23    handing off to the other?

24           MR. CARNEY:  Yes, your Honor.  Mr. Brennan will do the

25    first half of the argument, I'll do the second, and in between

```
 1 │ would be appropriate ten minutes.
 2 │        THE COURT:  And then we'll see where we are, whether
 3 │ or not we take a break before any rebuttal.
 4 │        Counsel, why don't we check on the jurors.
 5 │        (Discussion off the record.)
 6 │        THE COURT:  Counsel, do you need any time if they're
 7 │ ready?  Are you all set up?
 8 │        MR. WYSHAK:  I think we're all set, your Honor.
 9 │        THE COURT:  Okay.
10 │        (Pause.)
11 │        (Jury entered the courtroom.)
12 │        THE COURT:  Good morning, jurors.
13 │        THE JURY:  Good morning.
14 │        THE COURT:  As I mentioned to you on Friday, this
15 │ morning and today for the remainder of the day we're going to
16 │ have closing arguments by both sides in this case.
17 │        Tomorrow, as I also told you on Friday, I'll give you
18 │ my final instructions, the jury charge, which is the law you
19 │ are to follow in your deliberations, but let me just briefly
20 │ say today, remind you of something I said in my preliminary
21 │ instructions to you:  The arguments by counsel are not
22 │ evidence, they're intended to help you interpret the evidence,
23 │ but they're not evidence in and of themselves.  If the
24 │ attorneys on either side say something about the facts that
25 │ differs from your memory, it's going to be your collective
```

1    memory as jurors that will control.  So just keep that in mind

2    as you listen to arguments, and I'll give you full instructions

3    tomorrow morning.

4         Let me just give you a little more information about

5    today's schedule, because it's going to be slightly different

6    than our schedule previously.

7         The government will do their closing argument first,

8    because they have the burden of proof in this case.  We're

9    going to take about a ten-minute break at some point during the

09:00 10   closing argument by Mr. Wyshak.  We will take an early lunch

11   break for an hour after the government has concluded its

12   closing argument.  After lunch, we'll have closing arguments by

13   Mr. Carney and Mr. Brennan.  We'll also take about a ten-minute

14   break at some point during that closing argument.  And then

15   after that, the government will have an opportunity for

16   rebuttal.  So we will be going into the afternoon, I can't tell

17   you exactly when into the afternoon, but I know that you're all

18   prepared to stay for a longer day today.

19        Thank you, and I will ask Mr. Wyshak to begin the

09:00 20   government's closing.

21        MR. WYSHAK:  Thank you, your Honor.

22        Good morning, ladies and gentlemen.

23        We've been here for two months, we're near the end, so

24   I'm going to ask you to put up with me for a few more hours

25   today.

1          The evidence at this trial has convincingly proven

2     that the defendant in this case, James Bulger, is one of the

3     most vicious, violent, and calculating criminals ever to walk

4     the streets of Boston.  So is his partner, Stephen Flemmi.

5     Stephen Flemmi, you saw him on the witness stand, he's a

6     depraved individual.  He's doing life-plus-30 in jail, and he's

7     not going anywhere, ladies and gentlemen.

8          These two men for 20 years lived together day after

9     day after day, they plotted, they schemed, they robbed, they

09:02 10   murdered together, but they were also informants together, and

11    if there's one thing you've heard during this trial, it's how

12    secretive a relationship that is.  The last thing a criminal

13    wants to be known as is an informant, and he certainly doesn't

14    want any of his co-criminals to know about that.  Yet, these

15    two men, Stephen Flemmi and James Bulger, shared that very

16    sensitive and secret relationship together with the FBI.

17         So now the defendant, James Bulger, wants to distance

18    himself from Mr. Flemmi.  He can't do it, ladies and gentlemen.

19    This is his partner.  They're two peas in a pod.  They're the

09:02 20   same.  Everything you might say about Stephen Flemmi you might

21    just as well say about James Bulger.

22         So, too, with John Martorano.  Remember that it was

23    John Martorano to whom James Bulger went in 1972 when James

24    Bulger was on the losing end of a gang war in South Boston, and

25    he went to John Martorano to ask John Martorano to have Howie

1    Winter intervene in this gang war, and Howie Winter did that

2    for James Bulger.  He settled that.  And then it was James

3    Bulger again who went back to John Martorano and said, Why

4    don't we round up all the bookmakers in town, go into the

5    gambling business.  And now, again, the defendant wants to

6    distance himself from John Martorano, this man with whom he

7    committed crimes, this man with whom -- for whom he sent money

8    to Florida week after week, month after month for almost 20

9    years.  Again, those two men were partners in crime for 25

09:04 10    years.  Now the defendant wants to distance himself from John

11    Martorano.  He can't do it.

12          To show you how close these men were, John Martorano

13    told you he named his infant son after James Bulger and Stephen

14    Flemmi.  That's the nature of this relationship.

15          It was James Bulger who chose these men.  It was James

16    Bulger who chose these men to commit crimes with, to murder

17    people with.  The government did not choose these men.  The

18    reason these men are here testifying before you in this

19    courtroom is because of the choices that James Bulger made in

09:05 20    his life.  For everything you want to say about them, he's the

21    same.

22          Now, before I get into this too much, I want to thank

23    you for your attention and patience during the course of the

24    trial.  You've been here for two months, you've seen a lot of

25    evidence, heard a lot of testimony, seen a lot of documents, a

```
 1   lot of physical evidence go into evidence in this case.
 2          Now, my job in this first closing, because,
 3   unfortunately for you, I'm going to come back and have the last
 4   word, is to try to give you some kind of guidance on how to
 5   deal with all the evidence that's before you, essentially to
 6   try to help you separate the wheat from the chaff, decide
 7   what's important from the case and what's not important.
 8          The reason you were chosen as jurors is because we
 9   thought you could be fair and impartial, and we also thought
09:06 10   you had the requisite common sense to decide the facts in this
11   case.  The Judge is going to tell you that when you start
12   deliberations, you throw your biases, your prejudices out the
13   door, you don't bring those to your deliberations, but the most
14   important thing you do bring to your deliberations is your
15   common sense, your life experience, and you need your common
16   sense in this case to help you separate the wheat from the
17   chaff.
18          There's no doubt that the evidence that you've heard
19   in this case is deeply disturbing.  It's disturbing first and
09:06 20   foremost because of the breadth and extent of the criminal
21   activity in which the defendant and his co-conspirators
22   engaged.  It's disturbing that it was happening while
23   Mr. Bulger and Mr. Flemmi were informants for the FBI, and this
24   criminal activity seemingly occurred right under the FBI's
25   nose.  It's disturbing that Mr. Bulger and Mr. Flemmi bribed
```

1   FBI agents, bribed other local law enforcement, and in doing

2   so, they enhanced their ability to commit crime and avoid

3   prosecution for so many years.  It is disturbing that we are

4   here in 2013, almost 20 years after the defendant was initially

5   indicted, and we're here 20 years later because Mr. Bulger was

6   tipped off by John Connolly, a corrupt FBI agent, and he fled

7   Boston and remained a fugitive for all these years.

8           But, again, what is your job in this case?  Your sworn

9   obligation is to decide what the evidence is and apply that

09:08 10   evidence to the law as Judge Casper is going to give it to you.

11   In doing so, ladies and gentlemen, I submit to you that whether

12   or not Mr. Bulger and Mr. Flemmi were FBI informants has very

13   little to do with the charges in this case.

14           It doesn't matter whether or not Mr. Bulger was an FBI

15   informant when he put a gun to the head of Arthur Barrett and

16   pulled the trigger.  Whether he's an FBI informant or not, he's

17   guilty of murder.

18           This trial is not whether or not John Morris and John

19   Connolly were corrupt FBI agents.  It's not about that.  It's

09:09 20   not about whether or not Gerry Montanari did a good job

21   handling Brian Halloran.  It's not about whether or not the FBI

22   office in Boston was a mess.  It's not a referendum on whether

23   or not Kevin Weeks and John Martorano should be spending the

24   rest of their lives in jail, just like Mr. Flemmi.  It's about

25   whether or not the defendant is guilty of the crimes charged in

1    the indictment.  He's the one on trial here, ladies and

2    gentlemen, not the government, not the FBI, not John Martorano,

3    not Kevin Weeks, James Bulger.

4         So you need to keep your eye on the ball.  Don't get

5    distracted by the defense arguments about irrelevant issues

6    that are designed to keep you from focusing on what's important

7    for you to decide the evidence in this case.

8         So what is the relevance of the FBI corruption?  Well,

9    essentially the reason that the government put in evidence of

09:10 10   the defendant's relationship with the FBI is because there are

11   four people dead because of the relationship between John

12   Connolly and James Bulger.  That's why you heard about that

13   relationship.  That relationship also enhanced Mr. Bulger's

14   ability to commit crime and avoid prosecution.

15        The defense would have you think that the entire

16   Department of Justice, the U.S. Attorney's Office, the Strike

17   Force, is corrupt.  Not so, ladies and gentlemen.  Use your

18   common sense.  You know, there's an old saying, a few bad

19   apples spoil the barrel.

09:11 20        This is a case just like any other case where, whether

21   you work in a bank, whether you work in a company, like IBM, or

22   whether you work in the government, no system is perfect, and

23   if there are dishonest people who work in the bank, work for

24   IBM, work in a government office and they see a way to exploit

25   a weakness in the system, whether it's a bank teller who is

1   stealing money out of the drawer, whether it's an accountant

2   who works for a big corporation who embezzles money, it's a

3   dishonest person who takes advantage of the system and uses it

4   to their own benefit.  And that's what happened here.

5          John Connolly was a corrupt FBI agent.  John Connolly

6   cared more about his relationship with James Bulger and William

7   Bulger than he did about doing his job.  He saw a way not only

8   to enhance his own career, but also to protect Mr. Bulger.

9   Along the way he corrupted John Morris, his supervisor, and

09:12 10  perhaps several other FBI agents.  It doesn't mean that

11  everybody in the Boston office was corrupt.

12         Were there agents who suspected something was going

13  on?  You heard the testimony.  I think the defense probably did

14  a better job proving this than the government did, yes, the

15  Boston FBI office was a mess.  Why was it a mess?  It was a

16  mess because there was a problem in that office, and that

17  problem was John Connolly and John Morris, and other agents

18  suspected it, and it ruined the entire atmosphere in the Boston

19  office.  It caused distrust among agents.  Was there a failure

09:13 20  in management?  Absolutely.  But there's no grand scheme here,

21  ladies and gentlemen.

22         This program, in which Mr. Bulger and Mr. Flemmi were

23  recruited to become FBI informants, was a flawed program.

24  Taking high-ranking members of organized crime and using them

25  as informants is a bad idea, and Mr. Connolly saw a way to

1    exploit that bad idea for his own personal benefit.

2         Again, that really has nothing to do with whether

3    Mr. Bulger is guilty of the crimes charged in the indictment.

4    When he puts a gun in the stomach of Mr. Solimando, a machine

5    gun, and tells him, You owe me $400,000, it doesn't matter

6    whether he's an informant or not.  It doesn't matter whether

7    John Connolly is corrupt or not.  It doesn't matter whether the

8    FBI is leaking information to him.  He is the person who's

9    extorting individuals, who's murdering individuals.  It's his

09:14 10   criminal liabilities that you are here to determine.

11         Now, there are some things that Mr. Carney did say in

12   his opening with which the government agrees.  He told you that

13   Mr. Bulger paid money to John Connolly.  The government doesn't

14   dispute that, the evidence has proven it.

15         He told you that his client, James Bulger, was

16   involved in illegal gambling, loansharking, drug dealing,

17   extortion.  We don't dispute that, we agree with that.  The

18   evidence, again, has proven it.

19         He told you that James Bulger made millions of dollars

09:15 20   from engaging in this criminal activity.  Again, we agree.  The

21   evidence has shown that as well.

22         He told you, Mr. Carney, in his opening, that James

23   Bulger paid money to other members of law enforcement other

24   than John Connolly.  And again, there's no dispute about that.

25         Now, I'm going to talk about the indictment in the

case, and in order to assess the charges in the indictment, I
want to talk about theories of criminal liability.  So if
you'll bear with me a second, I made a little chart here.

        (Pause.)

        So there are three ways that somebody is liable for
the commission of a crime.  The first way is obvious, they're
the principal actor, the person who walks into the bank, puts
the gun to the bank teller and says, Give me your money.
That's clear, I think everybody gets that.

        Aider and abetter.  The law provides that you are as
guilty as a principal if you aided and abetted the commission
of the crime.  And what is aiding and abetting?  Aiding and
abetting is the guy who's maybe sitting outside the bank in the
getaway car.  He doesn't go into the bank, he doesn't rob the
bank, but he's helping the person who's doing it by sitting in
that getaway car.  Let's say he stole the car for use in a bank
robbery or got the gun for the person who went into the bank to
rob that bank.  If he did those acts with the same intent as
the person who walks into the bank and robs the bank, he's as
guilty as the principal.  If he hires somebody to commit a
crime, if he solicits them to commit a crime, he's as guilty as
the person who commits the crime.

        There's also what's called co-conspirator to
liability, and that's especially pertinent in this case, ladies
and gentlemen.  If you are a member of a conspiracy, and in

1  this case you've seen that this is a very broad and

2  wide-ranging conspiracy, if you're a member of a conspiracy,

3  you are liable for all the acts of every other member of the

4  conspiracy that is reasonably foreseeable.  Now, what do I mean

5  by that?  Conspiracies are a very insidious thing.  One man can

6  only do so much.  Five men can do more, ten men can do more, 20

7  men can do more, and that's why conspiracies are so dangerous.

8          When you create a criminal organization in which

9  different people play different roles, different people are

09:19 10  engaging in different types of criminal activity, it becomes a

11  much more dangerous situation for society than a single

12  individual acting alone.  So, again, you become -- when you get

13  on that train with all those other members of the conspiracy,

14  you become liable for what those other individuals do, as long

15  as it's reasonably foreseeable.  And what do I mean by that?

16  Well, let's say, again, using the bank robbery analogy, ten men

17  get together and say, We're going to become bank robbers, we're

18  going to go rob a series of banks, and one of the men who's a

19  member of that conspiracy, he rapes a woman.  Well, that's not

09:19 20  reasonably foreseeable to the other members of the bank robbery

21  conspiracy, because their business is robbing banks.  But let's

22  say two of the members of the conspiracy one day go out and rob

23  a bank, well, that's part of the conspiracy.  The other members

24  of the conspiracy should have reasonably foreseen that other

25  members of this group are going to engage in the type of

1    criminal activity that was -- that the group was formed in

2    order to conduct.  That's very important in this case, because

3    as you have heard, Mr. Bulger was the leader of a very

4    wide-ranging, broad organization that was engaged in many

5    different types of crimes, from illegal gambling, loansharking,

6    extortion, murders.  As the leader of that organization -- if

7    you find that he's not the principal actor and even if he did

8    not aid and abet the commission of the crime, but that as the

9    leader of this criminal organization it was reasonably

09:20 10    foreseeable for him to believe that some other member of his

11    organization would commit the crime charged in the indictment,

12    he is as guilty as the principal.

13        Now, getting back to the indictment.  You're going to

14    have a copy of the indictment to take into the deliberations

15    room with you.  I'm not going to go over it right now.  I

16    suggest to you that you read through it, obviously.

17        The first count lays out the racketeering conspiracy,

18    and that's what I want to talk about first.  The first two

19    counts in the indictment are RICO counts.  RICO is

09:21 20    racketeering.  The time period addressed by those two counts is

21    1972 to approximately 2000.

22        Now, what is racketeering?

23        (Pause.)

24        Showing you what's been marked Exhibit 94, this is a

25    racketeering organization, ladies and gentlemen.  The case

against Mr. Bulger is the type of case that the RICO statute
was designed to address when it was passed, an organized crime
group composed of many individuals engaged in different types
of criminal activity.  The charge in front of you shows the
original leadership, Mr. Bulger, Mr. Flemmi, Mr. Martorano,
Howard Winter, Joe McDonald, and Jimmy Sims in the 1970s, and
the various individuals, many of whom you've heard evidence
about, who were members and associates of that racketeering
organization.

        As you know, the leadership of this organization
evolved over time as Mr. Sims and Mr. McDonald became
fugitives, Mr. Winter was incarcerated for extortion, and
ultimately, John Martorano became a fugitive.  And what did
that leave?

        (Pause.)

        Again, referring to -- I think it's 95 in evidence.
By the early 1980s, the leadership of this organization is down
to James Bulger and Stephen Flemmi.  John Martorano is a
partner, but he's in Florida on the lam.

        Kevin Weeks has sort of stepped into a second-tier
role, along with George Kaufman, who was always there; and
again, Mr. Bulger begins to rely upon his South Boston group --
Mr. Linskey, Mr. Curran, Mr. Nee, John Hurley, Kevin O'Neil --
more than he had during the '70s.  He also incorporates
Mr. Connolly and Schneiderhan, a lieutenant in the State

1   Police, into this criminal organization, and you'll hear a

2   little bit more about that.

3          But this organization is now like this.  You still

4   have all these players here, all the bookies, the loan sharks.

5   You change the leadership, and then -- I think this is Exhibit

6   90 -- Mr. Bulger and Mr. Flemmi add this feature to their

7   criminal organization.  You heard the testimony about the

8   beginning of this drug distribution network in the early 1980s.

9          So this Winter Hill organization, this South Boston

09:25 10   organization, continues to grow.  This is a RICO organization.

11          Now, what is racketeering?  I just want to walk

12   through the elements a little bit for you.

13          (Pause.)

14          The Judge is going to instruct you on the law.  This

15   is just a little shortcut for you, but RICO has five elements:

16          The fact that there's an enterprise.  What is an

17   enterprise?  Well, it's what I've just shown you, a group of

18   individuals, as in this case, associated in fact.  An

19   enterprise can also be a legal enterprise, such as a

09:26 20   corporation, like IBM, or Staples.  A RICO organization could

21   be a government agency.  All it is, is simply an entity that

22   either exists as a matter of fact or has some kind of other

23   legal existence.

24          The activities of the enterprise must affect

25   interstate commerce, and in this case, it's clear that this

1  wide-ranging organization affected interstate commerce.  How

2  did it do that?  The gambling business.  You heard testimony

3  from James Katz about how they would have customers out of

4  state, those out-of-state customers would FedEx money to him in

5  Massachusetts in payment of their gambling debts.  You heard

6  that they used the banking system to funnel these phony checks

7  that were made out in the names of people like Ronald Reagan

8  and George Washington through check-cashing places.  You heard

9  about the race fix scheme, where they were fixing races up and

09:27 10  down the East Coast at racetracks in New York, New Jersey,

11  Pennsylvania.  You heard about this individual, Jack Mace, the

12  big bookie in New York who was working as a layoff office for

13  Winter Hill's gambling business.  You heard testimony about how

14  when John Martorano fled from Massachusetts, he went to

15  Florida, and for 20 years, at least once a month, if not

16  several times a month he would receive a package of money that

17  was either couriered to him or sent in the mail.  You've heard

18  about meetings outside Massachusetts, meetings in New York

19  between Mr. Martorano and Mr. Flemmi.  You've heard that people

09:28 20  were murdered outside of Massachusetts in connection with the

21  activities of this RICO enterprise, John Callahan, Roger

22  Wheeler.  You also heard that the drug distribution network

23  obtained their supply from outside of Massachusetts, Florida,

24  Colombia.

25          The next element of the RICO charge is that the

1    defendant was associated with or employed by the enterprise.

2    Well, in this case that's an easy one.  Mr. Bulger, he's the

3    leader.  He's the boss.  He's certainly associated or employed

4    by this enterprise.

5         The next element is that the defendant engaged in a

6    pattern of racketeering activity.  What does that mean?  That

7    means that the defendant committed at least two crimes that are

8    racketeering crimes, and I will tell you as a matter of law,

9    and Judge Casper is going to tell you as well, that the

09:29 10   racketeering acts charged in this case are predicate RICO

11   offenses.  Extortion, money laundering, murder, narcotics

12   distribution are all, as a matter of law, the kind of crimes

13   that the RICO statute is meant to address.  In order to show a

14   pattern, you have to show that the defendant committed at least

15   two of these crimes within a ten-year period, and that the

16   crimes are related; in other words, they have something to do

17   with each other in the activities of the enterprise.

18        And that's the last element there, that the defendant

19   conducted or participated in the conduct of the enterprise

09:30 20   through that pattern of racketeering.

21        So again, taking the analogy that we had talked about

22   before, if there's an individual who's a member of a bank

23   robbery conspiracy and, let's say, he went out and he raped two

24   women and committed two rapes, well, those crimes are not

25   committed pursuant to the conduct of the enterprise.

1        But in this case, as you know, the extortions, the

2   murders, the money laundering, the drug distribution were all

3   committed pursuant to the defendant's conduct and participation

4   in the activities of the enterprise.  So that's essentially

5   what you need to determine in order to find the defendant

6   guilty of racketeering.

7        In this case, there's a lot more than two racketeering

8   acts, there's 33 of them.  The first 20 relate to murder.

9   Racketeering Acts 21 through 28 relate to extortion.

09:31 10   Racketeering Act 29, narcotics distribution.  Racketeering Acts

11   30 through 33 relate to money laundering.

12        The difference between Count One and Count Two is

13   Count One is a conspiracy.  And what does that mean?

14   Conspiracy just means that the defendant agreed with one or

15   more persons to commit the underlying racketeering crime.  So

16   even if, let's say hypothetically, none of the substantive

17   racketeering acts were ever committed but Mr. Bulger in his

18   participation in the racketeering enterprise agreed that two or

19   more racketeering acts should be committed, either by himself

09:32 20   or some other member of the RICO enterprise, that is sufficient

21   to convict him, find him guilty of conspiracy.

22        Count Two is the subjective racketeering crime.  Now,

23   the reason that this racketeering organization was so

24   successful is that the men who led this group, again, showing

25   you the organizational chart from the '70s -- Bulger, Flemmi,

1    Martorano, Winter, McDonald, Sims -- these men were the
2    survivors of a gang war during the '60s.  And you heard a
3    little bit about that, how these neighborhood groups in
4    Charlestown and Somerville and Roxbury and Dorchester were
5    involved in this shooting war, where over 60 people died during
6    the '60s.  The Mafia sort of sat on the sidelines taking
7    potshots at both sides in that gang war, but these men were the
8    victors, these men were the survivors.  They were armed to the
9    teeth.  They were organized, they were feared.  They acted like
09:34 10  a paramilitary organization.  You heard the evidence.  When
11   they engaged in criminal activity, they had this armory of
12   weapons, they used stolen cars, I think Mr. Martorano described
13   them as boilers, they had backup cars in order to crash into
14   any police vehicles that may come onto the scene.  They
15   communicated via walkie-talkies.  They obtained intelligence
16   from law enforcement, they had their sources in law
17   enforcement.  They hunted their targets.  These men didn't hunt
18   animals, ladies and gentlemen, they hunted people.  That's why
19   they are so successful.  These men were the scariest people
09:34 20  walking the streets of Boston.  And that is why whenever they
21   approached a bookmaker or a loan shark or a drug dealer or any
22   other criminal and said, You work for us, we want a piece of
23   the action, you have to pay us tribute, you have to pay us
24   rent, there was very little resistance, because those
25   individuals knew either they paid or they got hurt.  It's this

1    reputation for violence that enables them to be so successful

2    in committing extortion, shaking down people like Mike

3    Solimando, Kevin Hayes, Richard Buccheri, Ray Slinger, Steven

4    Rakes, Teddy Berenson, David Lindholm.  These are the extortion

5    counts, these are the Racketeering Acts, 21 through 28, in

6    Counts 3 and 4 in the indictment.

7            Now, just to finish this piece on the rackets --

8            (Pause.)

9            In Boston, this is how the rackets worked.  In Boston

09:36 10   there were two groups that controlled the rackets, the Winter

11   Hill Gang and the Mafia, they're organized crime.  Everybody

12   else, all these bookies and loan sharks, bank robbers, drug

13   dealers running around town, they're criminals, too, but

14   they're disorganized.  And those members of disorganized crime,

15   they prey upon the public, they're the people who are out

16   robbing people, shaking them down.  In order for them to do

17   what they want here, they have to pay tribute.  Either they

18   associate themselves with the Mafia or they associate

19   themselves with Winter Hill.  Those are the only two games in

09:37 20   town, ladies and gentlemen.  And you saw that Winter Hill

21   coordinated its activities with the Mafia.  You saw all those

22   photos from time to time of meetings between Mr. Bulger,

23   Mr. Flemmi, and members of the Mafia.  You saw those photos,

24   many from the Lancaster Street garage surveillance.

25           Bookmakers and loan sharks who are approached and have

1     guns put in their stomachs, pointed at their heads, they can't

2     go to the police and say, Mr. Bulger is shaking me down.  Why

3     can't they do that?  They can't do that because they're

4     criminals, too.  They can't go to the police and say, I'm a

5     drug dealer and Mr. Bulger wants a piece of my action.  That's

6     what makes this almost a perfect crime.  And you've heard, and

7     I'll discuss it with you a little bit later, these people were

8     more afraid of James Bulger and his co-conspirators than they

9     were of the police, than they were of the law, than they were

09:38 10   of going to jail.

11          So it's Winter Hill and the Mafia who act as judges,

12    juries, and sometimes executioners when it ever comes to

13    disputes between bookmakers, loan sharks, drug dealers, who can

14    do what, how they can do it, when they can do it.  They act as

15    the law in the criminal world.

16          Now, again, I want to talk a little bit about John

17    Connolly.  The defense would have you believe in this case that

18    the relationship between John Connolly and James Bulger was a

19    one-way street, that James Bulger bribed John Connolly; not so,

09:39 20   this is a two-way street.

21          Why does Mr. Bulger give John Connolly information?

22    He gives John Connolly information because it helps him remove

23    his competition.  It's like any business, I don't care whether

24    you're Wal-Mart or Stop & Shop, you try to beat the

25    competition.  This was one way that Mr. Bulger could remove his

1    competition, that other part of organized crime, the Mafia, by

2    helping the FBI destroy the Mafia.  And what happened is over

3    the years, as Mr. Bulger and Mr. Flemmi, and of course they're

4    not the only informants who are working with the FBI to take

5    down the Mafia, but they are the ones who exploit that.  They

6    are the ones who, as the Mafia continues to be decimated by

7    prosecutions over the years, Winter Hill, James Bulger, Stephen

8    Flemmi, they become the biggest crooks in town.

9           This was a relationship that also helped John

09:40 10   Connolly.  How does it help John Connolly?  Well, he put money

11   in his pocket, number one, but it also enhances his career in

12   the FBI.  As you heard I think it was one of the defense

13   witnesses said John Connolly was the BMOC.  What does that

14   mean?  The big man on campus.

15          There's another factor that we can't ignore in this

16   case, and that's Mr. Bulger's brother, William, who was one of

17   the most powerful politicians in Massachusetts at the time.

18   You heard the testimony of John Morris.  It was John Connolly's

19   dream to become Police Commissioner of the Boston Police

09:41 20   Department.  Who was going to get him there?  William Bulger.

21   John Connolly was going to bring John Morris along as his

22   second man.  You heard the stories about the St. Patrick's Day

23   breakfast, how politicians stood in line outside waiting to get

24   in, but John Connolly and a select group of FBI agents were

25   brought into the back door and given a seat right up front.

1    That's another reason why John Connolly aligned himself with

2    James Bulger.  Not only did it enhance his personal career, it

3    cemented his relationship with William Bulger for that next job

4    as Police Commissioner of the City of Boston.

5          In the final analysis, ladies and gentlemen, you don't

6    have to decide whether Mr. Bulger was an FBI informant or not.

7    That's not something that is an element of any of these crimes.

8    We've given you the evidence to show you the relationship, but

9    it's not something you have to decide.  Why has it been so

09:42 10   hotly contested in this trial?  It's because Mr. Bulger cares

11   more about his reputation as an FBI informant than he does

12   about his reputation as a murderous thug.  And again, when he

13   kills Brian Halloran and Michael Donahue right down the street

14   from this courthouse, he's no less guilty of that crime whether

15   or not he's an FBI informant.

16         Now, another issue that's come up and that I think you

17   obviously are going to have to deal with during your

18   deliberations is the agreements that the government has reached

19   with some of the witnesses in this case.  You may not like some

09:43 20   of these agreements, but it's not about whether or not you

21   agree with what the government did in this case, whether you

22   like the agreements, it's about whether or not you believe the

23   witness.  And the defense spent long hours cross-examining

24   witnesses about some of their agreements with the government.

25   But you're not here to decide whether or not those agreements

are good or bad.  Again, John Martorano and Kevin Weeks are not
on trial.  They have had their day in court, they've gone to
jail.  Don't forget, it is James Bulger who is on trial here
today, and it's your job to decide whether or not James Bulger
committed the crimes that are charged against him in the
indictment.  Of course you should carefully scrutinize the
testimony of a James Martorano and a Kevin Weeks, and in
considering their credibility you should look at the agreement
that they have reached with the government.

09:44     So let's talk a little bit about John Martorano.  You
heard he was arrested in 1995.  He was arrested as part of the
investigation that led to the indictment of Bulger, Flemmi,
Frank Salemme, several other individuals that you've heard
about in this case.  He was charged with racketeering and
loansharking, illegal gambling violations.  He told you that he
was looking at about six years in jail.  But what else did he
tell you happened while that 1995 case was pending?  He told
you that for the first time it was disclosed that Mr. Bulger,
Mr. Flemmi were FBI informants, and that John Connolly was
09:45  their handler.  And you heard about the extensive hearings
before a judge in this courthouse, Judge Wolf, about the
relationship between Mr. Bulger, Mr. Flemmi, and John Connolly.

    You also heard testimony from Colonel Foley of the
State Police.  That was early on in the case, but one of the
things that Colonel Foley told you was among members of law

1    enforcement, this relationship had created a significant amount

2    of tension and that relationships between the State Police and

3    the FBI were frayed.

4            During these Wolf hearings, these hearings before

5    Judge Wolf, Flemmi was alleging that he and Bulger could not be

6    prosecuted because they were FBI informants.  Of course, Flemmi

7    told you at the time he wasn't admitting that he had a corrupt

8    relationship with John Connolly.  But John Martorano knew what

9    the truth was.  He was horrified that these two men, who he

09:46 10   felt were as close to him as brothers, had been informants, had

11   betrayed him, and he decided to expose them, and in doing so,

12   he exposed himself.  He exposed himself to prosecution for

13   murder.

