1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS
2

3   _____

4   UNITED STATES OF AMERICA,

5                    Plaintiff,        Criminal Action
                                       No. 99-10371-DJC
6   V.
                                       November 13, 2013
7   JAMES J. BULGER,                   10:00 a.m.

8                    Defendant.
    _____
9

10

11              TRANSCRIPT OF SENTENCING DAY 1

12          BEFORE THE HONORABLE DENISE J. CASPER

13             UNITED STATES DISTRICT COURT

14          JOHN J. MOAKLEY U.S. COURTHOUSE

15                 1 COURTHOUSE WAY

16                BOSTON, MA  02210

17

18

19

20
                    DEBRA M. JOYCE, RMR, CRR
21                   Official Court Reporter
                  John J. Moakley U.S. Courthouse
22               1 Courthouse Way, Room 5204
                      Boston, MA  02210
23                  joycedebra@gmail.com

24

25

1    APPEARANCES:

2    FOR THE GOVERNMENT:

3    BRIAN T. KELLY, ESQ.
   FRED M. WYSHAK, JR., ESQ.
4    ZACHARY R. HAFER, ESQ.
   MARY B. MURRANE, ESQ.
5    United States Attorney's Office
   John Joseph Moakley Federal Courthouse
6    1 Courthouse Way
   Suite 9200
7    Boston, MA 02210
   617-748-3197
8
   FOR THE DEFENDANT:
9
   J.W. CARNEY, JR., ESQ.
10   HENRY B. BRENNAN, ESQ.
   Carney & Bassil
11   20 Park Plaza
   Suite 1405
12   Boston, MA 02116
   617-338-5566

13

14

15

16

17

18

19

20

21

22

23

24

25

P R O C E E D I N G S

(The following proceedings were held in open court before the Honorable Denise J. Casper, United States District Judge, United States District Court, District of Massachusetts, at the John J. Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts, on November 13, 2013.)

THE CLERK:  Criminal action 99-10371, United States v. James Bulger.

Counsel please state your name for the record.

MR. KELLY:  Good morning.  Brian Kelly, Fred Wyshak, Zach Hafer, and Mary Murrane for the United States.

THE COURT:  Good morning, counsel.

MR. CARNEY:  Good morning, your Honor.  J.W. Carney, Jr. and Henry Brennan representing the defendant.

THE COURT:  Good morning, counsel.

Good morning, Mr. Bulger.

THE DEFENDANT:  Good morning.

THE COURT:  Counsel, Mr. Bulger, as I said at the status conference in September, I'm going to conduct this hearing over the course of the next day and a half.

Today I'm going to address some preliminary matters first, then I'll hear from counsel in regards to the PSR and any recommendations for sentence and all of its components.

I'll then hear statements from the people whom the government has indicated wish to be heard, and I'll return to

1  that issue in a moment.

2          And then, Mr. Bulger, if you want to be heard by this

3  Court during the course of this sentencing, I'll hear from you

4  today, as well.

5          Tomorrow I'll announce my reasons for the sentence,

6  and I'll formally impose sentence.

7          Counsel, I do want address two preliminary matters

8  first before we turn to the PSR.

9          First, I want to address the government's motions for

10:02 10  forfeiture in the form of a money judgment and for specific

11  assets.  These are Docket Numbers 1323 and 1324.

12          As I will make clear in an ECF order I'll enter later

13  today, I've received a number of filings on behalf of

14  representatives of victims' families in opposition to the

15  government's motions.  These various motions and petitions seek

16  to have the Court deny the motions for forfeiture and instead

17  order restitution under Title 18, United States Code, 3663(a),

18  and order other related relief.

19          I note that a number of these oppositions and

10:03 20  petitions have been withdrawn over the last week and a half or

21  so, but I believe that a few remain.

22          For a number of reasons, I will allow the government's

23  motions for forfeiture, and I'll enter those orders in

24  connection with the entry of criminal judgment that I'll make

25  in this case.  I'll deny the representatives' motions to the

1    extent that they seek other relief.

2         I do this, counsel, for a number reasons.  First, the

3    imposition of forfeiture is mandatory in a RICO case under

4    Title 18, United States Code, 1963(a).

5         Second, as I suggested when we were waiting for the

6    verdict in August, the movants' attempted intervention at this

7    juncture is at best premature.  The only mechanism for

8    non-party petitioners to intervene regarding forfeiture would

9    be in any ancillary matters under Rule 32.2.  And even then

10:04 10   those ancillary matters would only address specific assets and

11   not the money judgement that the government also seeks here.

12         Third, the entry of the preliminary orders of

13   forfeiture will not bar any participation in any ancillary

14   proceeding about forfeiture, provided any of the movants have

15   standing to assert an interest in the property to be forfeited.

16         And finally, there's nothing about allowing these

17   forfeiture motions that negates my authority to enter an order

18   of restitution under Title 18, United States Code, 3663(a) to

19   address the harm to those who are considered victims under that

10:04 20   statute.

21         For all of those reasons, I will allow the

22   government's motions for forfeiture, and I'll do so in

23   connection with the criminal judgment.

24         Counsel, the second matter that I want to address in

25   regards to today's proceeding is who gets to address the Court

1    today.

2         I know that the government has proposed to have 11

3    family members of victims speak today, that's Docket 1362,

4    which was a filing by the government that I will unseal today.

5         I understand, Mr. Kelly, that that number has risen to

6    12, adding a family member of Mr. Halloran's, if I recall

7    correctly.

8         MR. KELLY:  Yes, your Honor.  Yesterday the wife of

9    Brian Halloran indicated the desire to speak.  And this morning

10:05 10  I was advised that Marie Mahoney, daughter of William O'Brien,

11   also wishes to speak.  So, if she is granted permission to

12   speak, she'd be the third speaker.

13        THE COURT:  Okay.

14        Thank you, Mr. Kelly.

15        As the government suggested at the September status

16   conference and is reflected in the docket entry, this group

17   includes a few people whose family members were victims of

18   predicates which were found by the jury not to have been proven

19   beyond a reasonable doubt.

10:06 20       I solicited the defense's view on this matter, and,

21   Mr. Carney, I appreciate your filing on this matter.  I

22   understand that Mr. Bulger objects to the statement of this

23   subset of proposed speakers, essentially on the ground that

24   they have no right to make a statement pursuant to Title 18,

25   United States Code, 3771, the Crime Victims' Rights Act, given

1   the jury's verdict.  I certainly understand that position, but,

2   Mr. Carney, for reasons I'll more fully explain in an ECF order

3   I'll enter later today, I'm going to allow all of the proposed

4   speakers to speak today.

5         The CVRA is not the only provision of law that gives

6   rise to information that a sentencing judge may in her broad

7   discretion consider at sentencing.  I'm guided in this decision

8   by the broad mandate and scope under Title 18, United States

9   Code, 3661 of the information I can consider, which was

10:07 10   recently recognized by the 1st Circuit in the Greig case.

11         There is nothing about the broad scope of information

12   that a sentencing judge can consider in any and every criminal

13   case and its application here of this principle that either

14   undermines or questions the jury's verdict in this case, one

15   that was reached after very careful deliberation; that is,

16   whether the families of victims of the predicates not proven at

17   trial have any right to speak under the CVRA, the Court may

18   still hear such statements otherwise under section 3661, and

19   that's what I will do here.

10:07 20         It will then be for me to determine in the final

21   analysis whether it bears upon the defendant's background,

22   character, and conduct, and then decide what weight, if any, I

23   will give it in my sentencing decision.

24         For all of these reasons and the reasons I'll more

25   fully explain in the ECF order, I'll allow the individuals

1    identified in Docket 1362 to speak, with the two additions,

2    Mr. Kelly, that you mentioned this morning.

3           Counsel, just before turning to the presentence

4    report, I just want to make sure that I've received all of the

5    written materials that you wanted me to consider today.

6           I have received and reviewed the presentence report as

7    it was revised November 6, 2013; I've received the government's

8    sentencing memo filed November 7th; I've received various

9    letters on behalf of victims' families, both as a matter of

10:08 10  victim impact statements and also concerning restitution; and

11   I've also received the government's filing regarding

12   restitution, Docket 1366.

13          From the government's perspective, were there any

14   other written materials that you wanted me to consider?

15          MR. KELLY:  No, your Honor.

16          THE COURT:  Mr. Carney, same question?

17          MR. CARNEY:  The only document we filed was our

18   objection to the certain witnesses testifying.  That's all we

19   submitted, your Honor.

10:09 20        Thank you.

21          THE COURT:  Thank you, Mr. Carney.

22          And I note that Ms. Roffo from Probation is here and

23   present, thank you.

