```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                       ) | Crim. No. 99-10371-DJC |
| )  | |
| JAMES J. BULGER          ) | |

**DEFENDANT'S POSITION RELATIVE TO MOTION FOR (1) INTERLOCUTORY SALE (DOCKET 1480); (2) MOTION FOR FINAL ORDER OF FORFEITURE (DOCKET 1479)**

Counsel, on behalf of his client, James J Bulger, iterates that he has no objection to the Motion for Interlocutory sale (Docket 1480); and also has no objection to the Motion for final order of forfeiture (Docket 1479).

This position is the same as undersigned counsel's response to the United States Attorney's Office June 20, 2014 letter setting out that "Mr. Bulger has no objection to the payment of funds from the Forfeitable Assets to the victims/victim estates during the pendency of his appeal and even if he is successful on any aspect of his appeal, he will not seek the return of such payments to the victim/victim estates from either the victims/victim estates or the United States."

```
                                    JAMES J. BULGER
                                    By His Attorney,


                                    /s/Henry B. Brennan
                                    Henry B. Brennan
                                    B.B.O. # 634036
                                    20 Park Plaza, Suite 400
                                    Boston, MA 02116
                                    617-201-5977
```

Dated: April 1, 2016


## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

```
                                    /s/Henry B. Brennan
                                    Henry B. Brennan
```