14           What else do you know about these murders?  You know

15   that they had gone unsolved for decades.  John Martorano told

16   you he was never charged with murder.  He told you that there

17   were no threats to charge him for murder.  Colonel Foley told

18   you that these were cold cases, never solved.  John Martorano

19   came forward and admitted his role in 20 murders.  Horrific.

09:47 20   Horrific.  But the families of these victims would never have

21   known what had happened if he had not come forward.  His

22   cooperation had collateral effects.  People like Charlie Raso

23   and Dickie O'Brien and many of the individuals on some of these

24   charts that I had shown you who wouldn't testify, who had gone

25   to jail rather than testify, agreed to cooperate.  Kevin Weeks

1   agreed to cooperate.

2          Does John Martorano deserve to spend the rest of his

3   life in prison?  Absolutely.  Absolutely.  No question about

4   that.  Did the government have the evidence to put him there?

5   Absolutely not.  He would have been entitled to a trial, just

6   like this one that you're sitting in here, and the government

7   would have had to have proven that he engaged in those murders,

8   and there was no evidence, none of those murders had ever been

9   solved, there was no evidence to convict him of any of those

09:48 10   murders.

11          The relationship between John Connolly, James Bulger,

12   and Stephen Flemmi was a cancer eating away at law enforcement

13   in Boston.  Bodies had piled up, South Boston had been flooded

14   with drugs, and the last insult of all was Mr. Bulger had been

15   allowed to escape because he had been tipped off by a corrupt

16   FBI agent.

17          There was feuding between state and local law

18   enforcement, something had to be done, ladies and gentlemen.

19          The only thing worse than making a deal with John

09:49 20   Martorano at that time was not making a deal.  The government

21   held their nose and made that deal.

22          A witness that the defense called, Bob Fitzpatrick, I

23   think is a poster boy for what was wrong in the Boston FBI at

24   the time.  This is a man who resigned in disgrace from the FBI.

25   Every piece of evidence that's before you in this trial is

inconsistent with his claim that he was sent to Boston to clean

up the Boston office.  When it suits him, he solved every crime

since Jack The Ripper.  He told you he was assigned to the JFK

assassination.  He recovered the gun from Martin Luther -- that

was used to kill Martin Luther King.  He headed up ABSCAM.  He

arrested Jerry Angiulo.  When it doesn't suit him, what does he

tell you when he's shown documents in this case which are

clearly inconsistent with his claim that he was the Lone

Ranger, the voice in the wilderness, close James Bulger, what

does he say?  Oh, I was only a scribe.  I couldn't do anything.

I was only the second man in charge of the whole Boston office,

but I couldn't do anything.  He did nothing wrong.  Everybody

at headquarters, they're the ones who did everything wrong.

Everybody below him in the Boston office, they're the ones who

did everything wrong.

        That was the situation that existed back in 1998

during the hearings in front of Judge Wolf.  While Bob

Fitzpatrick was the number two man in the FBI in Boston, and

you heard that for a period of time he was the number one man,

Larry Sarhatt had retired, there was nobody else in charge,

Mr. Fitzpatrick split the running the Boston office with this

other ASAC, that's Assistant Special Agent in Charge, the

fellow, Ed Ludemann, the two of them were running the office.

While that was going, Debbie Davis was murdered, Roger Wheeler

was murdered, John Callahan was murdered, Brian Halloran was

1    murdered, Michael Donahue was murdered, John McIntyre and

2    Arthur Barrett were murdered; and Bob Fitzpatrick wants to tell

3    you he couldn't do anything about it.

4         So, yes, the government held its nose and made a deal

5    with John Martorano.  And what are the results, ladies and

6    gentlemen?  The results are Stephen Flemmi is serving life in

7    prison, John Connolly is serving a 40-year sentence for murder

8    in a Florida prison, likely the rest of his life.  Dozens of

9    family members have received some degree of closure regarding

09:52 10   the fates of their loved ones.  Six families who didn't even

11   know what happened to their relatives, their remains were

12   returned to them for a decent burial.  Other corrupt law

13   enforcement officers, like that State Police Lieutenant

14   Schneiderhan and Stephen Flemmi's brother, who was a Boston

15   police officer, were prosecuted and received lengthy jail

16   terms.

17        You can never bring back somebody who's been murdered.

18   There is no doubt that the family members in this case can

19   never feel good or right about the results.  No matter how many

09:53 20   people go to jail and who is prosecuted, that's understandable.

21   They will never, ever feel good or right about what happened,

22   and they shouldn't.  This is a horrific, horrific situation.

23   But what I am telling you, I am telling you to give you some

24   perspective when you analyze the evidence in this case and what

25   happened in this case.

1          Kevin Weeks.  John Martorano may have started the ball

2    rolling, but Kevin Weeks provided some of the most compelling

3    evidence in this case.  He was indicted in 1999 and cooperated

4    in short order.  He led investigators to the remains of Deborah

5    Hussey, Arthur Barrett, and John McIntyre outside Florian Hall.

6    He provided additional information that led to the recovery of

7    the remains of Paul McGonagle, Thomas King, and Debra Davis.

8    He identified the weapons hide at 832 East Third Street, which

9    ultimately lead to the recovery of all the weapons that you've

09:54 10   seen at this trial.  And these men, John Martorano, Kevin

11   Weeks, they've testified in numerous trials and are responsible

12   for the conviction of numerous people, as we've discussed.  He

13   received a sentence of six years after the government

14   recommended nine.  It's not enough.  It clearly is not enough.

15   Yet, when you consider who Kevin Weeks is, yes, he's a thug,

16   but he never strangled anybody, he never shot anybody, he never

17   killed anybody.  He aided and abetted, he was there, he was

18   criminally liable.

19          Other witnesses in this case, John Morris.  There's

09:55 20   been a lot of criticism about John Morris.  Who was John

21   Morris?  John Morris was John Connolly's supervisor, and he

22   admitted to you, he took the witness stand, as he's done in

23   several other cases, as you've heard, and he admitted to you, I

24   took bribes, I leaked information to Bulger and Flemmi.  The

25   last time he leaked information to Bulger and Flemmi was in

1    1988.  He told you about tipping them off to that wiretap on

2    one of their bookmakers, John Bahorian.

3          He could not have been prosecuted for any of those

4    crimes by 1998 when this situation came to light at these

5    hearings before Judge Wolf.  Ten years had passed.  Colonel

6    Foley told you there's a five-year statute of limitations under

7    federal law for the prosecution of the type of crimes that John

8    Morris had committed, bribery, obstruction of justice.  Ten

9    years later, he can't be prosecuted.

09:56 10         It's been suggested that he's a co-conspirator to the

11   murder of Brian Halloran.  Now, whether or not you believe that

12   the evidence demonstrates that when he told John Connolly that

13   Brian Halloran was cooperating he intended for John Connolly to

14   tell James Bulger that and he intended for James Bulger to go

15   and murder Brian Halloran, that's a separate issue, but even if

16   he did that, there's a six-year statute of limitations under

17   Massachusetts law for conspiracy to commit murder.

18         So what happened to John Morris?  What happened to

19   John Morris was what's happened to many of the witnesses that

09:57 20   you've heard in this case.  He was compelled to testify by an

21   order of a district court judge.  That's how this case was

22   built, ladies and gentlemen.  You have to get orders from

23   judges forcing people to testify, and if they refuse to testify

24   they can be held in contempt and go to jail, and that's what

25   happened to John Morris.  Yes, when a judge issues such an

1    order, the individual who's the subject of the order gets

2    what's called use immunity; it means that nothing they say can

3    be used against them.  That's their Fifth Amendment privilege.

4    We all have that privilege, it's in the Constitution.  But it

5    does not mean that they can never be prosecuted for the

6    underlying crime, it just means that what they say cannot be

7    used against them in such a prosecution.

8          So I suggest to you, ladies and gentlemen, that John

9    Morris received no benefit from the government.  He was served

09:58 10   with an order, and he was forced to testify.  If he lied, he

11   could be indicted for perjury.

12         Now, you've also heard that many of the other

13   witnesses who were served with such orders went to jail rather

14   than testify.  Some of them lied when they were forced to

15   testify.  And why did they do that?  They went to jail, they

16   refused to testify, they lied because, again, they're more

17   afraid of James Bulger and Stephen Flemmi and John Martorano

18   and Kevin Weeks than they are of the federal government and the

19   Bureau of Prisons.  People like James Katz, Dickie O'Brien,

09:59 20   Charlie Raso, David Lindholm, Paul Moore, Tony Attardo, Billy

21   Shea, Joe Tower, they were all the subjects of these compulsion

22   orders.  These orders are a tool that Congress has provided to

23   the government to use to attack criminal organizations like we

24   have here.  And as I said earlier, this organization was

25   dismantled from the bottom up.

1          Now, as I said, the defense spent a long time

2     cross-examining witnesses about these agreements.  You have to

3     use, again, your common sense to decide Does this help me

4     decide the evidence in this case?  Let me give you an example.

5          I don't know if you remember that witness David

6     Lindholm, he was the marijuana dealer.  Mr. Carney must have

7     spent two hours cross-examining Mr. Lindholm about a case that

8     Mr. Lindholm testified about 20 years ago regarding a man named

9     Trenkler who had participated in building a bomb that was put

10:00 10   under a car, the bomb blew up, one of the police officers died

11    who was trying to dismantle the bomb.

12         So we spent two hours talking about that case.  And

13    then when we finally get to what's important in this case,

14    whether or not Mr. Lindholm was dragged down to the Marconi

15    Club, brought upstairs into a dark room where Mr. Bulger and

16    some of his other thugs were, while they shot a gun past his

17    head, played Russian roulette with him, Mr. Bulger threatened

18    to cut off his head, well, when we got to that part, it was,

19    Well, this happened, didn't it, yeah, Mr. Bulger, he's trying

10:01 20   to get you more customers, and he's going to protect your

21    business.

22         So what is the purpose of spending two hours talking

23    about the Trenkler case?  That happened over and over and over

24    again in this case.  You need to focus on What helps me decide

25    this case and what evidence is unhelpful and meant to distract

1    me.  It not only happened with David Lindholm, it happened with

2    many of the other witnesses in this case.

3         The last thing I'd like to talk about before I get to

4    the actual charges in this case is witness credibility.  The

5    government is not here telling you to decide this case solely

6    based upon the testimony of a John Martorano or a Kevin Weeks

7    or a Stephen Flemmi.  And you've heard from time to time

8    cross-examination of not only those witnesses but of other

9    witnesses about something that they may have said on a prior

10:02 10   occasion.  You have to use your common sense in determining

11   whether these inconsistencies are important or not.

12        Remember, again, that we are here in 2013 because that

13   man ran away.  So we're here 20 years later.  And you've heard

14   what's happened over the past 20 years, these witnesses have

15   testified at numerous criminal trials, civil trials, they've

16   been deposed, they've appeared before grand juries.  I suggest

17   to you that the amount of inconsistencies that may exist in

18   some of their testimony is de minimis compared to what's

19   important in this case.  Again, you need to use your common

10:03 20   sense.

21        Let's say we all went to a Red Sox game.  There's

22   30,000 other people in the stands, and Dustin Pedroia -- it's

23   the bottom of the ninth, the Red Sox are losing, Dustin Pedroia

24   hits a grand slam home run, it's a walk-off home run and the

25   Red Sox win the game.

1           Twenty years later, you're probably still going to

2    remember that moment, because that's what's important.  Are you

3    going to remember who was on first, who was on second, who was

4    on third, who was pitching, whether the ball went over the

5    Green Monster or over the center field wall?  That's how you

6    have to bring your common sense to evaluating the evidence in

7    this case.  Do the witnesses remember the key points, what's

8    important?

9           I suggest to you that regarding any of the significant

10:04 10    information in evidence in this case, such as who shot who, why

11    did it happen, who extorted who, who shook down who, there is

12    no equivocation or inconsistency in any of the testimony that's

13    before you.

14           Let's take an example, the murder of Brian Halloran

15    and Michael Donahue.  Again, it occurred in 1982 right down the

16    street from here.  This is an example of how to -- and I

17    suggest to you, obviously, you're going to decide when you're

18    deliberating how you're going to determine the evidence.  But,

19    for example, in that murder, Kevin Weeks is an eyewitness at

10:05 20    the scene.  He's there.  He sees Mr. Bulger gun down Brian

21    Halloran and Michael Donahue in broad daylight on Northern

22    Boulevard.  After that murder, Mr. Bulger goes to Flemmi's

23    mother's house with Mr. Weeks and Mr. Bulger describes in great

24    detail to you -- to him what happened.  So you have an

25    eyewitness at the scene, you have a subsequent admission to

 1    Mr. Flemmi.

 2            What else do you have?  You have Mr. Martorano who is

 3    whistled up from New York -- to New York few weeks later to

 4    meet with Bulger and Flemmi, and Bulger again describes to him

 5    that he committed the murder of Brian Halloran, how he

 6    committed it, and why he committed it.

 7            You have testimony from John Morris who says, Yes, I

 8    knew Brian Halloran was cooperating, and I told John Connolly

 9    that in March or April, a month, two months before Brian

10:06 10    Halloran was murdered.

11            You have all those FBI reports, if you recall, where

12    Mr. Bulger is, you know, even a year before the murder of Brian

13    Halloran, but an important point, after the murder of Roger

14    Wheeler, Mr. Bulger continues to talk about Brian Halloran,

15    Brian Halloran is using coke, Brian Halloran is unreliable, the

16    Mafia wants to kill Brian Halloran, Charlestown wants to kill

17    Brian Halloran, everybody in Boston wants to kill Brian

18    Halloran.  Well, in light of what the evidence is, those

19    reports are very damning, ladies and gentlemen.

10:06 20            So, you know, you take the evidence, all the pieces of

21    the evidence, and it's like putting a puzzle together.  Do the

22    pieces fit?  If they fit, you can accept the evidence.  Do they

23    harmonize together?  Do they make sense?

24            Again, as you go through the evidence, as you see that

25    the testimony of a Weeks or a Flemmi or a Martorano is

corroborated over and over again by the testimony of other

witnesses, by the existence of other independent pieces of

evidence, again, you can begin to accept their testimony more

and more standing on its own.

And again, I want to remind you, it's not whether you

like the witness.  Nobody likes these men.  These men, these

co-conspirators, these partners of the defendant are the most

reprehensible people to walk the streets of Boston, but they're

his friends, his partners, his co-conspirators, he's the same

as they are.

There are other witnesses in this case, law

enforcement witnesses like Lieutenant Long, who told you about

the surveillance at the Lancaster Street garage; Colonel Foley

told you about the recovery of all the weapons; Bill Doogan

from the Boston Police Department put in a bunch of the crime

scene evidence; Robin Fabry, again, State Police, put in State

Police crime scene evidence; several other law enforcement

witnesses.  You know, you can decide to accept their testimony

on its face.  No motive to lie, no reason to fabricate.

Other witnesses, such as the experts in this case,

Dr. Evans, the M.E.; Dr. Mires, the forensic anthropologist;

Gina Pineda, the DNA expert; Dr. Crowley, the forensic dentist.

Again, no reason to question their testimony.

Other witnesses in the case like Mike Solimando,

Richard Buccheri, Ray Slinger -- well, he didn't testify, but

1    you heard about him -- these men are legitimate businessmen.

2    They're not criminals, they're not participants in the criminal

3    activity.  No reason to discount their testimony.

4         Other witnesses, James Katz and the Dickie O'Briens,

5    Charlie Raso, the David Lindholms, yes, they were criminals,

6    and you may want some corroboration in accepting their

7    testimony.  But, again, I hope I've given you some framework to

8    decide the legal issues in this case.

9         And next I want to get to the crimes, the actual

10:09 10   crimes that are charged.  So we actually put together a

11   timeline, and I hope it's somewhat helpful as I go through each

12   of the charges in the case.

13        (Pause.)

14        So I told you that Counts One and Two are the

15   racketeering counts, and they contain 33 racketeering acts.

16   The first 20 racketeering acts are the murders, and that's what

17   I'm going to talk about first.

18        Racketeering Act Number One is a conspiracy to murder

19   members of the Notarangeli gang.  And this is a series of

10:10 20   murders in 1973, March 8, March 18, March 23, April 3, April

21   18, within a literally six-week period, one, two, three, four,

22   five individuals are murdered.

23        Now, Racketeering Act Number One charges a conspiracy

24   to murder members of this group, and what is the evidence

25   regarding the murder of the Notarangeli gang members?

1        Well, you heard from John Martorano, you heard that he

2    was asked to attend a meeting between himself, Gerry Angiulo,

3    who was the leader of the Mafia in Boston at the time, and

4    Howie Winter.  And Gerry Angiulo told Winter and Martorano that

5    we've got a problem, this guy Al Notarangeli is running around,

6    shaking down bookies, stepping on Gerry Angiulo's toes, and

7    had, in fact, murdered one of Gerry Angiulo's bookmakers, a guy

8    named Paulie Folino.  And Gerry Angiulo told Martorano and

9    Winter, You know, this is going to become your problem, too,

10:12 10   can you help us out?

11        So Martorano and Winter agreed.  They went back to

12   their other associates in Winter Hill, Joe McDonald, James

13   Bulger, Jimmy Sims -- remember that Stephen Flemmi in 1973,

14   he's still up in Canada -- but Mr. Bulger, Mr. McDonald,

15   Mr. Sims agreed that they were going to help out the Mafia here

16   and take out this fellow Al Notarangeli.

17        Now, there's another important witness who tells you

18   about that, and that's that individual, Charles Raso.  Who was

19   Charlie Raso?  Charlie Raso was Joe Notarangeli's bookmaking

10:12 20   partner, and Joe Notarangeli is Al Notarangeli's brother.  And

21   Charlie Raso provides some very important insights into what

22   happens during this period of time in 1973 and 1974.

23        Clearly, based upon Mr. Bulger's subsequent

24   participation in these murders, he agreed to go along with this

25   plan to murder Al Notarangeli and other members of his gang.

1           Racketeering Act Number Two is the murder of Michael

2   Milano, a tragic, tragic situation, because, as we all know,

3   Michael Milano was murdered because he was mistaken for Al

4   Notarangeli.

5           You heard Charlie Raso tell you that Michael Milano

6   was the manager of the bar Raso owned called Mother's in the

7   North End.  And Michael Milano, he idolized Al Notarangeli, he

8   dressed like him, he wore his hair like him, he even went out

9   and bought the same kind of car as Al Notarangeli.

10:14 10           And what does John Martorano tell you?  John Martorano

11   tells you that after that meeting with Gerry Angiulo, they're

12   now out looking for Al Notarangeli.  He's got, I think he

13   called them, his scouts out, people who are associated with him

14   looking for this fellow, Al Notarangeli.  They're getting

15   pictures and other information from the members of the Mafia,

16   and one night, March 8, 1973, they get a call from this fellow,

17   John Hurley, that he spotted Al Notarangeli at Mother's in the

18   North End.  And John Martorano tells you that, you know, they

19   got the troops together, they got the boiler.  John Martorano

10:14 20   is in the boiler, him and Howie Winter, Jimmy Sims driving,

21   that Mr. Bulger is in the backup car, they've got other cars

22   out and about watching Mother's; that at some point in time

23   that Mercedes, Michael Milano's car, leaves Mother's, and the

24   car in which John Martorano, Jimmy Sims, Howie Winter, and the

25   backup car in which Mr. Bulger was in follow Milano's car to

1    Brighton.  And once they get to a point where they can pull up

2    alongside Mr. Milano's car, Mr. Martorano tells you that they

3    let loose with an automatic weapon fire, spraying bullets into

4    the vehicle.

5          What does Mr. Bulger say?  Mr. Bulger said later, It

6    was like a movie, the car exploded.

7          Well, you heard testimony from Diane Sussman about

8    what it was like to be in that car.  You heard -- you heard

9    what happened to her boyfriend, Louis Lapiana, he was a

10:16 10  paraplegic the rest of his life.  And of course, Michael Milano

11   was killed that night.

12         These were innocent young people, but it tells you all

13   you need to know about the evils of an organization like the

14   Winter Hill Gang who kill people indiscriminately.  This is not

15   some Robin Hood story about a man who keeps angel dust and

16   heroin out of South Boston.  It demonstrates the cold, cavalier

17   approach that men like James Bulger and John Martorano and

18   Stephen Flemmi have towards their fellow man.

19         Racketeering Act Number Three occurs about ten days

10:17 20  later in the North End.  Charlie Raso, again, tells you that

21   after the murder of Michael Milano, Al Notarangeli calls a

22   meeting, and at that meeting are the members of this group,

23   Frank Capizzi, Al Plummer, Hugh Shields.  Joe Notarangeli is

24   there, Charlie Raso is there, Al Notarangeli is there.  They

25   realize they have a problem.  Al Notarangeli wants to go down

1    the North End and try to make peace with Gerry Angiulo.

2            That night, again, John Martorano tells you that they

3    got word that this group of men were spotted in the North End,

4    and again, the same thing, they get the boiler, they get the

5    backup cars, they rush down to the North End.  John Martorano

6    is in the boiler again with Howie Winter and Jimmy Sims

7    driving, James Bulger is in the backup car, and they find

8    Mr. Plummer's car driving up Commercial Street.  They pull up

9    alongside of it again and let loose with a blast of automatic

10:18 10   weapons fire.  Frank Capizzi told you what it was like to be in

11   that car that night.  He told you it was like a firing squad.

12           But what else do we know about that?  We know that as

13   Martorano, Sims, and Winter, their car pulled up alongside Al

14   Plummer's car, another car was coming from the opposite

15   direction, and they had to avoid that car and spun around and

16   started firing out the back window of their own car, blew out

17   the window, and many of the bullets went right towards

18   Mr. Bulger's car.  Mr. Bulger was angry that night because they

19   almost killed him, too.

10:19 20          Racketeering Act Number Four, the murder of William

21   O'Brien.  Remember that individual, Ralph DeMasi, who was in

22   the car with William O'Brien at that time, and Mr. Martorano

23   told you that they got word that this individual, DeMasi, was

24   meeting with Tommy King.

25           Now, who's Tommy King?  Tommy King was one of those

1    South Boston guys who came over and joined Winter Hill after

2    Mr. Bulger became part of the Winter Hill group.

3         So Tommy King tells them this guy, Ralph DeMasi, wants

4    to buy some guns.  They assume that Ralph DeMasi is part of Al

5    Notarangeli's gang.  Again, they head to the vicinity of

6    Morrissey Boulevard in Dorchester to this Mary Lou's Bakery.

7         Mr. Bulger is driving this time.  Why is he driving?

8    He's driving because this is his area, Dorchester, Southie; he

9    knows the streets.

10:20 10         John Martorano is in the car with Howie Winter.  And

11   again, the same as with Al Plummer, the same as with Michael

12   Milano, they pull up alongside Mr. O'Brien's car and blow it

13   apart with automatic-weapons-fire.  Mr. DeMasi tells you he was

14   shot many times.  He got out of the car and tried to chase the

15   boiler that Martorano, Bulger, and Winter were in.

16         Racketeer Act Number Five is the murder of James

17   O'Toole.  Now, James O'Toole, he's not part of this Notarangeli

18   group.  Who is he?  He's a Charlestown gangster, you heard.  He

19   was one of the survivors of this McLaughlin gang in Charlestown

10:21 20   that Somerville had beat during the gang wars.  You also

21   learned that he was a man who had shot Stephen Flemmi's brother

22   many times, and Stephen Flemmi's brother, James Flemmi, almost

23   died as a result of that.  You also heard that James O'Toole

24   was responsible for the murder of "Buddy" McLean, who was

25   Howard Winter's predecessor, leader of this Somerville gang.

1    And you heard that this fellow, Jimmy O'Toole, was hanging out

2    at a bar called Bulldogs, which was owned by Jimmy Connors in

3    Dorchester, and that he was shooting his mouth off.  He was

4    going to get revenge, he was going to take out Howie Winter.

5    And what does Eddie Connors do?  Eddie Connors calls up Howie

6    Winter and says, Jimmy O'Toole is down here and he's telling

7    tales out of school, and Howie Winter tells Eddie Connors, The

8    next time he's there, give us a call when he's leaving, we'll

9    take care of business.  And sure enough, one day in December of

10:22 10    1973, that call comes from Eddie Connors.  And who's involved

11    in this shooting?  James Bulger and Stephen Flemmi are the

12    shooters -- oh, I'm sorry, that's not correct.  In this case

13    John Martorano, James Bulger, Howard Winter are in the boiler.

14    They got the call from Eddie Connors, and they found James

15    O'Toole walking down the street near a mailbox.  This is a case

16    where you may recall that Joe McDonald -- because Mr. O'Toole

17    was hiding behind a mailbox, Joe McDonald actually got out of

18    the car and shot Mr. O'Toole.

19          In this case, Mr. Bulger -- again, this is

10:23 20    Dorchester -- he's the driver.  And I think we have the picture

21    of the mailbox behind which Mr. O'Toole was hiding.

22          What is the other evidence about this murder?  You

23    also -- you not only know about it from John Martorano, you

24    know about it from Kevin Weeks, because this is one of the

25    murders that James Bulger later on talked to Kevin Weeks about.

And James Bulger told Kevin Weeks, because he thought it was
humorous, that Joe McDonald actually jumped out of the car and
ran behind a mailbox and shot Jimmy O'Toole.  And Mr. Bulger
complained about that, because he actually had to stop the car,
and he didn't have a weapon on him.  He said that was the last
time he would ever go on a hit without being armed with a
weapon.

        Finally, about a year later, we have the last murder
that's connected to Al Notarangeli, and that's the murder of Al
Notarangeli himself.  February 21st of 1974.  You heard that Al
Notarangeli, after the shooting on Commercial Street in the
North End, he had disappeared.  Just like Frank Capizzi told
you.  What did Frank Capizzi say?  He ran away.  He went to
Arizona, he changed his name, he never came back.  Al
Notarangeli took off as well.  About a year later, he does come
back, and he contacts Mr. Winter through this individual, Sal
Sperlinga.  And he wants to make peace with Gerry Angiulo.  He
wants to patch things up.  And Winter agrees to set up a
meeting with Mr. Angiulo, and you heard about that meeting at
the Pompeii Restaurant in the North End.  John Martorano,
Howard Winter, Gerry Angiulo, and Al Notarangeli.

        At that meeting, Al Notarangeli apologizes to Gerry
Angiulo for murdering Paulie Folino and agrees to pay Gerry
Angiulo $50,000.  Well, you heard what happened next.  Gerry
Angiulo, he took the money, but he still wanted Al Notarangeli

1    killed.  And the next time Al Notarangeli contacted Howard

2    Winter, Howard Winter and John Martorano went to pick him up in

3    Revere, followed by James Bulger in a backup car.  When Al

4    Notarangeli got in that car, John Martorano shot him and killed

5    him.

6            They took the car back to the Somerville garage.  They

7    took the body of Al Notarangeli out of the boiler and put it in

8    the trunk of another stolen car, and they took that stolen car,

9    drove it to Charlestown, and left it.  Mr. Bulger assisted in

10:26 10   that activity.  Not only was he behind Martorano and Winter

11   when they killed Al Notarangeli, he went back to the garage, he

12   helped move the body into the trunk of the stolen car, and then

13   he took the car in which Mr. Notarangeli was murdered and he

14   took it and he burned it.

15           Racketeering Act Number Seven, the murder of James --

16           THE COURT:  Mr. Wyshak, would this be a good place to

17   stop?

18           MR. WYSHAK:  Yes, your Honor, this is fine.

19           THE COURT:  Jurors, as I said, we'll take about ten

10:27 20   minutes.

21           THE CLERK:  All rise.

22           (Jury left the courtroom.)

23           THE COURT:  Okay.  We'll stand in recess for 10

24   minutes.

25           (Recess taken.)

1              (Resumed, 10:41 a.m.)

2              THE COURT:  The jury is lining up.  Quiet in the

3    gallery as the jury enters.

4              (Jury enters the courtroom.)

5              THE COURT:  Mr. Wyshak.

6              MR. WYSHAK:  Thank you, your Honor.

7              THE COURT:  Excuse me, excuse me.  We need quiet in

8    the gallery.  Mr. Wyshak.

9              MR. WYSHAK:  So when we broke, we were about to talk

10:42 10   about Racketeering Act No. 7, so 7 out of 33.  We've still got

11   quite a few to go through, but we'll try to move through them

12   quickly.

13             James Sousa, you may recall that Jimmy Sousa was an

14   individual who was associated with Billy Barnoski and Tony

15   Ciulla, who are two of the people on that organizational chart.

16   They were associates of Winter Hill, and they got involved in

17   some gold scam with a dentist, Joe McDonald, who was involved

18   also.  They showed him a sample of what they told him was

19   stolen gold, and they agreed to sell him a large amount of it.

10:43 20   He agreed to buy it, and they were going to rip him off.  What

21   happened was, things went bad.  The dentist had a gun, and

22   Sousa wound up getting arrested.

23             So Barnoski, Ciulla, Winter, McDonald, the whole gang

24   were concerned that James Sousa wasn't going to stand up, that

25   sooner or later he would give the rest of them up.  And this is

1    what these men do, ladies and gentlemen:  First and foremost,

2    they protect themselves and they protect the organization.

3    Anybody who's a threat to them they eliminate, and that's why

4    they eliminated James Sousa here.  Barnoski brought Sousa to

5    the Somerville garage.  They brought him into the office.  John

6    Martorano walked in and shot him in the head.

7        Stephen Flemmi was present when this happened.  Flemmi

8    told you that he cleaned up, that they put the body in the

9    trunk of a car, that Flemmi and Howard Winter drove that car

10:44  10  with Mr. Sousa's body in the trunk up to Boxford State Park.

11   When they got there, Jimmy Sims and Joe McDonald were already

12   there.  They had dug a hole.  Sims and McDonald took the body

13   out of the car and buried it up at Boxford State Park.