24          Do I understand that no information was withheld from

25   the PSR under Rule 32(d)(3)?

1                PROBATION OFFICER:  That's correct, your Honor.

2                THE COURT:  Thank you.

3                Mr. Carney, have you had the opportunity to review the

4       presence report?

5                MR. CARNEY:  May Attorney Brennan address your Honor?

6                THE COURT:  Sure.

7                Mr. Brennan.

8                MR. BRENNAN:  Good morning, your Honor.

9                THE COURT:  Good morning.

10:09 10          MR. BRENNAN:  Your Honor, Attorney Carney and I have

11      had a chance to review the presence report.

12                THE COURT:  Have you had a chance to review it with

13      Mr. Bulger?

14                MR. BRENNAN:  Attorney Carney and I have visited

15      Mr. Bulger on a number of occasions.  We have provided him a

16      copy of the pretrial sentence report.

17                Mr. Bulger has made clear to us that his position is

18      the same today as it was when he gave a colloquy to your Honor

19      at the time of his trial, that he believes the trial was a

10:10 20      sham.  In consequence, he has directed us not to participate in

21      that process.  Therefore, Attorney Carney and I take no

22      position on the presence report.

23                Thank you.

24                THE COURT:  Counsel, Mr. Bulger, I think that leaves

25      me in the position of taking for the record that there are no

objections to the PSR, notwithstanding your statement to the Court, Mr. Brennan.

MR. BRENNAN:  Your Honor, I refrain from saying there are no objections, in light of the fact that we have not had a conversation regarding the content of that package with our client.  Our client's direction has been very clear to us that we, at his behest, not participate in that process.  So we take no position as a result.

THE COURT:  I understand your stated position, counsel.

MR. BRENNAN:  Thank you.

THE COURT:  Okay.

I'll hear from -- well, I'll hear from the government -- I'll note for the record a few things, notwithstanding Mr. Brennan's statement.  No objections were filed by either side in regards to the PSR, which largely, given Mr. Bulger's decision which he's free to make not to participate in the presentence interview process, largely was comprised of the base offense calculations, criminal history calculations, and the statement of offense provided by the government.  It did not contain any personal information, except for identifying information as to Mr. Bulger.

I'll turn to the government for the moment to make clear on the record that there were no objections to the PSR from the government.

1           MR. KELLY:  Yes, we have no objections.  We think the

2    guidelines set forth in the presentence report were accurately

3    calculated.  I note that the defendant is waiving his

4    objections.  He had a copy, his lawyers have copies, so he

5    can't just refuse to participate.  He had a chance to object,

6    he didn't, and it's clear to us that the guidelines were

7    properly calculated by the Probation Department, and we'd ask

8    the Court to adopt them.

9           THE COURT:  Okay.

10:12 10          And I'm assuming you have no objections either to the

11   calculation of the base offense level or the criminal history

12   calculation or the factual contents to the extent that there

13   are any factual contents, counsel?

14          MR. KELLY:  Yes, your Honor, that's correct.

15          THE COURT:  Okay.

16          Should I assume, Mr. Brennan, that you're representing

17   Mr. Bulger at this sentencing, so should I direct my questions

18   to you?

19          MR. BRENNAN:  I think both Attorney Carney and I will

10:12 20   both play a role in it, your Honor.

21          THE COURT:  And if I ask you the same questions, would

22   you give me the same response, Mr. Brennan?

23          MR. BRENNAN:  Respectfully, your Honor, yes, I would.

24          THE COURT:  I think, obviously, Mr. Bulger had notice

25   of the presentence report and an opportunity to review it, even

1    if he chose not to.  I do think that's a waiver of any

2    objections.

3         I do note that I've had a chance to review the

4    calculations of the base offense level and the criminal history

5    calculated by the Probation Department, which, based on the

6    number of offenses and the nature of the offenses, required

7    grouping by categories of offenses, and the combined offense

8    level was 43, actually, maxed out at 43, which is the highest

9    level under the base offense calculations.  With no reduction

10:13 10   for acceptance of responsibility, the total offense level is

11   43.  In light of the bases for those calculations in the PSR,

12   which I do adopt, I will find that base offense level 43

13   applies here.

14        In terms of the Criminal History Category, the total

15   points calculated based on a scoring of Mr. Bulger's criminal

16   history calculated to be eight points, putting Mr. Bulger in

17   category IV for criminal history.

18        Based on those calculations -- I should also say for

19   the record, I think that was appropriately calculated, and I'll

10:14 20   adopt the criminal history calculation.

21        Based on the total offense level and the criminal

22   history calculated, the advisory guideline sentencing range is

23   a term of life for all of the counts of conviction, except

24   Counts 39 and 40; plus five years on and after for Count 39,

25   which is the 924(c) count for possession of firearms in

furtherance of crimes of violence; plus life imprisonment on

and after for Count 40, which is the 924(c) conviction for

possession of machine guns in furtherance of crimes of

violence.

          In terms of any supervised release range, it's up to

five years on Counts 1, 2, 39, and 40; up to three years on

Counts 3, 5, 6 through 27, 42, 45, and 48.

          The fine range is $25,000 to $11.5 million, but

there's a maximum statutory cap for Counts 3, 39, 40, 42, 45,

and 48 of $250,000, and $500,000 on Counts 5 through 27.

          Forfeiture I've also addressed in my preliminary

remarks.

          The special assessment, $100 per count for a total of

$3,100.

          And restitution under Section 3663(a) is mandatory for

those persons who fall under the statutory definition of

"victim."

          Do either -- counsel, before I hear any

recommendations on either side, does counsel on either side

want to be heard on what I've just stated as the advisory

sentencing guideline range?

          MR. BRENNAN:  No, thank you.

          MR. KELLY:  Your Honor, we think that's accurate.

          THE COURT:  Counsel, at this time I'll hear the

parties' respective recommendations, if they choose to give

 1    them, in regard to the sentence.

 2            I'll hear from the government first.

 3            MR. KELLY:  Yes, your Honor, thank you.

 4            It's, frankly, hard to know where to start in this

 5    case.  The defendant has committed one heinous crime after

 6    another.  He strangles people, he shoots people who are

 7    handcuffed, he moves bodies from one place to another, he makes

 8    up reasons to extort people for hundreds of thousands of

 9    dollars.

10:17 10         And throughout this trial the Court heard for itself

11    from the victims in this case, the victims of James Bulger.

12    And today some of those victims will describe for themselves in

13    very personal terms the effects of his crimes, and that's

14    appropriate here, because they are the ones who have had to

15    live their lives without their fathers, their husbands, their

16    brothers, and their sisters.  And it's all thanks to this

17    defendant, James Bulger.

18            And sadly, your Honor, the victims that the Court

19    heard from during trial, and today, they aren't the only

10:18 20    victims of this defendant and his criminal enterprise.

21            He helped flood his own neighborhood with drugs, his

22    own neighborhood of South Boston, all so that he could make a

23    buck.  And that's what it was all about with this defendant.

24    As long as he prospered, no one else mattered.

25            To him, human life meant nothing.

1            When he was done tormenting Arthur Barrett with his

2    questions, then he made a little joke and shot him in the back

3    of the head and laid down on a couch.

4            When Deborah Hussey was viewed as a threat to his

5    criminal organization, he strangled her with his bare hands.

6            When he was unable to choke John McIntyre to death

7    with a rope, he shot him in the head.

8            When he thought Brian Halloran was going to be a

9    witness against him, he shot him dead in broad daylight just

10:19 10   down the street from here.

11           And when he saw that Brian Halloran was in the company

12   of another man, his own friend, Michael Donahue, that didn't

13   stop the defendant, he shot him dead, too.

14           The carnage that he has caused is grotesque, and that

15   doesn't even complete the disturbing picture of this defendant,

16   who's really a little sociopath, whose twisted view of the

17   world had him not dispute some of these murders but he wanted

18   to dispute whether or not he was an informant or not.  He

19   desperately wants the people to believe he wasn't an FBI

10:20 20   informant.  That's the sham in this case, not the trial.

21           He chose for years to meet with various FBI agents and

22   give them information, that makes him an informant, whether he

23   likes it or not.

24           Incredibly, he even had his own attorney stand up in

25   opening statement and say because he was Irish, he couldn't be

1   an informant.  It's a ridiculous statement.  In fact, he's a

2   disgrace to the Irish, murdering women, killing men who are

3   handcuffed, flooding his own neighborhood with drugs.