14        Barbara Sousa testified.  She told you -- and again

15   there's a little piece of corroborative evidence, but what did

16   she tell you?  She told you that the day, the last time she saw

17   her husband alive, he told her that he was going to meet with

18   Billy Barnoski.

19        Now, this Racketeering Act No. 7 is sub-predicated,

10:45  20  and what does that mean?  It means it charges conspiracy to

21   commit murder as well as the substantive murder count.  The

22   Judge will explain this to you a little more during the charge,

23   but what it means is, because Mr. Bulger is not actually

24   physically present at the time of the Sousa murder, if you find

25   that he was part of the conspiracy to murder Sousa, you can

convict him of the conspiracy.  As I've told you before, if you
find that he was a member of the conspiracy and that the murder
of James Sousa was reasonably foreseeable, you can convict him
of the substantive charge of murder.  So there are two separate
charges.  You can choose between either one of them in terms of
what you believe Mr. Bulger's liability was on this murder.

Racketeering Act No. 8, this is the murder of Paul
McGonagle.  And you may remember, Paul McGonagle was one of the
bodies that was recovered or the body covered at Tenean Beach
in 2000.  Who was Paul McGonagle?  Paul McGonagle was a member
of this Mullen's gang, the Mullen's gang that was trying to
kill Mr. Bulger during the early '70s.  This is the gang that
he incorporated some of the members into his group after Howie
Winter settled this gang war in South Boston.  And if you look
up here on the timeline, 1972 is when Bulger met with Winter
and members of the Mullen's gang to resolve that war.

But Mr. Bulger is not the kind to forgive and forget.
Mr. McGonagle, like Mr. King later, always remained on his
radar screen.  He told you -- and Stephen Flemmi testified
about this -- Stephen Flemmi told you that Mr. Bulger
approached him and told him he wanted to murder Paul McGonagle
and asked Mr. Flemmi for help.  Mr. Flemmi agreed.  However,
shortly thereafter, Bulger told him he did it himself, he took
care of business himself.

What did Bulger tell Flemmi?  He told Flemmi that he

1    lured McGonagle into the car with some counterfeit bills, again

2    another scam, and when Mr. McGonagle got in the car, Mr. Bulger

3    shot him.

4         Now, this is the first case, because we have several

5    more, where Mr. Bulger may as well have thrown his license into

6    the hole when Mr. McGonagle's body was later recovered because

7    this is not a body on the street where it's found by the police

8    and people can say, well, you know, anybody could have killed

9    him.  This is a body that's buried.  It's secret.  Nobody knows

10:48 10   about it.  Nobody knows where it is.  The man was murdered in

11   1974.  It laid there for 26 years, and the only people who knew

12   where it was was somebody who was involved in the murder of

13   Paul McGonagle.  And how is that body recovered?  That body is

14   recovered because Mr. Bulger told Kevin Weeks where that body

15   was, and Kevin Weeks led investigators to that grave site in

16   2000.

17        What else do you know about this?  Stephen Flemmi told

18   you that they would often go to Tenean Beach to meet with John

19   Connolly.  And what would Mr. Bulger say to him and to

10:49 20   Mr. Weeks every time they went by Tenean Beach?  "Drink up,

21   Pauly.  Drink up, Pauly."  That's the level of humanity that

22   the defendant in this case is operating at.  He's buried this

23   individual near the waterline in Tenean Beach, and every time

24   he goes by there, it's "Drink up, Pauly."  So, yes, Mr. Weeks

25   led investigators to Mr. McGonagle's remains.

1           What else does Mr. Bulger go and do in his twisted

2      way?  He goes to young Paul McGonagle -- and you heard young

3      Paul McGonagle testify at this trial -- and he tells young Paul

4      McGonagle -- as Paul described it, Bulger pulled up in his blue

5      Malibu with his aviator glasses on, got out and told young Paul

6      McGonagle, "We got the guy who killed your father."  This is

7      just the twisted mentality that we're dealing with in this

8      case, but, again, that's another piece of independent evidence

9      that links Mr. Bulger to this crime.  He's now going to a

10:50 10    family member -- and you'll see this is not the first time he

11     does it -- and gives them a little zinger.

12          Now, you might say, well, Kevin Weeks knew where the

13     body was, so maybe Kevin Weeks killed Paul McGonagle.  Well, in

14     1974 when Paul McGonagle disappeared, Kevin Weeks was still in

15     high school, ladies and gentlemen; and you heard he didn't even

16     begin his association with Mr. Bulger until 1979 or 1980, at

17     least five years after the murder of Mr. McGonagle.

18          And there's something else in evidence in this case

19     that's very interesting, and that's a report written by Dennis

10:51 20    Condon, that FBI agent, the partner of Paul Rico in 1971, and

21     that's the first entry on this timeline.  In March of 1971,

22     Mr. Bulger meets with Mr. Condon, who's trying to develop

23     Mr. Bulger as an informant even in 1971, and Mr. Bulger tells

24     Dennis Condon how Paul McGonagle in South Boston is trying to

25     kill him.  And that's Exhibit No. 359-A, No. 35600392.  So if

you're interested in looking at that document, that's where you
can find it.  It's up on the screen.  I'm not going to read it
to you because I don't have the time, but the information in
that report provides the motive for Mr. Bulger later to kill
Paul McGonagle.

The next racketeering act, No. 9, is the murder of
Eddie Connors, Eddie Connors, the man who fingered James
O'Toole.  And what happens in that case?  Eddie Connors was
running this bar, The Bulldogs, and after the murder of
O'Toole, he's bragging about helping out Howie Winter, the
Winter Hill Gang, and murdering O'Toole.  This is something
that you just don't talk about.  You don't talk about
implicating other people in murders, telling tales out of
school, as I say, on the street.

Word got back to Winter that Eddie Connors was saying
things he shouldn't be saying, and again they decide to murder
Eddie Connors.  This is the man who's in the phone booth.
Mr. Winter tells Connors he wants to talk to him.  He says,
"Give me a phone number where I can reach you."  Connors gives
him the phone number.  It comes back to a phone booth near
Morrissey Boulevard in Dorchester.  At the time that they were
set up to make the phone call, John Martorano drives James
Bulger and Stephen Flemmi to the vicinity of that telephone
booth.  When they get there, John Martorano pulls around the
corner, and Bulger and Flemmi jump out of the car.  And as they

approach the telephone booth, they see Mr. Connors in the booth

and again let loose a barrage of automatic weapons fire,

totally destroying the booth and murdering Eddie Connors, and

the photograph is in evidence.

This is the murder, we played a tape.  Mr. Bulger is

sitting down at Plymouth in the house of corrections, and he's

talking about this murder of Eddie Connors, and he's making the

noise of a machine gun.  And that tape is in evidence,

Exhibit 663, if you want to listen to it again.  Again, just

indiscriminate murder.

Racketeering Act No. 10, Thomas King.  Who was Tommy

King?  Another Mullen's gang member.  Tommy King was one of

these individuals that Bulger brought with him into Winter

Hill, but again he's taking care of business.  He's eliminating

all these Mullen's gang members.  He told Winter and Martorano

and Flemmi that King was insubordinate, he couldn't control

him, that King was threatening to murder a Boston Police

detective, and they had to take care of King.  So he convinces

the group that King has to go, and then he makes up a ruse, a

scam to lure King to his death.

What does he do?  He tells King that they're going to

go on a hit and they're going to kill this guy Suitcase Fidler,

and King has to be the shooter because Fidler knows the rest of

them.  They meet at Carson Beach in a vehicle.  And prior to

the meeting at Carson Beach, Mr. Flemmi told you that Bulger

1    had prepared the weapons for this murder, and one of the

2    weapons had blanks in it.  The rest of the guns were loaded.

3    At Carson Beach, Mr. King gets in a car with John Martorano.

4    James Bulger is the driver.  Flemmi approaches the car and

5    hands out the guns, passes the guns to Mr. Bulger who hands

6    them out.  And as they drive away from that Carson Beach

7    location, John Martorano shoots Thomas King in the back of the

8    head.  Mr. Flemmi and Howie Winter are in the car behind him.

9         Now, what is the significance of some of this

10:56 10   testimony?  Again, Thomas King is one of the individuals whose

11   body is recovered in 2000.  You may recall that John Martorano

12   began to cooperate with the authorities in 1998 and was

13   debriefed about this murder in 1998.  As a matter of fact, I

14   think several witnesses have testified about that report.

15   Mr. Martorano tells you where he shot Thomas King, a fact that

16   only somebody obviously who was involved with the murder could

17   know.  The forensics two years later when Mr. King's body is

18   recovered exactly match what Mr. Martorano told you about where

19   Mr. King was shot.  And if we can put up 535 and 537, Dr. Mires

10:57 20   showed you the reconstruction of Mr. King's skull with the

21   bullet hole in the back of the skull.

22        What happened after the shooting?  Mr. Flemmi told you

23   that they drove to the area in Neponset right on the bank of

24   the river there and buried Mr. King.  And, again, Bulger, what

25   does he tell Margaret King, the wife of Thomas King?  He tells

1    her this story about, well, he went up to Canada to rob banks,

2    and he's not going to be around for a while.  Now, if he has

3    nothing to do with this murder, why is he making up a story to

4    tell Margaret King?

5          He also made admissions to Kevin Weeks about his

6    involvement in the murder of Thomas King, and you may recall

7    that part of his plot on this day was not only to murder Thomas

8    King but to murder Francis Leonard, another old Mullen's gang

9    member.  And how was he going to do it?  He told Martorano, he

10:58 10    told Flemmi that they were going to bury King's body, they were

11    going to go murder Leonard, and they were going to put Leonard

12    in King's car.  King would never be found.  It would look like

13    he murdered Leonard and King ran away.  And that was the plot,

14    and that's exactly what happened.  That next day King's car was

15    found with Francis "Buddy" Leonard's body in it, ladies and

16    gentlemen.

17          What other evidence do you have about this murder?

18    Well, Kevin Weeks told you that he suspected that bodies were

19    buried at that Neponset River site because Mr. Bulger had a

10:59 20    condominium right across the bay, and Mr. Weeks had caught

21    Mr. Bulger staring at that location through binoculars on more

22    than one occasion.  If we can put up that -- I can't mark on

23    this screen here, but you can see that the Neponset River site

24    where the bodies were buried is right under that bridge, and

25    Mr. Bulger has one of these condos across the bay, and he's

1    looking over there with binoculars.  That gave Kevin Weeks a

2    clue and led to the recovery of those bodies.

3          But these two murders again demonstrate the arrogance

4    and cunning of Mr. Bulger to murder one person, bury the body,

5    murder a second, leave it in the car belonging to the missing

6    person, and, again, telling the FBI.  Again, there are FBI

7    reports in Mr. Bulger's file.  And, you know, these files here

8    in front of you, these three files, these are Mr. Bulger's

9    informant files, the FBI.  This is a man who wants you to think

11:01 10   he wasn't an informant.  Well, you know, just get a gander of

11   all that paper.  These top two ones are Mr. Flemmi's files.

12          Exhibit 359-B, No. 35600378, is a report in

13   Mr. Bulger's file where he's telling John Connolly the same

14   story about Thomas King who recently murdered Buddy Leonard,

15   was told to stay out of town on a permanent basis.  Well,

16   Mr. Bulger is telling John Connolly that because he knows

17   Mr. King is never coming back to Boston because Mr. King is

18   buried in a hole in the banks of the Neponset River.

19          Racketeering Act No. 12 is the murder of Richard

11:01 20   Castucci, and who was Richard Castucci?  You heard Richard

21   Castucci was a nightclub owner, a bookmaker.  He had some

22   business relationship with John Martorano and Winter Hill's

23   gambling business.  You also learned that he was an informant

24   for the FBI, and Special Agent Tom Daly testified about

25   Mr. Castucci's relationship with the FBI.  And you heard

1    testimony both from John Martorano and Stephen Flemmi and John

2    Morris as well about Joe McDonald and Jimmy Sims being indicted

3    in that case of the theft from the stamp dealer.  They got

4    indicted, they ran away, they were fugitives, and John

5    Martorano and Stephen Flemmi go to New York City and rent an

6    apartment for them to hide out in.  They get it through this

7    fellow Jack Mace, who Richie Castucci had connected with John

8    Martorano so John Martorano could lay off business on some of

9    these fixed horse races.

11:03 10          They rent the apartment, and shortly thereafter

11    Mr. Connolly tells Mr. Bulger, James Bulger, that Castucci has

12    given up the apartment in New York City.  What do they do?

13    They tell Joe McDonald, "Get out of there, don't go back," and

14    they decide to murder Richard Castucci.  The next time Castucci

15    comes to the Somerville garage to collect money, what happens?

16    John Martorano sends him up to an apartment up the street from

17    the garage with James Bulger.  Bulger brings him into the

18    apartment while Bulger waits for John Martorano to come in and

19    shoot Mr. Castucci in the head.  Mr. Flemmi comes in shortly

11:04 20    thereafter.  He's not there already.  Him and Bulger clean up

21    the mess, put Mr. Castucci in a sleeping bag, put him in the

22    trunk of his car, and drive the car to Revere and leave the car

23    in a parking lot in Revere.

24          Now, again, an important piece of evidence in this

25    case is the testimony of Tom Daly.  In 1998 when John Martorano

1    was initially debriefed and he tells Colonel Foley that the

2    information we had was that Castucci was an FBI informant and

3    he had given up the New York City apartment, John Martorano has

4    no idea what's in the files of the FBI.  And, lo and behold,

5    when those files were pulled, sure enough, Mr. Castucci is in

6    fact an FBI informant.  Tom Daly tells you that, and the exact

7    information that John Martorano had related to Thomas Foley is

8    in Mr. Castucci's file.

9            Now, how does John Martorano know what informant

11:05 10   information is in that file?  Well, somebody in the FBI had to

11   tell him, and that person was John Connolly, who told James

12   Bulger, who told the rest of the Winter Hill crew.  And that

13   again is a piece of independent evidence that gives a ring of

14   truth to the testimony in this case, and those reports are in

15   evidence, Exhibits 214 and 215 from Mr. Castucci's informant

16   file where he's reporting about the New York City apartment.

17           The next murder, Racketeering Act No. 14, and, again,

18   we've heard a lot about this, the murder of Debra Davis.  This

19   again is a horrific murder.  Who is Debbie Davis?  You heard

11:06 20   she was Stephen Flemmi's girlfriend.  And what did Mr. Flemmi

21   tell you?  He told you that Mr. Bulger is a very demanding

22   individual, and Mr. Bulger wanted Mr. Flemmi present when

23   Mr. Bulger met with John Connolly.  Why is that?  Well, you

24   know, I think you've heard that the FBI's number one priority

25   was taking down the Mafia, and Mr. Flemmi had information about

1   the Mafia.  This is why Mr. Bulger is the one who's recruiting

2   Mr. Flemmi to become an FBI informant along with him, so that

3   they can get information about the Mafia to John Connolly and

4   make John Connolly the big man on campus, so to speak.

5        But what happens is, Debbie Davis, Mr. Flemmi's

6   live-in girlfriend at the time, doesn't like the fact that

7   Mr. Flemmi keeps getting called away night after night to meet

8   with Mr. Bulger, and finally Mr. Flemmi says, "Hey, look, you

9   know, we've got a connection in the FBI.  It's John Connolly.

11:07 10   I have to go to these meetings.  I don't have a choice."  He

11   told you that the minute he said that, he regretted telling

12   Debbie Davis that.  And ultimately him doing that led to her

13   death because what happened shortly after that is that

14   Ms. Davis' brother is murdered in prison, and she's very upset

15   about that.  She tells Mr. Flemmi, you know, "Ask John Connolly

16   to find out who murdered my brother."  Obviously she must have

17   told another one of her brothers about Mr. Flemmi and

18   Mr. Bulger's relationship with John Connolly, that brother

19   being Mickey Davis, because the word gets back to John Connolly

11:08 20   that the Davises know about his relationship with Mr. Bulger

21   and Mr. Flemmi.  And John Connolly and James Bulger are very

22   angry about that, and Mr. Bulger starts lobbying Mr. Flemmi

23   that he's got to get rid of Debbie Davis, "We've got to kill

24   Debbie Davis," and finally Mr. Flemmi relents.

25        Now, Mr. Flemmi tells you that he brought Debbie Davis

1    to 832 East Third Street, if I can put that picture up, which,

2    again, is his mother's house across the way from Mr. Bulger's

3    brother's house.  The cabana is in the back where they stored

4    the armory of weapons.  Mr. Flemmi brings Debbie Davis to that

5    house while it's still under construction.  He's bought that

6    house for his parents to move into at the time.  When they

7    entered the house, Mr. Bulger is waiting inside.  He jumps out.

8    He grabs her.  He strangles her.  They take her down to the

9    basement.  Mr. Flemmi removes her clothes.  They wrap her up in

11:09 10    plastic and bring her, again, to Neponset and bury the body.

11            Now, this is the second body in Neponset.  You've

12    heard that these two bodies, Thomas King and Debbie Davis, are

13    60 feet apart from each other.  Again, this is an independent

14    piece of forensic evidence that connects these two murders to

15    the same individual.  It's no coincidence that there are two

16    bodies, both of which can be connected to James Bulger, buried

17    at the same location 60 feet apart.

18            What happens after they murder her?  Mr. Bulger goes

19    down to the O Street Club.  As Jack Curran and Pat Nee come by,

11:10 20    they put her body in the trunk of Curran's car, and Curran

21    drives her body to Neponset where Bulger and Flemmi dig the

22    hole and bury poor Debbie Davis.

23            Now, again, this is where you need to focus.  You

24    don't have to decide who strangled Debbie Davis.  That's been

25    an issue that's been contended in this case.  What you need to

1  decide is whether Mr. Bulger has any criminal liability for

2  this murder.  He doesn't have to have been the one who

3  strangled her to be criminally liable.  If he aids and abets or

4  is a co-conspirator in that murder, he's as criminally liable

5  as if he's the one who put the hands around her neck and

6  strangled the life out of her.

7       Now, what do you know about James Bulger?  You do know

8  that he's the one who strangled Deborah Hussey to death, and

9  you know that because it's not only Mr. Flemmi who's there, but

10 it's also Kevin Weeks.  So in determining who has the capacity

11 to strangle a young woman like that, in deciding who is the

12 perpetrator of the Davis murder, consider the evidence on

13 Hussey.  Consider what Mr. Flemmi said:  He didn't have it in

14 him.

15       Now, you know, you can reject that or accept that as

16 you will, but the fact that Mr. Bulger, there are two eye

17 witnesses who testify that he's the one who strangled Deborah

18 Hussey is a piece of evidence you can use to decide whether or

19 not he's the one who actually strangled Debra Davis.  But,

20 again, you do not have to reach that issue to determine

21 criminal liability on the part of James Bulger for the murder

22 of Debbie Davis.

23       The next four murders are what have been known as

24 these Jai Alai murders, and I'm going to address these

25 together.  We're now in 1981, and the first murder is Roger

1    Wheeler on May 27, 1981.  Who was Roger Wheeler?  Roger Wheeler

2    was the owner of this business, World Jai Alai.  He's a

3    millionaire oilman, and he inherited or he purchased this

4    business from individuals who had previously employed John

5    Callahan.

6         Now, who was John Callahan?  John Callahan was this

7    Winter Hill, you know, wannabe kind of legitimate guy who liked

8    to hang around with gangsters at night.  He was Jimmy

9    Martorano's friend.  He became Howie Winter's friend.  He was

11:13 10   Mike Solimando's friend.  He was a fringe guy.  He was an

11    accountant by day, a businessman by day, liked to hang around

12    with the wiseguys at night.  It got him killed ultimately.

13         But John Callahan was at one time president of World

14    Jai Alai before Roger Wheeler acquired it, and John Martorano

15    told you that John Callahan had skimmed some money or taken

16    some money that wasn't his out of World Jai Alai, and he was

17    concerned that Roger Wheeler was going to find out about it.

18    John Callahan wanted to buy World Jai Alai, and when John

19    Callahan left World Jai Alai, he installed his partner, this

11:14 20   guy Dick Donovan, in World Jai Alai as president, and he was

21    having Dick Donovan front for him on the purchase of World

22    Jai Alai.

23         What else do we know about World Jai Alai?  This

24    fellow Paul Rico, this fellow who was Stephen Flemmi's handler

25    in the 1960s, this FBI agent was now director of security at

1    World Jai Alai.  John Callahan had brought him in.  No

2    coincidence, ladies and gentlemen, that this Boston FBI agent

3    who associated himself with Winter Hill winds up working for

4    John Callahan down in Miami at World Jai Alai.

5         So Dick Donovan, you heard the testimony from Pam

6    Wheeler who testified here that she worked with her father, and

7    that Dick Donovan for about a year was trying to buy World

8    Jai Alai, and Roger Wheeler continued to reject his proposals.

9    She told you Dick Donovan never could come up with the money to

11:15 10  buy World Jai Alai.  We put a few of the documents in evidence

11   that show some of those proposals, but if you recall, the last

12   one, 239 -- if we can put that one up -- is ultimately the

13   rejection by Roger Wheeler of Donovan's last proposal, and this

14   happens one week before Roger Wheeler is murdered.

15        Now, what else is going on during this time period?

16   John Martorano is a fugitive.  He's living down in Florida.

17   Callahan is carrying him money back and forth.  Callahan is

18   providing a condominium for John Martorano to live in.  He's

19   let John Martorano, given him the use of his car.  Callahan is

11:16 20  tight with Martorano, and Callahan is telling Martorano about

21   during this entire period, "I'm going to get World Jai Alai

22   back.  We're going to buy it.  When we get it back, you know,

23   you'll get a skim, $10,000 a month.  Winter Hill will be part

24   of it.  You'll provide protection."

25        So John Martorano is on board.  He's talked to Bulger

and Flemmi about this.  They're on board with this idea of

Callahan acquiring World Jai Alai.

Well, when the deal falls apart in May of 1981,

Callahan tells Martorano, "We need to kill Wheeler.  We'll buy

it from his widow."  And you heard the testimony both from John

Martorano and Stephen Flemmi.  Flemmi checked with Paul Rico.

And there was some suggestion by the defense on cross-examination

of John Martorano that it was really Flemmi trying to help Rico

that motivated Flemmi and Bulger to participate in this murder.

Flemmi talked to Bulger.  Bulger agreed.  As a matter

of fact, it's Bulger who got the weapons that were ultimately

sent to Tulsa for John Martorano and Joe McDonald to use to

murder Roger Wheeler.  What does Flemmi tell you?  Flemmi tells

you that at that point in 1981, the weapons side was at Pat

Nee's house, and Bulger told Nee to put a kit together.  This

is how these men operate.  They actually have a little murder

kit with burglar's tools and weapons and disguises, and you saw

a lot of that in evidence.  Pat Nee put the kit together, gave

it to Bulger.  Bulger gave it to Flemmi, and Flemmi put it on a

bus headed for Tulsa.

What else do you know about this murder?  Martorano

told you that Callahan had obtained from Rico the itinerary, so

to speak, of Roger Wheeler; where he was going, where he

worked, where he lived, what his license plate was, his

physical description.  And he, John Martorano, and Joe

1    McDonald, who's also a fugitive at this time, not apprehended
2    yet, are tracking Wheeler in Tulsa trying to figure out where
3    and when is the best time to murder him.  And ultimately what
4    happens?  One day they get information from Callahan that he's
5    playing golf at the Southern Hills Country Club.  And what does
6    Pam Wheeler tell you about that?  That her father routinely had
7    a day every week, same day every week where he played golf at
8    that country club.  And Martorano and McDonald go to the
9    country club.  Sure enough, Wheeler's car is there, and they
11:19 10   lay in wait until Wheeler walks back to his car; and as Wheeler
11   approaches his car and opens the door, John Martorano runs up
12   to him and shoots him right between the eyes.

13        Now, what else happens?  John Martorano tells you his
14   gun exploded.  It's a revolver.  The chamber fell out, bullets
15   fell on the ground, again, an important detail that only
16   somebody who's there would know.  And, again, what do the crime
17   scene photographs show?  Right at the foot of the driver's side
18   door are these bullets on the ground.

19        You also have important testimony about this from
11:20 20   Special Agent Jerry Montanari.  And what does he tell you?  He
21   told you about what Brian Halloran was reporting to the FBI,
22   and this evidence comes in for the truth.  And Brian Halloran
23   reported to the FBI that after the murder of Roger Wheeler in
24   Tulsa, that John Callahan had told him that Bulger, Flemmi, and
25   Martorano were responsible for the murder.  So that's again an

1    independent piece of evidence.  It comes in through an FBI

2    agent.  Those statements of Brian Halloran are admissible for

3    the truth because Mr. Bulger kills Brian Halloran and prevents

4    Brian Halloran from becoming a witness at this case or any

5    other case that might have been brought against Mr. Bulger.

6          Again, this racketeering act is sub-predicated, again,

7    because Mr. Bulger is not present in Tulsa when this occurs.

8    There's a conspiracy charge as well as the murder charge, and

9    either are available for you to decide.

11:21 10         The next two murders connected to this Jai Alai

11   situation are the murders of Brian Halloran and Michael

12   Donahue.  These are Racketing Acts 15 and 16, and again they

13   occur right down the street from here.  I've talked a little

14   bit about this already, but you know that Brian Halloran,

15   former Winter Hill Gang associate, close to Howie Winter, had

16   been indicted for murder in the fall of 1981.  As a result of

17   that indictment, he was looking to get himself out of a jam,

18   and he went to the FBI, and he started reporting on Mr. Bulger

19   and Mr. Flemmi, and one of the things he was reporting was

11:22 20   their involvement in the murder of this individual Roger

21   Wheeler.  And this is January of 1982, right up here.

22          So Mr. Halloran goes to the FBI.  Mr. Morris finds

23   out.  How does Mr. Morris find out?  Well, because Mr. Montanari

24   and his partner, Mr. Brunnick, ask Mr. Morris for some help.

25   Not only do they ask him for some help, but Mr. Morris is in

1    charge of this WITSEC program at the FBI and has to create some

2    paperwork for Mr. Halloran, who they're trying to get into the

3    Witness Protection Program.  So Morris told Connolly in or

4    about March or April about Halloran, and Connolly went and told

5    Mr. Bulger and Mr. Flemmi.  You have that not only from John

6    Morris, you have that from Mr. Flemmi, and you also have that

7    from John Martorano, that John Connolly leaked to them that

8    Brian Halloran was cooperating with the FBI and implicating

9    Mr. Bulger, John Martorano, Mr. Flemmi in the murder of Roger

11:23 10   Wheeler.

11           So what does Mr. Bulger do and Mr. Flemmi?  They start

12   looking for Brian Halloran.  But they can't find him.  Why

13   can't they find him?  Because he's in a safe house.  He's down

14   on the Cape.  And they've got their people out looking.  Well,

15   you know, as you heard from Jerry Montanari, Special

16   Agent Montanari, the relationship between Halloran and the FBI

17   started to cool, and Brian Halloran started to come back to

18   Boston.  And on one of those trips on that fateful day, May 11,

19   1982, Brian Halloran is at the Pier Restaurant.  And it's not

11:24 20   Anthony's Pier 4.  It's a restaurant that was across the street

21   at the time but right down the street from here.  And he's

22   spotted by this fellow John Hurley, the same guy back in 1973

23   who misidentified Michael Milano for Al Notarangeli.  Hurley

24   tells Bulger, "Brian Halloran is down at the Pier Restaurant."

25   What does Bulger do?  He tries to find Flemmi.  He can't find

Flemmi.  He calls Weeks.  He says, "Meet me at the O Street
Club."  Weeks goes to the O Street Club, and Bulger says, "Go
sit in the parking lot at Anthony's Pier 4.  Halloran is in the
Pier Restaurant, and let me know what's going on.  I'll meet
you down there."

       Bulger soon arrives, and Kevin Weeks tells you this
whole story.  Bulger pulls up in the tow truck.  Well, what's
the tow truck?  That's their souped-up hit car.  That's how
depraved these individuals are that they build a car to use to
murder people.  He shows up in the hit car.  He's got a floppy
wig on and a mustache, and there's a man in the backseat with a
ski mask, and Bulger hands him a walkie-talkie and says, "Keep
your eye on Halloran.  Let me know when he comes out."

       And you heard this testimony about Weeks watching the
Pier Restaurant, sitting in the parking lot at Anthony's Pier 4
and telling Bulger "The balloon is rising" -- that's what they
used to call Mr. Halloran -- and "The balloon is in the air."
And the next thing he knows is that souped-up hit car pulls
right up to this little blue Datsun in which Michael Donahue
and Brian Halloran are sitting, and Bulger and this individual
in the back of the car starts unleashing automatic weapons
fire.  Mr. Donahue is killed instantly.  Brian Halloran manages
to get out of the car.  As he gets out of the car and starts
walking towards Bulger, Bulger continues to shoot him until he
falls on the ground.

1          Now, later that evening, what happens?  Mr. Bulger

2     meets up with Mr. Flemmi.  And these are like two kids talking

3     about a baseball game.  Mr. Bulger reenacts the entire murder

4     for Mr. Flemmi.  Mr. Flemmi wishes he was there, sorry he

5     missed it.  Bulger tells him that Pat is the guy in the

6     backseat, who Flemmi believes is Pat Nee.

7          What else does Mr. Flemmi tell you?  He tells you that

8     Kevin Weeks went in the other room, that Kevin Weeks was

9     shaken.  This is the first time Weeks is involved in a murder.

11:27 10     That gives you a little idea of what Kevin Weeks is about.  But

11     Bulger continues to regale Flemmi about the murder of Halloran

12     and Donahue.  And the next morning they meet at Carson Beach

13     with Pat Nee, and what does Pat Nee say?  Sure enough, "My gun

14     jammed."  So that man in the backseat with the ski mask I

15     submit to you is Pat Nee.

16          Additional evidence that you have on this other than

17     Kevin Weeks, Stephen Flemmi, John Martorano tells you about

18     Bulger's admissions at the New York City meeting.  What does

19     Barry Halloran, Brian Halloran's brother, tell you?  Former

11:28 20     state trooper, took the stand here and told you that he was

21     aware his brother was cooperating with the FBI; and his brother

22     had told him that Callahan and Bulger and Flemmi had tried to

23     solicit him to get involved in the murder of Roger Wheeler, but

24     he turned it down.  And why did he say?  He said he didn't want

25     to wind up like Tommy King, the guy that they lured down to

Carson Beach because they told him they wanted him to be

involved in the murder of this man Suitcase Fidler.  He thought

that this was another scam to lure him to his death, and he

didn't go for it, again, a tidbit of evidence but something

that gives the ring of truth to all the other evidence in the

case.  Of course, you have the testimony from John Morris about

leaking the information to Connolly, and you have the testimony

from Jerry Montanari about what Mr. Halloran was telling the

FBI, and this is the motive for the murder.