4        And it wasn't only his neighborhood of South Boston

5   whom he victimized, he dragged his own family into this sordid

6   saga.  Thanks to him, his brother Jackie went before a grand

7   jury and lied, got prosecuted, and went to jail, lost his

8   pension.  Thanks to this defendant.  His other brother, William

9   Bulger, a prominent, successful politician, thanks to this

10:21 10   defendant, lost his job.  His girlfriend, Catherine Greig,

11   thanks to him, now serving eight years in federal prison for

12   harboring a fugitive, this defendant.

13        And all of that doesn't even touch upon the corruption

14   that Bulger helped spread.  He has tried to pretend that he

15   wants to expose corruption.  It's a joke.  He was the source of

16   the corruption.  Bulger hasn't exposed a thing.  Since the 1998

17   hearings before Judge Wolf we've known about the corruption,

18   we've prosecuted the corruption, and he hasn't done anything to

19   help us.

10:21 20        And, your Honor, make no mistakes, the stupidity and

21   dishonesty of FBI agents like John Connolly and John Morris,

22   they don't excuse Bulger's savagery, they don't give him a

23   basis for any leniency.  And undoubtedly, the public

24   corruption, which was part of this investigation for 20 years,

25   which was exposed years before he was caught, was disgusting,

but it should not obscure the fact that we're here today due to

the hard work and efforts of many honest and hardworking

members of law enforcement, some of whom persevered for over 20

years to make this case and make this conviction a reality.

The Court heard from some of them, honest and

hardworking agents like DEA Agent Dan Doherty, State Police

Lieutenant Steve Johnson, IRS Agent Sandy Lemanski, Inspector

General Agent Jimmy Marra.  Because of them, this case, this

prosecution, was successful.  And ultimately, let's not forget,

Bulger was arrested by an honest and hardworking member of the

FBI, Special Agent Scott Garriola, who testified at this

hearing.

Furthermore, the case itself would never have been

brought without the efforts of hardworking and honest

individuals like Tom Foley of the State Police and my colleague

Fred Wyshak.

So I think your Honor has accurately summarized the

sentencing guidelines in this case.  They are severe and

appropriately so.

The defendant has been getting arrested since the time

Harry Truman was president.  It's a ridiculous lengthy crime

spree by this man who sits before you.

And we think the guidelines actually do reflect his

criminal behavior; they require a life sentence.  The federal

death penalty wasn't in effect until the 1990s, so that,

1  obviously, does not apply.  So we would urge the Court to

2  impose a sentence of life on all of the counts, except for the

3  924(c) counts.  As the Court accurately pointed out, one of the

4  924(c) counts carries a five-year minimum mandatory sentence,

5  and the other one is a mandatory life sentence.

6       As the Court pointed out, special assessments also

7  have to be imposed.  Supervised release seems superfluous, but

8  I think that has to be imposed as well, we defer to the Court

9  on that, as well as the fine.  He refused to give any financial

10:24 10  information, so I think a modest fine at the low end would be

11  preferable here, so that any assets that are recovered going

12  forward, they can be split among the victims of his many

13  crimes.

14       And that's who the case ultimately should focus on,

15  because, at the end of the day, the victims in this case will

16  never be able to regain what he has taken from them, but,

17  hopefully, they will find some solace in the fact that he is

18  going to spend the rest of his miserable life in jail.

19       So, for all of those reasons, your Honor, we would

10:25 20  urge the Court, when the time comes, to impose life on Counts

21  1, 2, 3, 5 through 27, 42, 45, and 48; and we'd urge the Court

22  to impose a mandatory consecutive sentence of five years on

23  Count 39 and a mandatory consecutive sentence of life

24  imprisonment on Count 40.

25       Thank you.

1          THE COURT:  Thank you, counsel.

2          Mr. Brennan, I'll still turn to you, or Mr. Carney, in

3     the normal course, as I always do, to see if you have any

4     recommendations.

5          MR. CARNEY:  For the reasons advanced by Attorney

6     Brennan, I do not, your Honor.  Thank you.

7          THE COURT:  Counsel, as I do in all other sentencings,

8     I will hear from the individuals that I addressed before that

9     the government identified as wanting to speak today.

10:26 10          There is a podium that is right behind the

11     government's counsel table for folks to come up to to speak,

12     and I'll give each person a few minutes to address the Court.

13          MR. KELLY:  Your Honor, the United States would call

14     Sean McGonagle, son of Paul McGonagle.

15          MR. McGONAGLE:  Good morning, your Honor.

16          THE COURT:  Good morning, sir.

17          MR. McGONAGLE:  Families, Court, Satan, on behalf of

18     my mother Mary, my brother, Paul, my aunts, Cathy, Marie and

19     Jan, my uncle "Bud," and myself, we extend our heartfelt thanks

10:27 20     to you, Judge Casper, your staff, and of course your court

21     officers and marshals.

22          We thank you for treating my family and all of the

23     victims' families here today with gracious dignity during these

24     very difficult proceedings.  We also want to thank U.S.

25     Attorney Carmen Ortiz and her staff for their hard work and

diligence in bringing James Bulger to justice in this honorable court.

I stand before you as a 49-year-old man and a father myself.  I was 11 years old when my father disappeared.  Since then, my family and I have longed for closure in this matter.  We have struggled privately but always holding out hope that our father, husband, brother, uncle, and grandfather, Paulie, would return, until the year 2001, when my worst fears were realized, finding my father's remains on Tenean Beach in Dorchester.  Today I hope we find some semblance of peace and closure.

Bulger, you boast that you are a reader of history.  I would like to recount for you how you affected the McGonagle family history.

In 1969 you allegedly killed my uncle, Donald McGonagle, for no apparent reason except, perhaps, your fear of my father who overwhelmed your abilities to fight with your fists like a real man; you chose guns and knives.

In '74 you killed my father, Paulie McGonagle.

In '75 you stooped to an all-time low when you called my house, I answered, you told me, Your father's not coming home for Christmas.  When I asked, Who this is, you stated, Santa Claus.

'75 was also the same year you rolled up on my brother, Paul, 15, and told him, We got the guys that hurt your

1    dad, when all along it was you.

2           In '81, as we walked the same streets of South Boston,

3    you told me you would use me as target practice.

4           In 2001, the year my father's remains were recovered,

5    you hid in a rent-controlled apartment in California with your

6    moll.

7           Then, finally, on August 12, 2013, the day of the

8    guilty verdict, as I left the courthouse, I had thoughts of you

9    being marched to the electric chair and I thought, No, that

10:29 10   would be the easy way out for you.  As I continued out of the

11   courthouse, one of the other victims' family's members said,

12   Wow, it's finally over, I feel like we came from a funeral, to

13   which I responded, Yes, "Whitey" Bulger's funeral.

14          The solace I take comfort in is that every day you

15   live in that six-by-nine cell you call home, you die another

16   day.

17          Over a lifetime you have managed to irreparably scar

18   not only the victims here today, but also generations of South

19   Boston men and women, including your own family.  You have

10:29 20   extorted, intimidated, murdered, poisoned many, including

21   Teresa Stanley's son, Billy, my best friend.

22          Bulger, you thought you carried yourself as an Irish

23   icon, but nothing could be further from the truth.  You're a

24   domestic terrorist, fueled by greed and a sickening ego.  You

25   thought you could play both sides against the middle forever.

1    Perhaps you should have learned more while reading your history

2    books; at some point a side must be chosen.  But when you had

3    to choose a side, you did what most cowards do, you ran.

4         So, at the end of the day, no one cares what legacy

5    you leave or what troll you live by, because in the end, you're

6    really just an intellectually, physically, mentally deficient,

7    sad, lonely, and irrelevant old man.

8         In closing, I also want to thank the people who

9    brought James Bulger to justice, people like Dan Doherty of the

10:30 10   DEA; Trooper Johnson; Captain Foley of the Mass. State Police;

11   Mr. Wyshak, Mr. Kelly, Mr. Hafer, his staff at the U.S.

12   Attorney's Office.  They are the people who worked hard to

13   restore integrity and justice to the Commonwealth of

14   Massachusetts and the United States.

15        As for you, Bulger, the fact remains, my father was no

16   Boy Scout, but he was a better man than you could ever be.  My

17   strongest desire is that you are punished to the fullest extent

18   of the law and you become what you read, history, ancient

19   history.

10:31 20        Thank you, your Honor.

21        THE COURT:  Thank you, sir.

22        Mr. Kelly.

23        MR. KELLY:  The United States would call Tom Angeli,

24   son of Al Notarangeli.

25        MR. ANGELI:  Thank you, Judge Casper.  Good morning.

1          I want to thank the Court for the opportunity to

2     address this session and this man.