11:29      But you also have another piece of evidence in this

case, and that's what Mike Solimando told you; that while

Mr. Bulger was sticking a machine gun in his gut, Mr. Bulger

laughed and told him, "You don't want to wind up like Brian

Halloran.  I don't know if he died of electrocution from all

the wires he was wearing or from lead poisoning."  Again, the

twisted mind of the defendant.

      The final victim as a result of this series of murders

is John Callahan because after Brian Halloran and Michael

Donahue were murdered, that did not end Jerry Montanari's

11:30 investigation of the Wheeler murder.  As a matter of fact, on

May 27, you may recall there's a memorandum from that defense

star witness, Bob Fitzpatrick, describing a meeting at which

John Morris, John Connolly, Jerry Montanari, Leo Brunnick, and

Mike Hanigan are at where Montanari and Brunnick specifically

tell Connolly, "Your guys are suspects in this murder, and

we're going after them."  So John Connolly knows killing Brian

Halloran is not the end of this investigation.

What else does John Connolly know?  Well, there are

some important documents in evidence.  So these are two reports

that are in evidence, Exhibits 316 and 315, and this first one,

316, is a request from Oklahoma City to determine the

whereabouts of John Callahan.  And John Connolly sees that

report.  I think that unfortunately they put the exhibit

sticker over the C-3, but you may recall this document has

11:32 right under where this exhibit sticker is a C-3 that was

crossed out.  And what does that mean?  That means that that

teletype -- John Morris told you that that teletype in early

July went to C-3, John Connolly's squad.  This is three Weeks

before John Callahan is murdered; and John Connolly, like every

other agent in that squad, checks the teletypes.

Now, that teletype should have gone to C-2, which was

the squad that Mr. Montanari worked on, and John Morris told

you he later rerouted it to C-2, but that teletype goes to C-3

first.  And what does John Connolly do?  Even though it's none

11:32 of his business, he goes out and interviews Bulger and Flemmi

regarding the whereabouts of John Callahan.

Now, we know what's going on here.  He's in league

with Bulger and Flemmi, and he goes and tells them that "Hey,

the FBI is looking for John Callahan, and if they get to John

Callahan before we do, we're all in trouble."  That comes

1    initially in a telephone call, Flemmi tells you.  What else

2    does Connolly tell Bulger?  He says, "Get in touch with John

3    Martorano.  John Martorano has to take care of John Callahan."

4         So what happens next?  Stephen Flemmi calls John

5    Martorano and says, "We need to meet."  They meet in New York

6    City at a Marriott Hotel at LaGuardia Airport, and at that

7    meeting both Martorano and Flemmi told you that Bulger did most

8    of the talking.  And what does he tell John Martorano?  He

9    says, "Look, we killed Brian Halloran.  Brian Halloran was

11:34 10   giving you up on the Wheeler murder.  Now they're going after

11   Callahan.  If they get to Callahan, he's going to give the

12   whole thing up; we're all going to jail.  You have to kill

13   Callahan.  You have to kill him in Florida.  There's too much

14   heat up here in Boston."  That's what happened at that New York

15   City meeting.

16        Now, John Martorano, he tells you he was reluctant.

17   And of course he's reluctant.  John Callahan is the guy who's

18   bringing him money.  John Callahan is the guy who's letting him

19   live in his condo and loaning his car to him.  John Martorano

11:34 20   doesn't want to kill John Callahan, but Bulger puts it on him,

21   "Is this guy going to stand up?"  And John Martorano has to

22   admit he didn't know, and he agrees to kill John Callahan.

23        What other important piece of information comes out of

24   this meeting?  They tell him, "Make it look like the Cubans did

25   it in Miami.  Spread his personal belongings in the Cuban

1  area."

2       Now, on paper what it looks like is, John Connolly

3  goes out and interviews Flemmi and Bulger regarding the

4  whereabouts of Callahan, and I'll show you those documents.

5  These two reports are in evidence, 282 and 317.  This first one

6  on July 7, 1982, is from Bulger's file, BS1544.  The second

7  one, the same day, July 7, 1982, BS955, is from Flemmi's file.

8  And we know based upon the evidence that Bulger and Flemmi

9  always met Connolly together.

11:36 10       So what's going on here?  On that day, five days after

11  the teletype from Oklahoma City asking where is John Callahan,

12  Connolly is out talking to Bulger about John Callahan.  And I

13  think John Morris said it was none of his business, and the

14  last thing you want to talk to about the targets of a murder

15  investigation is the whereabouts of a prime witness against

16  them.  But putting that aside, you know what the relationship

17  was anyways, that Connolly is scheming with Bulger and Flemmi

18  to have Callahan murdered.

19       And what does Connolly put in his report?  On

11:36 20  July 7 -- this is three Weeks before Callahan is murdered --

21  Connolly writes, "Callahan was close to a Cuban group who he

22  was impressed with as being very bad.  Source added that lately

23  Callahan's relationship with this group has cooled, and

24  Callahan is supposed to be avoiding them."

25       Now, either John Connolly has a crystal ball, or he's

1   in league with Bulger and Flemmi to murder John Callahan.  How

2   does he know three weeks before the fact that Callahan is going

3   to be murdered in Florida and that Callahan's belongings are

4   going to be found in the Cuban section?  You heard the

5   testimony from Police Officer Perez who went to that used car

6   lot in little Havana and found John Callahan's wallet.  So this

7   piece of evidence is a smoking gun, ladies and gentlemen, a

8   meeting between Bulger, Flemmi, and Connolly where it's clear

9   they're discussing the demise of John Callahan.

11:38 10          And what else on that same day?  In the report

11   attributed to Bulger that Connolly writes about Halloran,

12   "Source pointed out that no one had any information that

13   Halloran was cooperating with the FBI until it appeared in the

14   paper after his death."  And what do we know about that?

15   That's a bald-faced lie.  John Morris told you that John

16   Connolly had specifically told him that Bulger and Flemmi knew

17   Brian Halloran was cooperating with the FBI.  John Morris had

18   told John Connolly that.  John Connolly had reported that back

19   to him.  So here we are now a few weeks after the murder of

11:39 20   Brian Halloran, and Connolly is trying to put paper in to make

21   it look like it wasn't a leak from the FBI.

22          These documents tell the very nature of the

23   relationship between these men, which is scheming and plotting

24   to kill people and put the blame everywhere else other than at

25   themselves.

1          So what happens next?  After this interview on July 7,

2    this teletype, Exhibit 315, goes out, and that teletype

3    contained the very information that had been reported in

4    Exhibit 317.  So it's clear that Connolly, he sees this one,

5    knows the FBI is looking for Callahan, tells Bulger and Flemmi

6    about it, covers his butt by creating these two reports, and

7    then that information gets reported back to Oklahoma City; and

8    three weeks later, ladies and gentlemen, John Callahan is dead.

9          John Martorano told you that the next time Callahan

11:40 10   came to Florida, he picked him up at the Fort Lauderdale

11   Airport.  When John Callahan got in Martorano's van, Martorano

12   shot him in the back of the head.  Joe McDonald was there in

13   another car.  They brought the van to a storage center, and I

14   think we put pictures in of that storage center where they

15   switched Callahan's body from Martorano's van to the trunk of

16   Callahan's car, and they brought Callahan's car to Miami

17   International Airport and left it in the parking garage there,

18   where it was ultimately recovered.

19          The final piece of this picture is Exhibit 318, ladies

11:41 20   and gentlemen, this memorandum written by John Connolly, if we

21   can put that up.  Who's he writing it to?  He's writing this

22   memorandum, and if you recall, this memorandum is an alibi, an

23   alibi for James Bulger, not only for the Wheeler murder but for

24   the Callahan murder, April 7, 1983.  Now, what is an FBI agent

25   doing providing an alibi for the head of an organized crime

1    group regarding two murders?  Again, this document says it all

2    about the nature of this relationship.

3            The next three murders I want to talk about are the

4    murders at 799 East Third Street.  These are Racketeering

5    Acts 18, 19, and 20.  799 East Third Street, it's a few blocks

6    up from that 832 East Third Street location that you've heard a

7    lot of evidence about.  It was a house occupied by Michael Nee,

8    Pat Nee's brother, and ultimately used to murder Arthur

9    Barrett, John McIntyre, and Deborah Hussey.

11:42 10         Now, who was Arthur Barrett?  You heard testimony

11   about Arthur Barrett's involvement in the Medford Depositors

12   Trust bank burglary.  You heard that when Mr. Bulger and

13   Mr. Flemmi found out about that, this was another score.  And

14   this is what they do.  You know, they find a reason to extort

15   somebody.  They make up something.  That's how they scored;

16   that's how they earned money.  And Barrett was a prime target

17   for extortion in 1981 or 1980 right after the Medford

18   Depositors Trust bank burglary.  So they whistle him down to

19   the Lancaster Street garage, and you heard the testimony that

11:43 20   he arrived there from Lieutenant Long, that he was picked up on

21   surveillance and brought into the back room.

22           Now, what does Flemmi tell you about that?  Flemmi

23   tells you that, yeah, they told him Howie Winter had a safe

24   deposit box in that bank and they want their money back.  It's

25   just a scam.  It's just another reason to separate somebody

1   from their money.

2        What does Bucky Barrett say, Arthur Barrett?  He says,

3   "I'm with Frank Salemme."  Well, who's Frank Salemme?  Frank

4   Salemme is Stephen Flemmi's old partner from the '60s, who

5   ultimately becomes the boss of the Mafia in New England.

6        When Barrett tells them "I'm with Frank Salemme,"

7   Bulger and Flemmi back off.  Flemmi tells you he got a call

8   from Frank; you know, "Back off Bucky Barrett.  He's with me."

9   And they do.  But like all these people, all these Mullen's

11:44 10   gang people, Mullen's gang members that Mr. Bulger never

11   forgets, he's got a score to settle here, and sooner or later

12   he settles that score with Arthur Barrett.  And how does he do

13   it?  He has Jimmy Martorano tell Barrett that "We've got some

14   stolen diamonds, and we need to fence them."  And he lures

15   Barrett to 799 East Third Street, tempting him with this

16   diamond heist.  Once Barrett arrives there, you heard the

17   testimony from both Flemmi and Weeks that Bulger jumps out with

18   a gun, holds Barrett at gunpoint.  Jimmy Martorano takes off,

19   and they chain Barrett to a chair in the kitchen, and for hours

11:45 20   and hours they torment this man.  They ask him questions about

21   his relationship with Joe Murray.  And when I asked Stephen

22   Flemmi, "Well, why did you want to know about Joe Murray?"

23        "We're always looking for the next score."

24        And that's what it's about, where's the next score?

25   That's why Mr. Bulger -- he was the king of intelligence -- he

1  wanted to know what everybody was doing in town so he could get

2  his piece of the action.

3         Well, they have Barrett call Joe Murray.  They have

4  him call Michael Murray to try to get money.  That's

5  unsuccessful.  Finally, they have Barrett call his wife, tell

6  his wife, "Take the kids, get out of the house," and Barrett

7  does that, and you heard Mrs. Barrett testify to you about that

8  telephone call.

9         Bulger and Flemmi go to Barrett's house after

11:46 10  Mrs. Barrett left, and they recover $60,000 hidden behind the

11  washing machine.  Barrett also tells him about $10,000 he's got

12  up at the Little Rascals bar with Jake Rooney.  He's partners

13  in a bar, and Rooney has $10,000 that belongs to Barrett.

14  Weeks and this fellow Barry Wong, who you heard testimony from,

15  go to the bar and pick up the $10,000.

16         While Bulger and Flemmi are at Barrett's house, Weeks

17  and Nee are watching Barrett, who's still chained to the

18  kitchen chair.  When they all get back, what happens?

19  Mr. Bulger tells them Barrett is going to go downstairs to take

11:47 20  a nap; and as Barrett walks down the stairs, Bulger pulls out a

21  gun, puts it to the back of Barrett's head and shoots him in

22  the back of the head.

23         Mr. Flemmi then takes the body, strips it, pulls out

24  Barrett's teeth with a dental pliers that Mr. Bulger got from

25  his girlfriend, Kathy Greig, who worked for a dentist, and they

1    bury Mr. Barrett in the dirt floor of the basement at 799 East

2    Third Street.

3            Now, again, Mr. Barrett's body is one that's

4    recovered, Florian Hall in 2000, and this information that

5    Mr. Weeks provided is consistent with the forensic evidence

6    that Dr. Mires noticed when these bodies were recovered.  And

7    if you look at the entry wound in Mr. Barrett's skull, I think

8    she told you that the gunshot wound was from the left rear to

9    the right front, and she showed you the damage along that

11:48 10   pathway, if I've got it right, left to right front.  But the

11   bottom line is, the forensic evidence that wasn't available at

12   the time Kevin Weeks provided this information is totally

13   consistent with his description of the murder.

14           Now, I'm going to talk a little bit about the fact

15   that Mr. Barrett's body was found in the same grave as John

16   McIntyre and Deborah Hussey, and, again, that's another piece

17   of forensic evidence that tells you that the person who

18   committed that murder is the same person who committed the

19   murders of Deborah Hussey and John McIntyre, to be found in an

11:49 20   unmarked grave with two other bodies.  They're not there by

21   coincidence.

22           John McIntyre, who was he?  He was one of Joe Murray's

23   employees.  He worked in Joe Murray's marijuana business.  He

24   was on the Valhalla, that boat where they shipped a bunch of

25   arms to Ireland.  And when they offloaded those arms to the

1    other boat, the Marita Ann, he got intercepted by the Irish

2    Navy.  And when that boat returns in October of 1984, about a

3    month later something else happens.  That something else is the

4    interception of the Ramsland.  Remember that, this container

5    ship that had 36 tons of marijuana in its hold?  This was a

6    smuggle.  This was one of Joe Murray's smuggles.  And you

7    remember, the way things worked in South Boston was, whatever

8    Joe Murray did, Bulger and Flemmi got a piece of it; and you

9    heard Kevin Weeks and Stephen Flemmi tell you that they stood

11:50 10   to make millions from that marijuana smuggle.

11         But that ship is intercepted by DEA, Customs, and the

12   FBI, the Coast Guard.  And at that point after the Valhalla,

13   after the Ramsland, Bulger thinks there's an informant, and he

14   goes to Connolly:  "What's going on here?"  And Connolly

15   reports back to him:  "One of the two men who got off the

16   Valhalla is cooperating."  And Bulger finds out who came in on

17   the Valhalla when it docked in South Boston.  Kevin Weeks told

18   you Bob Anderson and John McIntyre, and Bulger focused on John

19   McIntyre.  They lured him in with a ruse through Pat Nee to

11:51 20   invest in a drug smuggle.  They earned $20,000 off that ruse.

21   You heard the testimony from Don DeFago, the Customs agent who

22   was handling McIntyre, surveilled a meeting between Pat Nee and

23   John McIntyre when McIntyre delivered the $20,000.

24         And then they invite McIntyre to a party, a

25   celebration at 799 East Third Street, hardly a place to

celebrate anything.  And when McIntyre gets there, it's Arthur
Barrett all over again:  held at gunpoint, chained to a kitchen
chair, interrogated.  McIntyre gives it up that, yeah, he
tipped off authorities to the Ramsland.  He gets taken down to
the basement.

And what does Mr. Bulger try to do to John McIntyre in
the basement?  He tries to strangle him with a rope.
Mr. Flemmi told you he was holding McIntyre's body while Bulger
is trying to strangle McIntyre with a rope, but the rope was
too thick, and he couldn't do the job.  So what does Bulger say
to McIntyre?  "Would you like one in the head?"  McIntyre says
"Yes," and Bulger shoots him in the head.

As McIntyre's body falls to the ground, Flemmi says,
"He's still alive," and Bulger shoots him again.  And they do
the same thing:  strip his body clean, pull out his teeth, bury
him in the dirt in the basement.  And again the forensic
evidence is consistent with the testimony in this case.
Exhibits 432 and 442 show the bullet entry right at the base of
the skull into Mr. McIntyre's head.  You also know that a
bullet fragment was recovered from inside the head.  That green
there is the oxidation from the copper, which is part of the
bullet, and you heard Dr. Mires testify about that.

Deborah Hussey is the last person to be killed at this
house of horror, 799 East Third Street, in January, 1985.  You
know Deborah Hussey was Stephen Flemmi's stepdaughter.  You

know that they had a sexual relationship.  We've heard a lot
about her trouble with drugs, with the police.  She started
frequenting Triple O's using Flemmi and Bulger's name.  They
decided to kill her.  It makes no sense to rehash what had
happened with Deborah Hussey in the past, ladies and gentlemen.
These two men decided to murder her.  And Flemmi brought her to
799 East Third Street.  And you heard the testimony from Kevin
Weeks and Stephen Flemmi that when Mr. Flemmi brought her in
the door, again, Mr. Bulger jumps out, grabs her and strangles
her to death.

He's the actor.  He's the Type A personality in this
group.  He's always the one there with the gun pulling the
trigger.  But what does he do after that, the case in Barrett,
the case in Davis, the case in McIntyre?  He goes and takes a
nap.  And he did the same thing after he murdered Deborah
Hussey:  He went and lied down, and he leaves the dirty work to
Stephen Flemmi, Kevin Weeks, and Pat Nee, where again Flemmi
strips the body, pulls out the teeth, and they bury her in the
dirt at 799 East Third Street.

Now, ultimately you heard that these bodies had to be
moved.  And why did they have to be moved?  Because the house
at 799 East Third Street was being sold.  So they dug up these
bodies.  I'm not going to go through all the details of what
happened that night, but Bulger, Flemmi, and Weeks moved those
bodies to a pre-dug hole across the street from Florian Hall in

Dorchester.  And those three bodies being at that same location
in that hole says it all.  Mr. Bulger may as well have dropped
his license into that hole.  What is the connection between
these three individuals being buried together?  They all are
connected to this group of criminals.

And that's the murders, ladies and gentlemen.  I know
I'm running late, so I'm going to try to run through the rest
of the charges in the indictment fairly quickly.

Racketeering Act No. 21 is the rent conspiracy, and,
you know, I've talked about this a little bit.  If you wanted
to be a criminal in Boston, you paid rent; you paid tribute to
one of these two groups.  The ramifications of nonpayment was
either you get out of the business or you get physically hurt.
You've had a lot of testimony about that.

The effect on interstate commerce, you'll see that
this is called "extortion," and that means parting with your
money out of fear essentially:  "Obtaining property from
another with his consent induced by the wrongful use of actual
or threatened force, violence, or fear."  So, you know, when
you pay somebody money because you feel that if you don't pay
it you're going to get hurt, that's extortion.  And under the
federal statute, there must be some impact on interstate
commerce, and I suggest to you, just like I did on the RICO
charges, that the effect on interstate commerce is the same
here.  All these people, whether they're drug dealers, bookies,

loan sharks, they're all dealing in a business which uses the banking industry. Source of supply for drug dealers is out of state. Bookies get line information from out of state. They have customers out of state. The proceeds of this criminal activity is being sent to Florida, John Martorano's share.

Dickie O'Brien is one of the extortion victims. He had to go to work for them. Remember he testified in the early '70s he was told, "We're rounding up all the bookies. You're going to work for us." I'm not going to go into detail on that, but he had a very interesting story to tell about a Mr. Labate, one of his agents who couldn't pay and was brought to a meeting with Mr. Bulger and Mr. Martorano. And when Mr. Labate complained, what did James Bulger say to him? He said, "We're not only in the gambling business. We have another business." Mr. Labate said, "What's that?" and Mr. Bulger said, "We kill assholes like you." And Mr. Bulger, if you remember, thought that was very humorous.

Kevin Hayes, Racketeering Act 23, Count 4, this is a 1994 extortion where Weeks learns that Hayes, an unconnected bookmaker, is making book and he's not with anybody. He tells Bulger. Bulger says, "See what you can do." And Weeks has this Charlestown gangster, Mick Murray, bring Hayes into South Boston where they do the usual: put a gun in his face, threaten to kill him. Ultimately Mr. Hayes pays a $20,000 fine, and he has to pay $1,000 a month rent to continue

1    operating his bookmaking business, and pays rent through 1996

2    until he told you he got out of the business.

3          Now, again, Mr. Bulger is not there at the extortion

4    of Kevin Hayes.  Kevin Weeks told you Mr. Bulger shared in the

5    proceeds.  But the question for you regarding Mr. Bulger's

6    criminal liability is, as the leader of this organized crime

7    group, is it reasonably foreseeable for him to think that Kevin

8    Weeks is going to go out and charge a bookmaker rent who's not

9    connected, who's making book out there, and he's not paying

12:01 10   tribute, he's not paying rent?  Of course.  That's the heart of

11   this very business.  Everybody has to pay.  If you don't pay,

12   you're out of business or you get hurt.  So I suggest to you,

13   ladies and gentlemen, it is reasonably foreseeable.

14         There's another extortion conspiracy here, and that's

15   the conspiracy, again, to extort legitimate people like Mike

16   Solimando, Richard Buccheri, Stephen and Julie Rakes, Ray

17   Slinger.  Mike Solimando is Racketeering Act No. 25.  Again, he

18   was a fringe person associated with some of the members of

19   Winter Hill, Jimmy Martorano, John Callahan, John Callahan's

12:02 20   friend.  This guy is a legitimate businessman.  He's in the

21   real estate development business, and he had invested in a

22   property at 126 High Street that John Callahan and him, and you

23   may remember his brother-in-law, Gene Kelly, they were all

24   partners in the renovation of this building.

25         The hypocrisy of this is, after Bulger and Flemmi and

Martorano orchestrate the death of John Callahan, now they're
going to Mike Solimando to shake him down for money that
they're claiming John Callahan owes them.  I mean, it almost
sounds like what they did to Sandra Castucci and Peter Fiumara
after they killed Richard Castucci.  It's the same dog-and-pony
show.  So they make this up, totally fabricate this claim, and
they go to this guy, Mike Solimando, who's trying to help out
the widow of John Callahan resolve his estate, and say, "You
owe us $400,000."

12:03    He's whistled down to Triple O's, Kevin O'Neil's bar,
and brought upstairs, Flemmi, Weeks, and Bulger; and Bulger
puts a gun in his face and tells him that "You have John
Callahan's money.  That's our money.  You're going to pay."
And Solimando protests, and the more he protests, the harder
Bulger pushes that gun in his face.  And then what does he do?
He takes a machine gun and sticks it in his belly and basically
threatens to kill Solimando's family:  "We'll put a bunch of
names in a hat and pull them out, see who goes next."  And, of
course, Solimando ultimately agrees to pay.

12:03    And he told you he got $250,000 from Swiss bank
accounts that John Callahan had, and he and his brother-in-law,
Gene Kelly, came up with the rest of the money, and they made
payments to George Kaufman until that debt was paid.  Why
didn't he go to the authorities?  Because Bulger told him,
"Don't you dare.  I'll know in minutes.  If you go to the FBI,

1   I'll know."

2          What else happens to Mike Solimando?  Well, there's a

3   federal grand jury in Miami that's investigating the murder of

4   John Callahan, that's investigating this whole Jai Alai

5   situation.  Solimando gets subpoenaed to that federal grand

6   jury.  And what does Bulger do?  He gets a photograph of Arthur

7   Barrett, the man he knows is laying in a dirt hole at 799 East

8   Third Street, and he has Jimmy Martorano give that photo to

9   Mike Solimando and says, "Blame it on this guy.  Blame

12:05 10   everything on Barrett.  He won't be around to deny it."  Again,

11   another piece of independent evidence linking Bulger/Flemmi to

12   this murder.

13          Richard Buccheri, another legitimate businessman who

14   happens to give a piece of advice to one of his neighbors who

15   lives next door to Kevin Weeks because they're having some

16   dispute about a fence and whether it's on Weeks's property or

17   it's on the neighbor's property.  Again, Weeks tells Bulger

18   about this, and Bulger's eyes light up; another opportunity for

19   a score.  Any reason to stick a gun in somebody's face and rob

12:05 20   them of their money, that's a score to him.

21          So he has Flemmi bring Buccheri to the screen house at

22   832 East Third Street, that house in the back where all the

23   guns were hidden.  And what does he do to poor Mr. Buccheri?

24   Sticks a gun in his mouth, tells him, "This is going to cost

25   you $200,000.  Kevin Weeks is like a son to me.  Who are you to

get involved in this?  Either you're going to pay $200,000 or
I'm going to kill you."  Well, of course, what does Mr. Buccheri
do?  He immediately agrees to pay.  And that check, he writes
out a $200,000 check to Stephen Flemmi, which Stephen Flemmi --
you heard testimony from the people at that bank -- cashed,
they gave him the cash.

After Mr. Bulger receives the money, what does Flemmi
tell Buccheri?  "Jim Bulger said you're our friend now."  Well,
it's the old saying, "With friends like that, you don't need
enemies."

Stephen and Julie Rakes who owned the liquor store,
and I'm going to talk about the liquor store in a few minutes,
so I'm going to save them for the discussion of the money
laundering and the liquor store.  Ray Slinger, another real
estate broker, has a dispute with Kevin O'Neil.  Kevin O'Neil
tells Bulger about it.  Again, the lights go on; here's another
opportunity to extort somebody.  Bulger has O'Neil bring him
down to Triple O's.  The same thing; upstairs, Bulger, Weeks,
and Flemmi.  Slinger made the mistake of bringing a gun.  So
they beat him up.  They fine him.  They tell him he has to pay
$50,000.

You heard Kevin O'Neil.  Bulger sent him to pick up
the money.  And when Kevin O'Neil complained, tells Bulger, "I
could lose my license," because he's running a bar that's
licensed there, what does Bulger say to him?  "You could lose

1    your life."

2           Narcotics distribution conspiracy is Racketeering Act

3    No. 29.  I'm not going to spend a lot of time on this.  You

4    heard the testimony from a parade of individuals, from Kevin

5    Weeks and Flemmi to Billy Shea, Joe Tower, Paul Moore, about

6    the narcotics business that Mr. Bulger ran out of South Boston

7    for the entire decade of the '80s.  If you wanted to sell

8    cocaine, if you wanted to sell marijuana in South Boston, you

9    had to be part of his organization.  You heard that they earned

12:08 10   about $10,000 a week from Mr. Bulger's share of this business.

11   This business ended in the summer of 1991 when the DEA arrested

12   51 individuals.  So you can see the size of this organization.

13   It's bookmakers.  It's loan sharks.  It's all sorts of thugs

14   and hoods and drug dealers.  Hundreds of people are under

15   Mr. Bulger's control in this organization.

16           Not only did he control drug distribution in South

17   Boston, but they collected rents or shared in pieces of

18   smuggles from people like Frank Lepere.  Frank Lepere was that

19   large-scale marijuana importer who every time he brought a

12:09 20   smuggle in, Bulger and Flemmi got a piece of it.  I think even

21   Mr. Carney said, at some point Mr. Bulger had paid John

22   Connolly $50,000.  Well, you heard from Stephen Flemmi:  That

23   was Lepere money that went to John Connolly.

24           You also heard Fred Davis, that FBI agent who

25   testified in the defense case, who saw John Connolly rifling

through an investigation involving Frank Lepere.  Well, why is

John Connolly doing that?  Well, Lepere is part of Bulger's

organization, and Connolly is trying to find out what's going

on.

David Lindholm, after Lindholm paid his fine, his

$200,000 up front, he had to give a piece of every smuggle to

Bulger and Flemmi.  So too with Joe Murray, Hobart Willis, that

fellow in Dorchester, another drug dealer paying rent to them.

So they are earning, as Mr. Carney told you, millions and

millions of dollars from this narcotic distribution conspiracy.

So the next racketeering act is No. 30, Count 5.  It's

money laundering.  What do you do when you have all this dirty

money?  You launder some of it.  And what was one of the ways

that they engaged in money laundering?  Was by buying this

liquor store from Stephen and Julie Rakes.

Before I get to that, I want to say a little bit about

money laundering.  What is it?  It's conducting a financial

transaction with the proceeds of certain criminal activity.

The criminal activity that's the subject of the money

laundering in this case is illegal gambling, loan shark,

narcotics distribution, extortion.  So if you earn money from

those kind of crimes and then you try to use it to buy

something, to invest, you're engaged in money laundering if you

do it in a way that's designed to disguise it, that's designed

to conceal the true source.

```
 1              And this conspiracy is a fairly simple one.  Bulger

 2     and Flemmi and Weeks have dirty money.  They use it to buy the

 3     liquor store, they use it to buy the real estate on which the

 4     liquor store is sitting, and then they use it to generate all

 5     sorts of clean money.  What's the clean money that they

 6     generate?  They generate salaries to themselves.  They generate

 7     rent payments to themselves.  They're issued 1099s and W-2s so

 8     they can show on their income taxes that they have a legitimate

 9     source of income.  They generate proceeds from the sale of the

12:12 10     real estate, and ultimately they generate mortgage payments to

11     Mr. Bulger, and that's taking dirty money at the beginning and

12     making it look clean at the end.

13              There's another theory that supports the money

14     laundering charges.  Not only did they invest dirty money to

15     purchase the property, but they also obtained it through

16     extortion.  And you heard the testimony of Kevin Weeks that

17     they made a deal to buy the liquor store from Rakes, Julie and

18     Stephen Rakes.  But at the last minute Stephen Rakes got cold

19     feet, right?  And that happens.  That's business.  People pull

12:13 20     out of deals.  Sometimes you can sue them.  You bring them to

21     court if you get damages.  Well, Mr. Bulger doesn't take people

22     to court.  So what happens?  The gun goes on the table, and

23     Bulger tells him, "You're not backing out of this."  So that's

24     a second theory that supports the money laundering charges in

25     this case.
```

1          Now, how do they engage in this money laundering?

2     Bulger gets his front man, Kevin O'Neil, that fellow who owns

3     Triple O's, he gets Kevin O'Neil first in to buy the business

4     at the Liquor Mart.  So Weeks acquires it in '84, hides the

5     fact that Bulger and Flemmi have an ownership interest, sells

6     it two years later to Kevin O'Neil and his partner, Gordon

7     McIntyre, for $300,000.  So now they've turned $100,000 of

8     dirty money into $300,000 of what looks like clean money, and

9     Bulger, Flemmi, and Weeks each get $100,000 out of that sale.

12:14 10        Now, poor Kevin O'Neil, he thought he's buying the

11    whole business.  What does he find out after the fact?  "Oh,

12    no, the real estate, we still own the real estate.  You have to

13    pay us rent now on the real estate."  So O'Neil, who after he

14    buys the business has to keep Bulger, Flemmi, and Weeks on the

15    payroll; and when he was asked that by Mr. Hafer, "Well, why

16    did you do that?  I mean, why did you keep them on the payroll?