3          My name's Tom Angeli, my father was Alfred Angeli.  My

4     uncle was Joseph Notarangeli.  I have five siblings, three

5     sisters and two brothers.  At the time of our father's death,

6     we ranged from two years old to 17.  My uncle had four

7     children, and they were roughly the same age range as us.

8          Like most children, I didn't really pay attention to

9     what my parents did for a living.  I knew my father as a family

10:32 10   man.  He took us on many, many trips, taught us how to ski,

11    taught me how to fish, how to appreciate the outdoors.  He was

12    extremely avid in all sports himself.  He taught us how to be

13    compassionate, love our family, our grandparents, our aunts and

14    our uncles.  But most of all, he taught us about education and

15    how important that was.  That meant so much to him.  He was

16    extremely well-read himself, well-spoken, and even took college

17    courses.

18          How's school? he would ask.  It would be the first

19    thing he would say to me when we spoke.  Even when all this

10:33 20   turmoil was going on in the early '70s, that would be the first

21    thing that my father would ask me when we spoke, How's school?

22    That all ended with his death.

23          It's been almost 40 years since my father was

24    murdered, and I can't count on one hand, and I mean this, not

25    on one hand anything that I've ever heard anybody say regretful

1  about this man.

2       Soon after our uncle's death in 1973 at the Pewter Pot

3  Restaurant in Medford Square, our father left the area.  He was

4  worried for our safety and the safety of his family.  We were

5  unable to attend my uncle's funeral.  That's how afraid my

6  father was for us and the danger that he felt we were in.

7       It was hard for all of us.  I can only imagine how it

8  was for him because shortly after that he left this part of the

9  country, left his home, left his family, but he didn't run away

10:34 10  for long.  A year later he came back to try and make things

11  right.  And I saw him a few days before he died.  And I was so

12  worried about him being here.  Maybe things would have

13  unraveled if he stayed away.  I often thought about that.  You

14  know, things were just so messed up back here.

15       Unlike him, you ran, and I find it hard to believe you

16  ran without help.  We know you had a brother that was a

17  lawmaker in our state.  We know you had FBI agents that

18  protected you.  You had law enforcement that protected you.

19       I want the Court to know I'm not happy with all the

10:35 20  results of this trial, because I really think that the case was

21  proven.  Maybe too much time passed.  You know, 40 years ago,

22  not enough of credible witnesses, I don't know what it was, but

23  I truly think that the prosecutors did a job proving this case.

24  I truly believe it was proved.

25       And I want you to know, and I want the Court to know

1  that I don't want to be an angry person, but I am so

2  disappointed because it was such a violation of my father's

3  life because you lured him in and then you executed him.  On

4  top of everything, you robbed him of his personal belongings.

5  You know, I know it sounds -- may sound menial to you, but he

6  had this honking diamond ring on his finger that was my

7  uncle's, and he didn't like that kind of stuff, but he wore it

8  because it was his ring, and you took it off his body.  It's

9  like, to this day, I can't believe that you did that.

10:36 10       Our family has been robbed for so much.  Our

11  grandmother buried both her sons.  My aunt, our father, and my

12  uncle's sister never got over their deaths, and I know that her

13  passing was a direct result -- she was so emotional, and she

14  died untimely.

15       My grandmother ended up living in a trailer, and I'm

16  telling you right now, had my father or my uncle lived, that

17  surely would not have been the case.

18       I have younger siblings that have struggled to this

19  day, such a hard time trying to find themselves, and I'm

10:37 20  telling you right now, it's a direct result of what happened to

21  our family.

22       Our father has missed so much.  We all feel robbed

23  every day, robbed of seeing his children marry, his

24  grandchildren born and raised.

25       As I said, our father didn't run.  He came back.  He

1    was an extremely honorable person.

2         And from what I hear in this court, he paid $50,000

3    restitution, maybe more.  Whatever was wrong, he came back to

4    make it right.  He didn't hide for 16 years, aided and abetted.

5    He told me himself that everything was going to be all right

6    now, even though he'd never get over what happened to the

7    people that he loved so much.

8         I've been bothered by the deaths of our father and

9    uncle for so many years.  When I drive by the Pewter Pot

10:38 10  Restaurant in Medford Square and then practically right next

11   door, St. Mary's, where our father's funeral was held, it's a

12   rush of emotion every time.

13        This is where I'm from.  This is where my whole family

14   was from.  The deaths in my family are always going to be there

15   because this is where I live.  These are the roads that I drive

16   down.  There's never going to be any escaping the memories of

17   what happened.

18        Our father's and uncle's death was truly the

19   dismantling of our family core, and we -- I truly want you to

10:39 20  hear this -- we shouldn't have to live with such tragic

21   memories because of a group of people that were opportunists,

22   psychopathic, and had absolutely no regard for life.

23        In a sense, I'd love to see you get the death penalty,

24   I've thought about it plenty, but at this stage in your life,

25   to have been afforded so many freedoms for so many years, and

1    to end up in a cell without the basic freedoms that we all

2    enjoy, I really think that that's probably more fitting for

3    you.

4           And I truly hope that there are no more further

5    considerations given to you.  And I'll be glad when I don't see

6    your face in the newspaper or hear about you on the news.

7           What happened to my father and our uncle will diminish

8    as generations pass on.  I think that in time they'll just be

9    ancestors that died a tragic death, maybe they won't be

10:40 10    remembered by my family that much.  But what happened in the

11   '70s and '80s, what happened in this court is never going to go

12   away.  This is always going to be a mark on history in this

13   area.  It's never, ever going to be forgotten.  It's going to

14   be one of those things that, you know, this is what happened

15   back in Boston.

16          When history writes about this, I think that it should

17   be written that you had a brother that was a lawmaker that

18   ended up, by all accounts, lacking integrity and honesty.  He

19   mentored an FBI agent that became corrupt, and protected a

10:41 20   brother that had been given so many considerations and built a

21   criminal enterprise at the cost of so many lives.  That's how I

22   want history to remember this case.  And it's like, you know

23   what, some day I hope that that is the way it's remembered.

24          I want to thank you so much for allowing me do that.

25          Thank you.

1         THE COURT:  Thank you, sir.

2         Mr. Kelly.

3         MR. KELLY:  United States would call Marie Mahoney,

4    daughter of William O'Brien.

5         THE COURT:  Good morning.

6         MS. MAHONEY:  Good morning.

7         First of all, I also would like to thank you, your

8    Honor, for giving me the chance to speak today.  I waited 40

9    years to see the man that murdered my father back on March 23,

10:42 10    1973.

11        My name is Marie O'Brien Mahoney, the only child of

12   William O'Brien who was murdered and taken away from me on

13   March 23, 1973 when I was three months shy of turning 12.  I

14   will never forget that Friday, because my father, who was known

15   as "Obie," always picked me up on Friday for the weekends.  You

16   see, my mother and my father were divorced, but they still had

17   a good relationship when it came to me, and I always had the

18   secret wish that they would get back together.

19        The night he was murdered, he called my mother and

10:43 20   told me he'd be a little late, but I could tell by the

21   conversation that my father and my mother were having that my

22   weekend wasn't going to go as planned.

23        The weekends with us would consist of Friday nights

24   watching TV, me telling him how school was, he telling me what

25   he had been up to.  Saturdays we'd head to Broadway for

breakfast.  Sometimes we'd go bowling.  He'd take me to Castle

Island, go to Sullivan's for a hot dog.  That was just me

hanging with my father, spending times on the weekend.  But

that night, while I was waiting for him, he called and he said

he was going to be a little late.  And I said, Oh.  I was

really disappointed, and I said, Can I go with you?  He said, I

have a few things I have to do, I have a few errands I have to

run.  I begged him to let me go with him.  He said, No, he

said, If you wait, just be patient and wait, I'll pick you up

later, I'll pick you up a cake from one of your favorite

places, Linda Mae's.  And I relented, I said, Okay, that sounds

good.  And I waited, and I waited, and I waited, and he never

came.

My mother got a phone call and the police came to the

door and told her what happened, and I cried for days, I cried

for weeks, I cried for months.  How does a 12-year-old come to

grips with a parent never coming back?  My secret wish of my

parents getting together never happening?

I could have been with him in that car that night.  I

think of that all the time.  I would also panic whenever a

loved one came home late, because he never came home, and I

just always have that fear.  You never get over losing someone,

especially when it's that sudden.  You learn to cope with your

fear, but you never get over it.

My mom did the very best she could as a single mom,

working several jobs and trying to be a mother and a father to

me.  If it weren't for aunts and uncles taking care of me and

my grandmother, she wouldn't have been able do it on her own.