17    They weren't doing any work," he says, "It wouldn't be a good

18    idea not to do it."  I think he said, "It wouldn't be smart to

19    refuse."  Those were his exact words.  And so that says it all,

12:15 20    ladies and gentlemen.

21        So they continued to be on the payroll even when

22    O'Neil owns the business.  In I believe it's 1989, five years

23    after they originally acquired the property, Kevin O'Neil now

24    buys the real estate from Weeks.  And you may recall there's a

25    transaction involving the real estate, that Mr. Bulger buys it

from Flemmi and Weeks for $40,000; in the same day he turns

around and sells it to O'Neil and Gordon McIntyre for $400,000.

So those are two real estate transactions involving the real

estate that are money laundering transactions, and those are

charged as 32-A and 31.

Getting back to the sale of the real estate, now

Mr. O'Neil pays $400,000 for the real estate.  And what does

Mr. Bulger say?  He says, "I'll take back the mortgage."  So

now Mr. Bulger has an income stream of over $4,000 a month for

12:17 mortgage payments for the real estate that the liquor store is

sitting on.  So they have essentially converted this $100,000

investment made in 1984 into payments for the business and a

mortgage payment stream to Mr. Bulger, which, again, appears as

though it's legitimate income, and those payments are made

through 1997.  There are 67 of them, and they are Racketeering

Acts 32-B through 32-PPP and Counts 6 through 26.  And I think

this is an example of one of those mortgage payments.  There

are 67 of them.  Every one of these checks is a financial

transaction.  Every one of these checks goes through the

12:17 banking system and affects interstate commerce.  Every one of

these checks is the proceeds of dirty money.

There's another money laundering charge, and that

relates to $10,000 that was given to John Martorano.  You heard

that after 1995, Martorano was arrested.  In 1996 he runs out

of money, and he needs money.  He asks Kevin Weeks to see if he

1    can get $10,000.  Kevin Weeks calls James Bulger.  Bulger says,

2    "Okay, take the money out of the EX fund."  What was the EX

3    fund?  You may remember both Weeks and Flemmi testified about

4    this fund of money where every time they had a score, the EX

5    fund got a piece.  And they used that money to bribe FBI

6    agents, local law enforcement, state troopers.  They used that

7    money to buy weapons.  They used that money for expenses.  So

8    that's the money that comes out to buy the liquor store.

9    That's where that money comes from, and that's the money that

12:19 10    was given to Martorano.

11         Now, what happens to that $10,000?  It's delivered by

12    Phil Costa, one of Mr. Flemmi's gofers who's on that original

13    chart I showed you, to Loretta Lytle.  Who is Loretta Lytle?

14    Loretta Lytle was Patty Lytle's mother.  Patty Lytle testified

15    here about picking up that $10,000 from her mother in the

16    summer of 1996.  And what does she use the money for?  She

17    takes that money back to Florida and uses it to pay her

18    expenses.  She buys goods and services in interstate commerce.

19         The firearms counts, you saw a number of weapons that

12:19 20    were admitted into evidence, photographs.  You know that there

21    was a hide at 832 East Third Street where ultimately all these

22    weapons were maintained by the enterprise.  After Weeks

23    cooperated, you heard Flemmi testify he asked his son to remove

24    the weapons from the hide, Billy St. Croix.  Some of them were

25    buried in Somerville, and you saw the pictures of those weapons

1    that were dug out of the ground in Somerville.  Some of them

2    were taken to Florida by Billy St. Croix and ultimately given

3    to Colonel Foley and the DEA when they were recovered.

4         However, prior to that, you heard evidence, testimony

5    that Mr. Bulger didn't like the fact that all the weapons were

6    at that screen house behind Mrs. Flemmi's house.  He wanted his

7    own personal stash.  So what does he do?  He gives Flemmi a

8    list of what he wants, and Flemmi puts that package together

9    and gives it to Kevin Weeks.  What does Weeks do?  Weeks tells

12:21 10   you that he brought that package of weapons to his parents'

11   home in South Boston and kept those weapons for James Bulger.

12   As a matter of fact, he testified Bulger came over, inspected

13   them.  They cleaned all the guns, they packed them up, and they

14   were maintained at Kevin Weeks's parents' house, until Bulger

15   becomes a fugitive, until everybody is being indicted and

16   arrested.  And what does Weeks do then?  He brings those guns

17   to his friend Billy Haufler's house, and they put a safe and a

18   chest under the stairs and board the stairs up; and the stairs

19   stay that way boarded up, those items stay that way until they

12:21 20   are recovered by DEA and the State Police in 2000.

21        And what are those weapons?  These are the weapons

22   that are on the table here, ladies and gentlemen.  These guns,

23   Mr. Bulger's stash is what is specifically charged in the

24   indictment in all the firearms counts.  And you'll see that

25   some of these weapons are machine guns.  There are six machine

1    guns, and these are the machine guns right here.  There are two

2    with obliterated serial numbers.

3         But what's important about this?  Mr. Flemmi was able

4    to identify specifically some of these guns as weapons that he

5    recognized as taking out of 832 East Third Street and

6    delivering to Kevin Weeks for Mr. Bulger's stash.  And those

7    weapons include weapons like this, the MAC-10 semi-automatic

8    pistol.  There's an AR15, a carbine.  There's a grease gun.

9    Mr. Flemmi specifically recognized, as well as Mr. Weeks, that

12:23 10   these were guns that were taken out of 832 East Third Street

11   and provided to Mr. Bulger for his personal stash.

12        Also you may recall there was a paratrooper's knife

13   there that Flemmi specifically recalled because it was his

14   knife, and Bulger asked for it, and he gave it to him.  What

15   else was in that safe?  It's one of the knives.  I think it's

16   this one right on the far left, which was one of Mr. Flemmi's

17   favorite knives that Mr. Bulger wanted.  These are tools of the

18   trade.  In this trade of extortion and murder, these are

19   Mr. Bulger's tools.  Just like a carpenter has a hammer and

12:23 20   nails, Mr. Bulger has guns and knives.

21        Now, there's something else in that safe, if you

22   recall, the safe that was recovered under Mr. Haufler's stairs,

23   and those were notes about an individual named George

24   McLaughlin in Mr. Bulger's handwriting.  And again that says it

25   all.  It's like he left his license in that safe.  And those

1    notes and handwriting have been identified by both Mr. Weeks

2    and Mr. Flemmi.

3          Now, the Judge is going to tell you that there are two

4    kinds of possession, actual possession and constructive

5    possession.  Mr. Bulger does not actually possess these guns.

6    They're hidden in Mr. Haufler's basement.  But just like for

7    those of you who drove your car here today and your car may be

8    sitting three or four blocks away, it's still your car.  You

9    constructively possess that car.  You own that car.  That car

12:24 10   is under your dominion and control.  That's another type of

11   possession.  It's constructive possession, and that's the kind

12   of possession that Mr. Bulger had regarding these weapons.

13         The crimes relating to the possession of these weapons

14   make it illegal to possess firearms in furtherance of violent

15   crimes, and the violent crimes in this case are the RICO

16   counts, Counts 1 and Counts 2, which incorporate crimes of

17   violence, murder, and extortion.  So it's illegal if you are

18   engaged in a crime of violence to possess a firearm such as the

19   firearms that are on the table in front of you.

12:25 20      Furthermore, it's illegal to possess a machine gun in

21   furtherance of crimes of violence, and there are six machine

22   guns on this table here in front of you.  And there are

23   numerous weapons in each count.  Possession of only one is all

24   you need to convict of that count.

25         It's furthermore illegal to possess unregistered

machine guns, and this is Count 42.  You heard testimony from

the ATF agent that he checked the National Firearms

Registration and Transfer Record, and there are no registration

forms for these machine guns on file for either Bulger, Flemmi,

or Weeks, and he provided certifications of that fact.  Those

are in evidence, Exhibits 1040, 1041, and 1042.

So this kind of a weapon, a German-made machine gun,

is illegal to possess.  It's most often possessed by military

or law enforcement.  You heard the ATF agent.  It's very

difficult for a private individual to register and own this

type of a weapon.  And none of these machine guns were

registered with the federal government.  Again, possession of

any one is sufficient for conviction.  Count 45, transfer and

possession of machine guns, again, it's illegal to possess

those machine guns or to transfer them to a third party.

Now, two of these weapons, this MAC-10 pistol and this

German-made machine gun, have obliterated serial numbers.  And

you heard testimony from the ballistician from the State

Police.  Not only did he testify to all these weapons, and

they're operable, but those two have obliterated serial

numbers, and it's illegal to own a weapon with an obliterated

serial number.  The weapons have to have been in interstate

commerce, and you can see on the MAC-10 the manufacturer's

information.  This is made in Atlanta, Georgia.  The German

machine gun is obviously made in Germany.  So both of these

1    guns entered Massachusetts through interstate commerce.

2         I'm almost finished.  I'm sorry I've taken so long.

3         The last thing I want to talk to you about is

4    consciousness of guilt.  The defendant ran away.  The Judge

5    will tell you that you can use evidence of flight in

6    determining whether or not the reason he ran away is because he

7    knew he was guilty of the crimes charged in this indictment.

8    But this is more than just a man who ran away.  If you take a

9    look at the cash on this table, this is a man who lived in an

12:28 10   apartment with holes cut in the wall, holes cut in the wall

11   that held $822,000 of cash, holes cut in the wall that held

12   more than 30 weapons, most of which contained bullets, most of

13   which were loaded.  This is a man who had identifications for

14   half a dozen different people.  Clearly, this is a man who was

15   hiding.  This is a man who knew he was under indictment.  This

16   is a man who had a guilty conscience, and he hid in Santa

17   Monica until he was arrested in 2011.

18        Finally, ladies and gentlemen, the evidence in this

19   case is overwhelming.  The government has proven beyond a

12:29 20   reasonable doubt that the defendant was one of the leaders of

21   the most ruthless criminal organizations ever in Boston.  It

22   wreaked havoc on this city for decades.  The defendant is

23   personally responsible for much of the criminal activity

24   committed by this group, including murder, extortion, money

25   laundering, firearms offenses, and drug trafficking.  In his

```
 1    capacity as the leader, he is legally responsible for it all.
 2    He's either a principal aider and abetter or a co-conspirator.
 3            I submit to you that after you've reviewed all the
 4    evidence in this case and deliberated, there's only one verdict
 5    that you can truly return, and that is a verdict of guilty on
 6    each and every count of the indictment.
 7            Thank you.
 8            THE COURT:  Jurors, as I said, we're going to take our
 9    lunch break now.  I believe lunch is upstairs for you.  We're
12:30 10  going to take about 50 minutes.  Okay, thank you.
11            THE CLERK:  All rise.
12            (Jury excused.)
13            THE COURT:  Can I see counsel at sidebar.
14    SIDEBAR CONFERENCE:
15            THE COURT:  Counsel, I think it makes sense to start
16    promptly at 1:20.  I'm just looking at the time.  Mr. Wyshak,
17    you went a little long.  Are you still looking for rebuttal
18    time?
19            MR. WYSHAK:  Yes.
12:36 20       MR. CARNEY:  I didn't hear, your Honor.
21            THE COURT:  I said, are you still looking for rebuttal
22    time?
23            MR. CARNEY:  I'd like to be heard on that.
24            THE COURT:  Okay, how much time?
25            MR. WYSHAK:  Well, I wouldn't ask for any more than I
```

1   originally asked for, which was half an hour, but I'll take

2   what I can get.

3           THE COURT:  Okay.

4           MR. WYSHAK:  I mean, I apologize, your Honor, but

5   there is so much in this case, and almost each racketeering act

6   is a separate crime unto itself.  I did my best to streamline

7   it, but I had worried that I didn't have enough time from my

8   original estimate.  But if I could get at least 15 to 20

9   minutes on rebuttal, I can live with that.

12:36 10         THE COURT:  Mr. Carney, did you want to be heard?

11          MR. CARNEY:  Yes, your Honor.

12          THE COURT:  Okay, I'll hear you.

13          MR. CARNEY:  I think the Court should deny the

14   request.  You set rules that we were obligated to follow.

15   Mr. Wyshak has now gone over three hours and 15 minutes that he

16   asked for.  This works a very specific prejudice to Mr. Brennan

17   and me because we took the time your Honor allotted seriously,

18   and we are not going to go over our allotted amount of time

19   because it's going to fit in the time you told us we had.  It's

12:36 20   unfair to let the prosecutor use the entire amount of time in

21   his initial closing argument because we at this point can't

22   fill the extra time.  So it's no remedy for you to say, okay,

23   we can go over the amount of time as much as he did.  You set

24   the rules.  The rules are supposed to be followed.  You were

25   the most generous judge in 35 years that I have ever appeared

 1   before in terms of giving the amount of time, but the defense
 2   took you seriously when you said the amount of time, and we are
 3   going to be within it.  We will be prejudiced by giving the
 4   prosecutor substantially more than that, and that's why I
 5   submit he has forfeited his opportunity for rebuttal, and you
 6   should deny the request.  It's just as tough a case for us as
 7   it is for him.
 8         MR. KELLY:  There are 32 counts in this indictment.
 9   There are 33 racketeering acts.  It's the government's burden
12:36 10   of proof.  Mr. Wyshak moved very quickly through 20 murders,
11   eight extortions, multiple weapons counts, and has barely even
12   been able to address the law.  So they're not going to go over
13   three hours on their closing.  We are simply asking for what is
14   allowed in the rules, rebuttal time.  He's not asking for a
15   full half hour.  He can do it in 20 minutes.  The Court should
16   allow it.  The Court has broad discretion in allowing the
17   questioning, the format.  And if the defense wants to talk
18   about rules, maybe we should bring up the rules that have been
19   repeatedly violated by the defense with respect to the press,
12:36 20   with respect to these exhibits that they put --
21         THE COURT:  Okay, Mr. Kelly, Mr. Kelly, I get the
22   point.  Counsel, I understand the points on both sides.  I
23   think there is a lot of ground to cover.  I'm going to give you
24   15 minutes rebuttal.
25         I understand your position, Mr. Carney.  If you want

```
 1    to have the extra 15 minutes, I'll give you that on top of what
 2    I've otherwise given you.  Your objection is preserved for the
 3    record.  I do think it's within my discretion.  I do think
 4    there is a lot of ground to cover.  I think Mr. Wyshak
 5    expressed concern about fitting into the amount of time that I
 6    initially said, and that's my ruling.  Thank you.  And again,
 7    Counsel, I want to start promptly at 1:20.  Okay, thank you.
 8              (End of sidebar conference.)
 9              (Noon Recess, 12:36 p.m..)
01:23 10         (Jury entered the courtroom.)
11              THE COURT:  Jurors, we'll now have the defense
12    closing.  Mr. Brennan will begin.
13              MR. BRENNAN:  About an hour ago, Mr. Wyshak was
14    telling you about the fact that some of the most dangerous
15    murderers in the history of Boston were walking the streets.
16    John Martorano admitted to killing at least 20 people, shooting
17    most of them in the back of the head.  Kevin Weeks, Pat Nee,
18    James Martorano.  He talked about how vicious and violent they
19    were on the streets of Boston.  And you have to sit there and
01:24 20    ask yourself:  Why are they still walking the streets?  If
21    they're so vicious and violent and our government knows about
22    it, why are they out there right now?
23              When you go home and decide to go shopping and go to
24    Stop & Shop and get something to eat, you have to worry about
25    turning around and having these men in the aisle next to you.
```

1    When you go to the schools where your children or grandchildren

2    may be, you have to wonder if they're in the school yard with

3    their grandchildren.  Why is it that the federal government,

4    knowing how violent and brutal these men are, why is it they're

5    still out there today?

6         You heard the government give you their version of

7    what happened, and what they told you is that John Martorano

8    shot Mr. Milano, with Howie Winter.  They both shot him and

9    killed him.  Howie Winter and John Martorano shot and killed

01:25 10   Mr. Plummer.  They shot and killed Mr. O'Toole.  They shot and

11   killed so many of these men, Howie Winter and John Martorano,

12   and John Martorano they send back on the street?  What about

13   Howie Winter?  Was there ever a grand jury?  Was there ever an

14   indictment?  Why?

15        And you talk and you hear about this violence and the

16   carnage in their wake, and we look to our federal government to

17   protect us as citizens.  What have they done?  Have they taken

18   these men off the streets?  And you've got to ask yourself:

19   What's going on?  Why didn't they?  Is this something we just

01:26 20   don't know as citizens?  Is there something we're not entitled

21   to know about?  Because when you hear this as a citizen, is

22   there something in your stomach that just resonates, saying

23   There's got to be more, there's got to be more to the story.

24   There's victim after victim and family after family that have

25   dealt with death and pain and suffering at these men's hands.

1    Why didn't our government do anything about it?

2          You know, the prosecution stands before you and they

3    almost brag that they took down this organized crime

4    organization.  They fought so hard and they ripped it down by

5    its structure.  Then why did they let almost everybody go?

6          When you think about justice, ladies and gentlemen,

7    there has to be some fundamental fairness.  Justice means

8    fairness for everybody, and justice means that if somebody is

9    accountable, if somebody is responsible, they need to be held

01:27 10   responsible for what they did.  There has to be an accounting.

11   At the end of the day, there has to be an accounting that

12   everybody who was responsible is held responsible for what they

13   did.  It doesn't matter if they're part of a gang, it doesn't

14   matter if they're independent, it doesn't matter if they're

15   part of the government.  If there's an accounting, justice, the

16   truth, the truth applies equally for everybody.

17         Did you get the truth in this case?  Did you hear

18   justice in this case?  Is there fairness in this case?

19         To understand what the government's motives are, we

01:28 20   have to go back.  We have to go back to the 1960s.  So what I'm

21   going to do is I'm going to take us back to the 1960s, and I'm

22   going to talk to you about two things:  I want to talk to you

23   about back in the 1960s about our federal government's war

24   against the Mafia, the national priority, because you have to

25   understand a little bit about that to understand why we're here

today; and after we talk a little bit about the history, we're

going to talk about today, what the government has done to

cover up their liability and their responsibility for what they

have done.  And after I get a chance to talk to you about those

two things, my co-counsel, Jay Carney, is going to talk to you

about the credibility of the witnesses, the unconscionable

deal-making that the federal government has made with these

people, and different parts of the crimes that are charged

against Mr. Bulger.

So let's go back to the 1960s.  In the 1960s, you

heard through the evidence, that our government wanted to wage

war on the Mafia.  It was the national priority.  In fact, it

was an obsession.  It's all our government cared about in law

enforcement, get the Mafia at all costs.  And you know what

happens when you do something at all costs?  People start to

think the ends justify the means.

Remember I asked John Morris, Do the ends justify the

means?  And remember what he told me?  Not always.  Not always.

Never, never do the end justify the means when we're

talking about law enforcement.  Never.  But that's not the way

they think.  It's not the way they thought.  It's not how they

operated.

See, in the 1960s, everybody wanted to be a piece of

the national priority.  The crown jewel, they called it.

That's how important it was, it was a crown jewel to them, an

object.  They didn't think about the suffering and the carnage.
They were gangsters killing gangsters, they wanted their crown
jewel.  And as this led through the '60s and the '70s, what did
they do?  They engaged in partnerships with known criminals.
They engaged in partnerships with organized crime figures,
murderers.  They did it intentionally.  They did it knowingly.
They engaged in relationships so they could achieve their
objective at whatever cost it took.  That's what our government
did.

01:30  Stephen Flemmi is just one, but it's a shining
example.  Look at Stephen Flemmi's relationship with the
federal government in the 1960s.  Informant, Top Echelon
Informant, Special Agent Rico, Special Agent Condon, look what
they did.  He was at war with other criminals.  He was at war
with other gangsters, and when he needed help, all he needed to
do was draw on his friends, the federal government.  Special
Agent Condon, Special Agent Rico, they'd tell him where
"Punchy" McLaughlin was.  "Wimpy" Bennett.  You want to murder
him, I'll give you the bus stop he's going to be at.  They're
01:31  in a partnership with him.  And when they needed his help, they
needed some information, they needed a gun, they needed their
car fixed, they'd call on their friend.  This is the type of
relationships that they had, that they accepted, but none of us
knew that.  None of you knew that.  But that's what they did.

And then Stephen Flemmi blows up a lawyer.  Blows off

his leg, kills his boss "Wimpy" Bennett.  He's charged with

murder, he's charged with attempted murder of a lawyer.  If

they put him in jail and they prosecute him, guess what

happens?  The next 20 years, those people don't die.

The government has the power to protect you and me and

us and them.  They didn't put him in jail.  They didn't

prosecute him, they sent him away.  They sent him to Canada to

hide.  And on the way to Canada, he stopped in California,

stopped in Nevada, killed his colleague Poulos, for which there

was a warrant that he never answered to, and he sat up in

Canada for years.  Did anybody go and get him?  Did anybody

care?

They waited, and then he gets a call from Special

Agent Rico, Come home.  Did he want to come home?  He didn't

even want to come home, he said.  He felt like it was a threat.

And why did he have to come home in 1974?  Because the DOJ,

Department of Justice, was at war, just like Flemmi was in a

war, and they were in a war with the Mafia and they needed one

of their soldiers.  So they call him up, they tell him to come

home.  They paved the way.  The indictments go away, there's no

charges in Nevada, Special Agent Condon gets rid of the

warrant.  How simple.

And as this continues, then we have a transition.  As

agents get older and Mr. Rico and Mr. Condon start to move on,

who comes in to take their place?  Special Agent Connolly,

1     Special Agent Morris.  They hand off the baton, and it's

2     business as usual.  It's not a rogue agent, it's systemic.

3     It's what they do.

4           And Stephen Flemmi starts to work with Special Agent

5     Connolly, and the same routine continues.

6           When we near the late 1970s, we know the temperament

7     of the Department of Justice.  We know the Strike Force, headed

8     by Jeremiah O'Sullivan, wants the national attention.  They

9     want everybody to look at Boston and say, This is the

01:34 10     prototype.  These guys are the best at what they do.  They want

11    the accolades, they want the glory, and they're willing to make

12    deals.  They're willing to protect criminals, murderers,

13    because of pride, because when law enforcement puts pride in

14    the equation and self-importance in the equation, something

15    about it gets distorted, something gets perverted, and

16    something gets corrupt.

17          And in the late 1970s, this wasn't about the

18    community, it was about their quest to get the Mafia.  They

19    were going to bug Prince Street.  They were going to be the

01:34 20    first in the nation to put a bug in the headquarters of a Mafia

21    headquarters.  They were going to be the first in the nation to

22    tape a swearing-in ceremony.  How self-important.  How proud

23    were these people.

24          And so what do they do?  When there's indictments,

25    potentially, against James Bulger and Stephen Flemmi, do they

charge them?  No.  Jeremiah O'Sullivan tells them, Cut them
loose.

When they put a bug in 1980 into the Lancaster Street,
the State Police who had worked so hard to get information on
criminals, Jeremiah O'Sullivan, who funds that bug, what
happens when it gets compromised?  Do they do an investigation?
Do they care?  Or did they protect their assets?

You'll notice a pattern, a routine.  It is so common
and so consistent, it compels you, it compels you to the
conclusion that this is the way they operated.

Any time there was a danger to Mr. Flemmi, he was
protected.  Any time there was a danger or an investigation, it
was squashed.  And that Strike Force, Jeremiah O'Sullivan, how
many times did he do a grand jury investigation into a
compromised investigation?  A bug gets compromised.  Wouldn't
you want to know why it got compromised?  Wouldn't you want to
have an investigation, grand jury, call witnesses, get to the
bottom of it?  But it never happened.  It never happens.  It
continues, and as it continues, people get hurt, people get
shot, people get killed, families suffer, and it goes on and on
and on.

Now, Special Agent Rico and Special Agent Flemmi
(sic.), they didn't invent the Top Echelon Informant Program,
they didn't invent working with somebody like Stephen Flemmi.
This comes from Hoover, this comes from Washington, this is

part of their heritage that they cannot escape.  It is part of

their responsibility, and it is part of their moral obligation

to recognize what happened then so we can explain what is

happening now.

So this prosecutor's office has spent two months in

front of you trying to convince you that everything that

happened is the result of John Connolly, a rogue agent.  That

it was a rogue agent, one guy, one organized crime figure, and

everything is because of them, ignoring everything we just

01:37 spoke about.  Is it a rogue agent, one person, or is it

responsibility, is it that part of the ledger where the federal

government has to line up and recognize their responsibility?

You know, it could be me just sitting up here being a

conspiracist theorist saying, the federal government.  But

let's look at the second witness they called in this case,

retired Colonel Foley.  Do you remember him?  It was a long

time ago.  What did he say?  Did he say it was a rogue agent?

Did he say it was John Connolly?  Did he ascribe to what this

prosecution has been trying to sell you for two months, or did

01:38 he recognize maybe it was a little more than a rogue agent,

maybe the federal government has some responsibility.

(Pause.)

Remember, I asked Trooper Foley, I asked him at the

beginning of this case about his investigations.  Did he say

John Connolly and a rogue agent?  He said, "The fed's stymied

1   our investigation of 'Whitey,' got us investigated on bogus

2   claims, tried to push me off the case, got me banished to a

3   distant barracks, phonied up charges against other members of

4   the State Police, lied to reporters, misled Congress, drew in

5   the President of the United States to save themselves, nearly

6   got me and my investigators killed."

7            Does that sound like a rogue agent?  Does that sound

8   like one person and a criminal taking over the streets of

9   Boston, or was this the Department of Justice pursuing their

01:39 10   agenda at all costs?  The ends justify the means.

11            It wasn't just the FBI.  Think about the Strike Force,

12   the prosecutorial branch that works directly for the Department

13   of Justice, headed by Jeremiah O'Sullivan.  Lets him go in the

14   race fix case, the bug at Lancaster goes down, and during that

15   time, it's 1981, 1982, that is when Prince Street is being

16   bugged.  James Bulger wasn't even part of the affidavit for the

17   Prince Street wiretap.  John Morris, if you remember, put him

18   in because he wanted to get credit for John Connolly.  There

19   was no information he gave.  There was no information he could

01:40 20   provide.  He didn't even know the Italians.  He wasn't part of

21   their network.  He's placed in the affidavit.  Why?  To help

22   out other people in the federal government get their credit,

23   but that affidavit is vitally important to the Department of

24   Justice, it is the link to their crown jewel.  And when people

25   would go talk to Mr. Fitzpatrick, was he attending to the

1    citizens' needs?  When Mr. Fitzpatrick went in and spoke to

2    Mr. O'Sullivan, he left angry.  Okay.  The government's

3    criticized Mr. Fitzpatrick.  How about Mr. Davis?  He went in

4    many, many, many times to speak to Jeremiah O'Sullivan.  He

5    left angry.  Is that a coincidence, or is there something at

6    that top level where they don't want to hear about leaks, they

7    don't want to hear about dissension, they want their

8    affidavits, they want their prosecutions.  What's the priority?

9         This continues on throughout the 1980s.  One example

01:41 10   that just rings with poignancy and sadness is that of

11   Mr. Donahue and Mr. Halloran.  Federal agents knew that

12   Mr. Halloran was in danger.  They knew.  They went to

13   Mr. Fitzpatrick, who went to Jeremiah O'Sullivan, but they did

14   nothing to protect him; whether he was a criminal, he was

15   alleged to be a murderer, he was a citizen.  What did they do

16   to protect him?  He went to the U.S. Attorney's Office, he went

17   to William Weld.  They shunned him, and two days later,

18   Mr. Halloran and Mr. Donahue were dead.

19        At that point does the Strike Force, does the federal

01:42 20   government stop and say, Let's investigate, we have this

21   information from Mr. Halloran, whether it's true or not, let's

22   look into it, let's do a grand jury investigation, let's call

23   witnesses.  Did they do that?

24        John Morris gets information that they need to look

25   into it.  He gives it to John Connolly to look into.

1    Washington comes in every year to do a review of what's going

2    on in Boston.  Did you ever hear that there was one comment

3    from Washington that something was awry, that there was an

4    intervention needed?  Did you hear one comment from Washington

5    that there was a responsibility?  Oh, and Mr. Fitzpatrick

6    called Washington, what did they tell him?  Shut up.  And what

7    happens?  Remember Mr. Cronin?  It's a very strict structure,

8    you don't circumvent it.  What happens when you circumvent it?

9    They'll crush you.  You saw what they did to Mr. Fitzpatrick.

01:43 10   Twenty-two years, he leaves three years before his pension.

11   They bully him, they berate him, they crush him.  That's what

12   happens if you're not with them, you're either with them or

13   you're against them.

14        And so fast-forward to 1995.  Stephen Flemmi, John

15   Martorano, and a number of other people are indicted.  It's

16   another RICO indictment.  It's criminal cases against these

17   people, but then Stephen Flemmi does something.  He breaks that

18   secret trust he had with the federal government, he exposes

19   them.  He says, I had immunity.  And of course the federal

01:43 20   government doesn't want to hear that.  You couldn't have

21   immunity.  There was no authority for immunity.  But you know

22   what, he certainly was protected for all those years.  Never

23   charged with a crime, never charged with a misdemeanor, except

24   for the indictment that they send him up to Canada to wait out?

25   Sounds like he had immunity to me.  Sounds like he had

protection.

And so when he says that, there is a rush by the
Department of Justice to silence Stephen Flemmi.  And what do
they do?  They start to worry, they start to get concerned, and
they line up their soldiers.  And here's John Morris, he's a
great soldier, isn't he?  He's never going to say one word
about his federal government.  He's on their side, give him
immunity.  John Connolly, what does he do?  He makes the
mistake, he points at the federal government and says, You
knew, you knew what was going on.  Now, that doesn't absolve
John Connolly of what he did, it doesn't make him any less
criminal for the money he took and the information he passed
on, but he's not with them, he's going to get crushed, and
that's what they do.

And it doesn't always have to be in writing.  You saw
through witness after witness in this case, if you're on their
side, it's a wink, it's a nod, and they're on the same team.
And if you're not on that team, watch out.