          So here I am, 40 years later, trying to put into words

how this horrific night has impacted and molded my life.  I

miss my father all the time, and I always wonder what would

have been.

          The only solace I have today is knowing that this man

responsible for murdering my father will never walk the streets

again.

          Rest in peace, "Obie."

          We got you, you rat.

          THE COURT:  Thank you.

          Mr. Kelly.

          MR. KELLY:  The United States would call Bill O'Brien,

son of William O'Brien.

          MR. O'BRIEN:  Good morning, your Honor.

          THE COURT:  Good morning.

          MR. O'BRIEN:  I didn't come here to sling mud today,

but since Marie has fired the warning shot, I am the son of

William O'Brien.  I am the man who's been in this courtroom

this whole summer.  Where has she been?  Nowhere.

          THE COURT:  Sir --

          MR. O'BRIEN:  They got DNA from you and me.  You don't

got DNA from my father, so you recognize that.  They compared

```
 1   our DNA.  Yours versus mine.  We don't have the same mother,
 2   and we certainly don't have the same father.
 3              THE COURT:  Mr. O'Brien, Mr. O'Brien, okay.
 4              MR. O'BRIEN:  I'm sorry.
 5              THE COURT:  I want to hear you.  Okay?  We're not
 6   going to address anyone else, just address me.
 7              MR. O'BRIEN:  I'm sorry.
 8              THE COURT:  Take a deep breath.
 9              MR. O'BRIEN:  My name is William O'Brien, Jr.
10:47 10        THE COURT:  I got that, sir.
11              MR. O'BRIEN:  My father was ambushed out on Morrissey
12   Boulevard, 1973, March 23rd.
13              Subsequently, I was born four days later on March
14   27th, never getting the opportunity to meet my father.
15              My mother could not attend his funeral because she was
16   in the hospital giving birth to me.  She never had a chance to
17   say goodbye to him.  She called my father the love of her life,
18   which I know to this day is true.  I walked around with a
19   tremendous void and emptiness my entire life.
10:47 20        I've driven Morrissey Boulevard a thousand times, and
21   every time I drive that boulevard I think of the horror that
22   that man went through.  I think of the two cars that rolled up
23   on him and stalked him.  And not anyone can tell me why my
24   father was killed, but I am going to tell you this:  Ralph
25   DeMasi was not the target that night.  "Red" O'Brien was the
```

1    target, and I have that in writing.

2          I'm sorry I'm so emotional, your Honor, but that just

3    threw me for a loop right there.

4          THE COURT:  Continue, sir.

5          MR. O'BRIEN:  Every time I passed the spot he was

6    killed, I blessed myself twice, seal it with a kiss, and I look

7    up to him, one for him, one for me.

8          I think of the things he missed out on in my life: my

9    first day of school, teaching me how to play catch, or maybe

10   buying me my first baseball glove.  I can remember playing

11   Little League in Southie and looking in from second base and

12   seeing all those other fathers with their sons, and me just

13   standing there, wishing I had somebody cheering me on, wishing

14   someone was adjusting my baseball cap.

15         All of my Father's Days have been spent out at

16   Mt. Hope Cemetery when they should have been spent with him.

17         My biggest regret for my father is not being able to

18   meet his granddaughter, Briel, my daughter.  He loved kids,

19   from what I understand.  I know he would have been the best

20   grandfather.

21         I have carried around these overwhelming feelings with

22   grief and hurt for a long time.  It hasn't always been easy for

23   me.  I never really got anything out of this trial.  I got more

24   questions, no answers.

25         When I walk out of here today or tomorrow, I want to

leave this all behind me for once.  I've tried a million times,
it hasn't worked, but I'm prepared to emotionally let all this
go today and tomorrow because I have to for myself.  I have to
make peace with everything.

I can't sit here and blame Jim Bulger for what's done.
What's done is done.  I can't sit here and be mad at the
government for not proving my father's murder, it's over, I get
that.  And you know, I might have been a little hard on these
guys, and Dan and Steve who have given me a lot, what they
could with the lack of information there, and I've been a
little hard on Dan and Steve, and I want to apologize to them,
because the stuff that is out there, and I know it's 40 years
and I know there's a lack of information on my father and
they've told me his murder has been one of the toughest ones to
make sense out of, I do appreciate the work they've done for
me.

I just want to say for the seven families of the not
proven, the Milanos, the Plummers, the Sousas, the O'Tooles,
the Notarangelis, the Leonard family, and my dad, "Red"
O'Brien, just because it was not proven, doesn't mean you'll be
forgotten.

In closing, your Honor, I would just like to say that
I think about my father every single day.  I will forever be
his son, and he will forever be my father.

I love you, "Red."

```
 1              THE COURT:  Thank you, sir.
 2              Mr. Kelly.
 3              MR. KELLY:  Yes, your Honor.
 4              The United States would call Patricia Donahue, wife of
 5    Michael Donahue.
 6              THE COURT:  Good morning.
 7              MS. DONAHUE:  Good morning, your Honor.
 8              "Whitey" Bulger murdered my husband, Michael Donahue,
 9    while a corrupt FBI agent stood by and watched.  Words cannot
10    describe the impact this had on my family.  Our hearts were
11    torn wide open.  He was 32 years old when he was taken from us.
12    I want him to be remembered for the wonderful man he was.
13              Michael was born and raised in Boston.  He was a son
14    of a World War II vet and a Boston police officer.  Michael had
15    a proud -- he was a proud member of Teamster union Local 25.
16    He was a middle child of two brothers, Thomas and Patrick, a
17    beloved husband, and a devoted father of three boys, Michael,
18    Sean, and Tommy.  He enjoyed fishing and playing pool.  He was
19    very sociable and loved being surrounded by people.
20              When I reminisce with my friends, all we used to talk
21    about was how he used to make us laugh all the time, he was
22    such a funny man.  But he had a serious side, too.  On an
23    average day in our household, Mike would sit with his children
24    after dinner and help them with their homework.  Their
25    education was very important to him.
```

1          Holidays were special in our house.  I felt I had four

2     boys instead of three.  Mike would sit on the floor and play

3     with the toys like they were his own.  He would stay up late on

4     Christmas Eve and put together their bicycles.  The next

5     morning the wheels and the handlebars were all on the wrong

6     bikes.  He surely was not mechanically inclined.

7          And there were things about Michael that drove me

8     crazy.  If you can believe this:  He was always happy.  He even

9     woke up happy.  Really, who does that?  He also thought he was

10:54 10    a great cook.  He would cook a prime rib so well done that you

11    would have no idea what you were eating.

12          He was a good provider.  He was a hard worker.  After

13    a full day of work he would be looking for a side job.  If we

14    had a snowstorm, he would be ready to plow, day or night, it

15    didn't matter.

16          Mike was a kind and thoughtful person.  He would send

17    me long-stemmed roses on birthdays and anniversaries.  He would

18    also send them when he was in the doghouse.

19          Michael, Jr. was 13, Sean was 11, Tommy was eight, the

10:54 20    ages when a boy most needs his dad.  We were a happy, loving,

21    young family with hopes and dreams, and he was the soul of our

22    family.  He cherished being a husband, father, son, and a

23    brother.  They were the things that meant the world to him.

24          But then on May 11, 1982, a complete stranger named

25    "Whitey" Bulger crossed our paths and everything we cherished

1     was gone in the blink of an eye.

2         Through all the grief and shock I had to pick up the

3     pieces as a single parent with no idea what was in store for

4     me.  I also had to bring my heartbroken children back to

5     reality.  That was the hardest task.

6         As a family we have picked ourselves up and gotten on

7     with our lives, but the pain and the tears will always be

8     there.  Michael's memories will always be in our hearts, never

9     to be forgotten.

10:55 10         Today my sons have children of their own, and I often

11    think how sad it is that Michael never had a chance to be the

12    wonderful grandfather I know he would have been, and that those

13    children never had a chance to know him.  They would have loved

14    him so much.  It's a terrible loss all around.

15        Mr. Bulger and the deceitful Boston FBI made victims

16    of my family for 31 years.  They are the reason I am here today

17    reading this impact statement.  This is the pain and the

18    injustice my family has endured, and the need for justice is

19    finally to be served.

10:56 20         Thank you.

21        THE COURT:  Thank you.

22        Mr. Kelly.

23        MR. KELLY:  The United States would call Meredith

24    Rakes, the daughter of Stephen Rakes.

25        MS. RAKES:  Good morning, your Honor.

1          THE COURT:  Good morning.

2          MS. RAKES:  I'm here today on behalf of my father,

3    Stephen Rakes, who looked forward to this day for over 30

4    years, during which time the pain, misery, and torment caused

5    by this man, James Bulger, on my family was almost unbearable.