So at that point, the federal government, after
recognizing the fact that this doesn't just stop and end with
John Connolly, do they line up and apologize to the victims'
families and say, you know, We're sorry, this is what we did,
we had this unholy alliance with known criminals, there should
be compensation?  We can recognize what we did wrong and maybe
fix it?  Maybe some people who were involved who work for the

1    federal government should be charged as well.  Maybe a couple

2    of pensions should be tossed out the window.  Maybe there

3    should be a ledger where everybody accountable is held

4    accountable.  Do they do that, or do they circle the wagons,

5    line up their troops, and point their radar at John Connolly?

6    What an easy scapegoat, because he's dirty.  How hard is it to

7    go after John Connolly?

8          And so the federal government creates this impression

9    to you of a rogue agent that we know is not true.  They create

01:46 10   this impression that they don't have these relationships with

11   known criminals that we know is untrue.  And they also create

12   this idea about James Bulger being an informant.  And most

13   people are thinking, What does that have to do with this case?

14   Nothing.  And although Mr. Wyshak will say continually, It has

15   nothing to do with this case, he certainly spent a lot of time

16   on it, even in his closing, over and over and over again.  Was

17   it to try to embarrass James Bulger or was it something else?

18   Was it the need to impress the public that he was an informant,

19   even though the files don't show he was an informant, even

01:47 20   though we know John Connolly was stealing information, even

21   though we saw information was taken from other sources and put

22   in a file marked for him, why is it so important?  Why?

23   Because if James Bulger was simply paying John Connolly and

24   James Bulger was paying Gianturco and Newton and Morris and

25   everybody else in the FBI and this was simply an organized

crime figure paying off law enforcement and everybody knew it outside federal government, the State Police knew it, the local police knew it, you know it now, if he's not an informant, think about the liability.

You got Washington coming down looking at these files every year, saying, Oh, that's great, James Bulger, check, let him do what he wants.  You have prosecutors signing off on affidavits.  Think about the liability.  Think about the corporate responsibility.  It's much easier to just say he's an informant.  It defies the information that they have, but it's so important to them.  If it wasn't so important, they wouldn't spend days trying to convince you, they wouldn't have spent time arguing how important it was, but it is, because it protects them.

When you look at that file and read it, there's no information that led to convictions.  There's no information that led to taking down the Mafia.  That's why we have all these gymnastics when we ask different witnesses -- I asked John Morris, Did you ever meet him and he gave you information? I only met him socially.  Purely social.  Why would he say that?  And then he comes in here, and I ask him about his prior testimony, Was it purely social?  He never gave you information?  And he reads his transcript and says, That's what I thought back at that time, when his memory was better.  But when Mr. Wyshak asks him a question, it was, Oh, he gave me

information, substantive information.  And then I ask him,
Well, where is it in his file?  And they pull out five pieces
of paper, and he says, That must have been phone calls.  Not
one of them says "phone call" on it, not one.  So why is it now
he's getting pone calls, because he can't account for his
earlier statements in front of Judge Wolf in 1998?  Did he
perjure himself back then, or did he perjure himself now?  At
the end of the day, you know whatever it is, you're not getting
the truth.

So what they have left is they have Stephen Flemmi to
come in and say, Of course, of course he was.  Well, how
convenient for Mr. Flemmi to say that now.  How easy for him.
How important.  Don't you think he's willing to say whatever
Mr. Wyshak wants him to say?  He spent decades being a rat.  I
know he doesn't like that word, "quid pro quo" is the word we
are supposed to use with him, but he was a rat, he was an
informant.

And his closest friends, Winter, Martorano, Salemme,
none of them knew, but, obviously, James Bulger knew.  Think
about these grand statements:  Every time I met with them,
James Bulger was with me.  That's rhetoric.  Think about that
file.  Think about why it's so important and why, if it's not
an issue, they keep bringing it up.  Because they know, and you
know.

So they come to this trial, and although it's not an

1    important issue, it's the most important issue to them.  So

2    what do they do?  Do they bring in the FBI?  Do they bring in

3    the people who worked in that office who could tell you what

4    they saw?  Do they bring in people that could tell you what

5    actually happened, or are they afraid to call FBI agents to the

6    stand unless they have immunity?

7         So what do they do?  James Marra, back row, comes

8    strutting in from the IG's office.  Never worked in the FBI,

9    doesn't know how the files were, wasn't there in the '70s and

01:51 10   '80s, but he's going to tell you how it really went down.  He's

11   going to be your guide, Mr. Marra.

12        Now, you probably realize me and Mr. Marra were not

13   going to get off to a good start when I simply asked him, Who

14   do you work for?  Who's giving you direction?  Do you remember

15   those questions?  What law enforcement official cannot tell the

16   citizens who they work for?  Who can't tell you who was giving

17   them direction?  It's not a trick question.  Who's your boss?

18   Some guy in Washington.  We danced around for days, me and

19   Mr. Marra.  Why couldn't he tell you who he worked for, why he

01:51 20   was here, or was he here just to play a puppet for the

21   government?  They read, remember, page after page, Mr. Bulger

22   said, Mr. Bulger said, Mr. Bulger said.  He didn't hear

23   Mr. Bulger say anything, but he was a good reader, wasn't he?

24   He played that part well for Mr. Wyshak.  Mr. Bulger said.

25   Mr. Bulger didn't say.  Never said.  So why do they have

1    someone high ranking from the IG's office here in the case to

2    tell you something that they know nothing about?

3         I asked him, Have you ever prosecuted somebody who was

4    a federal agent who no longer is a federal agent?  Well, it's

5    all a matter of time and -- we danced around.

6         How many people did you do before Mr. Connolly?  Um,

7    none.  How many after Mr. Connolly?  Mmm, none.  So that would

8    be one, Mr. Connolly.  You see how badly he wanted

9    Mr. Connolly?  Why not just answer the question?  What is there

01:52 10  to hide?  Why is the secret still a secret?  It's 2013.

11        So when I spoke to Mr. Marra, he kept on repeating his

12   thorough review.  Why didn't they bring Mr. Cronin in here for

13   you?  Why didn't they bring in Mr. Crawford?  Why didn't they

14   bring in Desi, who had the safe?  Remember, they mocked me for

15   making up the safe.  Mr. Brennan is making that up.  Do you

16   remember that part?  Well, we found out what was inside that

17   safe, didn't we?  That Mr. Bulger should be a target, destroy

18   it before we all get fired.  Is that what you expect in a

19   presentation from your government?  Is that the honesty as a

01:53 20  citizen that you deserve, that they deserve?  We could have

21   saved three days if they didn't call James Marra.  His most

22   important role was putting his arm around John Morris and

23   walking him out of the courtroom at the end of the day and

24   making sure he got a ride the next day.  He's here every day.

25   What's he doing?  He's watching.  Every day he's watching from

1    the IG's office.

2          When you think about the government's evidence in this

3    case, you need to be certain that you got objective evidence.

4    Whether it helps or hurts the government's case, the obligation

5    is that it needs to be objective, honest.  Do you feel like you

6    got honest evidence in this case?  I stood up there for days

7    and hours asking question after question, and I don't think

8    most of them were trick questions.  I was trying to ask simple

9    questions, and I couldn't get an answer.  Witness after

01:54 10   witness.  It was a game.

11          Remember I brought out that John Morris put the bomb

12   under Mr. Miani's car, and your mouth opened up.  You couldn't

13   believe that a federal agent would put a bomb under a citizen's

14   car and not tell him that it was a fake bomb.

15          Remember John Martorano, and he started telling us

16   that Judas was telling him to kill people, and how you shook

17   your head?  It was like it was yesterday.  And then Stephen

18   Flemmi, trying to say it was consent, and I could hear the

19   gasps.

01:55 20         Shouldn't the person the federal government, who is

21   proposing these witnesses, if they think that something is

22   askew, something is wrong, to stop that witness?  Isn't it

23   their job if somebody lies under oath to charge them with

24   perjury or not use that evidence unless it helps them?  What is

25   the obligation of your federal government when they see this

1  type of evidence and they put it before you and let it happen

2  witness after witness?

3          We spent days and hours playing this game.  Why?

4  They're federal agents, they're former federal agents, they got

5  deals, they're bought and paid for.  How hard is it to say,

6  Just answer the question?  But they didn't.

7          And one of the most ironic things is in their

8  presentation to you, they employed John Morris to come before

9  you as his final assignment, John Morris, the same John Morris

01:56 10 who drank so much he had the nickname "Vino" in the underworld,

11  and funny enough, he now works at a wine factory.  The same

12  John Morris who lied his way through his job, his career, his

13  personal life.  He lied to his bosses, he lied to his

14  colleagues, he lied to his wife, he lied to citizens.  He's a

15  habitual liar, and the government presents him as a guide for

16  you to follow.  John Morris.

17          They know you know what John Morris is.  He's a

18  criminal.  And he gets up on the stand and they try to dress

19  him down and make him look softer and meek.

01:57 20          What does he say?  He was compromised.  Like he was

21  Secret Squirrel, I was compromised.  He was corrupt.  He wasn't

22  compromised, he was corrupt.  He was as or more corrupt than

23  John Connolly.  He was with the whole lot of them.  But he's

24  with them, so he gets immunity.  And you know what, he gets a

25  pension that we're paying for because he's with them.  He was a

1   soldier for the FBI.  Make no mistake about it, he was a

2   soldier.

3           Miani, Barrett, Halloran, Donahue.  He knew what

4   Halloran was saying.  He didn't need a second opinion from John

5   Connolly.  He sent the word.  He signed the death warrant when

6   he sent that word, and he knew it.  That's why he didn't put it

7   in writing.  That's why he denies it later, that's why he tried

8   to changed it, and he knew what he was doing.  And any

9   reasonable person who looks at it would know what he did, but

01:58 10  he gets his pension and he gets immunity because he's with

11  them.

12          Talk about partners.  Every time they want to blame

13  something on James Bulger to clean the slate, whether there's

14  evidence or not, any time they want to blame something on him,

15  there's a problem with the evidence, well, he's Stephen

16  Flemmi's partner.

17          Well, John Morris was John Connolly's partner.  So by

18  that rationale, why is he getting immunity?  Why is he getting

19  a pension?  Why is he walking in through the front door and

01:58 20  being walked out by Mr. Marra through the same front door when

21  he's done?  Did you get honesty?  Did you get integrity?  Did

22  you get the truth?

23          When you heard the witnesses -- and Attorney Carney is

24  going to speak about the witnesses in detail -- but let me just

25  point out a couple of things that stood out to me.

1      You had Stephen Flemmi tell you the small details

2  don't matter.  The small details do matter.  Anybody can make

3  up a story and say somebody did something or it's somebody's

4  fault or somebody did some type of act.  It is the small

5  details that are hard to remember when you're lying.  The small

6  details will tell us if somebody was there or if they saw it or

7  if it's true, because when you're making up a lie and you get

8  questioned on it over and over again, you can't remember lies,

9  but the truth always stays the same, because there's only one

01:59 10  truth.  You remember it.  To get up to say to you, Well, the

11  big things I remember, the important things, yeah, James

12  Bulger's guilty, that's all true, but the little details don't

13  matter.  You went to the Red Sox game -- Dustin Pedroia wasn't

14  telling anybody to lie.  Think about it, the details do matter.

15  That's how we judge when someone is lying.  That's why when we

16  question, we ask about those little details.

17      Mr. Flemmi, was it hands or was it a rope?  That's

18  something you would remember.  Did you bring her there or did

19  you meet her there?  Was she alive upstairs or was she alive

02:00 20  downstairs?  Details.  They tell you something about somebody's

21  truthfulness, you either remember it because you were there, or

22  you made it up.

23      And that's not just details regarding Stephen Flemmi.

24  How about John Martorano?  Remember he killed Mr. Smith and

25  that little girl and that boy, 17 years old, Dickson and

1  Barrett.  Oh, he admitted it, that's enough.  It's not enough.

2  Pride, ego, reputation, trying to impress you.  He shot them in

3  the head.  They didn't have hoods on.  He didn't want to leave

4  witnesses.  He didn't care if there was a woman, he didn't care

5  if there was a kid.  But they put him up on the stand like he's

6  some goodfella who's reformed himself now that he's back on the

7  street with their ticket.  He lied to you.

8          When you think about this case and the evidence in

9  this case, there is this pounding resonance that doesn't stop,

02:01 10  and that is, the accountability of the federal government.

11  There is that ledger there that is not going to go away, no

12  matter what they say.  There's that pounding, that resonating

13  truth about what their role is and their responsibility is.

14  Were they afraid of bad public relations?  Were they afraid

15  about policing themselves, charging themselves with crimes?

16  What were they so afraid of?  Is that what led to these absurd

17  deals with these people that we talked about who are now

18  walking our streets?  Were they so desperate?

19          They certainly didn't like John Martorano, they didn't

02:02 20  like Kevin Weeks.  Did they give them deals because they liked

21  those people or did they give them deals to protect something

22  more important to them, themselves?  They never sat down with

23  these families and these victims and said, We did something

24  wrong, we're going to stand up.  We point fingers at everybody

25  else, we talk about accountability, now it's our turn.  What

did they do?  They sent a team of lawyers down from the Torts

Branch of the Department of Justice so Mr. Fitzpatrick is

sitting there being sued and Mr. Ring and Mr. Connolly, the

United States government was being sued as well.  Why?  Did

they look at those families out there and say, You deserve

something for what we did to you, for what we took from you,

you deserve something, or did they fight and did they employ

their soldiers and their troops and their John Martoranos and

their Stephen Flemmis, bought and paid for?  What did they do?

02:03 10      Is that okay with you as a citizen, is that something

you accept, or do you have something in your stomach that says

it's not right, something more should have been done.  At what

point as citizens do we say, You know what, there has to be

accountability.

      We talk about our government, and our responsibility

and our government, and we think about our government as this

institution.  We think about it as this power, this faceless

organization.  Our government is not them, our government is

us.  Those families, the Donahues, Davises, the Barretts,

02:04 20  that's our government.  Each and every one of you, you're our

government.  It's not their government, it's our government.

They're just the custodians of our power.  That's it.  No more.

And look how they've abused our power, as custodians.  Have

they honored our government?

25      There comes a time, and it's rare, but there comes a

1  time when we can look at our government and we can make a

2  difference.  Each and every one of you is our government.  It's

3  like every day we have David versus Goliath.  The government

4  does something we don't like, they're not accountable, we have

5  to push through the next day.  Well, you know what, each and

6  every one of you is Goliath because you're our government and

7  you have a voice.

8          When you look at this case and the way the government

9  presented it, you can let them know, This isn't your

02:05 10  government, this is my government, this is our government and

11  there's going to be accountability, but there has to be

12  accountability for each and every person, and this government

13  is equally accountable.  You tell them that.

14          THE COURT:  Mr. Carney.

15          MR. CARNEY:  Was your Honor going to take a break at

16  this point?

17          THE COURT:  Counsel, does it make sense to do it in a

18  little time, or would you prefer it now, counsel?

19          MR. CARNEY:  I think a break would be appropriate.

02:05 20          THE COURT:  Okay.  We'll take our 10 minutes now,

21  jurors.

22          (Recess taken.)

23          (Jury entered the courtroom.)

24          THE COURT:  Mr. Carney.

25          MR. CARNEY:  Good afternoon.

1           THE JURY:  Good afternoon.

2           MR. CARNEY:  I'd first like to thank you for the

3    sacrifices that each of you have made individually to serve on

4    this jury.  You've given up time from work, from family, from

5    pastimes.  It's interfered with your individual lives in ways

6    that we can only speculate about.  But James Bulger and I and

7    Hank Brennan and everyone sincerely appreciates all the time

8    and sacrifice you've made.

9           Your job is not going to be easy, but I will do my

02:17 10   best to try to maybe make some suggestions that you might find

11   helpful in your deliberations.

12          I'm usually nervous doing any closing argument, but I

13   have to be honest, today I'm particularly nervous, not because

14   it's a big case or a lot of people are watching, but for the

15   first time in my 35 years as a lawyer, my mother is in court

16   watching me, and I'm going to try to not make that affect me

17   too much.

18          I also want to thank you, though, for the oath you

19   took.  Remember at the beginning of the trial when you were

02:18 20   selected, all of you stood and you were asked to take an oath.

21   You raised your hand and said you would take this oath.  And

22   that's another reason why we are so grateful to you for, is

23   serving as jurors, because you took an oath, and we believe

24   that you will honor that oath by everything you do.  You took

25   an oath that meant you would listen to the testimony, you would

judge the credibility of witnesses, and at the end, you would

have the strength and integrity, each and every one of you, all

12 who ultimately sit on this deliberation, you took that oath

that you would have the strength and the courage that when the

government does not prove a charge beyond a reasonable doubt,

you will return a verdict saying so, by saying the government

has not proven it to my satisfaction or our satisfaction beyond

a reasonable doubt.  And that oath you take is so, so critical

when you're in your deliberations, because that oath you took

02:20 can give you the strength and power to make a decision that is

your decision, not the public's decision, not the media's

decision, not either party's decision, your decision, your

personal decision based on the evidence.

Now, the prosecutor, Mr. Wyshak, talked about the fact

that there are three witnesses to the murders:  Martorano,

Weeks, Flemmi.  And clearly, those are the three most important

witnesses in this case on those charges.  They were described

as despicable, evil, terrifying, and that you probably won't

like them because those are their character traits, and I think

02:21 that's correct.

It was also said that you probably won't like the

deals that the government gave so that two of these three who

the government says should be serving life sentences, they

walked in the front door of this courthouse rather than being

locked up where they should be.  And he was right when he said

1    you probably won't like that.  But then the prosecutor went to

2    describing the crimes that occurred, and the overwhelming bulk

3    of his closing argument was just going through crime after

4    crime after crime after crime and saying what these witnesses

5    said with an assumption that they're telling the truth, and

6    just going through the crimes, just because they said something

7    in court, it must be truthful.

8         Well, that skips what I submit to you is the critical

9    issue in this case, whether you can believe Martorano, Weeks,

02:22 10   and Flemmi beyond a reasonable doubt.  Because if you cannot

11   say in your deliberations that I personally can believe

12   Martorano beyond a reasonable doubt, and I personally can

13   believe Weeks beyond a reasonable doubt, and I personally can

14   believe Flemmi beyond a reasonable doubt, then the government

15   cannot prove its case about the alleged murders because it

16   cannot make its case without you believing those witnesses.

17        Now, how do we judge a person's credibility?  How do

18   we determine if someone is telling the truth?  Well, I'm going

19   to suggest to you that there are five things we assess when

02:23 20   we're trying to determine if someone is being truthful with us.

21   And this is something we do every single day when we interact

22   with people, we make an assessment about whether the person is

23   truthful.

24        Now, you can certainly come up with additional things

25   that guide you.  I don't have any monopoly on wisdom, but these

1       are five things that I suggest that you consider when you're

2       determining if someone is worthy of your trust, if you can say,

3       I trust this person, I believe this person.

4             Number one, what is the individual's moral character

5       and values?  That's pretty important.  Is it a person that has

6       high standards for telling the truth, for how he conducts his

7       life, for how he interacts with people, with what he has done

8       in his life, how does that reflect on a person's moral

9       character and values?  Call me old-fashioned, but that means

02:24 10      something.

11            Secondly, what inducement has been given to the person

12      to say something?  For example, what motivates someone to say

13      something?  Because a person has a particular reason for saying

14      something, I'm going to take that into account when I'm trying

15      to assess the person's credibility.

16            Number three, is there independent corroboration about

17      what the person says?  And I don't mean corroboration from

18      someone else who has a deal, someone else who is able to

19      corroborate the testimony, someone else who is in a similar

02:25 20      situation, but I'm talking about truly independent

21      corroboration.

22            Number four, is the person being given a benefit that

23      is so great that it would lead this person to lie?

24            And number four (sic.), after you assess all of these

25      factors, can you say, I can trust that this person is telling

1    me the truth?

2          Now, I mention that we do this every day.  Some of the

3    examples are as simple as watching TV.  Maybe there's an

4    advertisement on TV, maybe there's someone who for one season

5    played a minor role on a TV show, the Brady Bunch, and you're

6    watching TV and the person gets on and says, Hi, I'm so and so,

7    I'm here to tell you about this drink, boy, it will change your

8    life, it's fabulous, I feel stronger, peppier, and I hope you

9    buy the drink, your life will be better for it.  And you're

02:26 10   watching the ad, what are you thinking?  Okay, I don't know

11   this guy's character or moral values, maybe I liked him on the

12   Brady Bunch, do I really know his background, what he's done?

13   Does he have any motive or inducement to do this?  Yeah, he's

14   probably getting paid.  Is there anything to corroborate what

15   he's saying?  No.  Is getting paid the money probably enough

16   for him to lie on TV and say, I really love this stuff, it's

17   delicious, and then when a camera goes off (motioning spitting)

18   at the end do you say, Well, I can certainly trust this guy

19   that this product is good?

02:27 20         You go to an appliance store and are looking at a TV

21   and you've got a salesperson trying to help you.  You try to

22   size the person up I think using these criteria.  For example,

23   you might just ask the person, Hey, do you work here full time?

24   Only in the summer, I'm a college student.  That gives a plus.

25   Are you working on commission, whichever TV we get, if we get a

1   more expensive TV, do you get a commission on it?  Nope, I'm

2   just straight pay.  You said this TV is very good, do you have

3   anything that backs that up?  Yes, I actually have a Consumer

4   Reports magazine that I show people, this is highest rated TV

5   in the Consumer Reports magazine.  So you don't get anything

6   but your basic pay?  No, ma'am.  Would you have more trust with

7   that person because you've evaluated him with these factors?

8           Even with more important decisions that we make in our

9   life.  For example, trying to determine if one should have

02:28 10   elective surgery, or a decision regarding your child, about

11   whether to do something and you want to be much more certain

12   and you're talking to someone who's trying to advise you,

13   whether it's a doctor or a schoolteacher or a guidance

14   counselor, you make the same assessment in whether you can

15   trust what they tell you.

16           Well, none of these decisions I've just mentioned, not

17   a single one is anywhere near as important as the decision you

18   are asked to do in a federal criminal trial, because in these

19   other decisions you can be reasonably certain or fairly

02:29 20   confident.  But as her Honor, Judge Casper, will instruct you,

21   the government's burden of proof is not to prove a possibility

22   that Martorano, Weeks, Flemmi and their evidence is true, or

23   even a probability, or even a high probability that it could be

24   true, the burden of proof for the government is proof beyond a

25   reasonable doubt.  So that if at the end of the day you say, I

1    have a reasonable doubt about whether he's telling me the

2    truth, then the government has not met its burden if that

3    witness is essential to a finding of guilt to a charge.

4    There's no standard in the law that's higher than proof beyond

5    a reasonable doubt.

6         Let's talk a little bit about the government's

7    interaction with these witnesses, Martorano, Weeks, and Flemmi.

8         I guess I'm going to pull the curtain back and, you

9    know, Toto has just dragged the curtain, and I'm going to

02:30 10   reveal what goes on behind the scenes.

11        What is really going on here?  And you probably don't

12   hear lawyers talking this bluntly, but this, I submit to you,

13   is what goes on:  The government is buying the testimony of

14   these witnesses.  Sounds pretty awful to put it that way,

15   doesn't it?  The government is buying their testimony.  The

16   witnesses are selling their testimony to the government.  The

17   currency that's used here:  How much freedom is the person

18   going to get?  The currency is the power of the government to

19   keep someone locked up in a cell surrounded by four concrete

02:31 20   walls, topped by barbed wire, and that's where the person

21   lives, in a prison.  And what the government can pay an

22   individual is the individual's freedom.  That's what they buy

23   the testimony with.  They buy it, and the witnesses sell it.

24        Now, some sales have a basic price, have a set price.

25   For example, calling a witness to the stand, having him or her

1    raise a hand and swear to tell the truth, and that oath is

2    enough.  You know, a subpoena is the price to pay.  We give you

3    a subpoena, you have come up here and tell the truth, and we

4    did have some witnesses who did that, certainly.

5          There's a higher price that can be paid, which is an

6    offer of immunity.  You can say to a witness, You come in and I

7    give you immunity from prosecution.  Immunity from prosecution.

8    That's a higher price to pay.

9          MR. WYSHAK:  I object to that, that's an incorrect

02:33 10   statement of the law, your Honor.

11         THE COURT:  Overruled.

12         MR. CARNEY:  Unbelievable.  Even getting speaking

13   objections during my closing argument.

14         Yes, a higher price is to offer a witness immunity.

15   And what is Judge Casper going to tell you about immunity?

16   She's told us about what she's going to instruct.

17         (Pause.)

18         THE COURT:  Counsel, if you could just flip it so I

19   could see it briefly --

02:34 20   MR. CARNEY:  Actually, I can put it on the screen.

21         THE COURT:  I see it now.

22         MR. CARNEY:  It's not just me saying things about how

23   you've got to evaluate what a person is getting for his

24   testimony.  Judge Casper will caution as to certain witnesses.

25         "You have heard from a number of witnesses who have

1   provided evidence under an agreement with the government,

2   participated in the crime charged against the defendant or

3   testified under a grant of immunity.  Some people in this

4   position are entirely truthful when testifying.  In evaluating

5   the credibility of these witnesses' testimony, you should

6   consider the same factors that you should for any other

7   witness, but you should also consider the testimony of these

8   individuals with particular caution.  They may have had reason

9   to make up stories or exaggerate what others did because they

02:35 10   wanted to help themselves.  You must determine whether the

11   testimony of any such witness has been affected by any interest

12   in the outcome of the case or any benefits the witness has

13   received from the government as a result of a plea agreement or

14   immunity agreement."

15          That's just like in real life.  Sometimes what you

16   want, what you are buying, costs quite a bit more than a normal

17   price, because custom-made items, things that are tailor-made

18   to precision of what the prosecutor is looking for the witness

19   to say, that costs more.  How much more?  Well, how bad does

02:36 20   the buyer want it?

21          You've all probably had the experience of buying

22   something where people say, Oh, you're paying too much.  But if

23   it's worth it to us to pay a particular price, we pay it.

24          Well, how bad does the government want to buy the

25   testimony of Martorano, Weeks, and Flemmi?  How bad do they

want to do it?  How much are they willing to pay?  You know,
they're paying on your behalf.  They're operating on behalf of
the federal government and saying, Okay, we're going to pay
this much.  And when you tailor what you're buying to the
custom needs of the prosecutors, you end up having to pay more.
But one thing that's very important, I submit to you, what
you're not paying for is truth.  It's not a situation where,
Hmm, if I pay the witness X, and instead of the witness getting
life in prison, he'll do a sentence of 30 years, he might
testify but he won't be truthful, but if I make it a sentence
of 20 years, now he's going to be truthful.  That's not how it
works.  You're not paying for truth.  You're supposed to take
that witness stand and raise your hand and take an oath that
you'll tell the truth.  That's what's supposed to cause a
witness to tell the truth.  Not getting paid more and more and
more.

So what are you paying for?  Content, what the witness
is going to be willing to say.  And the higher price you pay
that witness, I submit to you, the more the witness is going to
give you the testimony that you are looking for.

Ladies and gentlemen, the price that you pay for
testimony gives you no assurance that it's the truth.  The only
thing that a high price proves is a prosecutor is guaranteed
that he will get what he wants and needs.

Let's talk about John Martorano, and I'm going to do

1    it in the manner of those five things that I talked about

2    earlier.  I'm going to do the same with Weeks, I'm going to do

3    the same with Flemmi.  These are just suggestions.  The power

4    of 12 people to assess the credibility of the witness is so far

5    greater than any individual person, and certainly any

6    individual lawyer or anyone.  So what I'm suggesting is these

7    are things that can help you, perhaps, determine whether you

8    can believe Martorano.

9         What kind of moral character and values does he bring

02:39 10   to the table?  Well, let's consider what his job was.

11   Professional killer.  Probably don't see that too often on a

12   resumé, but that's what John Martorano did.  He was a

13   professional killer.  He would kill people for his own benefit,

14   he'd kill people because someone asked him to kill them.  He

15   would kill people he knew.  He will kill strangers.  He'll kill

16   people who insulted him, who did nothing to him, people that

17   were completely innocent.  Even friends, even close friends,

18   he'll kill them if it suits his purpose.  Lying to people is

19   part of his job as a professional killer.

02:40 20        He'll say to someone, Hey, come down, I need to talk

21   to you.  When he gets you outside, bang, you're dead.

22        Let's put this gang war behind us, let's just be

23   friends.  Yeah, come on down, boom, you're dead.

24        Even John Callahan, probably his closest friend over

25   the period of years that he was in Florida, John Callahan let

1    him use his apartment, use his car, gave him money, brought him

2    money, was supportive, a drinking buddy, all of this, a friend.

3    John Martorano is such a good liar that even John Callahan

4    didn't know that when John Martorano was picking him up at the

5    airport and acting so friendly and Great to see you, wonderful

6    to see you, hey, everything going great, all right, have a seat

7    in the van, gets in behind, bang.  He's dead.

8           John Martorano could only be such a good professional

9    killer if he was such a good liar.  Does a person with all this

02:41 10   training give you pause?  Can you trust him to tell you the

11   truth?

12          And how about some of the reasons that were brought

13   out from Mr. Martorano about his character, about his values?

14   I put family and friends first.  Sounds great.  What does that

15   mean?  Oh, for a family member that might be in trouble with

16   someone, I'll kill the guy, or if a friend asked me to kill

17   someone, sure, I'll kill him.  Hey, family and friends, they

18   come first.  You know, what kind of bizarro world does this

19   person live in?

02:42 20          The priests and nuns taught me this.  Ah, come on,

21   you're looking at a guy who went to parochial school, that was

22   not on the agenda.

23          And how does he justify it in his mind.  Every victim

24   was a Judas.  Every person he killed was a traitor and deserved

25   to be killed.  And how about how he characterizes himself?  I'm

1    a vigilante.  Last I looked, the dictionary said a vigilante is

2    a person who takes the law into his own hands to do the right

3    thing.

4         I think you go a little earlier in the dictionary than

5    "vigilante," I think you stop at "psychopath" if you want to

6    know who John Martorano is.

7         And then statements he made on the stand, Oh, I don't

8    like killing.  I felt terrible after that killing.  I wanted to

9    shoot myself.  Oh, I felt very, very bad after that killing.

02:43 10   Yeah, he's got a lot of remorse.

11        How do you think the families of his victims feel when

12   they walk by a bookstore and they see a book with a picture of

13   the person who killed their loved one and he's on that cover of

14   the book called "Hitman"?  How would a person react who went by

15   there?  Or does that just show one more reason why John

16   Martorano has no idea what moral character or values, what they

17   really are?