6          Under threats of violence and murder to my father and

7    my siblings, he was forced to give up his dream of having a

8    successful business and dreams of passing it on to his

9    children.  He was harassed and reminded to always keep his

10   mouth shut or else.  Not knowing when or where James Bulger and

11   associates would pop up, knowing the brutality he is capable of

12   was persistent, unyielding, unpredictable horror in itself, not

13   so much for my father but for his children who are his main

14   concern throughout his life.  Lesser of a man would have given

15   up, but my father stayed strong through this whole ordeal.

16         Today I am leaving this ordeal in this courtroom.  It

17   no longer will be a roadblock in my family's life.  My family

18   will no longer be afraid or worried or be haunted by this awful

19   situation.  It no longer has to be a thought in my family's

20   mind or worry in their hearts or pain in their eyes.  The

21   healing can begin.  This will no longer be my family's legacy.

22         My hope for the victims and the victims' families is

23   to find peace in their hearts to forgive and to start to heal.

24   The nightmare is over, the pain stops here.  The evil he did

25   cannot be undone, but this story that has gone on for far too

```
 1   long will be one of strength and hope because the nightmare
 2   victimization is all over.  The Rakes' legacy will now be one
 3   of peace, serenity, and freedom to finally know this brings
 4   closure to me and my siblings and to know my father is at
 5   peace.
 6           Thanks.
 7           THE COURT:  Thank you.
 8           Mr. Kelly.
 9           MR. KELLY:  United States would call Timothy Connors,
10   son of Edward Connors.
11           MR. CONNORS:  Good morning.
12           THE COURT:  Good morning.
13           MR. CONNORS:  I would just like to start off to thank
14   a few people.
15           I want to thank the U.S. Attorney's Office, I think
16   they did a wonderful job with the trial.  They always kept us
17   updated and were always there whenever we needed them.  Thank
18   you.
19           I'd like to thank you, Judge Casper, for overseeing
20   this trial with professionalism and lots of consideration for
21   both sides.
22           And I just need to give a very special thanks to Steve
23   Johnson and Dan Doherty.  I would never have made it through
24   the past years and court proceedings without them.
25           "Whitey," no words could ever describe how I feel
```

10:58 (line 10)
10:59 (line 20)

about you.  You have taken so much from so many people, all for

your personal gains and selfishness.  For me personally, you

took my father.  Maybe you don't understand how important it is

for a little boy to have his father.  Not all fathers are evil,

one-armed men that beat their kids.  Maybe he knew what you

were about to become.

You claim that you didn't get a fair trial and it was

a sham.  Is that because the true "Whitey" was exposed and not

that of a legend you think you are?  Your legacy is already

11:00  cemented as that of a rat and a skinner, which you are.

Before I finish, I want to let you know you serve less

of a purpose on this earth than Reye's syndrome.

And, Judge, I have faith you'll do the right thing

when it comes to sentencing.

Thank you.

THE COURT:  Thank you, sir.

Mr. Kelly.

MR. KELLY:  The United States would call Patrick

Callahan, son of John Callahan.

11:00  MR. CALLAHAN:  Good morning, your Honor.  Good morning

everyone.

I was 14 years old when my sister and I were told by

our mother that our father, John Callahan, had been murdered.

Not that he died, not that he had been killed in an accident,

but murdered.  This was an unimaginably devastating blow that

would forever change me and my family.  We were all in a state
of shock and arguably have lingered in one for 30-plus years.
My schoolwork suffered, as did my relationships with my friends
and peers.  My outlook on the world had changed.  Without my
father's inspiration, guidance, discipline, and support, life
as I knew it had forever changed.  I was still a teenage boy
and very much needed his advice, wisdom, and, perhaps most
importantly, his love.

For three decades now my mother, sister, and I have
tried to get by.  My mother lost the love of her life.  Despite
chronic illness and constant financial challenges, she goes on,
but a single day doesn't pass when she doesn't mourn the loss
of my father or think about her life in the context of what
might have been.

We three are a small family with not much of an
extended family who we might have been able to rely on to help
out.  After my father's murder, my family was pretty much on
its own to not only deal with our loss but to begin to sort out
how to move on with our lives.  Needless to say, it was a
brutal time both mentally and emotionally.

I love my father, and I still miss him.  He was a
great dad.

His loss is amplified with each of life's milestones,
big or small.  My dad never saw his children graduate from high
school.  He never saw my sister graduate from college.  He

never met the wonderful man my sister chose to marry.  He never

got to know his three beautiful grandchildren, let alone all of

the small moments of laughter and joy that might have

punctuated the last 30 years.  That was all taken away.

Beginning in 1982, Thanksgiving and Christmas were never the

same.  The commercials for Father's Day cards still get to me.

Not a day passes that I don't wonder what our lives

would have been like if he hadn't been taken from us so

prematurely.  There's no doubt that they would have been much

different because he would have been in them.  He was in his

40s.  Indeed, we would likely today still be a family of four

rather than three.

In 1982 the three of us lost an amazingly wonderful

and irreplaceable person.  After 30 years we also realize that

our loss will never be completely healed.

Thank you.

You won't even turn around and look at us?

Coward.

THE COURT:  Mr. Kelly.

MR. KELLY:  United States would call Theresa Bond,

daughter of Arthur Barrett.

(Discussion off the record.)

MR. KELLY:  Go to the next one?

THE COURT:  Mr. Kelly, do you want to go to someone

else and then we'll come back to Ms. Bond?

1         MR. KELLY:  Sure.

2         We'll go to Patricia Macarelli, wife of Brian

3    Halloran.

4         (Discussion off the record.)

5         MR. KELLY:  May I have a moment, your Honor?

6         (Discussion off the record.)

7         MR. KELLY:  Your Honor, the United States would call

8    Kathleen Nichols, daughter of Edward Connors.

9         MS. CONNORS NICHOLS:  Good morning.  How are you?

11:04 10        Thank you for the opportunity to address this Court.

11        My name is Kathleen Connors Nichols.  I'm the eldest

12   of the seven children of slain victim Edward George Connors and

13   his only wife, Charlotte Hunt.  I've been elected to give the

14   statement on behalf of my six siblings, my brother Eddie, who

15   is in the back in the wheelchair, who has not been to court

16   before; my sister Cheryl; and this entire front row are my

17   siblings, Ellen, Chris, Kevin, and Sean Connors.

18        I'm aware of the time allocations given, your Honor,

19   and I'll attempt to be brief in my statements.

11:05 20        On June 12, 1975 we learned of our father's murder via

21   the front page of the Boston Globe.  It showed the horrific

22   image of our father's slain, bullet-ridden and mutilated body

23   slumped over in the corner of the phone booth, of that now

24   infamous Morrissey Boulevard phone booth.  You've all seen the

25   images here in the courtroom; we've seen them several times.

1      Can you imagine learning of your father's death in

2  this manner?  At the time of his murder we ranged in age from

3  eight to 18 years old.  I actually called the Globe that day

4  and asked how they could be so insensitive to print such a

5  graphic picture knowing he had to have children.  And the Globe

6  reporter callously said to me, Sorry, baby, this is news, and

7  he hung up the phone.

8      The breadth of the emotional and psychological impact

9  of our father's death is felt even to this day.  Knowing the

11:06 10  traumatic, emotional, and psychological consequences this would

11  bring upon the youngest in our family, my mother and stepfather

12  elected to mask the truth of our father's murder by sharing

13  that he was killed in an automobile accident.

14      Emotionally, like all victims, we were distraught and

15  fearful.

16      Psychologically, we have all sought counseling and

17  have suffered through the private hospitalization of one of my

18  siblings after two suicide attempts.

19      The financial burden was difficult simply because

11:07 20  there were seven of us, and add the ongoing medical expenses of

21  a handicapped child, and it seemed almost insurmountable.  We

22  have addressed these financial hardships in our written

23  statement.

24      We are not ignorant to the fact of our father's life

25  choices.  He was flawed.  However, murder robbed him of the

1     opportunity for change and betterment in his lifetime and

2     denied him the privilege of being father to his children and

3     grandfather to our children.  We will never know what he looked

4     like in his old age, and he will never have the opportunity to

5     say, I'm sorry, and that impact is far-reaching and has

6     systemic consequences.

7           There is a stigma attached to murder that only the

8     victims' families know, and it is mentally exhausting.

9     Seemingly simple questions become a mental battle with yourself

11:08 10  on, How do I answer this?  How did your father die?  Do you

11    tell them the shocking truth, that he was practically cut in

12    half from the overkill of ammo fired into his body?  Or do you

13    give them the PG version that will stop any subsequent

14    questions?