18        Look at what the stakes were for him.  He admitted to

19   20 murders.  People he killed.  Remember what he said?

02:44 20   Wheeler.  I went up to Wheeler in the car in Oklahoma and I

21   shot him between the eyes.  Callahan.  I sat behind him in the

22   van and I shot him in the back of the head.  I had a beef with

23   a guy, so I was meeting him, I got in the back of his car, he's

24   there, a woman is there, and a teenager is there.  So Martorano

25   kills all three.

1    He knows he's facing the likely death penalty in

2    Oklahoma.  He knows he's facing the likely death penalty in

3    Florida.  If he is convicted of a single first-degree murder in

4    Massachusetts, he will face life imprisonment without parole.

5    And so he appears to try to save himself.  And when you look at

6    corroboration and you look and see if he's telling the truth

7    about things and look for corroboration beyond the people that

8    he's got to deal with, beyond the people that he was in jail

9    with that he talked to every day, beyond the agents who would

02:45 10  share statements of other witnesses with him, beyond the hours

11   upon hours of preparation by the prosecutors to make sure he's

12   got his testimony straight, we're talking about corroboration

13   by an independent source.

14    The experts who were called at this trial are

15   certainly good at what they do, and they can tell you about

16   dental records, they can tell you about forensic anthropology,

17   they can tell you about pathology, they can tell you who the

18   person was and how the person likely died, but they can't tell

19   you anything about who did it.

02:46 20    Martorano says, Oh, James Bulger was very supportive

21   of killing Wheeler.  Well, one problem with that is when Kevin

22   Weeks took the stand, he said, Bulger told me he didn't want

23   anything to do with Wheeler, nothing.  It's Wheeler being

24   killed by Rico, Flemmi, Callahan, and the triggerman,

25   Martorano.  And that makes sense.  James Bulger oversaw the

1  criminal activities in South Boston, not in eastern
2  Massachusetts, not in the entire City of Boston, not in
3  Dorchester or Charlestown or Brighton or the South End, one
4  neighborhood in Boston.  And he made millions of dollars doing
5  it.  There, I've said it again.  He didn't need to go beyond
6  South Boston.  It would be insanity for him to just decamp to
7  Miami and try to take over World Jai Alai.

8          James Bulger rose to the top of his profession because
9  he was careful, he minimized risks, and he stayed in an area
02:47 10  and with people that he knew in South Boston.  And that's why
11  when Weeks said Bulger wanted nothing to do with Wheeler or
12  World Jai Alai, you can believe him.

13          Now, Martorano attended the hearings in this
14  courthouse before Judge Wolf and also -- rather, in another
15  courthouse nearby.  And he saw how the case was going after he
16  was arrested with Flemmi, Salemme, DeLuca, and Jimmy Martorano.
17  And he knew he had to put into play the plan that he had seen
18  his friend Joseph Barboza do.

19          Barboza had taught Martorano that if you get jammed
02:48 20  up, like with a murder, you can give the government testimony
21  about someone they want even more, in that case it was the LCN,
22  the Mafia.  And so Barboza told the FBI in a murder committed
23  by Jimmy Martorano's -- Jimmy Martorano, John Martorano's
24  brother, that it in fact was committed by four other people,
25  all of whom happened to be associated with the Mafia.  And the

prosecutors were pleased to take this information.  And they

based the prosecution on Joseph Barboza.  And he convinced a

jury that these three completely innocent men -- they might not

have been the most wonderful people in the world, but they were

innocent of the murder committed by Jimmy Martorano -- and

convinced them, convinced the jury by that testimony that they

were guilty.  Two of them, as you heard, were sentenced to

death before the death penalty was reversed in Massachusetts,

and two of them were sentenced to life and they did over 30

years in prison.  But what was most significant to Martorano is

the FBI didn't care, even though they knew he had been lying.

They didn't care.  Because what they got in a conviction made

it worthwhile.  And even years later, when Martorano was in

further trouble, they protected him.  And Martorano knew that

this would be the game plan that he would follow.

John Martorano never met John Connolly, but he was

willing to say James Bulger told him about John Connolly.

John Martorano never spoke once, he said, to James

Bulger about Wheeler, but he was willing to say, Flemmi told me

that James Bulger was on board.  And basically what Martorano

did is add Bulger to every crime.  It's almost like a spice or

a salt.  I'll just add Bulger to this.  I'll say Bulger told

me, Bulger was there, Bulger did this, it was Bulger's idea.

And that's all he has to say.  That's all he has to say.

Was the price the government paid him for his

testimony a high price?  Was it an inducement, enough of an

inducement to convince John Martorano to testify in exactly the

manner that the prosecutors wanted him to testify?  Look at the

price they paid.  He admitted to 20 murders; he was out of

prison in 12 years.  He wasn't in a regular federal

penitentiary, he was in a special facility that Stephen Flemmi

told you is a lot better than a regular federal penitentiary.

He got to keep money that he would then be able to use to pay

his debts.  And how about this:  The prosecutors were willing

to pay such a high price that Martorano could dictate to them,

I'm not going to testify against Howie Winter, I'm not going to

testify against Patrick Nee, I'm not going to testify against

my brother, Jimmy.  Unbelievable.

He's in prison.  They fill his canteen account with

money so he can buy toothpaste and snacks, which are essential

if you're in a facility.

When he gets out, did they give him a handshake and a

bus ticket into the middle of town?  No, they give him 20

grand.

They have the power to condition his deal that he will

not make money being a criminal.  They can do that.  They can

say, You cannot make money on your crimes.  But did they do it

in this case?  Martorano got paid for the book that Howie Carr

wrote.  He got paid $250,000 for the movie rights to his story.

The government could have prevented that, but they were so

1  willing to meet John Martorano's price in order to get his

2  testimony that they gave all this away.  Wasn't just offering

3  John Martorano life in prison enough as opposed to his facing

4  the death penalty?

5          John Martorano was on the stand and asked by

6  Mr. Wyshak:  What motivated you to become a witness for the

7  prosecutors?  And do you remember what he said?  When I learned

8  that Jim Bulger was an informant, it broke my heart.  I think

9  if you did a CAT scan, you'd have trouble finding a heart in

02:54 10  this guy.  But when he said that to you, do you think he was

11  lying?  Do you think that he decided to become a government

12  witness because he knew the price would be high enough that he

13  could get out, or was it really because he had a broken heart?

14  He's willing to say that to you from the stand and tell you

15  that was the truth.

16          The government makes a lot out of the fact that, oh,

17  he was only facing four to six years.  He did the right thing

18  by coming forward and confessing to these murders that were

19  unsolved.  Let's look at that for a moment.

02:54 20          Martorano realized Flemmi was at the end of the line,

21  that the only thing left for Flemmi to do was to come in and

22  cooperate.  And the person that he would most be able to

23  cooperate against was Martorano, and Martorano knew if Flemmi

24  gets in the door before me, I'm going to be the guy doing life

25  in prison.  I've got to get into the door before Flemmi, and he

did, because he knew what price the government would pay him.

So any suggestion, I submit to you, that somehow John Martorano was heroic in coming forward, you might want to question whether that's the truth or whether that's just an excuse, trying to justify the amount of the price.

And even when he gets this, he lies about what he's done.  Remember Mr. Brennan questioning him about things, about the guy in the alley who came at him with a knife.  Oh, I took the knife away from him, stabbed him once and then put him in the car and was going to take him to the hospital.  That's how the testimony would have been left before you if Mr. Brennan hadn't done his homework and looked into that crime and found out that there was a witness who saw Martorano bringing him into the car.  And Martorano admitted, The guy was mouthing off to me in the backseat, so I took my knife and stabbed him repeatedly and I drove him to an alley in the South End and dumped him in the alley.  Even when Martorano has this incredible price he's been paid, he still can't be truthful to you.  I'm not a doctor, but some people call that a pathological liar.  You lie when you don't even have to lie, but you do lie because it's in your DNA.

Look at what the jury instruction will be that the Court will give you on a cooperating witness and getting substantial assistance.

(Pause.)

1        Martorano has pleaded guilty, so can you use that as

2   evidence, that if he pleads guilty, Jim Bulger must be guilty.

3        Well, this is what her Honor is going to tell you:

4   "You also have heard from witnesses who have pled guilty to

5   charges arising out of the same facts and charges as this case.

6   You are instructed that you are to draw no conclusions or any

7   inferences of any kind about the guilt of the defendant on

8   trial from the fact that a prosecution witness pled guilty to

9   similar charges.  Each individual's decision to plead guilty is

02:58 10   a personal decision about his or her own guilt.  You may

11   consider a witness' guilty plea in assessing his or her own

12   credibility, but it may not be used by you in any way as

13   evidence against the defendant, Mr. Bulger, on trial here."

14        And what about this substantial assistance you've

15   heard so much about?  I'm sorry if this is a spoiler alert that

16   I'm showing you what her Honor is going to say, but she's told

17   us in writing what she's going to say, so I'm pretty confident

18   in predicting she is going to say this.

19        You heard the witnesses bob and weave and dodge about

02:58 20   substantial assistance and all of that, well, this is what the

21   truth is.

22        "During the course of this trial, you have heard

23   reference to 'substantial assistance' motions in regard to the

24   reduction of the criminal sentence of certain witnesses who

25   enter into cooperation agreements with the government.  In

1    considering the testimony of such witnesses with particular

2    caution, as I have just instructed you, you may consider

3    whether a witness hoping to have his/her sentence reduced may

4    have a motive to make up stories or exaggerate what others did

5    because he/she wanted to help himself/herself.

6          "If at the time of the sentencing, the government

7    concludes that a person has provided substantial assistance to

8    the government in its investigation and prosecution of one or

9    more individuals, the government may file a substantial

03:00 10   assistance motion with the Court to recommend a sentence for

11   that person.  Although the sentence ultimately imposed is

12   determined by the court based upon numerous factors, including

13   but not limited to the value of the person's assistance to the

14   government, the determination of whether a defendant has

15   provided substantial assistance, and the filing of any such

16   motion, is determined by the government."

17         And what did one of the witnesses, I believe it was

18   Stephen Flemmi, candidly tell you?  The government, in terms of

19   who makes that decision, is Fred Wyshak.  If he decides a

03:00 20   person has provided substantial assistance, a motion gets

21   filed.  If he decides you haven't provided substantial

22   assistance, or the assistance has not been substantial enough,

23   you don't get it.  You don't get the motion.

24         So don't be fooled who holds the key to the jail cell

25   for these witnesses.  The government is the only party that can

1    do this.

2            I can't say to someone, If you testify on behalf of my

3    client, I'll see to it you get out of jail.  I can't say to

4    someone, Hey, if you agree to testify on behalf of my client,

5    I'll give you $20,000 in cash.  Hey, if you agree to testify

6    against my client, I'll give you back your house that's going

7    to be forfeited.  I can't do that.  Only the prosecution can do

8    that.

9            And so with all of these factors in mind, his moral

03:02 10    character, his values, the jam he was in, the price the

11    government was willing to pay if he told them what the

12    government wanted to hear, I'd ask you to just consider those

13    factors regarding in your heart, in your conscience, you can

14    say, I can trust John Martorano, that he's telling me the

15    truth.

16            Let's go to Kevin Weeks.

17            Excuse me, I hate to take a drink in front of all of

18    you, but --

19            Kevin Weeks.  Any question in your mind he is still a

03:03 20    thug?  Throughout his life he's beaten up people, threatened

21    people.  I mean, the most chilling might have been Kevin Hayes.

22    Remember when he had Kevin Hayes brought to the basement of the

23    house and he's got a tarp on the ground.  What's the tarp on

24    the ground for?  That's so that it doesn't get very bloody when

25    I kill you.  Everything he said to Kevin Hayes.  And he's got

1    his sidekick over in the corner, I think it was Patrick

2    Linskey, saying, Don't bother with Hayes, just kill him, just

3    give him one in the head.  Ready was Kevin Weeks to take a gun,

4    a rifle, assassinate a reporter.  Heck, first time ever in my

5    career that a witness has said to me, Why don't you come

6    outside and I'll show you what I'll do to you.  Yipes.  The

7    only thing I could think to ask him is, I guess you were

8    reformed by prison?  Yes, I was.  Holy mackerel.  I mean, they

9    don't pay enough at court-appointed rates to be threatened by

03:04 10   the witness to be taken outside.  Let's just say that a few of

11   the marshals were outside when I came out that day.

12         But what else do you know about Kevin Weeks?  Most of

13   all, what he actually brags about is what a great liar he is.

14   Now, think about that for a moment.  The government puts a guy

15   on the witness stand and goes through the dog and pony, you see

16   how they do it, here's your agreement, what's the agreement

17   require you to do?  Tell the truth.  What happens if you don't

18   tell the truth?  The agreement is void and I go to prison for

19   the rest of my life.  So are you telling the truth?  Yes, I am.

03:05 20   Witness after witness after witness, the dog and pony, we call

21   it.  But then when you poke Weeks a little bit and say, you

22   know, about his lying, what does he admit?  Look, when I catch

23   him in a lie, I've lied all my life.  I'm a criminal.

24         May I kiss you, Mr. Weeks, for your candor?  It didn't

25   happen, but I did ask him, Well, Mr. Weeks, why do you lie when

1    you lie?  And his answer:  If I get a benefit for it, I'll tell

2    a lie.  Well, who would you lie to?  Everyone.  Lie to my

3    parents, lie to my wife, lie to my girlfriends.  We don't have

4    to revisit that, given the number of women in the jury, and men

5    for that matter.

6          Have you ever lied to government agents when they were

7    debriefing you?  No, I haven't.  Then I bring up the fact that,

8    regarding the Rakes extortion, I ask him:  Did you show a gun

9    to Rakes?  Did you use coercion to get the store?  No, I

03:06 10   didn't, he tells them.  Then there's a break in the action, and

11   when the show resumes, Weeks has said, Yeah, okay, I did lie to

12   the agents.  So I said to him, You just lied from the witness

13   stand to the jurors when I asked you if you've ever lied,

14   they've now seen how you lie.  I mean -- remember the

15   testimony?

16          "So you lied.

17          "I lied.  I told them, you know, we didn't extort him.

18          "You told the investigators a lie because you didn't

19   like 'Stippo' Rakes.

03:07 20          "Correct.

21          "So when you told me a moment ago that you never lied

22   to the investigators, that was a lie?

23          "I've been lying my whole life.  I'm a criminal."

24          And the government wants you to trust him that he is

25   telling you the truth?  Does he have the moral character and

1  values?

2          Now, one thing he did know, he knew where the bodies

3  were buried.  Does that corroborate who actually killed these

4  people?

5          Look at the cast of characters he described in each

6  incident.  Barrett.  Weeks was with Flemmi and Patrick Nee at

7  Patrick Nee's brother's house.  Jimmy Martorano came by with

8  "Bucky" Barrett.  Why wasn't Jimmy Martorano called as a

9  witness here by the government?  Why didn't they give him a

03:08 10  deal, like they gave everybody else?  Why wasn't Patrick Nee

11  ever called at this trial by the government?  Why wasn't he

12  offered a deal?

13          Weeks and a guy named Barry Wong went to pick up the

14  money at the bar.  Weeks did things on his own, as he showed

15  with the Kevin Hayes' extortion.  But to this, Weeks added a

16  little Bulger.

17          McIntyre.  Pat Nee received $20,000 the day before,

18  and then Pat Nee brought John McIntyre to his brother's house.

19  Weeks threw McIntyre to the floor.  Flemmi and Weeks buried the

03:09 20  body.  Isn't it interesting how many times you hear Patrick Nee

21  or Patrick Nee's brother's house mentioned.  And what does it

22  take?  Just add a little Bulger to the mix.

23          Donahue, Halloran.  Remember the FBI witness that I

24  called.  The FBI witness had got a tip, got information,

25  brought it to the attention of his fellow FBI agents that

1    Stephen Flemmi was going to kill Brian Halloran.  Not Stephen
2    Flemmi and Jim Bulger or "Whitey" Bulger, Stephen Flemmi was
3    going to kill Halloran.  Stephen Flemmi was going to kill
4    Halloran because Halloran was a snitch.  Weeks says, Well,
5    Flemmi might have been involved, maybe Nee was involved.  The
6    crime could have been completely committed by Patrick Nee,
7    Stephen Flemmi, and Kevin Weeks.  And you could add in a little
8    Bulger.

9          And finally, Hussey, Deborah Hussey.  I'll talk about
03:10 10   her in more detail, but I submit that the evidence shows that
11   only Stephen Flemmi had a motive to kill Deborah Hussey and the
12   means to kill Deborah Hussey.  Weeks testified in part that
13   Flemmi brought her downstairs into the basement and took a rope
14   with a stick in it and twisted it around her neck, and that's
15   what killed her.  And he helped to bury her.

16         Now, Kevin Weeks watched what was happening with John
17   Martorano and Stephen Flemmi.  Two months before Weeks was
18   arrested, he saw that Martorano reached a plea agreement.  When
19   Weeks came into court, he asked for bail.  He had no prior
03:11 20   record, he wasn't charged with a murder; he was denied bail.
21   He went through two lawyers before he settled on a third, and
22   he immediately made a deal.  I know he doesn't like the
23   nickname, but the nickname "Two Weeks" is his nickname for a
24   reason because that's how quickly he made a deal.

25         How bad did the prosecutors want the testimony of

1    Kevin Nee (sic.)?  How much were they willing to pay so he

2    could add what he could add?  Was it just, You won't get life

3    in prison, would that be enough?  Would it be, Well, you'll get

4    20 years in prison for the five murders you were involved in,

5    would that be enough?

6         The government wanted it so badly and Weeks knew the

7    government wanted it so badly that they offered him five years

8    of actual time.  The sentence was six years, but with good

9    time, he does a little more than five.  And that works out by

03:12 10  my math to one year a murder.  That's how bad the government

11   wanted to get his testimony, and he knew it.  And once he

12   agreed to give them what they wanted, what they were looking to

13   buy, then he got his deal.

14        Weeks told you that the last time he saw James Bulger,

15   James Bulger told him, Kevin, if you're ever caught, just blame

16   it all on me.  That gave Kevin Weeks permission to add Bulger

17   to everything, because Kevin Nee -- I mean Kevin Weeks wanted

18   James Bulger never to be caught.  And so he could include him

19   in everything.

03:13 20        Can you trust Kevin Weeks?  Let me ask you something,

21   let's say you're driving in the city and it's late at night and

22   you've been given directions and the person says, Okay, you're

23   going to come to a fork in the road, if you go one way, it goes

24   right to the highway, you can go home.  If you go the other

25   way, it's a real sketchy neighborhood, you could get robbed.

```
 1    So you don't want to go that way.  Well, you forget which way

 2    to go at the fork, so you get to the fork, and who's there,

 3    Kevin Weeks.  You learn he has an incentive to tell you to go

 4    left, and he tells you, Well, yeah, I have a big incentive to

 5    tell you to go left, but I'm telling you the truth.  Ask

 6    yourselves, would you trust Kevin Nee -- I mean Kevin Weeks

 7    under that circumstance?  If he told you to go left, would you

 8    go left?

 9          The answer to that question will say a lot about

10    whether you feel you can trust Kevin Weeks is telling you the

11    truth.

12          And finally, we have Stephen Flemmi.

13          Oh, may I ask your Honor what my time is?  If you are

14    keeping track of it.

15          THE COURT:  I am keeping track.

16          Counsel, you still have sufficient time left, I

17    believe it's been now -- I think you have 90 minutes, counsel.

18          MR. CARNEY:  Oh, God.  Excuse me.

19          THE COURT:  That doesn't mean he has to use it,

20    jurors.

21          MR. CARNEY:  I certainly won't.

22          Stephen Flemmi.  Do I really need to say much about

23    this man's moral character and values?  I mean, you saw him,

24    you heard him.  He's been killing people since the '60s.

25    Martorano is one of his closest friends.  One that maybe cuts a
```

little close to home, he helped put a bomb under a car trying
to kill a lawyer because the lawyer was representing a witness,
and only failed because the lawyer had the door open when he
started the car and all it did was blow his leg off.

Stephen Flemmi always blames others.  I mean, was it
funny, the more -- Oh, I only committed that murder because
so-and-so insisted that I commit the murder.  Okay, what about
this murder?  He asked me to do it and he was really polite and
sincere, so I did the murder.  What about this crime?  Wasn't
my fault, no -- yeah, sure, I killed a guy, but, you know, when
someone insists and says please, says the right things, okay, I
kill them.  All right.

Did you find at all that Stephen Flemmi seemed to be
following a script written for him by someone?  Where before
Mr. Wyshak could even complete the question, Mr. Flemmi was
coming out with the answer.  What was the weather that day?  It
was raining, and Jim Bulger is my partner.  All right.

What kind of car were you driving?  Oh, I was driving
a Ford Fairlane, and Jim Bulger was my partner.

Was he with you?  No, no, I'm just mentioning Jim
Bulger was my partner.

And what about this particular act, this crime when
you get together with someone and you were there alone?  Well,
I was there alone, yes, but Jim Bulger was my partner.

It almost got humorous how enthusiastic he was.  All I

1    can say is Mr. Wyshak paid a big price, but he got his money's

2    worth in terms of how many times --

3         MR. WYSHAK:  Your Honor, I object to this constant

4    impugning of the prosecution.  It's totally unprofessional.

5         THE COURT:  Overruled, overruled.

6         MR. CARNEY:  And what were the stakes for Flemmi?

7    They were enormous.  The death penalty in two states, life

8    imprisonment in Massachusetts.

9         Martorano already had his deal, Weeks has his deal,

03:18 10   Flemmi is the last one to the party.  So, like Weeks, he

11   understands what the prosecutor wants, and so he puts Bulger in

12   everything that he does.

13        I'm going to ask you to just take a look at two crimes

14   in particular, rather than going through another 15 minutes

15   about Stephen Flemmi.

16        The first is Deborah Hussey, his stepdaughter.  He

17   denied having her on his lap and reading her a book.  What the

18   heck is wrong with that?  He's admitted it under oath before.

19   But now he doesn't want to say he did that?

03:19 20        He grudgingly agrees that this little girl would call

21   him "daddy" when she was a young child.  He says, Oh, she just

22   abused drugs, she was a drug addict, I tried to get her help.

23   Do you think he helped her when she was a teenager where, as

24   her stepfather, he had sex with her?  Do you think that might

25   be related to why Deborah Hussey spiraled down, became a drug

1   addict, became an alcohol abuser, became a prostitute, hung

2   around the combat zone?  Do you think that Stevie Flemmi had an

3   impact on this young woman's self-esteem?

4       What does he say?  Oh, well, when I got back from the

5   lam, she was a teenager and she was different.  Well, no

6   kidding.  Little girls grow up to be teenagers.  To Flemmi that

7   became a green light.  What does he say?  Oh, she consented.

8   Yeah, she consented.  Do you think that was an appropriate

9   consent?  I mean, I can't even talk about it.

03:20 10       He said she embarrassed his brother, Michael Flemmi,

11  who was a cop, because she was being arrested in the combat

12  zone and she was bringing tricks to the house and that was

13  upsetting.

14       And yet, Stevie Flemmi still tries to tell you he's a

15  caring parent.  He treated her like she was an unwanted puppy,

16  the way some people -- and I don't know how they can do this --

17  get in a car, drive to western Massachusetts, go off on some

18  rural road, put the puppy down because they don't want to have

19  to pay to feed the puppy, and then they drive home, and all of

03:21 20  a sudden, like five weeks later, somehow the puppy is back at

21  the back door, and the tail is wagging like this.  And even

22  though you tried to get rid of the puppy, that puppy doesn't

23  realize it, that puppy knows only one home, and he's so happy

24  to see you, you go, Oh, goddammit.

25       You wouldn't do that to a puppy, but he did it to his

1  daughter, his stepdaughter.

2          He tries to say, But I was just a loving parent, I

3  tried to help her.  Can you trust Stephen Flemmi, that he's

4  telling the truth?

5          When he said from that witness stand, I tried to help

6  her, he said that under oath to you, and you have the right to

7  believe that that statement was as truthful as anything else he

8  said or as untruthful as anything else he said.

9          Remember the testimony of -- that was read of Marion

03:22 10  Hussey about her daughter.

11          This is how you know whether Stevie Flemmi is being

12  truthful when he testifies in front of you, when he lies in

13  front of you.

14          Marion Hussey:  "And then I guess it got more serious,

15  she got" -- I'm sorry.

16          "Q.  And then I guess it got more serious, she got

17  more into drugs.  Well, that's what Steve used to tell me.

18  When he came home that's when the problems were really -- you

19  know, that she was coming home wiped out or he would take her

03:23 20  and put her some place, you know, to live, or she'd move in

21  with different people, you know, friends of hers, and you know,

22  from time to time he used to come in -- always everything

23  derogatory about her.  Used to turn the kids off, Billy and

24  more so my oldest boy.

25          "What would he say?

1          "You know, she's no good, she's a slut, she's a whore,

2     she's a prostitute, she's out there doing drugs.

3          "Was that accurate?  Was she?

4          "No.  I don't know, to be honest with you.  I know to

5     some extent it was, I mean, this is before I knew of anything

6     that was going on."

7          Do you think she meant before she knew or found out

8     what was going on by the stepfather, Stevie Flemmi, on her

9     daughter that might have been related to why her daughter was

03:24 10   having these problems?

11          And then when Marion Hussey was at trial in the

12     federal court and she testified:

13          "Q.  Was there a time when you kicked Stephen Flemmi

14     out of the house?

15          "Yes.

16          "All right.  When was that?

17          "It was in '82.

18          "Okay.

19          "October of '82.

03:24 20   "All right.  And tell us what happened.

21          "I had been working.  I was working at a bank.  I had

22     come home from work, and I don't know if he was there at the

23     house when I came in or he came in after me, but I think he was

24     there, because he was arguing with me about Debbie.  She was

25     upstairs and -- which was her bedroom at one time.

1        "Okay.  What was he arguing with you about Debbie?

2        "She was all drugged up or drunk or whatever, I don't

3   know which."

4        Do you think that's how she might have self-medicated

5   herself when her stepfather was going to be coming home?  Do

6   you think this was how she was able to do what he made her do?

7        "And we were arguing about it, you know, I was nervous

8   with her being there with the other kids.

9        "And why was that?

03:25 10       "Well, I didn't want them to see her the way she was.

11  My grandson was probably living with me, he was only a baby.  I

12  mean, there were times when she came in that she was, you know,

13  all drugged up.  I put her out of the house, told her to leave.

14       "Okay.  And why when she was drugged up did you tell

15  her to leave the house?

16       "She wasn't living with me at that time, she was back

17  and forth, she was in California.

18       "When did Debbie last live with you full time?

19       "Probably the late '70's.

03:26 20       "Okay.  Going back to what happened in October of

21  1982, what happened after you were arguing with Stephen Flemmi

22  about Debbie being drugged up?

23       "I went upstairs, and she was in the bed.  She had

24  clothes on or her pajamas on or whatever, and he was, like,

25  slapping her around.  And I don't know, I don't know exactly

how it would come out.  I said to him, "We've got to get her

out of here,' he was -- I don't know what he said to her, and I

don't know exactly what I said to him, and that's when she said

to" -- I think that's "me" -- "something about" -- please read

it, because I'm not going to say it.

"I've been doing, she said, for years.  I just

couldn't believe what I heard.

"How did you react to that statement?

"I was floored.  I just went weak.  I left the room.

03:27 "What happened next, Mrs. Hussey?

"I went downstairs and he got her ready, he got her

dressed or whatever.  I went downstairs to my room, my bedroom

was downstairs and all the kids' bedrooms were upstairs.  And

he went out the door with her, the back door.  And she said to

me, 'Ma, she says, I'm not lying.'  And I said, 'Debbie, I

believe you.'  And she went out the door.  I hadn't seen her

after that.  I was just floored.  He took her somewhere.  I

don't know where he took her.  And he came back later that

night.

03:28 "What happened when he returned that night?

"Went downstairs.  I had a big house in Milton.  We

went downstairs so the other kids wouldn't hear us down in the

library downstairs.  We were talking about -- I told him -- I

said, 'When I come home from work tomorrow, I want everything

you want, everything you own I want out of this house.'  I

1    said, 'Because whatever you leave, I'm throwing out.'

2           "And did he leave the next day?

3           "When I came home from work, the majority of the stuff

4    was gone.  When he left, what he left I threw out."

5           Does that tell you whether or not Deborah Hussey was

6    being truthful?

7           I submit that this was the last straw for Stephen

8    Flemmi.  She's now revealing what he has been doing to her for

9    years, and what's to prevent her from telling someone else?

03:29 10   And I submit he could not let her tell this to anyone else.  So

11   where did he take her?  He took her to the house and he killed

12   her.  He killed his stepdaughter so she wouldn't say what he

13   had been doing to her.  And of course before you he says, Well,

14   I'm not the one who killed her, Bulger killed her.

15          But then recall what Mr. Brennan did.  He went over

16   Flemmi's prior testimony under oath at past hearings.  He was

17   asked, How did Bulger kill her?  He put his hands around her

18   throat and strangled her.

19          The next time at the next hearing or trial, he's

03:30 20   asked, How did Bulger kill her?

21          He took a rope and put it around her neck and

22   strangled her with a rope.

23          And then the next time he testified, he was asked, How

24   did Bulger kill her?

25          He got her in a headlock and killed her that way.  Her

1    head's here and he's squeezing it tight.  That's a headlock.

2         There's something I think Mark Twain once said.  He

3    said, It's so much easier to just tell the truth, because that

4    way you don't have to remember your lies.  Stephen Flemmi

5    couldn't remember his lies, and that's why he told it different

6    each time.

7         Stephen Flemmi was the one with the motive, the

8    ability, and the disgusting propensity, as he did here, after

9    he killed someone, remove the teeth and strip the person naked.

03:31 10   And that way his stepdaughter wouldn't be able to be

11   identified.

12        Did he tell you the truth when he said he cared for

13   his stepdaughter and only tried to help her?

14        When he lied to you from that witness stand, looking

15   eye to eye to you and after swearing to tell the truth and

16   promising to tell the truth and then he lies to you, can you

17   trust Stephen Flemmi to tell you the truth?

18        The second murder is, of course, Debbie Davis.  He

19   dated her for ten years, from when she was a teenager and he

03:32 20   was more than 20 years older than she was.  I'm not going to go

21   into the testimony in detail, because I'm sure you recall it.