15          Have you ever been denied playtime with the neighbor's

16    children because their parents discovered who your father was

17    and were afraid of any repercussions resulting from his death?

18    We have.  How about the shame associated with gangland slaying,

19    which was all over the news and all the newspapers?

11:08 20        My siblings and I are eternally grateful that our

21    mother and stepfather had the wisdom and foresight to take us

22    out of the limelight and out of harm's way and hid us where

23    we've kept our past quiet and to ourselves.  We were ignorant

24    for many years as to who murdered our father, as we were far

25    removed.

1          Imagine our surprise and dismay to find out that the

2    so-called good guys were also the bad guys.  Quite possibly our

3    father could be alive today if it weren't for the corrupt

4    proclivities of federal, state, and Boston city law enforcement

5    seated at that time who were working in conjunction with these

6    criminals.

7          Were it not for strangers misrepresenting our family,

8    we would not have come forward, burdening ourselves to relive

9    all this pain.  We didn't have a clue that we could have a

11:09 10    voice in any of the previous trials concerning our father's

11    murder, as we have never been contacted by any legal faction,

12    none of the trials, not even this one.  My sister sent at least

13    eight queries to Ms. Ortiz, only to have them go unanswered,

14    shuffled around, completely ignored, or given misinformation.

15    We've attempted to have inaccuracies that were hurtful to our

16    family corrected, to no avail.  Truth is apparently optional

17    and fact checking is a thing of the past.  To some this may

18    seem trivial, but it is extremely insensitive to our family.

19    How sad the only respect and acknowledgement we received was

11:10 20    from the defendant's lawyers, Mr. Carney and Mr. Brennan.

21          In conclusion, I have little to say about Mr. Bulger

22    that hasn't already been stated.  I believe he is evil, I

23    believe he has left many lives in ruin, and most likely

24    murdered many more than disclosed in this trial.  I believe

25    this Court will dole out his due punishment to the full extent

1    of the law; I trust that.  Unfortunately, he is an old man who

2    will die in prison, and then he will face his inescapable

3    eternal judgment, of this I am sure.

4          Thank you.

5          THE COURT:  Thank you.

6          Mr. Kelly.

7          MR. KELLY:  Yes, your Honor.  The United States would

8    now call Theresa Bond, daughter of Arthur Barrett.

9          MS. BOND:  Mr. Bulger, could you please look at me?

11:11 10        I just want you to know that I don't hate you.  I

11   don't have that authority.  That would be judging you.  I do

12   hate the choices that you've made, along with your associates,

13   but more so, I hate the choices that our government has made to

14   allow you to rule the streets and perform such horrific acts of

15   evil.

16         I not only lost my father, who was our family's rock,

17   I lost two of my brothers to suicide and my mother to Mercer,

18   because she was in the hospital so much for her depression.

19         I would ask you, Mr. Bulger, to look at my father as

11:12 20   an example hours before he was murdered and ponder what he was

21   doing.  He was praying, and from what I've understood, he was

22   praying and he had his wallet open to a picture of a little

23   girl.  That was me.  You will be summonsed to the highest

24   judge, and it won't be the law books that will be open, it will

25   be the book of life.  Do you want God to look at you, or do you

1    want him to see Jesus standing in front of you?

2         A lethal injection would be too easy of a punishment

3    for what you've done.  Prison, you won't be there long enough

4    to suffer for the heinous crimes that you've committed.  But

5    hell must be too much for any soul to bear for Jesus Christ to

6    come and take our place so that no man needs to go there.  Even

7    if they deserve it, they're spared it.

8         I would ask you, Mr. Bulger, do you have remorse for

9    taking my father's life?  I think you do.  I forgive you.

11:13 10        Thank you.

11        THE COURT:  Thank you.

12        Mr. Kelly.

13        MR. KELLY:  Yes.  We'd ask whether Patricia Macarelli

14    is here today?

15        It appears she is not, your Honor.  So we would call

16    Steven Davis, brother of Debra Davis.

17        THE COURT:  Good morning, sir.

18        MR. DAVIS:  Good morning, your Honor.  How are you?

19        Prosecutors Kelly, Wyshak, how are you?  Brennan,

11:14 20    Carney.

21        I just want -- the writing is a little hard to --

22    because I turned a statement in and I never got it back, so my

23    wife just helped me with this.

24        You know, I'd like to thank the Court, the U.S.

25    Attorneys, the law enforcement, Dan Doherty, Steve Johnson, and

1    Tom Foley for bringing us here today for the justice we've been

2    seeking for 32 years.  It's been a long 32 years of anguish,

3    fear, disappointment.  I have fought hard for justice for my

4    sister Debbie.

5         Through --

6         (Pause.)

7         THE COURT:  Take your time.

8         MR. DAVIS:  It's not so much this.  This man's built

9    up so much hate in my heart that I'd like to strangle him

11:15 10   myself.  And I -- I'm sitting here with the anger that this son

11   of a bitch should look every one of his victims in the eyes

12   over here while we speak to you, the same way I did when you

13   called on me, you piece of shit.  Look at me.

14        THE COURT:  Mr. Davis.

15        MR. DAVIS:  Through the years my family has lost a

16   mother, father, four siblings.  We lived in fear of "Whitey"

17   Bulger and Steve Flemmi.  My sister Debbie was a long-time

18   girlfriend of "Whitey's" right-hand man, Stephen Flemmi.

19        After a long, painful trial we were robbed of justice

11:16 20   with a no-finding verdict.  Her body was laid in a triangle,

21   death in the Neponset River.

22        My sister Debbie and I were close growing up, only a

23   year apart.  We both escaped, escaped a hell we lived and

24   created by my father.  My sister followed someone -- she found

25   someone to take care -- to take the place of a father who never

showed us love, and showered her with gifts.  She was a

beautiful young woman who I was told a threat -- that was told

a threat that had to be dealt with -- had to be dealt with.

She did not deserve to die this way.  She harmed nobody.

I hope "Whitey" dies the same way my sister did,

gasping for breath as he takes his last breath.  His widespread

wrath of murder, extortion is finally over.  My family thanks

all involved for that.  I only wish my mother were here to

share in this day.

Thank you, your Honor, and everybody involved, and I'm

sorry for this.

THE COURT:  Thank you, Mr. Davis.

MR. DAVIS:  Thank you.

THE COURT:  Mr. Kelly.

MR. KELLY:  The United States would call David

Wheeler, son of Roger Wheeler.

THE COURT:  Good morning, sir.

MR. WHEELER:  Good morning.

Your Honor, my name is David Wheeler.  I am the son of

Patricia Wheeler and the late Roger M. Wheeler of Tulsa,

Oklahoma.

Here is my father.  (Showing picture.)

My mother, I'm pleased to say, is still alive.  My

father, Roger Wheeler, is long dead.  He was murdered in cold

blood sitting in his automobile after a round of golf more than

1    a thousand miles from this courtroom.  He was 54 years old.  He

2    was murdered on the order of this man, James Bulger.

3          My sister, Pamela Norberg Wheeler, appeared in this

4    court last summer to give testimony on behalf of the

5    prosecution.  My brothers, Roger, Jr. and Larry, and I survive

6    another brother, Mark.  My wife, Laurie, is in the next

7    courtroom over.  I cannot say -- I cannot begin to say how much

8    I owe her for her love and her support through this.

9          Our son, Steven, is also here with his wife, Meg, and

11:20 10   his cousin, Roger, Jr.'s son, Clark.

11          Unable to join us today is Michael Huff, recently

12   retired Tulsa Police homicide detective.  Mike was the first

13   detective to arrive at Tulsa Southern Hills Country Club on

14   Wednesday afternoon back in May of 1981.  Mike's dogged

15   determination to find the truth over the years has earned him

16   my everlasting thanks and respect.  What Mike saw there in the

17   parking lot next to the swimming pool was unimaginable,

18   horrifying to everybody but this man.  This man wanted my

19   father dead.

11:21 20         What has been uncovered in the years since about the

21   utterly corrupt, insular world that was the Boston office of

22   the Federal Bureau of Investigation is, if possible, even more

23   horrifying, more grotesque, particularly to those of us, such

24   as my family and I, who once trusted federal law enforcement.

25          My father joined the Navy during World War II and

later met my mother, then a nurse student from Kansas, at an
ROTC tea dance.  The jukebox had broken down and my mother
asked him to fix it.  A year later, they were married.