22        She went to Mexico on vacation and met somebody and

23   liked the guy and decided she wanted to start dating him.  I

24   think his name was Gustav.  Stephen Flemmi tapped the telephone

25   so he could listen to telephone calls that made it clear, I

1   submit, that she had a great deal of interest, affection,

2   romance, as people sometimes do, and she was going to leave

3   Flemmi.

4           Remember what her brother, Stephen, said was the way

5   Flemmi viewed Debbie.  She was his prized trophy.  Stephen said

6   Flemmi got jealous if she ever spoke to another man, and now

7   Debbie was going to end the relationship against his wishes,

8   and then she disappeared.

9           You probably were wondering why on earth I called John

03:33 10  Martorano as a defense witness, because I knew from what he had

11  said before that he would relate a conversation he had had with

12  Stephen Flemmi.  When Martorano asked his friend, Stephen

13  Flemmi, Where's Debbie?  What happened to her?  And Flemmi said

14  to him, I strangled her, it was an accident.  And John

15  Martorano, who admitted that he had socialized with them, who

16  liked Debbie, who had known her since show was young, he said,

17  What?  How do you accidentally strangle somebody to death?  And

18  Flemmi had no answer.

19          I was a prosecutor once, and that would be the

03:34 20  centerpiece of a prosecution for first-degree murder of Stephen

21  Flemmi for the murder of Debbie Davis, that he admitted to his

22  friend, I strangled her, that's why she's not around, she's

23  dead.  Did you notice that I had to call John Martorano to

24  elicit that?

25          When Debbie's mother went to the FBI and tried to get

1 some help and said, Can you help me, please, find my daughter?

2 What was Stevie Flemmi doing at this time?  He was still coming

3 around the house.  He was saying he was looking for Debbie.  He

4 had hired a private eye to try to find her.  He was doing

5 everything he could to find her.  But just one thing, Olga,

6 don't call the Boston Police, and don't call the FBI.

7 　　　　　Is Stevie Flemmi a truthful person?  He blames

8 everybody else for everything that he did.  He lies to your

9 face when it suits him.

03:36 10 　　　　　Can you trust Stevie Flemmi will tell you the truth?

11 Reminds me of being in a restaurant.  I heard Mr. Wyshak get up

12 and say, Well, even if Mr. Flemmi -- even if Bulger was not the

13 one who killed her, Flemmi (sic.) should still be held

14 responsible.  Really, in the face of this evidence that Stevie

15 Flemmi himself killed Debbie Davis, what is this, something

16 that you just take out of the soup?

17 　　　　　If you were at a restaurant and ordered a bowl of

18 chowder and you noticed there was a cockroach swimming in it

19 and you called the waiter over, There's a cockroach in my

03:37 20 chowder, and if the waiter reached over and plucked it out of

21 the chowder and then turned to you and said, Okay, you can

22 finish it now, it's good, would you finish that chowder or

23 would you leave that restaurant as quickly as you can?

24 　　　　　Well, when the prosecutor wants to, in effect, pluck

25 that cockroach out of the chowder that is Stephen Flemmi and

then tell you, Okay, you can have the rest, I suggest you

should act the same way you would act if you were in that

restaurant when you're trying to determine if you're going to

believe Stephen Flemmi.

          May we stretch for a minute?

          THE COURT:  We may.

          MR. CARNEY:  Just to stand up.

          THE COURT:  Jurors, you can get up and stretch in your

place for a moment, if you'd like.

          (Pause.)

          MR. CARNEY:  Thank you very much.

          THE COURT:  Mr. Carney.

          MR. CARNEY:  I just want to comment briefly on a

couple of other people who appeared before you as witnesses,

just to illustrate certain points that Mr. Brennan made and

that I'm making.

          It's a long time ago, or at least it seems like a long

time ago, "Sniff," "Sniffer," "Sniffy" Katz, the bookmaker, the

guy who sold football cards in Brookline, the person you'd go

up to in your neighborhood bar if you wanted to put a wager on

the Patriots, or maybe on a basketball team during March

Madness.  Remember what happened to Katz.  He pleaded guilty,

the government recommended a sentence, and the sentence of four

years was imposed on James Katz.  And when Katz declined to be

a government witness, a year and a half was added to that

sentence, so that James Katz was doing five-and-a-half years in prison because he would not submit to the will of the prosecutor.  He got five-and-a-half years and Kevin Weeks did less than that for five murders.  Why do I mention this? Because this is an example of the power of the federal prosecutor to crush somebody, like Katz was crushed.

Kevin O'Neil.  Remember Mr. O'Neil, who was the owner of Triple O's and was involved tangentially with Bulger on business-related things.  And remember the story he told.  He was arrested, brought into court.  He thought he'd be a pretty good candidate for bail.  He had lived in the area for his whole life.  He was married to the same woman for 30 years. They lived in the same house for 25 years.  They had two teenage daughters.  He had a number of businesses going in South Boston, and he really didn't travel much.  This is a guy, I submit to you, who gets released on bail.  But what did the prosecutors say at the bail hearing?  There were no conditions of release that could assure the safety of the community because this man is so dangerous.

They said they had a named informant who had told them that O'Neil had confessed to killing someone, to committing murder.  And they also said O'Neil was involved in beating up Raymond Slinger, using a firearm, and violently extorting Raymond Slinger.  And the judge heard this from the prosecutors, including one who is sitting at the table to my

1    left, and he held Mr. O'Neil without bail.

2         Eleven months later, Mr. O'Neil, seeing his family

3    suffering, his businesses failing, his health in decline,

4    agreed to become a government witness.  Two days later he's in

5    court, and this man, who was so dangerous he could not be

6    released on any set of conditions, now is released.  Why?

7    Because the prosecutor said, It's okay, he's going to be a

8    government witness, so we can let him out.

9         And then four years later, when he was -- after he had

03:43 10    pleaded guilty and was sentenced and the judge heard some

11    details, remember that murder that the named informant said

12    Mr. O'Neil had confessed to, oh, the D.A. had withdrawn the

13    charge because there was no basis.  Oh, and what about Ray

14    Slinger?  Had he beaten up Ray Slinger?  Had he used a firearm?

15    Had he violently extorted him?  No.  On one occasion he had

16    gone to Mr. Slinger's office, picked up an envelope, and

17    brought it back to Triple O's to give to Jim Bulger.

18         Do you think that the judge might have felt that he

19    had been duped at the bail hearing, that he had accepted the

03:43 20    government's representations and it turned out they weren't

21    true?  And when it came time to impose a sentence, he rejected

22    the government's recommendation and imposed a sentence that was

23    basically credit for time served, and O'Neil never went back to

24    prison.

25         Why do I point out the O'Neil case?  Because it

illustrates the power of the prosecution to take away someone's

freedom, his liberty, based on allegations made by an informant

who's providing information to the government.

I know that I was made fun of about Lindholm, but let

me just talk about Kevin Hayes for a moment.  What does Kevin

Hayes show you?  This is the person who was picked up by Mick

Murray and taken to the basement and there was Kevin Weeks

waiting for him.  I've talked a little bit about it.  Well,

after Hayes was extorted, he went to the FBI and asked for a

03:45 meeting with the FBI, and you heard that they assigned two

special agents to speak to Kevin Hayes.  We heard one of them,

Todd Richards, very professional, very competent, very

truthful.  He said the two agents spent an hour with Kevin

Hayes.  One of the agents asked questions, the other took down

everything that was being said.  They put together a report

afterwards and they both look at it and made sure it was

accurate and it was complete in all relevant details.  And what

had Kevin Hayes told them?  Mick Murray called me and said

Kevin Weeks wanted to see me right away.  Murray picked me up,

03:46 he drove me to a house, I went into the basement, and there was

Kevin Weeks and two other people.  And then Kevin Weeks

proceeded to extort him, and Hayes gave money for months that

was intended for Kevin Weeks.  And absolutely nowhere in that

accurate and complete account of the interview with Kevin Hayes

was the name James Bulger even mentioned.  Indeed, when I

questioned Mr. Hayes, he say he has not only not ever spoken to
James Bulger, he has never seen James Bulger.  But what
happened before the prosecutor presented Kevin Hayes to the
grand jury?  Now Kevin Hayes was saying that what he was told
originally was "Whitey" Bulger and Kevin Weeks wanted to see
him.

What do you think happened between the time that Kevin
Hayes was interviewed by these two witnesses and the time that
a prosecutor put him in front of the grand jury?

03:47  I just use this as an example to show how James
Bulger's name can be added to the mix.

When do you think Kevin Hayes was telling the truth?
When he spoke to the FBI agents or when the prosecutors got
ahold of him?

Now, I was ridiculed earlier today because I had
mentioned David Lindholm and went into a long discussion with
him about Federal Rule 35.  You probably know more now, you
jurors, about Federal Rule of Criminal Procedure 35 than most
lawyers do, certainly lawyers that don't practice criminal law.

03:48  But I wasn't just trying to conduct a law school class
here.  I wanted to use Lindholm as a very important example for
you.  He was brought to western Massachusetts to meet with some
federal prosecutor about an investigation, and then, by
coincidence, Lindholm was placed in a facility in Plymouth in a
unit with somebody who's awaiting trial on a very high-profile

1    case, the killing of a police officer, a case that people

2    characterized as weak.  And it just so happens that Lindholm

3    befriends this guy and they talk, and the guy says, I had

4    nothing to do with it, nothing at all.  But then when Lindholm

5    is transferred elsewhere, now he says, The guy actually

6    confessed to me that he had done the crime.

7         So now Lindholm becomes the lead witness in the trial

8    against this individual.  And remember what Lindholm said at

9    the trial when he was called as a witness, United States v.

03:50 10   Alfred Trenkler.  David Lindholm testimony.

11         Question by the prosecutor -- I don't know, maybe

12   that's even by the defense counsel.  It doesn't matter.

13         "You don't want any benefit for testimony you're

14   giving here today; that fair to say?

15         "I'll go on the record to say that I'm not going to

16   ask for any benefit, rewards, inducements any time in the

17   future."

18         Under oath at that trial.  And of course the

19   prosecutor would have represented to the jury that he had made

03:51 20   no deal with David Lindholm for his testimony.  But you know

21   that after the trial, a couple of months later, Lindholm did

22   ask for a benefit for his testimony.  And instead of the

23   prosecutor saying, No, look, we had no benefit, you testified,

24   there was no benefit, I'm not going to give you a benefit,

25   instead of doing that, they gave him a benefit.  They filed a

1    motion under Rule 35, and after the motion was heard, Lindholm

2    was out by the end of the month.

3         Why is this important?  Do you think that the jurors

4    who sat on the Trenkler case talked about the fact that they

5    could believe the witness because not only was he not getting a

6    benefit, but he had gone on record to say he's not going to ask

7    for any benefit?  How do you think those jurors would feel if

8    they knew that after the trial Lindholm did ask for a benefit?

9    What if they had known during the trial, what if they had a

03:52 10   crystal ball and they said, Wait a minute, Lindholm is going to

11   come in here and ask for a benefit in four months?  Oh, my God,

12   and the prosecutor is going to give it to him and he's going to

13   get out.  Would that have been a consideration about how they

14   viewed the credibility of that witness?  Do you think they'd

15   feel that had they known that this was going to happen they

16   would not have given that witness credibility because they

17   would have known he was lying and that the prosecutor was, in

18   fact, ultimately going to give him a benefit?

19        Now, this did not happen in some backwater county, you

03:53 20   know, with some local D.A. somewhere far away from here.  No,

21   this happened in Boston in the federal courthouse with the

22   prosecutors from this U.S. Attorney's Office.

23        I ask you candidly, can you trust how this is

24   happening?  Can you trust that you will be treated honestly,

25   truthfully, and in a trustworthy fashion regarding the

1    witnesses who are presented to you?

2         Now, when it came up during the testimony about Rule

3    35, it wasn't the first time that Rule 35 had been alluded to.

4    Remember, Ralph DeMasi, the guy, kind of a little, very thin

5    man, old man, he's what we call a guy who does life

6    imprisonment on the installment plan.  Into prison, out of

7    prison, into prison, out of prison.  What did he say at the

8    beginning of the trial, before we even realized the

9    significance of it?

03:54 10         First I guess we look at Rule 35, because the

11    prosecutor has represented that Rule 35 can't even be applied

12    in this case.

13         "Under Rule 35 of the federal criminal rules" -- and

14    this is an instruction that her Honor is going to give you --

15    "the general rule is that a substantial assistance motion is

16    made within one year of a person's sentence.  The government

17    may file a substantial assistance motion more than one year

18    after a person is sentenced if that individual's substantial

19    assistance involved information not known to the person until

03:55 20    one year or more after the sentencing" -- now comes the

21    important one -- "information provided by the person to the

22    government within one year of sentencing but which did not

23    become useful to the government until more than one year after

24    sentencing."

25         And then a third way that doesn't apply.

1          I know you're not lawyers, but I know you can read

2     English, and that provision is one where you can just say it

3     means what it says.

4          And now we go to Mr. DeMasi.

5          No, I don't think we have Mr. DeMasi.

6          So let me remind you, and it's your memory that

7     controls, but remember what Mr. DeMasi said.  Let's see if I

8     have something here.  I'm afraid I don't.

9          THE COURT:  Counsel, I believe it's on the screen.

03:56 10        MR. CARNEY:  Oh, it is.

11          Ralph DeMasi.  Caught me off guard.

12          He's asked this question -- he's offered as a victim

13     in this case.  He's called by the prosecution, he's their

14     witness.

15          I ask him:  "Were the benefits of cooperating

16     generally well-known among the inmates?

17          "Yeah, guys are walking the street after they killed

18     20 people if they cooperated, and then you got other -- one

19     person who kills somebody and they put him in the electric

03:57 20     chair.  That's the way the government works.  You kill 20

21     people, go testify against somebody, you can walk.

22          "And that's how it works?

23          "There are people out there now that are serial

24     murderers.

25          "And is that how the system works?

1          "That's how the system works."

2          Now, why really was Lindholm's testimony and the

3    discussion of Rule 35 so important?  Stephen Flemmi.  The

4    government says no promises to Flemmi, Flemmi has got nothing

5    to look forward to, he's going to do life in prison, plus 30

6    years.  And yet, let's look at what happened in Stevie Flemmi's

7    case.

8          For example, Stevie Flemmi was sentenced in Florida.

9    He pleaded guilty to first-degree murder.  The sentence that

03:58 10  was imposed would run concurrent with his federal sentence, and

11   that's all she wrote, right?

12         Well, remember what was stated at the Flemmi

13   sentencing hearing.

14         Florida v. Flemmi, I read this to you during the

15   trial.

16         Mr. Van Zamft -- he and Fred Wyshak were the

17   prosecutors.

18         So the prosecutor from Florida, the co-prosecutor

19   said:  "In the event the United States government grants Rule

03:59 20  35 to Mr. Flemmi and he receives the reduction in his sentence,

21   and Mr. McDonald" -- who was Flemmi's lawyer -- "and I have

22   agreed Mr. Flemmi can withdraw his plea to the charges that he

23   is agreeing on the record to do" -- maybe it makes sense if

24   you're in Florida -- "if that occurs, he will be pleading to

25   second-degree murder.  That waives the statute of limitations

today and if that statute Rule 35 occurs and he does withdraw
the plea, then he will plead to second and the sentence is
concurrent with whatever he receives pursuant to Rule 35."

If there is no possibility of Rule 35 ever occurring
for Stevie Flemmi, why did the prosecutors specifically mention
it at Flemmi's sentencing hearing?

And then look at Flemmi's testimony at this trial.

"Mr. Flemmi, have you heard a rule called -- of the
rule called a Rule 35?

"I think everybody in the federal system probably
heard about that rule.

"And what you know about Rule 35 is that if you
provide substantial assistance to the government, then they can
file a motion on your behalf to reduce your sentence; isn't
that fair to say?

"I've never asked the government for that.

"You don't know what your future holds because you're
hoping for that opportunity to present itself, Mr. Flemmi.

"Everybody hopes at some point in the future something
beneficial would happen.

"I'm not talking about anybody, I'm talking about you.
Do you hope, Mr. Flemmi?

"I'm still alive, there's always a hope, you never
know."

The jurors in <u>Lindholm</u> trusted that the witness was

1   not going to get a benefit and trusted in Lindholm that the

2   prosecutor was not going to extend a benefit after the trial.

3   Fool jurors once, shame on the prosecutor.  Fool jurors twice,

4   shame on the jurors.  And I say that with respect.

5           Please let me close.

6           The federal government is the most powerful force on

7   earth in terms of a government, especially when the power of

8   the federal government is focused on an individual or a small

9   group, whether it's by the IRS or regulatory agency or the

04:03 10   federal prosecutors, but there is one instance where a small

11   group of people can stand up to the federal government and

12   successfully take on the federal government.  You are those

13   folks.

14          When the government brings a criminal charge, our

15   founding fathers, and as I like to say, supported by the

16   founding mothers, knew that government can abuse its power, and

17   so they wanted to build in a protection.  And so when someone

18   is charged with a criminal offense, they put in our

19   Constitution that the prosecutor has to prove beyond a

04:04 20   reasonable doubt every single charge, count, predicate act,

21   whatever is before the jury, beyond a reasonable doubt.  It's

22   the standard in our Constitution, and it's one of the things

23   that makes our Constitution such an incredibly great document,

24   and why, we, the United States, are the envy of the rest of the

25   world, for our constitution.

1        Members of the jury, I ask you to find strength in the

2   oath that you took.  When you took that oath, you became our

3   country.  You have the power to stand up to governmental abuse,

4   to return a verdict based on the strength of your oath, that

5   when the government brings a case against somebody and relies

6   primarily on the testimony of three people, the likes of which

7   are Martorano, Weeks, and Flemmi, and paid them for their

8   testimony a price that is obscene, you can have the strength

9   and power and come back and say, No, we don't find that

04:05 10  evidence to be proof beyond a reasonable doubt.  You can say it

11  with courage that the prosecutors have not met their burden of

12  proof, and then you will embody our constitutional protections.

13        Thank you very much for your attention.

14        THE COURT:  Jurors, we're going to take ten minutes

15  before we have brief rebuttal by the government.  Ten minutes.

16        THE CLERK:  All rise.

17        (Jury left the courtroom.)

18        THE COURT:  Ten minutes, counsel.

19        MR. CARNEY:  Thank you, your Honor.

04:06 20  (Recess taken.)

21        (Resumed, 4:16 p.m.)

22        THE CLERK:  The jury is lining up.

23        (Jury enters the courtroom.)

24        THE COURT:  Mr. Wyshak.

25        MR. WYSHAK:  Thank you, your Honor.

1          THE COURT:  Fifteen minutes, Counsel.

2    REBUTTAL ARGUMENT BY MR. WYSHAK:

3          MR. WYSHAK:  Okay.  All right, so let's get back to

4    reality here.  As I suggested during my initial summation, the

5    defense in this case wants you to take your eye off the ball.

6    Although Mr. Carney can't bring himself at the end of his

7    summation to say "Find my client not guilty," he suggests that

8    you should essentially violate your oath as jurors here and

9    issue some referendum on government misconduct.  But that's not

04:18 10   why you're here.  You've raised your right hand and you've

11   sworn to apply the facts to the law as the Judge gives it to

12   you, and that's exactly what Mr. Brennan and Mr. Carney are

13   asking you not to do.  They're asking you to render some

14   verdict that doesn't comply with the evidence but sends some

15   message about how the big, bad government needs to learn a

16   lesson from this case.  Well, I suggest to you that that will

17   be a violation of your oath, and that's exactly what those two

18   speeches that we just heard are all about.

19         Now, I can't stand up here -- I only have 15 minutes

04:18 20   to talk to you about the defense summation.  I can't rebut

21   everything they said, but I suggest to you that the comments

22   made by Mr. Brennan and Mr. Carney in very many instances are

23   misrepresenting to you what the evidence is in this case.

24         For example, let me give you a prime example of that.

25   Mr. Carney stands up here and he wants to read to you the

1    testimony of Marion Hussey given at a deposition and a trial

2    about her daughter, Deborah Hussey.  And what does Marion

3    Hussey say about when the incident occurred when she found out

4    that Stephen Flemmi had been abusing her daughter and she threw

5    him out of the house?  She said that that incident occurred in

6    1982.  It's right there on the chart.  It's in evidence.  You

7    can look at it yourself.  And Mr. Carney, after reading that,

8    wants to stand up and tell you that that is the precipitating

9    factor; that Stephen Flemmi, as a result of that incident in

04:19 10    1982, led Deborah Hussey to her death.  And that is just

11    dishonest, ladies and gentlemen, because the evidence in this

12    case is that Deborah Hussey was not brought to 799 East Third

13    Street until sometime in January, 1985, three years later,

14    okay?  So it's not as though this incident occurs, Mr. Flemmi

15    gets thrown out of the house, and the next thing he's doing is

16    murdering Deborah Hussey.  There were three years in between

17    there.  So, again, you need to focus on the evidence and not

18    just accept what either of the lawyers in this case say.

19         Clearly, clearly there's no dispute, this was a

04:20 20    horrific crime, and Mr. Flemmi's relationship with his

21    stepdaughter was equally horrific.  And, as I said to you

22    before, the question is not whether or not Stephen Flemmi, who

23    has pled guilty and been convicted of the murder of Deborah

24    Hussey, was involved in the murder.  The question that you have

25    before you is whether or not Mr. Bulger played a role in that

1    murder.

2          And I suggest to you that the evidence shows that as

3    early as 1974, when Mr. Flemmi returned from Canada and joined

4    up with the Winter Hill Gang, he and Mr. Bulger together are

5    involved to some degree in every murder that this criminal

6    organization committed.  There is not one murder where

7    Mr. Flemmi has gone off on a detour and a frolic and killed

8    somebody that wasn't part of the activity of this RICO

9    organization.  Once these men became partners, they did

04:22 10   everything together.  Mr. Flemmi needed Mr. Bulger there;

11   Mr. Bulger was there.  Whether he aided and abetted, whether he

12   conspired with Flemmi, it doesn't matter.  He's still guilty.

13         Now, the defense wants you to reject the testimony of

14   Mr. Martorano, Mr. Flemmi, and Mr. Weeks; and one of the

15   exercises I went through when I went through the evidence on

16   this case was to point out all the corroborative evidence, and

17   I told you, don't rely upon the testimony alone of any one of

18   these three individuals.  But, again, Mr. Carney wants to

19   suggest to you that somehow these witnesses got together and

04:22 20   coordinated their testimony.  I suggest to you there is no

21   evidence in the record that supports that at all.  And one

22   thing you do know is that Mr. Weeks did not know John Martorano

23   at all.  He never met John Martorano until after John Martorano

24   was incarcerated in the Plymouth House of Correction and saw

25   him on one occasion when Martorano asked him for that $10,000.

1     So the concept that Mr. Weeks and Mr. Martorano somehow got

2     together and coordinated their testimony is preposterous.

3     There's no evidence to believe that.

4          And Mr. Weeks tells you about numerous murders that

5     Mr. Bulger was involved in with Mr. Martorano.  Martorano

6     testified about what occurred, and then Mr. Weeks tells you

7     that years later he has conversations with Mr. Bulger about

8     those very murders; the murder of Jimmy O'Toole, the murder of

9     Eddie Connors in the phone booth.  So, again, the testimony

04:24 10   from Weeks and Martorano harmonize.  These two men did not get

11    together and plan their testimony.

12         The concept that the government buys testimony, well,

13    that's just a slanderous and lowlife remark from Mr. Carney.

14    It's not how the system works.

15         Mr. Carney wants to call Mr. Martorano a psychopath, a

16    pathological liar.  Well, again, this is the defendant's

17    criminal associate for 25 years.  This is a man who Mr. Bulger

18    murdered people with.  This is a man with whom he associated;

19    so too with Mr. Flemmi, so too with Mr. Weeks.  As much as

04:24 20   Mr. Carney wants to try to distance his client from these men,

21    he cannot do it.  They are together.  They're part of the same

22    criminal organization.  They're partners.  Everything they do

23    they do together.  That's the way this business worked.

24         He wants to talk to you about a Rule 35 motion, and,

25    again, the Judge is going to give you a charge on what that is,

1    but I suggest to you that these Rule 35 motions are generally

2    made within one year of sentence, and that's it.  In the case

3    of David Lindholm, he was locked up with somebody who made a

4    jailhouse confession to him that was new information that he

5    provided.  Mr. Flemmi has provided no new information to the

6    government since the time he cooperated in 2003, which is ten

7    years ago.  That information has been used by the government in

8    multiple trials since 2003.  There is no basis for the

9    government to file any motion on Mr. Flemmi's behalf, and

04:26 10    there's no evidence in the record that the government intends

11    to do so or Mr. Flemmi believes the government intends to do

12    so.

13          He wants to talk to you about the government adding

14    18 months to Jimmy Katz's sentence because Jimmy Katz refused

15    to become a witness for the government, and, again, this is the

16    way that Mr. Carney twists and misrepresents what the evidence

17    is.  People are called to a grand jury just like they're called

18    to this trial, and they have to raise their right hand and they

19    have to testify; and if they refuse to testify, they get held

04:26 20    in contempt of court.  And that's what Mr. Katz did.  It's not

21    about being a witness for the government or not being a witness

22    for the government.  It's being called to a grand jury or a

23    trial and required to answer questions; and if you don't do

24    that when you're ordered to do it by a judge like Judge Casper,

25    yes, you go to jail.

1            He wants to suggest to you that somehow the government

2    mistreated Kevin O'Neil, that the government said things about

3    Mr. O'Neil that weren't true.  Well, we talked a little bit

4    about Ray Slinger.  Okay, Kevin O'Neil is the one who has the

5    dispute with Ray Slinger.  Kevin O'Neil is the one who tells

6    Jim Bulger about that.  Kevin O'Neil knows what Jim Bulger is

7    about, and Kevin O'Neil knows, when Jim Bulger tells Kevin

8    O'Neil to have Ray Slinger come down to Triple O's, Kevin

9    O'Neil knows what's going to happen.  And Kevin O'Neil brings

04:28 10   Ray Slinger to Triple O's where he goes upstairs, and Kevin

11   O'Neil knows what happens to people who go upstairs with the

12   likes of Stephen Flemmi, James Bulger, and Kevin Weeks.  Kevin

13   O'Neil goes and picks up the envelope with the money that

14   Bulger extorted from Ray Slinger.

15           So, again, when we talk about criminal liability, we

16   go back to that chart.  You can be a principal.  You can be an

17   aider and abetter.  You can be a co-conspirator.  Did

18   Mr. O'Neil aid and abet the extortion of Ray Slinger?  You bet

19   he did.  He was guilty of that offense, and he pled guilty to

04:28 20   it.  So to suggest that that is not true is another

21   misrepresentation by Mr. Carney.

22           To suggest that David Lindholm was lying when he

23   testified at the Trenkler trial that he didn't want a Rule 35,

24   well, you heard what the evidence was.  You saw what the

25   evidence was.  His lawyer sent a letter to the prosecutor and

said, "Despite the fact my client doesn't want this, I feel I
have a professional obligation to ask for it."  That's how that
happened.

So, again, you know, please, go back and take a look
at the evidence in this case.  Take a look at your notes.
There is nothing that occurred in this case where the leader of
the criminal organization was not involved in some capacity.
It's humorous to hear Mr. Carney and Mr. Brennan stand up here
before you and try to suggest to you that, oh, these crimes
were committed by Mr. Flemmi and Mr. Weeks and Mr. Nee but not
by Mr. Bulger; he just got thrown in.  Is that consistent with
what any of the evidence has been in this case?  Haven't you
heard from witness after witness -- and I'm not talking about
Flemmi, Martorano, or Weeks.  I'm talking about the drug
dealers, the bookies, all these other witnesses who said Bulger
was the boss; Bulger was in charge.  Did any witness come in
here and say Mr. Flemmi was the boss?  So when you consider
what Mr. Bulger's role is, he's in charge.  To suggest that
these individuals are engaging in this criminal activity
without his involvement is nonsense, and it's not supported at
all by the evidence.

THE COURT:  Mr. Wyshak, two minutes.

MR. WYSHAK:  Again, ladies and gentlemen, the
defendant, Mr. Carney, Mr. Brennan want to hold themselves out
as being sympathetic to the families of the victims in this

1  case.  The Donahues, whose father was murdered, whose husband

2  was murdered by James Bulger, the man sitting at the table is

3  the man who pulled the trigger and killed both of those men,

4  and they want to feign sympathy for the victims while defending

5  him.  Don't buy it.

6          Thank you very much.  I have nothing further.

7          THE COURT:  Jurors, we're at the end of our session

8  today.  As I mentioned to you, tomorrow first thing I will give

9  you the final jury charge.  Those are the instructions of law

04:31 10  that you are to follow in your deliberation, and I'll give you

11  certain rules and procedures that you need to follow in your

12  deliberation.

13          As you leave today, keep all of my cautionary

14  instructions in mind.  They're just as important today even as

15  we're at this juncture where you've already heard the closing

16  arguments.  You're not to discuss this case, not with anyone,

17  not with each other and not with anyone outside.  You're not to

18  do any research, not to listen, watch any media accounts about

19  this case, and keep an open mind.  I will see you in the

04:32 20  morning, and, as I said, I'll charge you tomorrow.

21          I did tell you on Friday but just remind you each day,

22  be prepared to stay all day, okay?  So the schedule we had

23  today is much the schedule that you can expect in the days to

24  come.  Thank you, and have a good afternoon.

25          THE CLERK:  All rise.

```
 1              (Jury excused.)

 2              THE COURT:  Counsel, we'll stand in recess.  I'll see

 3     you at 8:45 tomorrow.  Thank you.

 4              (Adjourned, 4:33 p.m.)

 5                        CERTIFICATION

 6              We certify that the foregoing is a correct transcript

 7     of the record of proceedings in the above-entitled matter to

 8     the best of our skill and ability.

 9

10     /s/Debra M. Joyce_____        August 5, 2013_____
       Debra M. Joyce, RMR, CRR         Date
11     Official Court Reporter

12

13     /s/Lee A. Marzilli_____        August 5, 2013_____
       Lee A. Marzilli, RMR, CRR        Date
14                         Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

INDEX

CLOSING STATEMENTS

  BY MR. WYSHAK  p. 10

  BY MR. BRENNAN  p. 109

  BY MR. CARNEY  p. 134

  BY MR. WYSHAK  p. 186