After the war, my father found work in the Venezuelan
oil fields where he learned that pipelines can be kept free
from rust and leaks by attaching an anode of magnesium metal to
them.  The magnesium anode rusts instead of the pipe.  My dad
came back to America and started a business melting down
magnesium scrap leftovers from the war to make magnesium anodes
for oil pipelines.

My father wasn't much for watching television.  The
time spent with us kids was mainly reserved for out-of-doors,
hiking, water-skiing, fishing, and working together outside.
One day we even caught the same fish on separate hooks.

One time Dad's magnesium plant caught fire.  I was
eight years old.  I went with him as he went to save his
business, our livelihood.  The firemen had just arrived and
were unravelling their hoses.  Dad reminded the chief that
spraying water on a magnesium fire is just like throwing
gasoline on a paper fire; it's the last thing you want to do.
I watched from across the street as Dad and some of his workers
raced through the gates into the plant.  I watched as Dad came
up on two firemen preparing to start spraying a big hose on the
fire.  They refused to listen to Dad's loud, urgent warnings,
so he stole their fire hose.

1       That was my dad.  He was my hero.  He had unlimited

2   energy, and with some luck and lots of determination he became

3   an extraordinarily successful businessman.

4       My father's fatal mistake proved to be his faith in

5   the FBI.  He invested millions to buy World Jai Alai, a

6   fast-moving indoor sport imported from the Basque region of

7   Spain.  Like horse racing, it featured wagering.  He purchased

8   World Jai Alai because he thought it was a growing sport and a

9   smart investment, but mostly because a team of retired FBI

11:23 10   agents, led by former Agent H. Paul Rico, assured him that they

11   would protect his business and keep it clean.

12       I was working at World Jai Alai in Florida at the time

13   of my dad's murder.  I was beginning to learn firsthand that

14   the business was anything but clean.  On the frantic flight

15   home to Tulsa that terrible day, I concluded that Rico had to

16   be involved in the killing.  But with my strong belief in

17   American justice, I was confident that we would quickly catch

18   Rico and his criminal associates.  Sadly, my faith in the

19   American government was misplaced.  Even today's proceedings do

11:24 20   not mark the end of my odyssey.

21       Thirty-two years have passed since John Martorano, the

22   hitman for FBI informants, one of them sitting right here, came

23   up to my father seated in his car and without a word shot him

24   between the eyes.  This man then shot and killed Brian

25   Halloran.  Martorano, again at the direction of this man, then

1    shot John Callahan, the former president of World Jai Alai, all

2    to silence them from telling about my father's murder.

3          How many others were involved in these and other FBI

4    informant murders?  Who else at the Bureau knew about these

5    secret relationships with their -- with these vicious criminals

6    but turned away, said nothing as others were murdered?  Did any

7    supervisors or other agents care to ask any questions or

8    connect the few, simple dots between these murders and their

9    own informants?  How could the FBI pretend to investigate

11:25 10   itself, give itself a clean bill of health, and then just a

11   year later bring criminal charges against John Connolly,

12   "Whitey" Bulger, and Steve Flemmi?  Where was the Justice

13   Department in all of this?  Was there no oversight at all?

14         My family and the families of many other victims of

15   this man were victimized also by the FBI and in at least three

16   ways:

17         In our case, the first was, of course, my father's

18   cold-blooded murder.

19         The second was when the FBI repeatedly abused its

11:26 20   unchecked powers over the decades that followed.  It did this

21   by routinely denying the existence of any special relationship

22   with this man or his partner, Mr. Flemmi.  And by routinely

23   lying to the public, to family survivors and other law

24   enforcement officers, such as Detective Huff, all to conceal

25   its own gross institutional misconduct.  It used its powers to

plant, destroy, and withhold evidence.  It stood by watching,
did nothing as three men were murdered to keep my father's
murder from being solved.

The third time my family was victimized came at the
hands of our own Department of Justice.  How misleading is
that, Department of Justice?  This third came in the course of
my family's federal legal case against the FBI for its role in
my father's wrongful death.  When my family turned to the
federal courts to compel formal answers to serious questions of
institutional corruption, the FBI, counselled by its lawyers
from the Justice Department in Washington, D.C., not the
prosecutors who tried the case before your Honor, did not and
could not deny the facts.  Rather, the lawyers from Washington
argued that we were at fault, that we were late in bringing any
claims for the FBI role in my father's murder.  Our lives have
been shattered, devastated, and we were to blame.

The FBI and the Justice Department believed they could
have it both ways.  They believed first that they could avoid
any legal responsibility to my family by resorting to the
technical defense of statute of limitations; and second, that
they could keep the public from learning its role in the murder
of my father, the CEO of a computer company, and an American
citizen.

To claim the statute of limitations had expired,
however, the FBI had to confess responsibility, that's the way

the statute of limitation defense operates.  If a party says it
did nothing wrong, it stands to reason the limitations clock
can't start ticking.  The government also believed that it
could keep the public from learning about their admission of
guilt or responsibility by burying it deep in some legal brief
where only a judge would read it.

As it turns out, the government was only half correct.
For the first part, the FBI did win, it did avoid having to
answer to my family and the American public in open court.  The
court did accept the government's claim that my family was at
fault for moving too slow and dismissed our case.  So the FBI
won the first round.  But they won't win the second.

Everyone within the sound of my voice should
understand this: that the FBI, entrusted with the greatest law
enforcement powers and authority in this nation, is responsible
for my father's murder.  They are as responsible for that
murder as the defendant here sitting before you.  And that's
not just my opinion, that's coming from the FBI itself.  Here's
how the Justice Department confessed responsibility in a court
filing, and I quote, "The record establishes that by this date
a reasonable person would have had sufficient facts to form a
belief that the FBI bore some responsibility for both the death
of Roger Wheeler and the subsequent cover-up."

Sadly, until now, until this moment, almost nobody
knew that the FBI had admitted responsibility for its role in

my father's murder and the agency-wide coverup that followed.
This official acknowledgement of responsibility appears in no
FBI or Justice Department press release or any government
website.  No government official ever conveyed this to me or a
member of my family in person or by letter, much less made
apology for it.

We've tried for years for an opportunity to uncover
the facts, to establish this relationship, to call the
government formally to answer, to account in a public forum.
It arrogantly refused.  It sought only to protect itself in the
names and all-important careers of its agents and officials.
Cowards.

When the time came to stand up and answer for the many
horrific crimes of its own making, including my father's
murder, the FBI, through its lawyers and so-called Justice
Department, didn't hesitate to hide behind this technical
dodge.  It whispered its responsibility to a federal judge,
only so it wouldn't have to answer to me, my family, and the
American public.

Shame on you, Mr. Bulger.  For all your notoriety, you
are a punk, and you don't even matter anymore.  You have turned
from government-sponsored assassin into a bag of jailhouse rags
waiting to be stored on cold steel.  Enjoy your retirement.
Greater shame on all of those who helped you, whether FBI or
private citizens, while you were on the run, those who tried to

1    protect you from seeing this day.  Greatest shame on all on the

2    FBI and in particular those agents and officials who violated

3    their sacred oaths, who defrauded the special trust of the

4    American people.  My family and I have nothing but contempt for

5    you.

6              Thank you, your Honor.

7              THE COURT:  Thank you, sir.

8              Mr. Kelly?

9              MR. KELLY:  Yes, your Honor.  I'd ask one more time if

11:32 10   Patricia Macarelli is here?

11             (No response.)

12             MR. KELLY:  And with that, your Honor, I don't think

13   there are any other victims who wish to speak.

14             THE COURT:  Thank you.

15             Mr. Carney, as I do in every sentencing, this is the

16   moment during the sentencing where I turn to the defendant and

17   ask if he wishes to address the Court.  I will give him that

18   opportunity.

19             MR. CARNEY:  Thank you.

11:32 20         THE DEFENDANT:  No.

21             THE COURT:  Counsel, as I suggested at the beginning

22   of the proceedings today, my intention is to resume tomorrow to

23   issue my reasons for the sentence and formally impose sentence.

24             Anything else at this time?

25             MR. CARNEY:  No, thank you, your Honor.

1          THE COURT:  Mr. Kelly.

2          MR. KELLY:  No, your Honor.

3          THE COURT:  We will stand in recess until tomorrow.

4          THE CLERK:  All rise.

5          (Court adjourned at 11:33 a.m.)

6                    - - - - - - - - - - - -

7                         CERTIFICATION

8          I certify that the foregoing is a correct transcript

9    of the record of proceedings in the above-entitled matter to

10   the best of my skill and ability.

11

12

13

14   /s/Debra M. Joyce_____        November 13, 2013_____
     Debra M. Joyce, RMR, CRR          Date
15   Official Court Reporter

16

17

18

19

20

21

22

23

24

25